Shedule A          Case No. 23-cv-22599

| Def No | Platform | Store Name | Seller Address |
|---|---|---|---|
| 1 | Walmart | Howden Fashion Co.Ltd | https://www.walmart.com/seller/101272475?pageName=order-details |
| 2 | Walmart | HUACHEN | https://www.walmart.com/seller/101282909?pageName=order-details |
| 3 | Walmart | Bnwani Store | https://www.walmart.com/seller/101199777?pageName=order-details |
| 4 | Walmart | DZXJMYYXGS | https://www.walmart.com/seller/101261853?pageName=order-details |
| 5 | Walmart | TZQ Trade Co.ltd | https://www.walmart.com/seller/101132852?pageName=order-details |
| 6 | Walmart | TBLP | https://www.walmart.com/seller/101277321?pageName=order-details |
| 7 | Walmart | guangzhoudingdingshangmaoyou | https://www.walmart.com/seller/101290650?pageName=order-details |
| 8 | Walmart | Bag shop | https://www.walmart.com/seller/101268876?pageName=order-details |
| 9 | Walmart | Frozen | https://www.walmart.com/seller/101279501?pageName=order-details |
| 10 | Walmart | MrYGroup TBD | https://www.walmart.com/seller/101261892?pageName=order-details |
| 11 | Walmart | shenzhenmairuisidianziyouxianzerengongsi | https://www.walmart.com/seller/101276427?pageName=order-details |
| 12 | Walmart | EEIRLJQD | https://www.walmart.com/seller/101291146?pageName=order-details |
| 13 | Walmart | VKIYO | https://www.walmart.com/seller/101224720?itemId=810483526&pageName=item |
| 14 | Walmart | Moonwalker | https://www.walmart.com/seller/101281183?pageName=order-details |
| 15 | Walmart | Qionghaishimoyanzhan | https://www.walmart.com/seller/101296885?pageName=order-details |
| 16 | Walmart | luoheailoushangmaoyouxiangongsi | https://www.walmart.com/seller/101277014?pageName=order-details |
| 17 | Walmart | lantianshangcheng Co. ltd | https://www.walmart.com/seller/101250148?pageName=order-details |
| 18 | Walmart | QHMYZ Co.Ltd | https://www.walmart.com/seller/101296885?pageName=order-details |
| 19 | Walmart | Sweet shop | https://www.walmart.com/seller/101331116?pageName=order-details |
| 20 | Walmart | Kunmingmiushuo | https://www.walmart.com/seller/101299407?pageName=order-details |

Shedule A                     Case No. 23-cv-22599

| # | | | |
|---|---|---|---|
| 21 | Walmart | Suosheng | https://www.walmart.com/seller/101279446?pageName=order-details |
| 22 | Walmart | Goat | https://www.walmart.com/seller/101199052?pageName=order-details |
| 23 | Walmart | Young | https://www.walmart.com/seller/101284493?pageName=order-details |
| 24 | Walmart | SEVCHE LLC | https://www.walmart.com/seller/101264250?itemId=732664834&pageName=item |
| 25 | Walmart | CrazyX | https://www.walmart.com/seller/101277264?itemId=933500737&pageName=item |
| 26 | Walmart | Kujoy Co.Ltd | https://www.walmart.com/seller/101256168?pageName=order-details |
| 27 | Walmart | EAGLE | https://www.walmart.com/seller/101256185?pageName=order-details |
| 28 | Walmart | ILUGU | https://www.walmart.com/seller/101187715?itemId=195359350&pageName=item |
| 29 | Walmart | Muheng | https://www.walmart.com/seller/101189196?itemId=129101738&pageName=item |
| 30 | Walmart | ANGUYU STORE | https://www.walmart.com/seller/101019268?itemId=610526126&pageName=item |
| 31 | Walmart | KunMingQiuTongShang | https://www.walmart.com/seller/101294719?itemId=315495224&pageName=item |
| 32 | Walmart | TEN10CENT | https://www.walmart.com/seller/101133955?pageName=order-details |
| 33 | Walmart | Wuzhisen E-commerce Co., Ltd | https://www.walmart.com/seller/101294971?pageName=order-details |
| 34 | Walmart | YYNKM | https://www.walmart.com/seller/101229207?pageName=order-details |
| 35 | Walmart | Ostrich | https://www.walmart.com/seller/101274096?pageName=order-details |
| 36 | Walmart | Pro Seller | https://www.walmart.com/seller/101266857?pageName=order-details |
| 37 | Walmart | JZ Co.ltd | https://www.walmart.com/seller/101267734?itemId=879324258&pageName=item |
| 38 | Walmart | Botrong | https://www.walmart.com/seller/101249909?itemId=534802640&pageName=item |
| 39 | Walmart | Erji Network Technology Co., Ltd. | https://www.walmart.com/seller/101239936?itemId=431508802&pageName=item |
| 40 | Walmart | JUST LIKE FISHION | https://www.walmart.com/seller/101343366?pageName=order-details |
| 41 | Walmart | HUAIKANG CO., LTD. | https://www.walmart.com/seller/101289535?pageName=order-details |

| | | | |
|---|---|---|---|
| 42 | Walmart | Farer W Stores | https://www.walmart.com/seller/101294010?pageName=order-details |
| 43 | Walmart | LUOCO | https://www.walmart.com/seller/101227083?pageName=order-details |
| 44 | Walmart | shenzhenxuanweijiajuCo. ltd | https://www.walmart.com/seller/101254093?pageName=order-details |
| 45 | Walmart | TNC | https://www.walmart.com/seller/101267875?pageName=order-details |
| 46 | Walmart | Prominence store | https://www.walmart.com/seller/101295844?pageName=order-details |
| 47 | Walmart | Jingyijia Home | https://www.walmart.com/seller/101343260?pageName=order-details |
| 48 | Walmart | BESTS llc | https://www.walmart.com/seller/101300571?pageName=order-details |
| 49 | Walmart | FreshLook Co,Ltd. | https://www.walmart.com/seller/101268801?pageName=order-details |
| 50 | Walmart | Wonderful Life Co. Ltd | https://www.walmart.com/seller/101276469?pageName=order-details |
| 51 | Walmart | Fiber Boost Inc | https://www.walmart.com/seller/101084990?itemId=648475181&pageName=item |
| 52 | Walmart | YIWUSHISHUZHONG | https://www.walmart.com/seller/101307142?itemId=628726117&pageName=item |
| 53 | Walmart | BINGANG | https://www.walmart.com/seller/101290187?pageName=order-details |
| 54 | Walmart | New for Your Home | https://www.walmart.com/seller/101273477?pageName=order-details |
| 55 | Walmart | FIUFIU Co.Ltd | https://www.walmart.com/seller/101267384?itemId=103786173&pageName=item |
| 56 | Walmart | Cuishifu Trading Co., Ltd | https://www.walmart.com/seller/101291652?pageName=order-details |
| 57 | Walmart | Retro Sports Shop | https://www.walmart.com/seller/101296012?pageName=order-details |
| 58 | Walmart | Rainlight | https://www.walmart.com/seller/101294908?pageName=order-details |
| 59 | Walmart | The Sunflower Road Co.,Ltd | https://www.walmart.com/seller/101270287?itemId=850673255&pageName=item |
| 60 | Walmart | FOUR Co.Ltd | https://www.walmart.com/seller/101267607?itemId=610076655&pageName=item |
| 61 | Walmart | CADI | https://www.walmart.com/seller/101185356?itemId=610076655&pageName=item |
| 62 | Walmart | Fengniao Overseas Store | https://www.walmart.com/seller/101270925?itemId=168399900&pageName=item |

| 63 | Walmart | Fengniao Store Ts | https://www.walmart.com/seller/101252576?pageName=order-details |
|---|---|---|---|
| 64 | Walmart | VPPDXHL | https://www.walmart.com/seller/101303388?pageName=order-details |
| 65 | Walmart | SPACEZ | https://www.walmart.com/seller/101273163 |
| 66 | Walmart | Ricardo M. Lu | https://www.walmart.com/seller/101292449?pageName=order-details |
| 67 | Walmart | shanxikongjiangbuju | https://www.walmart.com/seller/101303410?pageName=order-details |
| 68 | Walmart | shanxijiexinmeishiwang | https://www.walmart.com/seller/101303412?pageName=order-details |
| 69 | Walmart | High quality mall | https://www.walmart.com/seller/101292447?pageName=order-details |
| 70 | Walmart | haimuzhou | https://www.walmart.com/seller/101095007?pageName=order-details |
| 71 | Walmart | EWQER | https://www.walmart.com/seller/101220973?pageName=order-details |
| 72 | Walmart | Superbuy | https://www.walmart.com/seller/101303590?itemId=651811230&pageName=item |
| 73 | Walmart | The Best Choice Co.,Ltd | https://www.walmart.com/seller/101269960?itemId=496873100&pageName=item |
| 74 | Walmart | Jeborah Grocery Co.Ltd | https://www.walmart.com/seller/101242377?pageName=order-details |
| 75 | Walmart | MissiMae | https://www.walmart.com/seller/101295886?pageName=order-details |
| 76 | Walmart | Cmoney | https://www.walmart.com/seller/101284511?itemId=172478056&pageName=item |
| 77 | Walmart | more funny | https://www.walmart.com/seller/101209324?pageName=order-details |
| 78 | Walmart | ganyaa | https://www.walmart.com/seller/101233025?pageName=order-details |
| 79 | Walmart | Suzhoushilangerdianzi | https://www.walmart.com/seller/101295798?pageName=order-details |
| 80 | Walmart | CDQYPSMYX | https://www.walmart.com/seller/101282873?pageName=order-details |
| 81 | Walmart | zhuyongqiu | https://www.walmart.com/seller/101350004?pageName=order-details |
| 82 | Walmart | Okblacety | https://www.walmart.com/seller/101197859 |
| 83 | Walmart | journey1018 | https://www.walmart.com/seller/101349767?itemId=766860481&pageName=item |