**SCHEDULE B**

# Defendant No.: **1**

## Store Name:

## **Howden Fashion Co.Ltd**

Seller Howden Fashion Co.Ltd



Loose Autumn Winter Striped Sweater Women Pullover Thick Ladies Sweaters High Quality Oversized Color Block Sweater Jumper



Loose Autumn Winter Striped Sweater Women Pullover Thick Ladies Sweaters High Quality Oversized Color Block Sweater Jumper



Sacramento Supercenter

## Similar items you might like

Based on what customers bought



**From $16.30**

Women Fashion Long Sleeve Knitted Sweaters Casual Solid...

★★✩✩✩ 50

3+ day shipping

**From $18.87**

NGMQ Hollow-out Knit Sweater Women Casual Loose Waved...

★★★✩✩ 70

2-day shipping

**From $21.93**

Women Oversized Knitted Sweaters Star Graphic Cable Knit...

★★★✩✩ 2

3+ day shipping

## About this item

Product details

Stylish design, 100% brand new high quality!

Gender: Women Woman,Ladies Lady,Female,Girls Girl

Style:Winter Casual Long Sleeve Kint Tops,Pullover Jumper Sweater Tops

Pattern Type:Knit ,Striped,Color Block,Pullover ,Rainbow Print Knit Sweater.

Sleeve Style: Long Sleeve

Colour: Khaki,Orange,Gray,Blue

Size: S,M,L,XL

Season: Spring,Autumn,Fall,Winter

Material:100%Acrylic

Occasions: Casual,Traveling,Vacation,Party,Working,Dating,Shopping,Home,Holiday,Office,Sch

Loose Autumn Winter Striped Sweater Women Pullover Thick Ladies Sweaters High Quality Oversized Color Block Sweater Jumper

Search everything at Walmart online and in store

Sacramento Supercenter

Size Note:

The size just for reference.It would be 1-3cm measuring error for acceptance.

Please kindly check it before you order our product,thanks.

Hint for choosing proper size:

1. Use similar clothing to compare with the size.

2.Choose larger sizes if your size are same as the flat measurement Size chart.

Size-Details (INCH)(1 INCH = 2.54 CM)

Tag S == US 0-2 ==Bust 36.25 ==Sleeve 17.73 ==Length 22.06
Tag M == US 4-6 ==Bust 37.82 ==Sleeve 18.12 ==Length 22.46
Tag L == US 8-10 ==Bust 39.40 ==Sleeve 18.52 ==Length 22.85
Tag XL == US 12-14 ==Bust 40.98 ==Sleeve 18.91 ==Length 23.25

Notes:

1. Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures.

2. Slightly color/pattern differences between batches.

3. Size doesn't fit all, please carefully check size chart and select the size based on your real size.

Package Included:

1 x Long Sleeve Knit Top

- Material:100%Acrylic
- Knitted fabric and Loose fit, Long sleeve, Striped,Rainbow ,Color block, Striped, Weave knitted, Mid-weight, Crew neck, pullover tops Loose baggy off shoulder plain long sleeve knitted jumper Suit For All People Loose baggy off shoulder plain long sleeve knitted jumper Suit For All People
- Suitable for Autumn Winter and Spring. Best match with sweatpants or jeans and high-heels
- Occasion: Suitable for womens or juniors,whatever you are Working,Dating,Shopping,Home,Holiday,Office,School or casual everyday look.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications ⌃

**Features**

Casual, Colorblock

**Country of Origin - Textiles**

Imported

Loose Autumn Winter Striped Sweater Women Pullover Thick Ladies Sweaters High Quality Oversized Color Block Sweater Jumper



Loose Autumn Winter Striped Sweater Women Pullover Thick Ladies Sweaters High Quality Oversized Color Block Sweater Jumper



Loose Autumn Winter Striped Sweater Women Pullover Thick Ladies Sweaters High Quality Oversized Color Block Sweater Jumper



Loose Autumn Winter Striped Sweater Women Pullover Thick Ladies Sweaters High Quality Oversized
Color Block Sweater Jumper



Loose Autumn Winter Striped Sweater Women Pullover Thick Ladies Sweaters High Quality Oversized Color Block Sweater Jumper



See all reviews

## Ship free, no order min*

Free shipping as often as you need on any order size.

Join Walmart+

## Similar items that are comfortable

Based on customer reviews



**From $18.77**

Loose Autumn Winter Striped Sweater Women Pullover Thic...

★★★★☆ 107

3+ day shipping

**$29.39** +$3.99 shipping

Dokotoo Women's Multicoloured Color Block Rainbow Stripe...

★★★★★ 19

3+ day shipping

**From $28.44**

SAYFUT Womens Turtleneck Poncho Sweater Shawls Cape...

★★★½☆ 12

3+ day shipping

Loose Autumn Winter Striped Sweater Women Pullover Thick Ladies Sweaters High Quality Oversized Color Block Sweater Jumper



Loose Autumn Winter Striped Sweater Women Pullover Thick Ladies Sweaters High Quality Oversized Color Block Sweater Jumper





# Defendant No.: **2**

## Store Name:

## **HUACHEN**

Seller HUACHEN



Women Striped Plush Hooded Coat Jacket Hoodies Fuzzy Fleece Zipper Outerwear Sweatshirt



Women Striped Plush Hooded Coat Jacket Hoodies Fuzzy Fleece Zipper Outerwear Sweatshirt



## About this item

Product details

Type: Women Plush Jacket Coat Hoodies
Gender: Women Woman, Ladies Lady, Female
Style: Women Long Sleeve Plush Coat Jacket Outwear Overcoat
Pattern Type: Stripe, Color Block, Hooded, Zipper, Drawstring
Color: Khaki, Purple, Green, Black, Red, Blue, Army Green, Caramel, Claret (Optional)
Size: S, M, L, XL, XXL, 3XL, 4XL, 5XL (Follow the size chart to select please)
Material: 95%Polyester 5%Spandex
Neckline: Hooded
Length: Hip Length

Women Striped Plush Hooded Coat Jacket Hoodies Fuzzy Fleece Zipper Outerwear Sweatshirt

Search everything at Walmart online and in store

Sacramento Supercenter

Length: Hip Length

Sleeve Length: Long Sleeve

Season: Spring, Autumn, Fall, Winter

Occasions: Casual, Traveling, Vacation, Working, Party, Everyday, Dates, Movies, Street, Shopping

Features:

1. Lightweight, ultra soft fabric could keep you warm all day.

2. Daily wear, vocation, dates, sports, school, working, street wear, etc. Easy to pair with boots, jear trendy look in autumn and winter.

3. Clothes perfect to match you favorite jeans, pants etc.

4. Casual style showing your unique charm and vitality, add a sense of elegance and style. The casu and comfortable, and You will love it when you receive it.

Package Content:

1 x Coat (Other Accessories are not included)

Tips:

1. Please compare the detail sizes with yours before you buy!!!

2. Colors may be slightly different depending on computer and monitor settings.

3. Please allow 1-3cm differs due to manual measurement, thanks. (All measurement in cm and plea 1inch=2.54cm)

- The women casual jacket coat features hooded,front zipper,soft and comfy fleece material,fashi side pockets,oversized style can fit more body for ladies.
- Women fuzzy jackets are made of lightweight soft fleece fabric,which is warm and cozy, breatha perfectly keep you warm in the autumn and cold winter.
- Casual fuzzy fleece long sleeves hooded cardigan for women is perfect to wear with leggings, je boots,sneakers for a trendy look in chilly day.
- The fleece hooded cardigan is great for daily casual, work office, fall, winter holidays, going out, also be a sweet Christmas Gift,New Year, Valentine's Day to your love, friends or yourself.
- Wash Recommended With Cold Water/Do Not Bleach/Hang Or Line Dry/Wash with like colours durability of your clothes

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide have not verified it. See our disclaimer

Specifications

**Features**

Contrast Color

**Country of Origin - Textiles**

Women Striped Plush Hooded Coat Jacket Hoodies Fuzzy Fleece Zipper Outerwear Sweatshirt



Women Striped Plush Hooded Coat Jacket Hoodies Fuzzy Fleece Zipper Outerwear Sweatshirt



Athletic Works
Women's Athleisure
Mock Neck Hoodie

★★★★☆ 45

Pickup   Delivery

3+ day shipping

Holiday Time Women's
Long Sleeve Hacci
Hoodie

★★★★½ 9

3+ day shipping

No Boundaries Junior's
Christmas Velour Track
Set, 2-Piece

Pickup   Delivery

3+ day shipping

**Earn 5% cash back on Walmart.com.** See if you're pre-approved with

## Products you may also like



Reduced price

$54.99

Dellytop Women's
Padded Hooded Zipper
Coat Wadded Jacket...

★★★☆☆ 11

3+ day shipping

**Now $39.99** ~~$58.99~~

Diamond Candy
Women's Winter Ski
Jacket Hooded...

★★★★★ 16

2-day shipping

$38.99

Blencot Womens Full
Zipper Sherpa Jackets
Fleece Winter Coats...

★★★★½ 6

3+ day shipping

## Customer reviews & ratings

Women Striped Plush Hooded Coat Jacket Hoodies Fuzzy Fleece Zipper Outerwear Sweatshirt



Women Striped Plush Hooded Coat Jacket Hoodies Fuzzy Fleece Zipper Outerwear Sweatshirt



**Love this cardie.**

I got the pink jacket with stars on it and I love it so much I just ordered another in black. Its loose fitting, cardigan style, super soft, cozy warm and cute. I'm using it for home use over comfy home clothes that are a step above jammies. I probably won't wear it outside the house but you could, its super cute.

Holly M.
👍 0   👎 0
Written by a **sexy-dance.myshoplfy.com** customer

have liked it to be a bit bigger and longer just because I like getting lost in it ut the small is the correct size. So, if you like it sloppier, go a size up. Isn't going to help with the length, which I also wished was about 6 longer. Would still buy it. Cute and keeps you warm!

speedybee62
👍 0   👎 0
Written by a **sexy-dance.myshopify.com** customer

See all reviews

**Ship free, no order min\***
Free shipping as often as you need on any order size.

Join Walmart+

**More items to explore**

Women Striped Plush Hooded Coat Jacket Hoodies Fuzzy Fleece Zipper Outerwear Sweatshirt



**$42.98**

Frontwalk Women
Sleeveless Long Jacket
Casual Padded Vest...

★★★★★ 1

3+ day shipping

**$29.99**

TheMogan Women's
S~3X Full Zip Ultimate
Cotton Fleece Hoodi...

★★★☆☆ 8

3+ day shipping

**$29.98**

Striped Hooded
Women Zipper
Cardigan Tops

3+ day shipping

## Recently viewed items

Based on your most recent browse history



**From $18.77**

Loose Autumn Winter
Striped Sweater
Women Pullover Thic...

3+ day shipping

**From $13.80**

Frontwalk Christmas
Print Tops for Women
Baggy Long Sleeve...

3+ day shipping

**From $14.01**

Sexy Dance Women V-
Neck Lantern Sleeve
Blouse Zipper Loose...

3+ day shipping

Women Striped Plush Hooded Coat Jacket Hoodies Fuzzy Fleece Zipper Outerwear Sweatshirt



# Defendant No.: **3**

## Store Name:

## **Bnwani Store**

Seller Bnwani Store



Seller Bnwani Store



Sexy Dance Women V-Neck Lantern Sleeve Blouse Zipper Loose Casual Top Shirts



Sexy Dance Women V-Neck Lantern Sleeve Blouse Zipper Loose Casual Top Shirts



## About this item

### Product details

**Description:**
Gender:Women, Woman, Ladies Lady, Female, Girls
Style:Women Solid Color Tops, Off Shoulder Shirts, Half Sleeve V Neck T Shirts, Summer Lantern
Blouse, Beach Baggy Pullover, Zip Up Tunic Tops
Pattern Type:Solid Color, Zipper
Color:Gray, White, Pink, Red, Blue, Yellow, Black (Optional)
Size:S, M, L, XL, 2XL (Follow the size chart to select please)

Sexy Dance Women V-Neck Lantern Sleeve Blouse Zipper Loose Casual Top Shirts

**Services**

Search everything at Walmart online and in store

amento, 95829   Sacramento Supercenter     Chri

Material:95%Polyester, 5%Spandex
Neckline:V Neck
Length:Hips
Sleeve Length:Half Lantern Sleeve
Season:Spring, Summer, Autumn, Fall, Winter
Occasions:Casual, Traveling, Vacation, Working, Party, Everyday, Dates, Movies, Daily, School, Holiday,Street, Picnic, Beach

Features:
1. Material:95%Polyester, 5%Spandex, Spandex. A good amount of stretch, breathable,skin-touch, makes you feeling well.
2. Design:Women casual v neck t shirts, zipper pullover, cold shoulder tunic tops blouse, lantern sleeve shirts, loose baggy beach tee shirts, sexy, casual and fashion.
3. Features:Women summer tops, zipper tunic tops, cold shoulder blouse, v neck t-shirts, lantern sleeve shirts, solid color blouse, beach holiday t shirts, half sleeve tee shirts, baggy casual blouse.
4. Women v neck zipper shirts is very soft and comfortable.Suitable for a variety of occasions.Such as spring, summer, casual, parties, beach, holiday, dinner, casual outdoor, night out, vacation, daily life.
5. The ladies off shoulder tunic tops is perfect for fashion and classic design, makes it suitable for all occasion wear.


Package Content:
1 x Women Off Shoulder T Shirts Blouse (Other Accessories are not included)

Tips:
1. Please compare the detail sizes with yours before you buy!!!
2. Colors may be slightly different depending on computer and monitor settings.
3. Please allow 1-3cm differs due to manual measurement, thanks. (All measurement in cm and please note 1cm=0.39inch, 1inch=2.54cm)

- Style- Women Solid Color Tops, Off Shoulder Shirts, Half Sleeve V Neck T Shirts, Summer Lantern Sleeve Tee Shirt, Loose Casual Blouse, Beach Baggy Pullover, Zip Up Tunic Tops
- Material - 95%Polyester, 5%Spandex. The fabric is soft and comfortable for your skin
- Design - Women casual v neck t shirts, zipper pullover, cold shoulder tunic tops blouse, lantern sleeve shirts, loose baggy beach tee shirts, sexy, casual and fashion
- Occasion - Simple and nature design makes this tunic top perfect for work, casual, holiday party, picnic, daily wear,dates,weekend,dates,beach
- Measurement - Please refer to our size chart in the second detailed picture. Tips: Walmart generic size chart is not our size

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Sexy Dance Women V-Neck Lantern Sleeve Blouse Zipper Loose Casual Top Shirts



Sexy Dance Women V-Neck Lantern Sleeve Blouse Zipper Loose Casual Top Shirts



Sexy Dance Women V-Neck Lantern Sleeve Blouse Zipper Loose Casual Top Shirts



Sexy Dance Women V-Neck Lantern Sleeve Blouse Zipper Loose Casual Top Shirts



★★★★★                                          3/22/2022

**Great Buy**

This blouse was a very nice material. I am 5'8" 160lbs with athletic build. I ordered a Large but probably could have ordered a M. I would definitely purchase another in a M. Great feel, made well, zipper is made well, which was my concern. I'll have to see how it will hold up after a wash! Speedy delivery and well worth the price!

Mervin Hackett

👍 0     👎 0

Written by a **sexy-dance.myshopify.com** customer

★★★★★                                          2/16/2022

**Nice for all occasions**

I bought an xl. Its a bit bigger than I usually wear but not so big it looks like a dress. I love the zipper option bc depending on the event you are wearing it too you can show just the right amount of cleavage or not. The color was right on. I'm ordering another

Jules Maggio

👍 0     👎 0

Written by a **sexy-dance.myshopify.com** customer

★★★★★                                          4/19/2022

**Great top at a great price**

LOVE this top! Very flattering and great quality. I ordered the red and was so pleased that I're ordered the white one also.

Lola Gbogboade

👍 0     👎 0

Written by a **sexy-dance.myshopify.com** customer

★★★★★                                          5/3/2022

**Love it, but it is not at all like the color show - it is...**

It is nice and I also have the light gray without shoulder cut outs. However it is definitely NOT khaki or anything similar to khaki

Carli Waeichl

👍 0     👎 0

Written by a **sexy-dance.myshopify.com** customer

★★★★★                                          4/6/2022

**Nice quality, and looks good**

Quality is nice and looks good on

Zainab Isokun

👍 0     👎 0

Sexy Dance Women V-Neck Lantern Sleeve Blouse Zipper Loose Casual Top Shirts



## More items to explore



Sexy Dance Women V-Neck Lantern Sleeve Blouse Zipper Loose Casual Top Shirts



**$21.99**

Esobo Women V-Neck Front Knotted Blouse Shirt Long Sleeve...

3+ day shipping

**$22.95**

MIHOLL Women Long Sleeve Tops Lace Balloon Sleeve Casual...

★★★☆ 11

2-day shipping

**$21.98**

Mafulus Womens V Neck Long Sleeve Shirts Pleated Cotton...

★☆☆☆☆ 1

3+ day shipping

## Recently viewed items

Based on your most recent browse history



+5

**From $37.98**

Women Striped Plush Hooded Coat Jacket Hoodies Fuzzy Fleece...

3+ day shipping

**From $18.77**

Loose Autumn Winter Striped Sweater Women Pullover Thic...

3+ day shipping

**From $13.80**

Frontwalk Christmas Print Tops for Women Baggy Long Sleeve...

3+ day shipping

Sexy Dance Women V-Neck Lantern Sleeve Blouse Zipper Loose Casual Top Shirts



## Related pages

Pioneer Shirt

Fun Dress Shirts

The Pioneer Woman Blouses

Women's Essentials Blouses

Tunic Top Dresses

Pioneer Hats

The Pioneer Woman Clothing

Blouses & Tops



Sexy Dance Push Up Activewear with Pockets Women Ladies Plus Size Yoga Jogging Running Sports Pant High Waist Workout Flared Leggings



Sexy Dance Push Up Activewear with Pockets Women Ladies Plus Size Yoga Jogging Running Sports Pant High Waist Workout Flared Leggings



Roll over image to zoom in

**About this item**

Product details

Description:
Condition:100% Brand New and High Quality
Gender:Women Woman, Ladies Lady, Female
Style:Yoga Pants,Workout Leggings,Sports Trousers,Tights

Sexy Dance Push Up Activewear with Pockets Women Ladies Plus Size Yoga Jogging Running Sports Pant High Waist Workout Flared Leggings

Search everything at Walmart online and in store

ort Lauderdale Supercenter

Pattern Type:Solid Color,Bootcut,Flared,Pockets,Stretch,Drawstring,Buttons

Color:White,Gray,Green,Black,Blue,Wine Red(Optional)

Size:XS,S, M, L, XL,2XL,3XL,4XL (Follow the size chart to select please)

Material:90% Polyester, 10% Spandex

Length:Full Length

Waist:High Waist

Season:Spring, Summer, Autumn, Fall, Winter

Occasions:Fitness,Yoga,Gym,Yoga,Running,Jogging,Climbing,Exercise,Casual,any type of sports or fitness-related, or daily wear.

Features:

1. Breathable and Sweat-absorbent and Quick-drying:The new fabric has good breathability and absorbs sweat, giving you a dry and comfortable sports experience.

2. High Waist Fit:It provides perfect support for your waist, does not make you feel uncomfortable, elastic fabric and reasonable cut, it is not easy to slide or curl during exercise.

3. This yoga pants is soft and skin-friendly, perfect for yoga, sports, fitness, running and more. It is also very comfortable to wear everyday.

Package Content:

1 x Pants (Other Accessories are not included)

Tips:

1. Please compare the detail sizes with yours before you buy!!!

2. Colors may be slightly different depending on computer and monitor settings.

3. Please allow 1-3cm differs due to manual measurement, thanks. (All measurement in cm and please note 1cm=0.39inch, 1inch=2.54cm)

- EXCELLENT FABRICS WITH LATEST TECHNOLOGY:Bootcut Workout pants for women are made from high quality materials with Polyester and Spandex.The Fabric is Sweat Wicking, Non-See-Through and Ultra-Soft with a 4-Way Stretch Technology like a Second-Layer Skin on your body.
- UNIQUE DESIGN:Yoga Bootleg Pants allow you to move without restriction,the side pocket and 2 back pockets with buttons are probably one of the favorite features which can put keys,cards,cash,mobile phone while doing sports.High waist for tummy control,drawstring for elastic waist perfectly contouring your curves and streamlining your shape.
- OCCASIONS:Fitness,Yoga,Gymnastics,Yoga,Fitness,Running,Jogging,Climbing,Gym Exercise,Casual,any type of sports or fitness-related, or daily wear.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications ⌃

**Features**

suit for all season

**Color**

Blue

Sexy Dance Push Up Activewear with Pockets Women Ladies Plus Size Yoga Jogging Running Sports Pant High Waist Workout Flared Leggings



Sexy Dance Push Up Activewear with Pockets Women Ladies Plus Size Yoga Jogging Running Sports Pant High Waist Workout Flared Leggings



Sexy Dance Push Up Activewear with Pockets Women Ladies Plus Size Yoga Jogging Running Sports Pant High Waist Workout Flared Leggings



Sexy Dance Push Up Activewear with Pockets Women Ladies Plus Size Yoga Jogging Running Sports Pant High Waist Workout Flared Leggings



Sexy Dance Push Up Activewear with Pockets Women Ladies Plus Size Yoga Jogging Running Sports Pant High Waist Workout Flared Leggings



Popular items in this category

Bestselling items that customers love



Sexy Dance Push Up Activewear with Pockets Women Ladies Plus Size Yoga Jogging Running Sports Pant High Waist Workout Flared Leggings



Sexy Dance Push Up Activewear with Pockets Women Ladies Plus Size Yoga Jogging Running Sports Pant High Waist Workout Flared Leggings



# Defendant No.: **4**

## Store Name:

## **DZXJMYYXGS**

Seller DZXJMYYXGS



Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



## About this item

### Product details

Description:
Condition: 100% Brand New and High Quality
Gender: Women Woman, Ladies Lady, Female
Style: Women Midi Dress, Bodycon Dress
Pattern Type: Solid Color, Bodycon
Color: White, Black, Camel, Blue (Optional)
Size: S, M, L, XL (Follow the size chart to select please)
Material: 92% Polyester, 8% Spandex
Neckline: V Neck
Sleeve Length: Long Sleeve

Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



Length: Mid Calf
Season: Autumn, Fall, Winter
Occasions: Casual, Traveling, Vacation, Working, Party, Everyday, Dates, Movies

Features:
1. Long sleeve dress which gives extra soft touch, premium fabric for extra comfort.
2. Wear this dress for any occasion, work, business or everyday that gives relaxed fit. An essential dress for autumn, winter and occasions.
3. Fashionable style makes you sexy and eye-catching in the crowd.
4. Simple, versatile design makes this dress perfect for daily.

Package Content:
1 x Dress (Other Accessories are not included)

Tips:
1. Please compare the detail sizes with yours before you buy!!!
2. Colors may be slightly different depending on computer and monitor settings.
3. Please allow 1-3cm differs due to manual measurement. thanks. (All measurement in cm and please note 1cm=0.39inch, 1inch=2.54cm)

- Features : Midi dresses , soft and warm , designed for a slim fit.
- Feature:Women Midi Dress, Bodycon Dress,solid color ,ribbed low-cut V-neck,tight-fitting,long-sleeved dress
- Match : it's super versatile, easy to style , great with coats, jacket, trench coat, leggings, boots, very charming and feminine.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications

**Country of Origin - Textiles**
Imported

**Fabric Content**
8% Spandex

Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress





## More items to explore

**$26.98**

Women's Fashion Casual V-Neck Long Sleeves Print Lace-up...

3+ day shipping

**$14.99**

Women's Fashion Casual Comfortable Printed Long Sleeve ...

3+ day shipping

**Now $29.35**

Ladies Summer Autumn Solid Color Long Sleeve V-Neck...

3+ day shipping

## Recently viewed items

Based on your most recent browse history







Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



**From $35.48**

Frontwalk Womens Stylish Quilted Jacket Winter Coats Outwea...

3+ day shipping

**From $29.51**

Frontwalk Mens Sweat Suit Set Tracksuit Jogging 2 Piece...

3+ day shipping

**From $15.99** ~~$26.99~~

S-5XL Floral Print Jumpsuit for Women Summer Sleeveless...

3+ day shipping

**Walmart+**

## Ship free, no order min*

Free shipping as often as you need on any order size.

Join Walmart+

## Related pages

Bridesmaid Dresses

Azazle Bridesmaid

ELOQUII Elements shop all

ELOQUII Elements Dresses & Jumpsuits

Bridesmaid Dresses with Sleeves

Women's Bridesmaid Dresses

Plus Size Dresses

Womens Plus Savings Dresses & J

Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



## Related pages

Bridesmaid Dresses

Azazie Bridesmaid

ELOQUII Elements shop all

ELOQUII Elements Dresses & Jumpsuits

Bridesmaid Dresses with Sleeves

Women's Bridesmaid Dresses

Plus Size Dresses

Womens Plus Savings Dresses & Jumpsuits

💬 Notice unusual marketplace activity? Report



# Defendant No.: **5**

## Store Name:

## **TZQ Trade Co.ltd**

Seller TZQ Trade Co.ltd



Seller TZQ Trade Co.ltd



Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL



Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL



Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL



## Similar items you might like

Based on what customers bought





                                                    +3                          +64 options

**$18.99**                          **From $14.69**              **From $12.49**

Women's Half-Sleeve              Lumento Baggy Casual        CFXNMZGR Womens
Leopard Printed                  Blouse Tops Shirt For       Tops Women Ladies
Blouses Casual...                Women Ladies...             Zipper Button Long...

★★☆☆☆ 6                                                       ★★★☆☆ 5

3+ day shipping                  3+ day shipping             3+ day shipping

## About this item

### Product details

Description :
Gender: Women Woman,Ladies Lady,Female
Style:Summer Love Print Tops,Short Sleeve Loose Casual T Shirt,Casual Beach Loose Tops
Type: Loose ,Casual,Sport ,Daily
Pattern Type:Love Print,Short Sleeve,Crew neck
Sleeve Style: Short Sleeve

Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL



Colour: Blue,Gray,Red,Pink,Green
Size: S,M,L,XL,2XL,3XL
Season: Spring,Summer,Autumn,Fall
Material: cotton
Occasions: Casual,Traveling,Vacation,Party,Beach Holiday ,Sport Running,Home Wear

Features:
1.Women Casual Love Print Loose Short Sleeve Blouse Tops T Shirt Summer Fashion Street Tees
2.This Unique Colorful Gradient Tops T-shirts Well With Leggings And Jeans, Trendy And Elegant Item
3.Suitable For A Casual Everyday Look And Any Occasions Especially For Office, Parties, Clubbing And Dating.

Notes:
1. Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed the pictures.
2. Slightly color/pattern differences between batches.
3. Size doesn't fit all, please carefully check size chart and select the size based on your real size.

Package Included:
1 x Women Blouse Tops

- Feature:Short Sleeve T Shirt,Love Heart Print,Round Neck,Crew Neck,Loose Baggy S-3XL
- Occasions: Casual,Traveling,Vacation,Party,Beach Holiday ,Sport Running,Home Wear
- Size:S,M,L,XL,XXL,Color:Blue,Gray,Red,Pink,Green

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications

**Country of Origin - Textiles**
Imported

**Clothing Size**
XXL

Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL





Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL



Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL



Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL



Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL





Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL



Time And Tru Women's
Knit Turtleneck Top
★★★★☆ 16

Pickup   Delivery
3+ day shipping

JWD Women's Tops
Long Sleeve Lace Trim
O-Neck A Line Tunic...
★★★★⯪ 979

2-day shipping

Time and Tru Women's
Flannel Shirt
★★★★☆ 67

Pickup   Delivery
3+ day shipping

## More items to explore



$19.99

Anyjoin Womens
Summer Casual T Shirt
Strappy Cold Shoulde...
★★★★⯪ 926

2-day shipping

$15.76

JWD Summer Ruffle
Short Sleeve Knit Tunic
Tops Shirts Tank Tee...
★★★★⯪ 648

2-day shipping

$23.99

ZHENWEI Womens
Summer V Neck Cold
Shoulder Tops T Shirts...

3+ day shipping

## Recently viewed items

Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL



Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops
Blouse Basic Tee Plus Size S-3XL



## Related pages

Pioneer Shirt

Amado S

Womens Plus

The Pioneer Woman Blouses

Make T

Fun Dress Shirts

Womens Plus Savings

The Pioneer Woman Clothing

Notice unusual marketplace activity? Report

We'd love to hear what you think!

Give feedback

# Defendant No.: **6**

## Store Name:

## **TBLP**

## More seller options



Sexy Dance Large Capacity Leather Purses and Handbags for Women Crossbody Shoulder Bags...

Shipping to Wilton Manors, 33334

**$36.97** One-time purchase
+ free shipping

**Arrives by Mon, Jan 16**

Sold and shipped by TBLP

Not returnable  Details

**Add to cart**

**$36.98** One-time purchase
+ free shipping

**Arrives by Wed, Jan 18**

Sold and shipped by Kolopland Industrial Trading Group Ltd

Free 30-Day returns  Details

**Add to cart**

**$46.26** One-time purchase
+ free shipping

**Arrives by Fri, Jan 13**

Sold and shipped by Zhuoshengben., Ltd

---

s shop   Up to 50% off Toys   Deals   Gift find

Sexy Dance

**Sexy Dance Large Capacity Leather Purses and Handbags for Women Crossbody Shoulder Bags Pocketbo Satchels for Mothers Day Gift - Bla**

★★★★★ (5.0) 2 reviews

# $36.97

Price when purchased online ⓘ

**Buy now**     **Add to cart**

**Actual Color:** Black

| $36.97 | $35.39 | $36.97 | $36.97 | $3 |

$36.97

Free shipping, **arrives by Mon, Jan 16** to
2773 NE 14th Ave
More options

Sold and shipped by **TBLP**
View seller information



Review Order

## Free shipping, arrives by Mon, Jan 16

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334                    Edit

**Delivery instructions**                                    Add
Add gate codes or other useful information.

### Items details
1 item                                                       View details

## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

Ending in 3985                                               $39.56

---

### Place order for $39.56

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                          $36.97
Shipping                                         Free
**Estimated taxes**                             $2.59

**Estimated total**                            $39.56

Have a promo code?



Thanks for your order!

Walmart+ Join Today
Members can save $1,300/year with free shipping and delivery*

Start Free Trial

We'll email details to barnettcrl@yahoo.com
Order #20000636907459 | $39.56

spark*good   Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out.   Select a local charity ⓘ

## Shipping, arrives by Mon, Jan 16

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **7**

## Store Name:

**guangzhoudingdingshangmaoyou**

 Back to order details

## DQW Co.ltd

★★★★★  See all 1 review
5 stars out of 5

 100%  Overall Positive Rating

🏠  Business Name: guangzhoudingdingshangmaoyouxiangongsi

✉  Contact seller

📞  (+86) 18938910541

📍  guangdongshengguangzhoushibaiyunqu
jiangxiaxuexiaobeilu1hao403shi
guangzhoushi, Guangdong 510450, China

About seller

## More items from this seller



**$17.01**

Puntoco Summer dresses for women clearance, Women Dress
Slimming Draw Back Printed Short Sleeves Cold Shoulder Dress
Blue

★★★☆☆ 4



**$17.97**  ~~$21.99~~

Kupretty Womens Vintage Cotton Linen A-line Dress Summer
Casual Button Down V-neck Midi Dress Plus Size

★★★★☆ 6



**$7.75**  ~~$9.36~~

Pet Grooming Dematting Comb,P
Rake Dog Brush Dematting Comb
Loose Undercoat,Blue

★★★★½ 15

## Seller reviews

# 5 out of 5

★★★★★ (1 review)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

**More seller options** ✕

Clearance   New Year reset   Tech   H

 Sexy Dance Womens Man Checkered
Luggage Bag,Lage Duffel Bag,Travel
Tote-Carry On Bag,Holiday Weekend...

Sexy Dance

**Sexy Dance Womens Man Checkered
Luggage Bag,Lage Duffel Bag,Travel
Carry On Bag,Holiday Weekend
Overnight Bag,Oversized Sport Gym
Bag,PU Leather Handbag,Fashion
Shoulder Satchel Bag**

★★★☆☆ (3.0) 2 reviews

Shipping to Wilton Manors, 33334

**$38.97** One-time purchase
+ free shipping

**Arrives by Thu, Feb 2**
Sold and shipped by chengduyanyijiangshangmaoltd

▢ Not returnable  Details

**Add to cart**

# $38.97

Price when purchased online ⓘ

Buy now   Add to cart

**$38.98** One-time purchase
+ free shipping

**Arrives by Wed, Jan 18**
Sold and shipped by guangzhoudingdingshangmaoyou

▢ Not returnable  Details

**Add to cart**

**Actual Color:** Black Floral

 $38.99    **$38.97**    $38.99    $38.98    $3

**Pattern:** Small Size:18.11x10.24x10.63"

Small Size:18.11x10.24x10.63"

Large Size:20.87x10.24x11.02"

**$38.99** One-time purchase
+ free shipping

**Arrives by Thu, Feb 2**
Sold and shipped by Angyue,, Ltd

▢ **Free 30-Day returns** Details

▢ Free shipping. **arrives by Thu, Feb 2** to
2773 NE 14th Ave





Review Order

## Free shipping, arrives by Wed, Jan 18

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

**Delivery instructions**

Add

Add gate codes or other useful information.

**Items details**

View details

1 item

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9660

$41.71

### Place order for $41.71

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $38.98 |
| Shipping | Free |
| Estimated taxes | $2.73 |
| **Estimated total** | **$41.71** |

Have a promo code? >



Thanks for your order!

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

We'll email details to christophercadengsu@yahoo.com
Order #2000106-48192341 | $41.71

sparkgood Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Shipping, arrives by Wed, Jan 18

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

1 item

# Defendant No.: **8**

## Store Name:

## **Bag shop**

**More seller options**

Clearance    New Year reset    Tech    H...



Sexy Dance

**Sexy Dance Womens Checkered To**
**Shoulder Bag Purse With Inner Pou**
**PU Vegan Leather Shoulder Satche**
**Fashion Bags**

## $29.95

Price when purchased online ⓘ

( Buy now )    ( Add to cart )

Actual Color: Brown Checkered

      

$29.96    $29.99    $29.95    $29.99    $2


Free shipping, **arrives by Thu, Jan 26** to
2773 NE 14th Ave
More options


Sold and shipped by **Bag shop**
View seller information

♡  Add to list        🎁  Add to registry

**More seller options (2)**



Sexy Dance Womens Checkered Tote
Shoulder Bag Purse With Inner Pouch -
PU Vegan Leather Shoulder Satchel...

Shipping to Wilton Manors, 33334

**$29.95** One-time purchase
+ free shipping

**Arrives by Thu, Jan 26**

Sold and shipped by Bag shop

🚫  Not returnable  Details

( **Add to cart** )

**$29.97** One-time purchase
+ free shipping

**Arrives by Wed, Feb 1**

Sold and shipped by chengduyanyijiangshangmaoltd

🚫  Not returnable  Details

( **Add to cart** )

**$29.99** One-time purchase
+ free shipping

**Arrives by Thu, Feb 2**

Sold and shipped by Angyue., Ltd

🚫  **Free 30-Day returns**  Details



Cart (1 item)

Free shipping, arrives Thu, Jan 26

2773 NE 14th Ave

Sold and shipped by Bag shop

Sexy Dance Womens Checkered Tote Shoulder Bag Purse
With Inner Pouch - PU Vegan Leather Shoulder Satchel...

Actual Color: Brown Checkered

Remove   Save for later

$29.95

Subtotal (1 item)                          $29.95
Shipping                                      Free
Taxes                              Calculated at checkout
Estimated total                            $29.95

Continue to checkout

Want to save on grocery delivery, gas &
more?
Try W+ free for 30 days!

Earn 5% cash back on Walmart.com
See if you're pre-approved with no
credit risk. Learn how

Review Order

## Free shipping, arrives by Thu, Jan 26

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

**Delivery instructions**

Add gate codes or other useful information.

Add

View details

**Items details**

1 item

## Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9660

$32.05

---

**Place order for $32.05**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $29.95 |
| Shipping | Free |
| **Estimated taxes** | $2.10 |
| **Estimated total** | **$32.05** |

Have a promo code?

>



Walmart online and in store

**Thanks for your order!**

Walmart+ Join Today
Members can save $1,300/year with free shipping and delivery*

We'll email details to **christophercadengsu@yahoo.com**
Order #200010694427884 | $32.05

sparkgood  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ①

Start Free Trial

**Shipping, arrives by Thu, Jan 26**

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

 Back to order details

## TF

★★★☆ See all 8 reviews
3.4 stars out of 5

 **63%**    Overall Positive Rating

---

🏠 Business Name: HAIKOUSHIXIANGBAITONGSHANGMAOYOUXIANGONGSI

✉ Contact seller

📞 (213) 348-8267

📍 HAINANSHENGHAIKOUSHIXIUYINGQU
XIULILU96HAOZHONGXINHUAYUAN1501
HAIKOU, Hainan 570100, China

---

About seller

## More items from this seller

        

+ Add    + Add    + Add

**$34.98**    **$29.99**    **$22.98**

TWENTY FOUR Womens Checkered Tote Shoulder Bag With Inner Pouch - PU Vegan Leather Shoulder Satchel Fashion Bags    TWENTY FOUR Checkered Tote Shoulder Bag with Inner Pouch - PU Vegan Leather Shoulder Handbags Fashion Ladies Purses Satchel Messenger Bags(Brown)    Leather Handbag and Tote Purse for Women PU Shoulder Bag Adjustab

★★★★ 322    ★★★★½ 135    ★★★★ 105

---

## Seller reviews

# 3.4 out of 5

★★★½ (8 reviews)

| | |
|---|---|
| 5 stars | 4 |
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 3 |

# Defendant No.: **9**

## Store Name:

## **Frozen**



Sexy Dance

**Sexy Dance** Women Belt Bags Checkered Fanny Pack Men Women Crossbody Fanny Pack Waist Bags,Bum Bags,Sling Fanny Packs,Fashion Pouch Pocket Travel Sport Checkered Mens Womens Bags Brown Checkered

★★★★★ (5.0) 1 review

**$25.89**

Price when purchased online ⓘ

Buy now       **Add to cart**

**Actual Color:** Brown Checkered

$25.89   $27.99   $27.99   **$25.89**   $27.99

$27.99   $25.89   $27.99

Free shipping, **arrives by Thu, Feb 9** to
2773 NE 14th Ave
More options

Sold and shipped by **Frozen**
View seller information



Cart (1 item)

Pickup and delivery options ⌄

Free shipping, arrives Thu, Feb 9

2773 NE 14th Ave

Sold and shipped by Frozen

Sexy Dance Women Belt Bags Checkered Fanny Pack Men Women Crossbody Fanny Pack Waist Bags,Bum Bags,Slim...

Actual Color: Brown Checkered

Remove     Save for later

$25.89

−  1  +

Continue to checkout

Subtotal (1 item)          $25.89

Shipping                      Free

Taxes          Calculated at checkout

Estimated total            $25.89

Walmart+  Want to save on grocery delivery, gas & more?

☐ Try W+ free for 30 days!

Earn 5% cash back on Walmart.com
See if you're pre-approved with no
credit risk. Learn how

# Review Order

## Free shipping, arrives by Thu, Feb 9

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

**Delivery instructions**

Add gate codes or other useful information.

Add

### Items details

1 Item

View details



## Payment method



**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

Ending in 0604                                              $27.70



---

**Place order for $27.70**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                    $25.89

Shipping                             Free

**Estimated taxes**                  $1.81

**Estimated total**                  $27.70

Have a promo code?



# Thanks for your order!

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

Start Free Trial

We'll email details to **stephen.mende@outlook.com**
Order #2000107366O4261 | $22.70

sparkgood · **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Thu, Feb 9

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

‹ Back to order details

# Frozen 2

    See all 6 reviews

3.3 stars out of 5

    Overall Positive Rating

---

🏠   Business Name: Kunmingyushengtudianzishangwuyouxiangongsi

✉️   Contact seller

📞   (213) 348-8267

📍   Yunnanshengkunmingshiwuhuaqu
Qingnianlu371haowenhuakejidalou4lou403shi
Kunming, Yunnan 650032, China

---

About seller

## Seller reviews

# 3.3 out of 5

★★★½☆ (6 reviews)

| | |
|---|---|
| 5 stars | 2 |
| 4 stars | 1 |
| 3 stars | 1 |
| 2 stars | 1 |
| 1 star | 1 |

# Defendant No.: **10**

## Store Name:

## **MrYGroup TBD**

**More seller options**

Valentine's Day    Game Time    Black History N



Sexy Dance

**Women Turtleneck Asymmetrical T**
**Knitted Sweater Pullover Jumper C**
**Batwing Sleeve Poncho Shawl Coat**
**Outwear Ladies Loose Cloak Knitw**

★★★★☆ (4.2) 5 reviews

# $21.40

Price when purchased online 

( **Buy now** )   ( **Add to cart** )

**Color:** Khaki


$21.40

**Clothing Size:** One Size    Size guide

[ **One Size** ]

🚚  Free shipping, **arrives by Mon, Mar 6** to
     2773 NE 14th Ave
     More options

🏬  Sold and shipped by **Dgu Group Inc**
     ★★☆☆☆  418 seller reviews
     View seller information

🔄  **Free 30-day returns** Details

---



Women Turtleneck Asymmetrical
Tassel Knitted Sweater Pullover
Jumper Casual Batwing Sleeve Ponch...

Shipping to Wilton Manors, 33334

**$21.40** One-time purchase
+ free shipping

**Arrives by Mon, Mar 6**

Sold and shipped by Dgu Group Inc

🔄 **Free 30-day returns** Details

( **Add to cart** )

**$21.42** One-time purchase
+ free shipping

**Arrives by Wed, Mar 8**

Sold and shipped by MrYGroup TBD

🔄 Not returnable  Details

( **Add to cart** )

**$40.99** One-time purchase
+ free shipping

**Arrives by Tue, Mar 7**

Sold and shipped by Yinsihan

🔄 **Free 30-day returns** Details



# Review Order



## Free shipping, arrives by Wed, Mar 8

harold osmon
2773 NE 14th Ave, Wilton Manors, FL 33334                    Edit

### Delivery instructions                                    Add

Add gate codes or other useful information.

### Items details                                            View details

1 item

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

---

**Place order for $22.92**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $21.42 |
| Shipping | Free |
| **Estimated taxes** | $1.50 |
| **Estimated total** | **$22.92** |

Have a promo code?





Thanks for your order!

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

We'll email details to morrisaof@yahoo.com
Order #2000107966880076 | $22.92

spark good  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Shipping, arrives by Wed, Mar 8

harold osmon
2773 NE 14th Ave, Wilton Manors, FL 33334

Start Free Trial

# Defendant No.: **11**

# Store Name:

# **shenzhenmairuisidianziyouxianzerengongsi**

# shanxijiexinmeishiwang

☆☆☆☆☆

No reviews yet

---

🏠 Business Name: shanxijiexinmeishiwangluokejiyouxiangongsi

✉ Contact seller

📞 (+86) 13163792782

📍 xixianxinqukonggangxinchengtianxinglu39hao
xi an shi, Shaanxi 710000, China

---

## Seller reviews

This seller doesn't have any reviews yet.



Sexy Dance

# Sexy Dance Checkered Purse Bag Wallet

## $14.98

Price when purchased online ⓘ

**Buy now**   **Add to cart**

**Actual Color:** White Checkered

$14.99     $14.98

🚚 Free shipping, **arrives by Wed, Feb 22** to
2773 NE 14th Ave
More options

🏬 Sold and shipped by
**shenzhenmairuisidianziyouxianzerengongsi**
View seller Information

♡ Add to list     🎁 Add to registry

Best seller

Sponsored

## $18.99

SENDEFN Small Women
Wallet Genuine Leather Bifol...

2-day shipping



**Review Order**

### Free shipping, arrives by Wed, Feb 22

Steven Ivy
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

**Delivery instructions**

Add

Add gate codes or other useful information.

**Items details**

View details

1 item

---

**Place order for $16.03**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $14.98 |
| Shipping | Free |
| **Estimated taxes** | $1.05 |
| **Estimated total** | **$16.03** |

Have a promo code?

---

### 🗐 Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 3326                                         $16.03



Thanks for your order!

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

We'll email details to **chamberlainldmo@yahoo.com**
Order #2000009429366 | $16.03

spark**good**  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out.  Select a local charity ⓘ

Shipping, arrives by Wed, Feb 22

Steven Ivy
2773 NE 14th Ave, Wilton Manors, FL 33334

Start Free Trial

Search everything at Walmart online and in store

# Defendant No.: **12**

## Store Name:

## **EEIRLJQD**



Sexy Dance

# Sexy Dance Checkered Purse Bag,PU Leather Wallet

★★★★☆ (4.0) 4 reviews

## $14.98

Price when purchased online ⓘ

**Buy now**    **Add to cart**

**Actual Color:** Black Checkered

$14.98    $14.98

🚚 Free shipping, **arrives by Wed, Feb 22** to
2773 NE 14th Ave
More options

🏪 Sold and shipped by **EEIRLJQD**
★★★★★ 1 seller review
View seller information

🔄 Free 30-day returns Details

♡ Add to list    🎁 Add to registry

## More seller options (1)

Starting from $14.99



**Review Order**

## Free shipping, arrives by Wed, Feb 22

Edit

Steven Smith
2773 NE 14th Ave, Wilton Manors, FL 33334

Add

### Delivery instructions

Add gate codes or other useful information.

View details

### Items details

1 Item

## Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

$16.03

Ending in 3791

---

## Place order for $16.03

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $14.98 |
| Shipping | Free |
| **Estimated taxes** | $1.05 |
| **Estimated total** | $16.03 |

Have a promo code?



# Defendant No.: **13**

# Store Name:

# **VKIYO**

‹ Back to item



# VKIYO

★☆☆☆☆    See all 1 review
1 stars out of 5

**0%**    Overall Positive Rating

---

⌂  Business Name: Guangzhoushi Dailishipin Youxiangongsi

✉  Contact seller

☎  (+86) 15602977213

⌖  tianhequguangtangxihenglu5hao530-84fang
    Guangzhou, Guangdong 510000, China

---

About seller

---

Tax policy

---

## More items from this seller







| | | |
|---|---|---|
| + Add | + Add | + Add |
| **$9.98** | **$7.46** | **$3.44** ~~$7.43~~ |
| 79FT 12 Strands Artificial Flowers Silk Fake Ivy Leaves Greenery Hanging Vine Ivy Plants Leaf Garland for Wedding party outdoor garden season vine decoration | TIMIFIS Ladies Crystal Butterfly Necklace Sterling Silver Necklaces Gift for Women Teen Girls Friends Personalized Couples Pendant Necklace | Telescopic Fly Swatters, Durable P Set, Telescopic Flyswatter with Sta Indoor/Outdoor(2 Pack) |
| ★★★★☆ 7 | ★★★★★ 7 | ★★★★★ 60 |

---

## Seller reviews

# 1 out of 5

★☆☆☆☆ (1 review)

| | |
|---|---|
| 5 stars | 0 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |



**More seller options**



Women Gradient Color Shirt Tunic Top Rainbow Color Block Striped Print Short Sleeve T-Shirt Round Neck...

Shipping to Wilton Manors, 33334

**$20.11** One-time purchase
+ free shipping

**Arrives by Fri, Mar 10**
Sold and shipped by shuangguoba co.,ltd

Free 30-day returns  Details

**Add to cart**

**$16.41** One-time purchase
+ $4.00 shipping

**Arrives by Wed, Feb 22**
Sold and shipped by VKIYO

Not returnable  Details

**Add to cart**

**$20.69** One-time purchase
+ free shipping

**Arrives by Fri, Mar 10**
Sold and shipped by JenniferLiz

Not returnable  Details

Sexy Dance

**Women Gradient Color Shirt Tunic Rainbow Color Block Striped Print Sleeve T-Shirt Round Neck Summer Casual Loose Basic Tee Tops**

★★☆☆☆ (2.2) 51 reviews

**$20.11**

Price when purchased online ⓘ

**Buy now**    **Add to cart**

**Color:** Lake Blue

$21.49   $20.76   $20.11   $19.35

$20.76   $20.55

**Clothing Size:** XL   Size guide

Item Runs True to size

| S | M | L |
| XL | XXL | 3XL |
| 4XL | | |



# Review Order

## Shipping, arrives by Wed, Feb 22

Steven Smith
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

### We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.



Ending in 3791



$21.84

---

## Place order for $21.84

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                  $16.XX

Seller shipping                    $4.00

Estimated taxes                    $1.4X

**Estimated total**                **$21.84**

Have a promo code?



# Defendant No.: **14**

## Store Name:

# **Moonwalker**

**More seller options**



Sexy Dance

# Women Long Sleeve Round Neck T Solid Color Button Down Causal Bl Tops Ladies Stylish Pleated Tunic To Shirt

★★★★☆ (4.0) 2 reviews

## $21.94

Buy now        Add to cart

**Color: Purple**

$20.43   $21.98   $25.76   $21.94   $2

**Clothing Size:** M      Size guide

Fit Predictor Your suggested size **S** ⓘ

| S | M | L |
| XL | XXL | 3XL |

Free shipping, **arrives by Mon, Mar 6** to
2773 NE 14th Ave
More options

Sold and shipped by **Jiwenxiang**
View seller information

Free 30-day returns  Details

---

Women Long Sleeve Round Neck T
Shirts Solid Color Button Down Causal
Blous Tops Ladies Stylish Pleated Tuni...

Shipping to Leesville, 71446

**$21.94** One-time purchase
+ free shipping

**Arrives by Mon, Mar 6**
Sold and shipped by Jiwenxiang

Free 30-day returns  Details

Add to cart

**$21.95** One-time purchase
+ free shipping

**Arrives by Tue, Mar 14**
Sold and shipped by Moonwalker

Free 30-day returns  Details

Add to cart

**$25.76** One-time purchase
+ free shipping

**Arrives by Mon, Mar 6**
Sold and shipped by Caihui

Free 30-day returns  Details



# Review Order

🚚 **Free shipping, arrives by Tue, Mar 14**

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334    Edit

## Delivery instructions    Add

Add gate codes or other useful information.

## Items details    View details

1 item

## 💳 Payment method

🔵 **We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 8003    $23.49



---

## Place order for $23.49

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $21.95 |
| Shipping | Free |
| **Estimated taxes** | $1.54 |
| **Estimated total** | $23.49 |

Have a promo code?  ›



Thanks for your order!

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

Start Free Trial

We'll email details to wesleyuew@yahoo.com

Order #2000106762529 | $23.49

sparkgood   Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Shipping, arrives by Tue, Mar 14

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **15**

## Store Name:

# **Qionghaishimoyanzhan**

 Back to order details

# Satisfied

☆☆☆☆☆

No reviews yet

🏠 Business Name: Qionghaishimoyanzhanshangmaoyouxiangongsi

✉ Contact seller

📞 (+86) 18122053740

📍 Hainanshengqionghaishitanmenzhenjiatanjie13hao304fang
Qionghai, Hainan 571400, China

About seller

## More items from this seller







**$15.35**

No.7 Leave In Repair Bonding Oil 1oz/ 30ml - Boosts Shine

★★★★☆ 23

**$6.14** ~~$7.43~~

Medium Coffin Press on Nails, Blue Gradient Fake Nails, Glitter Artificial False Nails with Double Side Adhesive Tabs for Women & Girls (24pcs)

★★★★½ 80

**$7.66**

Coolmade 3 Pack 100% Natural Or Large Exfoliating Shower Loofah B Skin for Smoother, More Radiant A

★★★★☆ 36

## Seller reviews

This seller doesn't have any reviews yet.

## About seller

ⓘ

This seller may also engage in manufacturing, importing or reselling consumer products.

1



Sexy Dance

# Sexy Dance Womens PU Leather Tote Shoulder Bags Retro Handbags and Purses Zipper Work Tote for Ladies Large Purse Crossbody Hobo Bags

★★★★☆ (3.5) 2 reviews

## $29.86

Price when purchased online ⓘ

**Buy now**     **Add to cart**

Actual Color: Brown

| $29.86 | **$29.86** | $29.86 | $29.86 | $29.86 |
| $29.89 | $29.86 | | | |

🚚 Free shipping, **arrives by Tue, Feb 28** to
2773 NE 14th Ave
More options

🏪 Sold and shipped by **Qionghaishimoyanzhan**
View seller information

♡ Add to list       🎁 Add to registry



Cart (1 item)

Free shipping, arrives Tue, Feb 28

2773 NE 14th Ave

Sold and shipped by Qingshistshimaiyanshan

Sexy Dance Womens PU Leather Tote Shoulder Bags Retro
Handbags and Purses Zipper Work Tote For Ladies Large...

Actual Color: Brown

Remove     Save for Later

$29.86

−   1   +

Continue to checkout

**Subtotal** (1 item)          $29.86

Shipping                         Free

**Taxes**          Calculated at checkout

**Estimated total**          $29.86

×

Walmart+   Want to save on grocery delivery, gas &
more?

☐ Try W+ free for 30 days!

×

**Earn 5% cash back** on Walmart.com
See if you're pre-approved with no
credit risk. Learn how

Review Order

## Free shipping, arrives by Tue, Feb 28

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

### We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 8003

$31.95

---

## Place order for $31.95

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                    $29.86

Shipping                                  Free

**Estimated taxes**                      $2.09

**Estimated total**                      $31.95

Have a promo code?



# Defendant No.: **16**

## Store Name:

## **luoheailoushangmaoyouxiangongsi**

**More seller options**

Valentine's Day   Game Time   Black History M

Sexy Dance

Bellella Women Long Sleeve Oversi
Vintage Plaid Pullover V Neck Top
Blouse Ladies Casual Winter Autum
Popover Color Block Checked Bagg
Shirt Tops Blouse Plus Size S-5XL

★★☆☆☆ (21) 21 reviews

$18.04

Price when purchased online ⓘ

Buy now     Add to cart

Color: Gray

$19.00   $18.04   $20.95   $20.96   $2

$19.30

Clothing Size: S    Size guide

🌀 Fit Predictor Calculate your size

| S | M | L |
|---|---|---|
| XL | 2XL | 3XL |
| 4XL | 5XL | |

🚚 Free 30-day returns  Details

Add to cart

$18.07 One-time purchase
+ free shipping

Arrives by Wed, Mar 8

Sold and shipped by lantianshangcheng Co. ltd

🚚 Not returnable  Details

Add to cart

$18.13 One-time purchase
+ free shipping

Arrives by Tue, Feb 28

Sold and shipped by luoheailoushangmaoyouxiangongsi

🚚 Free 30-day returns  Details

Add to cart

$25.31 One-time purchase
+ free shipping

Arrives by Mon, Mar 13

Sold and shipped by shuangguoba co.,ltd

🚚 Free 30-day returns  Details

Add to cart



# Review Order

## Free shipping, arrives by Tue, Feb 28

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 Item



View details

## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.



 Ending in 9660                                                  $19.40

---

**Place order for $19.40**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                        $18.xx

Shipping                                                       Free

**Estimated taxes**                                           $1.2x

**Estimated total**                                          $19.40

Have a promo code?



Thanks for your order!

**Walmart+** · Join Today
Members can save $1,300/year with free shipping and delivery*

We'll email details to **christophercadengsu@yahoo.com**

Order #2000107380247322 | $19.40

**spark**good · Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⊕

Start Free Trial

---

**Shipping, arrives by Tue, Feb 28**

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

‹ Back to order details

# Home Store Co.,Ltd



★★★☆☆
3 stars out of 5

See all 2 reviews

**50%**    Overall Positive Rating

🏠    Business Name: luoheailoushangmaoyouxiangongsi

✉    Contact seller

📞    (+86) 15361496210

📍    henanshengluoheshiyuanhuiqu
kongzhongguoxiangyegangcun2zu11hao
luoheshi, Henan 462000, China

About seller

## More items from this seller







| | | |
|---|---|---|
| + Add | + Add | + Add |

**$6.83**

essence | Lash Princess False Lash Effect Mascara | Gluten & Cruelty Free

★★★★½ 6

**$8.99**

RC280 Remote for TCL ROKU Smart TV with Hulu Vudu Netflix Sling App Key 28S305 32S305 40S305 43S305 49S305 28S3750 32S3750 40FS3750 48FS3750 55FS3750 32S3700 32S3800

★★★★☆ 269

**$7.06**

Lip Sleeping Mask for Very Dry, Ch
Lip Care Treatment Mask Skin for I

★★★★★ 2

## Seller reviews

# 3 out of 5

★★★☆☆ (2 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 1 |

# Defendant No.: **17**

## Store Name:

# **lantianshangcheng Co. ltd**

**Valentine's Day**   **Game Time**   **Black History M**



Bellella Women Long Sleeve Oversized Vintage Plaid Pullover V Neck Top Shirt Blouse Ladies Casual Winter...

Shipping to Wilton Manors, 33334

$18.04 One-time purchase
+ free shipping

**Arrives by Tue, Mar 14**

Sold and shipped by Dgu Group Inc

Free 30-day returns  Details

**Add to cart**

Sexy Dance

**Bellella Women Long Sleeve Oversi
Vintage Plaid Pullover V Neck Top S
Blouse Ladies Casual Winter Autum
Popover Color Block Checked Bagg
Shirt Tops Blouse Plus Size S-5XL**

★★☆☆☆ (2.1) 21 reviews

## $18.04

Price when purchased online ⓘ

**Buy now**   **Add to cart**

Color: Gray


$19.00


$18.04


$20.95


$20.96

$2


$19.30

$18.07 One-time purchase
+ free shipping

**Arrives by Wed, Mar 8**

Sold and shipped by lantianshangcheng Co. ltd

Not returnable  Details

**Add to cart**

Clothing Size: S   Size guide

🔵 Fit Predictor Your suggested size XL ⓘ

| S | M | L |
|---|---|---|
| XL | 2XL | 3XL |

$18.13 One-time purchase
+ free shipping

**Arrives by Tue, Feb 28**

Sold and shipped by luoheailoushangmaoyouxiangongsi

Free 30-day returns  Details



**Review Order**

## Free shipping, arrives by Wed, Mar 8

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.



Ending in 8003

$19.33



---

### Place order for $19.33

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $18.0... |
| Shipping | Free |
| **Estimated taxes** | $1.2... |
| **Estimated total** | **$19.33** |

Have a promo code?



# Defendant No.: **18**

## Store Name:

## **QHMYZ Co.Ltd**

‹ Back to order details

# Satisfied

☆☆☆☆☆

No reviews yet

---

🏠  Business Name: Qionghaishimoyanzhanshangmaoyouxiangongsi

✉️  Contact seller

📞  (+86) 18122053740

📍  Hainanshengqionghaishitanmenzhenjiatanjie13hao304fang
Qionghai, Hainan 571400, China

---

About seller

---

**More items from this seller**







+ Add                          + Add                          + Add

**$15.35**                     **$6.14** ~~$7.43~~            **$7.66**

No.7 Leave In Repair Bonding   Medium Coffin Press on Nails,  Coolmade 3 Pack 100% Natural Or
Oil 1oz/ 30ml - Boosts Shine   Blue Gradient Fake Nails,      Large Exfoliating Shower Loofah B
                               Glitter Artificial False Nails  Skin for Smoother, More Radiant A
                               with Double Side Adhesive Tabs
                               for Women & Girls (24pcs)

★★★★☆ 23                       ★★★★⯪ 80                       ★★★★☆ 36

---

## Seller reviews

This seller doesn't have any reviews yet.

## About seller

ⓘ

This seller may also engage in manufacturing, importing or reselling consumer products.

1

**More seller options**

Sexy Dance

**Sexy Dance Tassel Tote Leather Bag Women, Ladies Large Capacity Fash Shoulder Handbag Bag Purses Sato Messenger Bags for Woman Work Shopping - Khaki**

★★★★½ (4.6) 48 reviews

## Now $14.51 ~~$16.99~~ ⓘ

Price when purchased online ⓘ

( Buy now )     ( Add to cart )

**Actual Color:** Khaki

 $17.98     $15.92     $17.95     $17.95     $17

 $17.95     **$14.51**     $18.98     $15.47

🚚 Free shipping, **arrives by Thu, Mar 16** to
2773 NE 14th Ave
More options

🏬 Sold and shipped by **oudi co.,ltd**
★★★☆☆ 3 seller reviews
View seller information

---



Sexy Dance Tassel Tote Leather Bag for Women, Ladies Large Capacity Fashion Shoulder Handbag Bag Purse...

Shipping to Lehigh Acres, 33976

**$14.51** One-time purchase
+ free shipping

**Arrives by Thu, Mar 16**

Sold and shipped by oudi co.,ltd

🔲 Not returnable  Details

( **Add to cart** )

**$14.52** One-time purchase
+ free shipping

**Arrives by Thu, Mar 2**

Sold and shipped by QHMYZ Co.Ltd

🔲 **Free 30-day returns**  Details

( **Add to cart** )

**$16.99** One-time purchase
+ free shipping

**Arrives by Wed, Mar 15**

Sold and shipped by Kolopland Industrial Trading Group Ltd



Cart (1 item)

Free shipping, arrives Thu, Mar 2

2773 NE 14th Ave

Sold and shipped by QHWZ Co.,Ltd

Sexy Dance Tassel Tote Leather Bag for Women, Ladies
Large Capacity Fashion Shoulder Handbag Bag Purses...

Actual Color: Khaki

Free 30-day returns

Remove   Save for later

$14.52
$16.99
YOU SAVE $2.47

—   1   +

Continue to checkout

Items in your cart have reduced prices.
Check out now for extra savings!

Subtotal (1 item)        $16.99

Savings              -$2.47

Shipping             $14.52
                      Free

Taxes          Calculated at checkout

Estimated total        $14.52

Walmart+   Want to save on grocery delivery, gas &
           more?

☐ Try W+ free for 30 days!

Earn 5% cash back on Walmart.com.
See if you're pre-approved with no
credit risk. Learn how

**Review Order**

## Free shipping, arrives by Thu, Mar 2

clyde murray
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

**Delivery instructions**

Add gate codes or other useful information.

Add

**Items details**

View details

1 item

## Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9507

$15.54

---

**Place order for $15.54**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $16.99 |
| **Savings** | -$2.47 |
| | $14.52 |
| Shipping | Free |
| **Estimated taxes** | $1.02 |
| **Estimated total** | $15.54 |

Have a promo code?



# Defendant No.: **19**

## Store Name:

## **Sweet shop**

**More seller options**

Sexy Dance

**Sexy Dance** Leather Handbag for W
Zipper Hobo Tote Shoulder Crossbc
Bags Ladies Fashion Large Travel
Shopping Satchel Purse for Mother
Girlfriend Birthday Christmas Gifts
Brown

★★★★★ (4.9) 196 reviews

**$30.98**

Price when purchased online ⓘ

**Buy now**      **Add to cart**

Actual Color: Brown

$30.64   $30.98   $30.35   $30.28   $2

$28.99   $28.99

🖴 Shipping, **arrives by Thu, Feb 16** to 2773 NE 14

🏬 Sold by **Zhuoshengben., Ltd**
   **Fulfilled by Walmart**
   ★★★☆☆ 14 seller reviews
   View seller information

---

**Add to cart**

**$30.86** One-time purchase
+ free shipping

**Arrives by Thu, Mar 2**

Sold and shipped by QHMYZ Co.Ltd

🖴 Not returnable   Details

**Add to cart**

**$30.96** One-time purchase
+ free shipping

**Arrives by Thu, Mar 9**

Sold and shipped by Sweet shop

🖴 Free 30-day returns   Details

**Add to cart**

**$33.98** One-time purchase
+ free shipping

**Arrives by Thu, Mar 16**

Sold and shipped by Kolopland Industrial Trading Group
Ltd

🖴 Free 30-day returns   Details

**Add to cart**



Cart (1 item)

Free shipping, arrives Thu, Mar 9

2773 NE 14th Ave

Sold and shipped by Sweet stop

Bought time

Sexy Dance Leather Handbag for Women Zipper Hobo Tote Shoulder Crossbody Bags Ladies Fashion Large Travel...

Actual Color: Brown

Free 30-day returns

Remove    Save for later

$30.96

−  1  +

Recommended with your order

Sponsored

Continue to checkout

Subtotal (1 item)          $30.96

Shipping                    Free

Taxes          Calculated at checkout

Estimated total           $30.96

Walmart+  Want to save on grocery delivery, gas & more?

Try W+ free for 30 days!

Earn 5% cash back on Walmart.com
See if you're pre-approved with no credit risk. Learn how

**Review Order**

## Free shipping, arrives by Thu, Mar 9

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9462                                          $33.13



---

### Place order for $33.13

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $30.96 |
| Shipping | Free |
| **Estimated taxes** | $2.17 |
| **Estimated total** | **$33.13** |

Have a promo code?



Thanks for your order!

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

We'll email details to barnettonl@yahoo.com
Order #200010844234214 . 53313

sparkgood · Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Start Free Trial

Shipping, arrives by Thu, Mar 9

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **20**

## Store Name:

# **Kunmingmiushuo**



Sexy Dance

# O-neck Shirt Dress for Women Ladies Loose Comfy Pockets Midi Dress Casual Baggy Tunic Dress

★★☆☆☆ (1.6) 22 reviews

## $24.55

Price when purchased online ⓘ

**Buy now**   **Add to cart**

Color: Dark blue

$24.55   $24.55   $24.55

Clothing Size: XXL   Size guide

Fit Predictor Your suggested size S ⓘ

| S | M | L |
|---|---|---|
| XL | **XXL** | 3XL |
| 4XL | 5XL | |

🚚 Free shipping, **arrives by Wed, Mar 1** to
2773 NE 14th Ave
More options

🏪 Sold and shipped by **Kunmingmiushuo**
View seller information



# Review Order

## Free shipping, arrives by Wed, Mar 1

clyde murray
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.



Ending in 9507



$26.27

**Place order for $26.27**

By placing this order, you agree to our Privacy Policy and Terms of Use.

**Subtotal** (1 item)          $24.55

Shipping                        Free

**Estimated taxes**            $1.72

**Estimated total**           $26.27

Have a promo code?



Search everything at Walmart online and in store

Departments   Services

Reorder
My Items

H, Nicholas R
Account

Thanks for your order!

Walmart+ Join Today
Members can save $1,300/year with free shipping and delivery*

Start Free Trial

We'll email details to **congreveyboo@yahoo.com**
Order #2000107377605711 | $26.27

sparkgood  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Shipping, arrives by Wed, Mar 1

clyde murray
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **21**

## Store Name:

## **Suosheng**

# Suosheng



No reviews yet

---

🏠  Business Name: shenzhenshisuoshengdianziyouxiangongsi

✉️  Contact seller

📞  (+86) 13066914443

📍  shenzhenshilonggangqubujijiedaoxihuanludapotou
beierxiang12hao
shenzhenshi, Guangdong 518100, China

---

About seller

---

## Seller reviews

This seller doesn't have any reviews yet.

## About seller

ⓘ
This seller may also engage in manufacturing, importing or reselling consumer products.

Lucky every day!

Sexy Dance

# Women Autumn Long Sleeve Casual Loose Blazer Suit Jacket Coat Ladies Slim Fit Lapel Office Work Long Sleeve Open Front Blazer Thin Overcoat Outwear

★★★★⯨ (4.6) 85 reviews

## $27.99

Price when purchased online ⓘ

Buy now     Add to cart

Color: 1-White

| $27.99 | $27.99 | $26.99 | $26.97 | $26.97 |

| $26.99 |

Clothing Size: XL     Size guide

 Fit Predictor Your suggested size S ⓘ

| S | M | L |
| XL | 2XL | 3XL |

🖷 Free shipping, **arrives by Mon, Feb 27** to
2773 NE 14th Ave
More options

🏪 Sold and shipped by **Suosheng**
View seller information



Cart (1 item)

Free shipping, arrives Mon, Feb 27

2773 NE 14th Ave

Sold and shipped by Sunzbeg

Women Autumn Long Sleeve Casual Loose Blazer Suit Jacket
Coat Ladies Slim Fit Lapel Office Work Long Sleeve Open...

Actual Color: 1-White
Clothing Size: XL

Remove    Save for later

$27.99

−  1  +

Tax preparation made easy

Best seller

Best seller

Best seller

+ Add

+ Add

+ Add

+ Add

+ Add

Continue to checkout

Subtotal (1 item)        $27.99
Shipping                    Free
Taxes            Calculated at checkout

Estimated total          $27.99

Walmart+ Want to save on grocery delivery, gas & more?

☐ Try W+ free for 30 days¹

Earn 5% cash back on Walmart.com
See if you're pre-approved with no
credit risk. Learn how

# Review Order

## Free shipping, arrives by Mon, Feb 27

clyde murray
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9507

$29.95

---

**Place order for $29.95**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)          $27.99

Shipping                    Free

Estimated taxes            $1.96

Estimated total            $29.95

Have a promo code?



Thanks for your order!

**Walmart**+ · Join Today

Members can save $1,300/year with free shipping and delivery*

Start Free Trial

We'll email details to congreveybo@yahoo.com

Order #2000010754541801 | $29.95

**spark**good   Small acts lead to big impact in your community

Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Shipping, arrives by Mon, Feb 27

clyde murray
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **22**

## Store Name:

## **Goat**

**Deals**   **Black History Month**   **Grocery & ◠**

**More seller options**

<u>Sexy Dance</u>

Niuer Womens Yoga Lounge Dress
Work Office Business Casual Slacks
Stretch Regular Straight Leg Pants
Buttons

★★★★☆ (3.9) <u>79 reviews</u>

## $20.63

Price when purchased online ⓘ

( **Buy now** )   ( **Add to cart** )

Color: Black



$20.63   $18.65   $20.62   $20.62   $2

Clothing Size: M    <u>Size guide</u>

ⓕ Fit Predictor <u>Your suggested size</u> 2XL ⓘ

| S | M | L |
|---|---|---|
| XL | 2XL | |



🖴 Shipping, **arrives by Mon, Feb 20** to <u>2773 NE</u>

🏬 Sold by Zhuoshengben., Ltd
   **Fulfilled by Walmart**
   ★★★☆☆ 18 seller reviews
   <u>View seller information</u>

---

**More seller options**



Niuer Womens Yoga Lounge Dress
Pants Work Office Business Casual
Slacks Stretch Regular Straight Leg...

Shipping to Wilton Manors, 33334

**$20.63** One-time purchase
+ free shipping

**Arrives by Mon, Feb 20**

Sold by <u>Zhuoshengben., Ltd</u>
**Fulfilled by Walmart**

🖴 Not returnable  <u>Details</u>

( **Add to cart** )

**$17.53** One-time purchase
+ free shipping

**Arrives by Mon, Mar 6**

Sold and shipped by <u>Goat</u>

🖴 Free 30-day returns  <u>Details</u>

( **Add to cart** )

**$20.62** One-time purchase
+ free shipping

**Arrives by Wed, Mar 15**

Sold and shipped by <u>Dgu Group Inc</u>



**Review Order**

## Free shipping, arrives by Mon, Mar 6

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334                    Edit

### Delivery instructions

Add gate codes or other useful information.                  Add

### Items details

1 item                                                       View details

### Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9660                                               $18.76

---

### Place order for $18.76

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $20.63 |
| **Savings** | -$3.10 |
| | $17.53 |
| Shipping | Free |
| **Estimated taxes** | $1.23 |
| **Estimated total** | $18.76 |

Have a promo code?                                           >

# Thanks for your order!

Order# 2000107565I7256

**spark**good  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

⊘ Yay! You just saved $3! from discounts

## Shipping, arrives by Mon, Mar 6

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **23**

## Store Name:

## **Young**



Sexy Dance

**Sexy Dance** Women's Long Sleeve Twist Cable Knit Sweater Open Front Cardigan Coat Button Loose Outerwear With Pocket

★★★★½ (4.5) 11 reviews

## $33.20

Price when purchased online ⓘ

Buy now       Add to cart

Color: Black

$31.25    $33.20    $31.51    $31.72    $32.94

$32.37    $32.51    $32.34

Clothing Size: L       Size guide

ⓕ Fit Predictor Your suggested size L ⓘ

S       M       L

XL

Free shipping, **arrives by Thu, Feb 23** to
2773 NE 14th Ave
More options

Sold and shipped by **Young**
View seller information

Free 30-day returns Details



Review Order

## Free shipping, arrives by Thu, Feb 23

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

**Delivery instructions**

Add gate codes or other useful information.

Add

**Items details**

1 item

View details

### Payment method

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9462                                    $35.52

---

### Place order for $35.52

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                 $33.20
Shipping                                            Free
**Estimated taxes**                               $2.32

**Estimated total**                               $35.52

Have a promo code?



Thanks for your order!

Order# 2000106087819

sparkgood  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

### Shipping, arrives by Thu, Feb 23

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

1 item



# Defendant No.: **24**

## Store Name:

## **SEVCHE LLC**

# SEVCHE LLC

 See all 7 reviews

3.4 stars out of 5

 **57%** Overall Positive Rating

Business Name: Guangzhou hongfengzhongbiao youxiangongsi

Contact seller

(+86) 18576403341

Tianhequ Zhujiangxilu5hao2504fang
Guangzhoushi, Guangdong 510000, China

About seller

## Seller reviews

# 3.4 out of 5

★★★½☆ (7 reviews)

| 5 stars | 3 |
|---------|---|
| 4 stars | 1 |
| 3 stars | 1 |
| 2 stars | 0 |
| 1 star | 2 |

**7 reviews**   Sort by | Most Relevant ▾



Sexy Dance

**Women Summer Spaghetti Strap Maxi Dress Ladies Casual Sleeveless Sundress Party Holiday V Neck Long Dress Womens Print Boho Dress**

★★★☆☆ (3.0) 34 reviews

## $19.51

Price when purchased online ⓘ

Buy now        Add to cart

Color: Pink

| $19.97 | $20.19 | $19.54 | $17.86 | $19.51 |
| $19.54 | $22.55 |

Clothing Size: XL     Size guide

𝑓 Fit Predictor Your suggested size M ⓘ

| S | M | L |
| XL | XXL | 3XL |
| 4XL | 5XL | |

Freight shipping, **arrives by Tue, Mar 14** to
2773 NE 14th Ave  Details
More options

Sold and shipped by **SEVCHE LLC**
★★★☆☆ 5 seller reviews



**Cart**

**Shipping**

Arrives **Tue, Mar 14**

2773 NE 14th Ave

Sold and shipped by SEVCHE LLC

Women Summer Spaghetti Strap Maxi Dress Ladies Casual Sleeveless Sundre...     **$19.51**

Actual Color: Pink
Clothing Size: XL

Remove          Save for later          −  1  +

**Walmart+**  **Get free grocery delivery and more!**     ✕

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com
Learn how          ✕

**Estimated total $19.51**

Continue to checkout

# Review Order

 **Shipping, arrives by**

## Tue, Mar 14

Skylar Muth
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**          Add

Add gate codes or other useful information

**Item details**          View

1 item



 **Payment method**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Place order $20.88**



Search Walmart

$0.00

✓

# Thanks for your order!

Order #200010825695718   $20.88

 **Shipping, arrives by**

## Tue, Mar 14

Your items may arrive in Walmart bags or original packaging

Skylar Muth

2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Tue, Mar 14**

1 item



**Continue Shopping**

# Defendant No.: **25**

## Store Name:

## **CrazyX**

# CrazyX

★★⯪☆☆    See all 5 reviews
2.4 stars out of 5



**20%**    Overall Positive Rating

---

🏠  Business Name: shenzhenshihuabintaidianziyouxiangongsi

✉️  Contact seller

📞  (180) 287-4459

📍  shenzhenshibaoanqufuyongjiedaojufushequfuyongchezhanfuhuadasha2danyuan405
shenzhen, Guangdong 518000, China

---

About seller

## More items from this seller



＋ Add

$10.16

Wireless High-definition Night Vision Camera Home WIFI Security
Magnetic-absorbing Camera

★★★★☆ 33



＋ Add

$9.06

Xameyia Wireless Mini Camera, WiFi Wireless Video Camera 1080P
HD Small Home Security Cameras for Car Home Outdoor Indoor

★★★★⯪ 387



＋ Add

$11.79

Home Art Decor,Set of 5 Abstract
Background Wall Decorative Paint
Room Decor,By BOOBEAUTY

★★★☆☆ 23

---

## Seller reviews

# 2.4 out of 5

★★⯪☆☆ (5 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 1 |
| 2 stars | 1 |
| 1 star | 2 |

## More seller options



Deals   Black History Month   Grocery &

**Sexy Dance**

## Plus Size New Fashion V Neck Plaid Pullover Tops Bouse For Women Autumn Winter Thin Casual Loose Long Sleeve Shirt Blouse Bottom Tops

★★★☆☆ (3.6) 91 reviews

# $17.57

Price when purchased online ⓘ

**Buy now**   **Add to cart**

Color: A-Green

| $16.84 | $16.04 | $17.57 | $16.62 | $1 |
| $16.30 | $16.95 | $16.52 | $16.27 | |

Vi
all

Clothing Size: S   Size guide

🅕 Fit Predictor Your suggested size XL ⓘ

| S | M | L |
| XL | 2XL | 3XL |
| 4XL | 5XL | |



Plus Size New Fashion V Neck Plaid Pullover Tops Bouse For Women Autumn Winter Thin Casual Loose...

Shipping to Wilton Manors, 33334

**$17.57** One-time purchase
+ free shipping

**Arrives by Tue, Mar 21**
Sold and shipped by shuangguoba co.,ltd

🖪 Free 30-day returns  Details

**Add to cart**

**$19.98** One-time purchase
+ free shipping

**Arrives by Thu, Mar 9**
Sold and shipped by CrazyX

🖪 Free 30-day returns  Details

**Add to cart**

**$19.99** One-time purchase
+ free shipping

**Arrives by Thu, Mar 23**
Sold and shipped by JenniferLiz

🖪 Free 30-day returns  Details



## Shipping

Arrives **Wed, Mar 8**

<u>2773 NE 14th Ave</u>

Sold and shipped by <u>CrazyX</u>

Plus Size New Fashion V Neck Plaid Pullover Tops Bouse For Women Autu... $19.98

Actual Color: A-Green
Clothing Size: S

<u>Remove</u>          <u>Save for later</u>          − 1 +



**Walmart+** **Get free grocery delivery and more!**          ✕

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com
Learn how          ✕

**Estimated total $19.98**

**Continue to checkout**

**Review Order**

 Shipping, arrives by

# Wed, Mar 8

John Delance
2773 NE 14th Ave, Wilton Manors, FL 33334

### Delivery instructions (optional)          Add

Add gate codes or other useful information

### Item details          View

1 item



 Payment method

By placing this order, you agree to our Privacy Policy and Terms of Use

**Place order $21.38**



Q  Search Walmart

$0.00



# Thanks for your order!

Order #200010817665092  |  $21.38

## Shipping, arrives by

### Wed, Mar 8

Your items may arrive in Walmart bags or original packaging

John Delance
2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Wed, Mar 8**

1 item



**Continue Shopping**

# Defendant No.: **26**

## Store Name:

## **Kujoy Co.Ltd**

**More seller options** ✕



Women's Long Swim Shorts Bike Sport Swim Bottoms Boardshorts UPF 50+ Tankini Pants Rash Guard Swimwear Plu...

Shipping to Wilton Manors, 33334

**$16.94** One-time purchase
+ free shipping

**Arrives by Wed, Mar 22**
Sold and shipped by oudi co.,ltd

Free 30-day returns Details

**Add to cart**

**$16.96** One-time purchase
+ free shipping

**Arrives by Tue, Mar 7**
Sold and shipped by Kujoy Co.Ltd

Free 30-day returns Details

**Add to cart**

---

Deals    Black History Month    Grocery &

Sexy Dance

# Women's Long Swim Shorts Bike Sp Swim Bottoms Boardshorts UPF 50 Tankini Pants Rash Guard Swimwea Size M-4XL Navy Blue L

★★★★☆ (3.9) 33 reviews

## $16.94

Price when purchased online ⓘ

**Buy now**    **Add to cart**

**Color:** Navy Blue

$16.94

**Clothing Size:** L    Size guide

ⓘ Fit Predictor Calculate your size

| M | L | XL |
|---|---|---|
| XXL | 3XL | 4XL |

🚚 Free shipping, **arrives by Wed, Mar 22** to 2773 NE 14th Ave
More options

🏛 Sold and shipped by **oudi co.,ltd**
★★★½☆ 4 seller reviews
View seller information



Cart (1 item)

Free shipping, arrives Tue, Mar 7

2773 NE 14th Ave

Sold and shipped by Kglov Co,Ltd

Women's Long Swim Shorts Bike Sport Swim Bottoms
Boardshorts UPF 50+ Tankini Pants Rash Guard Swimwear...

Actual Color: Navy Blue
Clothing Size: L

Free 30-day returns

Remove     Save for later

$16.96

Tax preparation made easy

Best seller
$34.97     + Add

Best seller
$59.00     + Add

Best seller
$24.97     + Add

$14.97     + Add

$70.00     + Add

Continue to checkout

Subtotal (1 item)          $16.96
Shipping                      Free
Taxes           Calculated at checkout

Estimated total            $16.96

Walmart   Want to save on grocery delivery, gas &
more?

Try W+ free for 30 days!

Earn 5% cash back on Walmart.com
See if you're pre-approved with no
credit risk. Learn how

# Review Order

## 🚚 Free shipping, arrives by Tue, Mar 7

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334                    Edit

### Delivery instructions

Add gate codes or other useful information.                  Add

### Items details
1 item                                                       View details

## 🧾 Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9660                                               $18.15

---

**Place order for $18.15**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $16.96 |
| Shipping | Free |
| Estimated taxes | $1.19 |
| **Estimated total** | **$18.15** |

Have a promo code?

Walmart

Departments    Services    Search everything at Walmart online and in store    Reorder My Items    Hi, Adiela A Account

Thanks for your order!

Order# 2000107364292391

sparkgood  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select local charity ⓘ

Shipping, arrives by Tue, Mar 7



STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

1 item

# Defendant No.: **27**

## Store Name:

## **EAGLE**

# EAGLE

 ★★★½☆  See all 3 reviews

3.3 stars out of 5

 **67%** Overall Positive Rating

---

🏠 Business Name: jiangsukeguanjianzhugongchengcailiaoyouxiangongsi

✉️ Contact seller

📞 (+86) 13266785736

📍 suqianshisuyuqulujizhenhanlinjiayuanshangyejieBqu-79hao
suqianshi, Jiangsu 223804, China

---

About seller

## Seller reviews

# 3.3 **out of** 5

★★★½☆ (3 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 1 |

---

**3 reviews**   Sort by  |  Most Relevant ▾

**Deals**   **Black History Month**   **Grocery &**

**More seller options**



Sexy Dance

# Niuer Summer Ruffle Sleeve Tiered Babydoll Dress for Women Flowy Sw Mini Dress Boho Flowy Pleated Dre

★☆☆☆☆ (1.0) 2 reviews

## $28.89

Price when purchased online 

| Buy now | Add to cart |

**Color:** Pink


$28.89

**Clothing Size:** L   Size guide

 Fit Predictor Your suggested size M (?)

| L |

🖶 Free shipping, **arrives by Mon, Mar 13** to
2773 NE 14th Ave
More options

🏪 Sold and shipped by **Shunxy Tore Inc**
★★⯪☆☆ 215 seller reviews
View seller information

🔄 Free 30-day returns  Details

---



Niuer Summer Ruffle Sleeve Tiered Babydoll Dress for Women Flowy Swing Mini Dress Boho Flowy Pleate...

Shipping to Wilton Manors, 33334

**$28.89** One-time purchase
+ free shipping

**Arrives by Mon, Mar 13**

Sold and shipped by Shunxy Tore Inc

🔲 Free 30-day returns  Details

| Add to cart |

**$28.89** One-time purchase
+ free shipping

**Arrives by Thu, Mar 2**

Sold and shipped by EAGLE

🔲 Free 30-day returns  Details

| Add to cart |

**$32.89** One-time purchase
+ free shipping

**Arrives by Wed, Mar 22**

Sold and shipped by JenniferLiz

🔲 Free 30-day returns  Details



# Review Order

## Free shipping, arrives by Thu, Mar 2

Lisa Peters
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add

Add gate codes or other useful information.

### Items details

1 Item

View details

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 3408

$30.91

---

**Place order for $30.91**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)          $28.89
Shipping                   Free
**Estimated taxes**        $2.02

**Estimated total**        $30.91

Have a promo code?



Thanks for your order!

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

We'll email details to **chaucerpcfa@yahoo.com**
Order #2000107337063308 | $30.91

sparkgood **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Start Free Trial

### Shipping, arrives by Thu, Mar 2

Lisa Peters
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **28**

## Store Name:

## **ILUGU**

## More seller options

Add to cart

**Deals**   **Black History Month**   **Grocery & ...**

Sexy Dance

**Niuer Women Casual Summer Mid**
**Stretchy Denim Jean Shorts Junior**
**Up Fitting Tassels Short Jeans Dark**
**S(US 2-4)**

★★★★★ (5.0) 5 reviews

# $16.76

Price when purchased online ⓘ

Buy now    Add to cart

**Color:** Dark Blue

$16.76    $19.90    $18.03    $25.99    $1...

$25.39

**Clothing Size:** S(US 2-4)   Size guide

S(US 2-4)   M(US 6-8)   L(US 10-1...

XL(US 12-14)   XXL(US 14-16)

Free shipping, **arrives by Wed, Mar 22** to
2773 NE 14th Ave
More options

$16.78 One-time purchase
+ free shipping

Arrives by Thu, Mar 16
Sold and shipped by KunMingQiuTongShang

Not returnable   Details

Add to cart

$16.98 One-time purchase
+ free shipping

Arrives by Tue, Mar 7
Sold and shipped by ILUGU

Not returnable   Details

Add to cart

$21.99 One-time purchase
+ free shipping

Arrives by Wed, Mar 22
Sold and shipped by Yinsihan

Free 30-day returns   Details

Add to cart



## Shipping

Arrives **Tue, Mar 7**

2773 NE 14th Ave

Sold and shipped by <u>ILUGU</u>

Niuer Women Casual Summer Mid Waist Stretchy Denim Jean Shorts Jun...    **$16.98**

Actual Color: Dark Blue
Clothing Size: S(US 2-4)

Remove          Save for later          −    1    +



Walmart+ **Get free grocery delivery and more!**          ✕

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com          ✕
<u>Learn how</u>

Estimated total $16.98

**Continue to checkout**

## Review Order

 **Shipping, arrives by**

## Tue, Mar 7

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**          Add

Add gate codes or other useful information

**Item details**          View

1 item



 **Payment method**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Place order $18.17**



Search Walmart

$0.00

## Thanks for your order!

Order #200010810381741 | $18.17

 **Shipping, arrives by**

## Tue, Mar 7

Your items may arrive in Walmart bags or original packaging

STEVE ERLY

2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Tue, Mar 7**

1 item



**Continue Shopping**

# Defendant No.: **29**

## Store Name:

## **Muheng**

# Mughing

 See all 13 reviews

1.8 stars out of 5



**15%**    Overall Positive Rating

---

🏠 Business Name: shen zhen shi xiao mei sen shi pin you xian gong si

✉ Contact seller

📞 (+86) 13148851731

📍 nan shan qu nan shan jie dao
li wan she qu li wan yan shan lu 8hao li shan gong ye qu 7dong 603
shen zhen shi, Guangdong 518066, China

---

About seller

Tax policy

## Seller reviews

# 1.8 out of 5

★★☆☆☆ (13 reviews)

| 5 stars | 1 |
|---------|---|
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 3 |
| 1 star  | 8 |

---

**More seller options**

**Deals**    **Black History Month**    **Grocery &**

Sexy Dance

# Tankini Set for Women, Two Piece Swimsuit Lotus Swimwear High Wa Beachwear Floral Print Push-Up Bra Padded Braces Swimming Bathing

★★★★☆ (4.0) 69 reviews

## $22.98

Price when purchased online ⓘ

**Buy now**    **Add to cart**

**Color:** Blue

 $24.71



 $22.98

 $2

 $22.98





$22.98    $22.98    $22.98

**Clothing Size:** US XL=Tag 2XL    Size guide

US L=Tag XL    US M=Tag L    US S=Tag

US XL=Tag 2XL

Free shipping, **arrives by Wed, Mar 22** to
2773 NE 14th Ave
More options

---



Tankini Set for Women, Two Piece Swimsuit Lotus Swimwear High Waist Beachwear Floral Print Push-Up Bra...

Shipping to Wilton Manors, 33334

**$22.98** One-time purchase
+ free shipping

**Arrives by Wed, Mar 22**

Sold and shipped by oudi co.,ltd

🔁 Free 30-day returns  Details

**Add to cart**

**$25.92** One-time purchase
+ free shipping

**Arrives by Thu, Mar 2**

Sold and shipped by Muheng

🔁 Free 30-day returns  Details

**Add to cart**



## Shipping

Arrives **Thu, Mar 2**

2773 NE 14th Ave

Sold and shipped by Muheng

Tankini Set for Women, Two Piece Swimsuit Lotus Swimwear High Waist ...

Actual Color: Black+Blue Flower
Clothing Size: M

**$29.59**

Remove          Save for later          − 1 +

---

**Walmart+** Get free grocery delivery and more!          ×

☐ Try W+ free for 30 days. Terms apply.

---

**Earn 5% cash back** on Walmart.com
Learn how          ×

**Estimated total $29.59**

**Continue to checkout**



Search Walmart



$0.00

# Thanks for your order!

Order #200010905853361   $31.66

 **Shipping, arrives by**

## Thu, Mar 2

Your items may arrive in Walmart bags or original packaging

Joseph Leister
2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Thu, Mar 2**

1 item



**Continue Shopping**

# Defendant No.: **30**

## Store Name:

## **ANGUYU STORE**



# ANGUYU STORE


2.7 stars out of 5

See all 53 reviews


**36%**   Overall Positive Rating

---

⌂   Business Name: ANGUYU TECHNOLOGY INC

✉   Contact seller

☎   (626) 416-4811

📍   18351 Colima Road Num 97,Los Angeles County
Rowland Heights, California 91748, United States

---

About seller

---

Tax policy

---

**Seller reviews**

# 2.7 out of 5

★★⯪☆☆ (53 reviews)

| | |
|---|---|
| 5 stars | 17 |
| 4 stars | 2 |
| 3 stars | 6 |
| 2 stars | 3 |
| 1 star | 25 |

---

**More seller options**

Deals    Black History Month    Grocery &

Sexy Dance

## Summer Women's Lounge Beach Sh
## Casual Cotton And Linen Elastic Wa
## Knee-Length Straight-leg Pants Be
## Shorts

★★★⯪☆ (3.7) 3 reviews

# $18.57

Price when purchased online ⓘ

**Buy now**    **Add to cart**

**Color:** Black

$18.58    **$18.57**    $18.57    $18.57    $1

$18.57

**Clothing Size:** XXL    Size guide

🌀 Fit Predictor Calculate your size

| S | M | L |
| XL | **XXL** | 3XL |
| 4XL | | |

**Add to cart**

**$18.58** One-time purchase
+ free shipping

Arrives by Wed, Mar 22
Sold and shipped by Dgu Group Inc

🔁 Free 30-day returns  Details

**Add to cart**

**$18.59** One-time purchase
+ free shipping

Arrives by Tue, Mar 14
Sold and shipped by ANGUYU STORE

🔁 Free 30-day returns  Details

**Add to cart**

**$22.16** One-time purchase
+ free shipping

Arrives by Wed, Mar 22
Sold and shipped by Hongjiuus

🔁 Free 30-day returns  Details

**Add to cart**



### Shipping

Arrives **Tue, Mar 14**

<u>2773 NE 14th Ave</u>

Sold and shipped by <u>ANGUYU STORE</u>

Summer Women's Lounge Beach
Shorts Casual Cotton And Linen Elast...                    **$20.72**

Actual Color: Blue
Clothing Size: XL

<u>Remove</u>          <u>Save for later</u>          −   1   +

**Walmart**+ **Get free grocery delivery and more!**                    ✕

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com          ✕
<u>Learn how</u>

**Estimated total $20.72**

**Continue to checkout**

 Review Order

Shipping, arrives by

## Tue, Mar 14

Amirbahador Zandi
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**          Add

Add gate codes or other useful information

**Item details**                              View

1 item



 Payment method

By placing this order, you agree to our Privacy Policy and Terms of Use

**Place order $22.17**

 Search Walmart

$0.00

Thanks for your order!

Order #200010804542872 | $22.17

 Shipping, arrives by

## Tue, Mar 14

Your items may arrive in Walmart bags or original packaging

Amirbahador Zandi
2773 NE 14th Ave, Wilton Manors, FL 33334

### Arrives by Tue, Mar 14

1 item



**Continue Shopping**

# Defendant No.: **31**

# Store Name:

# **KunMingQiuTongShang**

## More seller options



Niuer Women Casual Summer Mid Waist Stretchy Denim Jean Shorts Junior Lace Up Fitting Tassels Short...

Shipping to Wilton Manors, 33334

**$18.83** One-time purchase
+ free shipping

**Arrives by Wed, Mar 22**

Sold and shipped by Dgu Group Inc

🔁 Free 30-day returns  Details

**Add to cart**

**$18.84** One-time purchase
+ free shipping

**Arrives by Thu, Mar 16**

Sold and shipped by KunMingQiuTongShang

🔁 Free 30-day returns  Details

**Add to cart**

**$21.99** One-time purchase
+ free shipping

**Arrives by Wed, Mar 22**

Sold and shipped by Yinsihan

🔁 Free 30-day returns  Details

---

Sexy Dance

# Niuer Women Casual Summer Mid Waist Stretchy Denim Jean Shorts Junior Lace Up Fitting Tassels Short Jeans Dark Blue M(US 6-8)

★★★★★ (5.0) 5 reviews

## $18.83

Price when purchased online ⓘ

**Buy now**     **Add to cart**

**Color:** Dark Blue


$18.83


$19.99


$19.63


$25.30

$2


$23.30

**Clothing Size:** M(US 6-8)     Size guide

| S(US 2-4) | M(US 6-8) | L(US 10-1 |

| XL(US 12-14) | XXL(US 14-16) |

🖵 Free shipping, **arrives by Wed, Mar 22** to
2773 NE 14th Ave
More options



< Cart

### Shipping

Arrives **Thu, Mar 16**

2773 NE 14th Ave

Sold and shipped by KunMingQiuTongShang

Niuer Women Casual Summer Mid Waist Stretchy Denim Jean Shorts Ju...

Actual Color: Dark Blue
Clothing Size: L(US 10-12)

$18.84

Remove          Save for later          —    1    +

Walmart+: **Get free grocery delivery and more!**          ×

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com
Learn how          ×

**Estimated total $18.84**

Continue to checkout

## Review Order

 Shipping, arrives by

## Thu, Mar 16

Elroy Kendall
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**    Add

Add gate codes or other useful information

**Item details**    View

1 Item



 **Payment method**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Place order $20.16**

Search Walmart



$0.00



# Thanks for your order!

Order #200010774754715 | $20.16

 **Shipping, arrives by**

## Thu, Mar 16

Your items may arrive in Walmart bags or original packaging

Elroy Kendall
2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Thu, Mar 16**

1 item



**Continue Shopping**

# Qieyoud Co.Ltd

 2 stars out of 5    **See all 3 reviews**

 **33%**    Overall Positive Rating

---

🏠  Business Name: KunMingQiuTongShangMaoYouXianGongSi

✉  Contact seller

📞  (+86) 8615252146295

📍  PanLongQuLianMengLuYuWanHongLuJiaoHuiChu
WanHongJiaYuanFengYuan(DiKuaiSan)BZuo8Ceng804Hao
KunMingShi, Yunnan 650051, China

---

About seller

## Seller reviews

# 2 out of 5

★★☆☆☆ (3 reviews)

| | |
|---|---|
| 5 stars | 0 |
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 2 |

**3 reviews**    Sort by  |  Most Relevant ▾

# Defendant No.: **32**

## Store Name:

## **TEN10CENT**



Sexy Dance

# Sexy Dance Womens Checkered Tote Shoulder Bag with inner pouch - PU Vegan Leather Shoulder Satchel Fashion Bags

★★★★½ (4.7) 6 reviews

## $27.68

Price when purchased online ⓘ

| Buy now | Add to cart |

**Actual Color:** White Checkered


$27.99


$28.99


$27.99


$27.68

🚚 Free shipping, **arrives by Sat, Mar 4** to
2773 NE 14th Ave
More options

🏪 Sold and shipped by **TEN10CENT**
★★★☆☆ 14 seller reviews
View seller information

🔄 Free 30-day returns Details

♡ Add to list    🎁 Add to registry





# Review Order

## Free shipping, arrives by Sat, Mar 4

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

### We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9660

$29.62

---

### Place order for $29.62

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                  $27.68
Shipping                            Free
Estimated taxes                    $1.94

Estimated total                    $29.62

Have a promo code?



# Thanks for your order!

Order# 2000109033322

sparkgood  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Sat, Mar 4

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

1 Item



# TEN10CENT

 See all 17 reviews

3.4 stars out of 5

 Overall Positive Rating

⌂  Business Name: guangzhoushijiaodunguojimaoyiyouxiangongsi

✉  Contact seller

📞  (+86) 13241914484

📍  tianhequhanjinglu1hao1501fangzibianD2H2 GEFbuweiA-201
   guangzhou, Guangdong 510000, China

---

About seller

---

Tax policy

---

## Seller reviews

# 3.4 out of 5

★★★⯪☆ (17 reviews)

| | |
|---|---|
| 5 stars | 8 |
| 4 stars | 2 |
| 3 stars | 0 |
| 2 stars | 2 |
| 1 star | 5 |

---

**Most helpful positive review**          **Most helpful negative review**

# Defendant No.: **33**

## Store Name:

# **Wuzhisen E-commerce Co., Ltd**

## More seller options

Deals    Easter    **Black History Month**    G

Sexy Dance

**Sexy Dance** Womens L-5X Plus Size
**Dresses Summer Maxi Dress Short**
**Sleeves Crewneck Long Dresses wi**
**Pockets Holiday Party Daily Wear**

★★★★☆ (4.0) 4 reviews

# Now $20.79 $27.01 ⓘ

Price when purchased online ⓘ

( **Buy now** )    ( **Add to cart** )

**Color:** Navy Blue

$21.50    $20.79    $20.79

**Clothing Size:** XL    Size guide

🎯 Fit Predictor Your suggested size M ⓘ

| L | **XL** | XXL |
| 3XL | 4XL | 5XL |

🚚 Free shipping, **arrives by Fri, Mar 24** to
2773 NE 14th Ave
More options

🏪 Sold and shipped by **Yinsihan**
★★☆☆☆ 12 seller reviews
View seller information



Sexy Dance Womens L-5X Plus Size
Dresses Summer Maxi Dress Short
Sleeves Crewneck Long Dresses with...

Shipping to Wilton Manors, 33334

**$20.79** One-time purchase
+ free shipping

**Arrives by Fri, Mar 24**

Sold and shipped by Yinsihan

🔄 Free 30-day returns  Details

( **Add to cart** )

**$20.79** One-time purchase
+ free shipping

**Arrives by Thu, Mar 23**

Sold and shipped by shuangguoba co.,ltd

🔄 Free 30-day returns  Details

( **Add to cart** )

**$20.89** One-time purchase
+ free shipping

**Arrives by Wed, Mar 15**

Sold and shipped by Wuzhisen E-commerce Co., Ltd

🔄 Free 30-day returns  Details





## Review Order

### Free shipping, arrives by Wed, Mar 15

clyde murray
2773 NE 14th Ave, Wilton Manors, FL 33334                    Edit

**Delivery instructions**

Add gate codes or other useful information.                   Add

**Items details**

1 item                                                       View details

### Payment method

**We found a smart way to pay**

Based on the eligible items in your cart, we suggest using these payment methods.

Ending in 9593                                               $14.88

---

**Place order for $22.35**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                          $20.89
Shipping                                        Free
**Estimated taxes**                             $1.46

**Estimated total**                            $22.35

Have a promo code?                                >



Search everything at Walmart online and in store

Thanks for your order!

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

Start Free Trial

We'll email details to **congreveyba@yahoo.com**
Order #2000107130049683 | $22.35

sparkgood  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Shipping, arrives by Wed, Mar 15

clyde murray
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **34**

## Store Name:

## **YYNKM**

**More seller options**



Women Casual Sleepwear Solid Satin Babydoll Pajamas Set Sexy Lingerie Nightwear Ladies Home Dailywear...

Shipping to Wilton Manors, 33334

**$5.58** One-time purchase
+ $3.86 shipping

**Arrives by Fri, Mar 10**
Sold and shipped by Botrong

Free 30-day returns  Details

**Add to cart**

**$5.50** One-time purchase
+ $3.99 shipping

**Arrives by Thu, Mar 9**
Sold and shipped by YYNKM

Free 30-day returns  Details

**Add to cart**

**$9.70** One-time purchase
+ free shipping

**Arrives by Thu, Mar 23**
Sold and shipped by shuangguoba co.,ltd

Free 30-day returns  Details



Deals   Easter   Black History Month   G

Sexy Dance

**Women Casual Sleepwear Solid Sat
Babydoll Pajamas Set Sexy Lingerie
Nightwear Ladies Home Dailywear
Lounge Wear**

★★☆☆☆ (2.2) 50 reviews

**Now $5.58** $6.37 ⓘ

Price when purchased online ⓘ

Buy now       Add to cart

**Color:** Gray

$18.10    $18.10    $13.57    $18.10    $18

$12.78    $5.58    $5.79    $12.31

**Clothing Size:** L    Size guide

Fit Predictor Your suggested size XL ?

S          M          L

XL

Freight shipping for $3.86, **arrives by Fri, Mar**
2773 NE 14th Ave  Details



## Review Order

### 🚚 Shipping, arrives by Thu, Mar 9

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334                    Edit

**Delivery instructions**                    Add

Add gate codes or other useful information.

**Items details**

View details

1 Item

---

### 📇 Payment method

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.                    $10.15

Ending in 8003

---

**Place order for $10.15**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $6.37 |
| **Savings** | -$0.87 |
| Seller shipping | $5.50 |
| **Estimated taxes** | $3.99 |
| | $0.66 |
| **Estimated total** | $10.15 |

Have a promo code?  >



# YYNKM

 See all 11 reviews

2 stars out of 5

 Overall Positive Rating

⌂ Business Name: wu han shi meng zhi xue ke ji you xian gong si

✉ Contact seller

☏ (351) 080-1405

⌖ Floor 1-2, Building 3, Mould Community, Qianchuan Avenue, Qianchuan Street, Huangpi District
wuhan, Hubei 430399, China

About seller

## Seller reviews

# 2 out of 5

★★☆☆☆ (11 reviews)

| | |
|---|---|
| 5 stars | 2 |
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 8 |

**11 reviews**    Sort by  |  Most Relevant ▾

# Defendant No.: **35**

## Store Name:

## **Ostrich**

## More seller options

Fulfilled by Walmart

Free 90-day returns  Details

**Add to cart**

**$17.52** One-time purchase
+ free shipping

Arrives by Wed, Mar 22

Sold and shipped by Dgu Group Inc

Free 30-day returns  Details

**Add to cart**

**$17.53** One-time purchase
+ free shipping

Arrives by Fri, Mar 10

Sold and shipped by Ostrich

Not returnable  Details

**Add to cart**

**$22.95** One-time purchase
+ free shipping

Arrives by Mon, Mar 20

Sold and shipped by Shunxy Tore Inc

Free 30-day returns  Details

---

Sexy Dance

## Niuer Womens Yoga Lounge Dress Work Office Business Casual Slacks Stretch Regular Straight Leg Pants Buttons

★★★★☆ (3.8) 80 reviews

# $20.63

Price when purchased online ⓘ

( Buy now )    ( Add to cart )

**Color:** Black

$20.63   $18.65   $20.62   $20.62   $2

**Clothing Size:** M    Size guide

Fit Predictor Your suggested size L ⓘ

| S | M | L |
| XL | 2XL | |

🚚 Shipping, **arrives by Tue, Feb 28** to 2773 NE 14

Sold by **Zhuoshengben., Ltd**
   **Fulfilled by Walmart**
   ★★★☆☆ 21 seller reviews
   View seller information



Review Order

## Free shipping, arrives by Fri, Mar 10

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334                    Edit

### Delivery instructions                                    Add

Add gate codes or other useful information.

### Items details                                       View details

1 item

## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9660                                               $18.76

---

### Place order for $18.76

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $17.53 |
| Shipping | Free |
| **Estimated taxes** | $1.23 |
| **Estimated total** | **$18.76** |

Have a promo code?   >



# Ostrich

 See all 7 reviews

4.3 stars out of 5

 **71%** Overall Positive Rating

---

🏠 Business Name: BENG BU HUI SU DIAN ZI SHANG WU YOU XIAN GONG SI

✉ Contact seller

📞 (+86) 13016057707

📍 Room 1616, Ziyang Building, 99 Mingzhu Road, Huaishang District, Bengbu City, Anhui Province
Bengbu, Anhui 233000, China

---

About seller

## Seller reviews

# 4.3 out of 5

★★★★½ (7 reviews)

| | |
|---|---|
| 5 stars | 5 |
| 4 stars | 0 |
| 3 stars | 1 |
| 2 stars | 1 |
| 1 star | 0 |

---

**7 reviews**    Sort by  |  Most Relevant ▾

# Defendant No.: **36**

## Store Name:

## **Pro Seller**

Seller Pro Seller



Plus Size Fashion Women Long Sleeve Blazer Suit Ladies Lapel Cardigan Casual Slim Fit Jacket Suit Winter Autumn Women Stylish Casual Business Blazer Coats Collared Outwear Top Size S-5XL



Plus Size Fashion Women Long Sleeve Blazer Suit Ladies Lapel Cardigan Casual Slim Fit Jacket Suit Winter Autumn Women Stylish Casual Business Blazer Coats Collared Outwear Top Size S-5XL



Plus Size Fashion Women Long Sleeve Blazer Suit Ladies Lapel Cardigan Casual Slim Fit Jacket Suit Winter Autumn Women Stylish Casual Business Blazer Coats Collared Outwear Top Size S-5XL



## About this item

### Product details

**Description:**
Gender:Women Woman,Ladies Lady,Female
Style:Casual Lapel Blazer Suit Jacket Top Coat Outwear,Women Shawl Collar Casual Work Office Blazer Cardigan Jacket
Pattern Type:Solid Color,Plain,Draped neck,Shawl Collar,Open Front,Long Sleeve
Sleeve Length:Long Sleeve
Color:Black,White,Khaki,Gray,Apricot,Blue
Season:Autumn,Winter,Spring
Material:90% polyester + 10% cotton
Neckline:Lapel Suit Collar
Occasions:Casual,Party,Holiday,Evening,Cocktail,Daily,Work, Business trips, Meetings, Dinner dates, and hangouts

**Features:**
1.1.Women Shawl Collar Casual Work Office Blazer Jacket,Women Cardigan Suit .
1.This work suit set,simple but classy, the design is the most popular and classic at the moment,which looks really fashionable and elegant.You are at the forefront of fashion trends when you put it on.Nice womens office suit set !
2.The suit set is really elegant. As you see,it's simple and classy,matched with nice leather shoes and will really make you look much attractive. You can definitely wear this in multiple occasions and quickly become the focus of the crowd.
3.Occasions:daily life, wear to work, family gathering, casual, dinner,beach, dating or leisure ect.

**Notes:**

Plus Size Fashion Women Long Sleeve Blazer Suit Ladies Lapel Cardigan Casual Slim Fit Jacket Suit Winter Autumn Women Stylish Casual Business Blazer Coats Collared Outwear Top Size S-5XL



Plus Size Fashion Women Long Sleeve Blazer Suit Ladies Lapel Cardigan Casual Slim Fit Jacket Suit Winter Autumn Women Stylish Casual Business Blazer Coats Collared Outwear Top Size S-5XL



Plus Size Fashion Women Long Sleeve Blazer Suit Ladies Lapel Cardigan Casual Slim Fit Jacket Suit Winter Autumn Women Stylish Casual Business Blazer Coats Collared Outwear Top Size S-5XL





Plus Size Fashion Women Long Sleeve Blazer Suit Ladies Lapel Cardigan Casual Slim Fit Jacket Suit Winter Autumn Women Stylish Casual Business Blazer Coats Collared Outwear Top Size S-5XL



Plus Size Fashion Women Long Sleeve Blazer Suit Ladies Lapel Cardigan Casual Slim Fit Jacket Suit Winter Autumn Women Stylish Casual Business Blazer Coats Collared Outwear Top Size S-5XL



Plus Size Fashion Women Long Sleeve Blazer Suit Ladies Lapel Cardigan Casual Slim Fit Jacket Suit Winter Autumn Women Stylish Casual Business Blazer Coats Collared Outwear Top Size S-5XL



# Defendant No.: **37**

## Store Name:

## **JZ Co.ltd**

Seller JZ Co.ltd



Sexy Dance Large Leather Hobo Handbag for women,Fashion Retro Zipper Large Leather Tote Satchel Shoulder Crossbody Bags 2pcs Purses Wallets Set,Khaki



Sexy Dance Large Leather Hobo Handbag for women,Fashion Retro Zipper Large Leather Tote Satchel Shoulder Crossbody Bags 2pcs Purses Wallets Set,Khaki



Sexy Dance Large Leather Hobo Handbag for women,Fashion Retro Zipper Large Leather Tote Satchel Shoulder Crossbody Bags 2pcs Purses Wallets Set,Khaki



## About this item

### Product details

**Specifications:**
Color: Khaki, Coffee, Brown, Gray, Beige, Claret, Black (Optional)
Material: PU Leather+Fabric
Size: 33x13x33cm/12.99x5.12x12.99"
Handle Height: 25cm/9.84"
Weight: 745g
Pattern: Solid Color
Gender: Women, Ladies
Closure: Zipper
Season: Spring, Summer, Autumn, Winter

**Package Included:**
1 x Handbag / 1 x Small Pouch / 1 x Handbag With Pouch (Other Accessories are not included)

- Quality Materia - High Quality Anti-Scratch PU Leather Hobo Tote Womens Purse Handbag.
- Distinctive Design: Zipper Closure ( Hardware is Gold Silver color) & Adjustable and Removable Shoulder Strap.
- DIMENSION - 1.Tote Bag Size: 13" at Bottom and top x 13" x 5.1"(W x H x D) 2.Wallet Clutch: 6.7" x 4.7"(W x H). Please refer to the size before you purchasing. Thanks for your kindly.
- Bag Structure - 1 Divide Main Compartment & Multi Inner Pocket for Organizing, 1 Big Zipper Pocket in the Middle, 1 Small Zipper Pocket and 2 Small Open Pocket for Your Phone or Key, 1 Big Zipper Pocket on teh front and 1 Small Zipper Pocket on the back.
- ELEGANT & SIMPLE DESIGN - Elegant and stylish large capacity tote shoulder bag with a purse. Great for casual or many other occasions such as travel, business, work, gym, beach, etc. And it also a wonderful present for Birthday, Valentine's Day,

Sexy Dance Large Leather Hobo Handbag for women,Fashion Retro Zipper Large Leather Tote Satchel Shoulder Crossbody Bags 2pcs Purses Wallets Set,Khaki



Sexy Dance Large Leather Hobo Handbag for women,Fashion Retro Zipper Large Leather Tote Satchel Shoulder Crossbody Bags 2pcs Purses Wallets Set,Khaki



Sexy Dance Large Leather Hobo Handbag for women,Fashion Retro Zipper Large Leather Tote Satchel Shoulder Crossbody Bags 2pcs Purses Wallets Set,Khaki



Sexy Dance Large Leather Hobo Handbag for women,Fashion Retro Zipper Large Leather Tote Satchel Shoulder Crossbody Bags 2pcs Purses Wallets Set,Khaki



Search everything at Walmart online and in store

Fort Lauderdale Supercenter

for the price! i am absolutely so in love with this purse. exactly as measured too. what you see is what you get and i love the price and quality!

Kira    Incentivized Review    ⓘ

It looks a lot different in picture than when you receive it. I got the silver/black one. iy looks brown to me. it has lots of pockets but they tear fast. The zipper has a hard time want to stay on course.

Ashlee

★★★★★ Verified Purchaser            1/5/2023

its exactly as pictured. the quality is awesome for the price! i am absolutely so in love with this purse, exactly as measured too. what you see is what you get and i love the price and quality!

Kira    Incentivized Review    ⓘ

👍 0    👎 0

★★★★★ Verified Purchaser            12/3/2022

Happy Birthday to me.

Tons of room in this purse. Very well constructed and so stylish! I love this purse. Exactly as pictured.

Debbie    Incentivized Review    ⓘ

👍 0    👎 0

★★★★★ Verified Purchaser            11/23/2022

BUY THE BAG!!

Absolutely gorgeous bag! Excellent quality for the price. Nice and sturdy. Love it! If you're on the fence about rather to get this bag or not, do it! It's so beautiful and great quality for the price!!

Monica    Incentivized Review    ⓘ

👍 0    👎 0

★★★★★ Verified Purchaser            11/28/2022

Great bag.

I love the color. And the devider pocket in the middle is great.

Karen    Incentivized Review    ⓘ

👍 0    👎 0

★★★★★                                12/8/2022

neither pleased nor displeased

it was reasonably priced although it looked silver, it is ugly grey color. The quality of it looks like it may not last long, but I hope the person I purchased for will get some use out of it

Sexy Dance Large Leather Hobo Handbag for women,Fashion Retro Zipper Large Leather Tote Satchel Shoulder Crossbody Bags 2pcs Purses Wallets Set,Khaki



Sexy Dance Large Leather Hobo Handbag for women,Fashion Retro Zipper Large Leather Tote Satchel Shoulder Crossbody Bags 2pcs Purses Wallets Set,Khaki



## Related pages

Purses & Handbags for Women

Ladies Leather Briefcases

Womens Hobo Bags

Womens Satchels

leather purse bags

Leather Crossbody Bags

Womens Tote Bags

Accessories Character Shop

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

# JZ Co.ltd  Pro Seller

☆ ☆ ☆ ☆ ☆

No reviews yet

---

## What makes a Pro seller

- Quality service provider
- Consistent on-time delivery
- Free online or in-store returns

---

🏠   Business Name: jing de zhen mi ya dian zi shang wu you xian gong si

✉   Contact seller

📞   (+86) 15396152167

📍   Jingdezhen City, Jiangxi Province
13-1-301 Kaixuan Huafu, Leping City
Jingdezhen, Jiangxi 333399, China

---

About seller

---

## More items from this seller



+ Add



+ Add

# Defendant No.: **38**

## Store Name:

# **Botrong**

Seller Botrong



Women Casual Sleepwear Solid Satin Babydoll Pajamas Set Sexy Lingerie Nightwear Ladies Home Dailywear Lounge Wear



Women Casual Sleepwear Solid Satin Babydoll Pajamas Set Sexy Lingerie Nightwear Ladies Home Dailywear Lounge Wear



Women Casual Sleepwear Solid Satin Babydoll Pajamas Set Sexy Lingerie Nightwear Ladies Home Dailywear Lounge Wear



**About this item**

**Product details** ∧

Description:
Type: Women Lounge Set,Cami Shorts Set,Babydoll Sleepwear Pajama
Gender: Women,Ladies,Female,Girl
Material: 100% polyester
Color:Black,Gray,Black,Pink
Size:S M L XL
Occasions: Honeymoon, Wedding night, lingerie Party, sleepwear,Valentine's Day.etc

Package:
1 x Women pajamas set

Notes:
1. Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures.
2. Slightly color/pattern differences between batches.
3. Size doesn't fit all, please carefully check size chart and select the size based on your real size.

- Sexy Lingerie Set / Stain Pajamas Sleepwear / Cami Shorts Sets / Woman Pajamas / Strap Nightwear , Solid Color.Fine condole belt, leak the back of half, tie-in shorts, the cute and sexy 2 piece cami sleep sets for women.Popular designs and lightweight fabrics make your family wander more comfortable and elegant.

Women Casual Sleepwear Solid Satin Babydoll Pajamas Set Sexy Lingerie Nightwear Ladies Home Dailywear Lounge Wear



Women Casual Sleepwear Solid Satin Babydoll Pajamas Set Sexy Lingerie Nightwear Ladies Home Dailywear Lounge Wear



Women Casual Sleepwear Solid Satin Babydoll Pajamas Set Sexy Lingerie Nightwear Ladies Home Dailywear Lounge Wear



Women Casual Sleepwear Solid Satin Babydoll Pajamas Set Sexy Lingerie Nightwear Ladies Home Dailywear Lounge Wear



Women Casual Sleepwear Solid Satin Babydoll Pajamas Set Sexy Lingerie Nightwear Ladies Home Dailywear Lounge Wear



|  |  |  |  |
|---|---|---|---|
| **Now $15.99** ~~$27.99~~ | **$35.99** | **$32.83** | **Now $14.99** |
| RSLOVE Christmas Lingerie for Women Sexy Santa Lingerie S... | Uncia Active Womens Lingerie Set 2pcs Lace Trim Chemise Babydo... | Sunm Boutique 20 Pack Cotton Womens Thong Underwear,... | Curve Muse Womens Plus Size 100% Cotton High Waist Hipster... |
| ★★★★★ 7 | ★★★★☆ 1 | 3+ day shipping | 3+ day shipping |
| 2-day shipping | 2-day shipping |  |  |

## Related pages

Sexy Gifts                           Sexy Lingerie

Lace Lingerie Sets                   Babydoll Lingerie

Lingerie Shop All                    Womens Lingerie

Womens Plus Lingerie                 Sleepwear & Lingerie

💬 Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

**Give feedback**

# Botrong



3.5 stars out of 5    [See all 90 reviews](#)

**59%**  Overall Positive Rating

🏠  Business Name: shanxifabaozhouqishangmaoyouxiangongsi

✉️  [Contact seller](#)

📞  [(+86) 13049430358](#)

📍  xixianxinquqinhanxinchengzhengyangjiedaoban
baimiaocun1zu39hao
xian, Shaanxi 712000, China

[About seller](#)

## More items from this seller



`Clearance`

$4.82 $6.96

Lenago Women's Plus Size Summer Dresses Fashion Holiday Summer Solid Color Sleeveless Party Beach Dress on Clearance

★★★☆☆ 96



`Clearance`

$7.70 $9.96

Lenago Women's Summer Dress Plus Size Deep V-Neck Standard-Fit Short Sleeve Solid Maxi Party Dress

★★★★☆ 57



$5.43

CHGBMOK Bras for Women Com Underwear Plus Size Bra on Clea

★★★☆☆ 47

## Seller reviews

# 3.5 out of 5

★★★☆☆ (90 reviews)

| | |
|---|---|
| [5 stars](#) | 48 |
| [4 stars](#) | 5 |
| [3 stars](#) | 7 |
| [2 stars](#) | 6 |
| [1 star](#) | 24 |

# Defendant No.: **39**

## Store Name:

## **Erji Network Technology Co., Ltd.**

Seller Erji Network Technology Co., Ltd.



Casual Sport Shorts for Women Yoga Shorts Lounge Fitness Gym Activewear Ladies Beach Shorts Running Jogging Hot Pants



Casual Sport Shorts for Women Yoga Shorts Lounge Fitness Gym Activewear Ladies Beach Shorts Running Jogging Hot Pants



Roll over image to zoom in

## About this item

Product details

Ladies Yoga Shorts Fitness Sports Gym Activewear Running Jogging Casual Lounge Hot Pants

Stylish design,100% brand new,high quality!
Gender: Women Woman,Ladies Lady,Female

Casual Sport Shorts for Women Yoga Shorts Lounge Fitness Gym Activewear Ladies Beach Shorts Running Jogging Hot Pants



Style: Yoga Short Pants,Casual Shorts,Sports Shorts,Hot Pants
Pattern Type:  Striped,Solid Color,Shorts Hot Pants,Low Waist
Waist: Low Waist
Length: Shorts
Color:Black,Green,Wine red,Rose red,Orange,Pink,Sky blue,Red,Blue,Gray
Size:S,M,L,XL
Season: Spring,Summer,Autumn,Fall,Winter
Material: 90% Polyester,10% Cotton
Occasions: Fitness,Yoga,Gymnastics,Zumba,Running,Jogging,Gym Exercise,Casual,Sports

Features:

1. Material: 90% Polyester,10% Cotton. Soft and comfortable to wear
2. Design:Striped,Solid Color,Shorts Hot Pants,Low Waist
3. Perfect for Fitness,Yoga,Gymnastics,Zumba,Running,Jogging,Gym Exercise,Casual,Sports, or everyday use.
4.Size:S,M,L,XL,please choose the size according to the measurement we provided(pictures)

Notes:

1. Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures.
2. Slightly color/pattern differences between batches.
3. Size doesn't fit all, please carefully check size chart and select the size based on your real size.

Package Included:

1 x Yoga Short Pants

- Material: 90% Polyester,10% Cotton. Soft and comfortable to wear
- Design:Striped,Solid Color,Shorts Hot Pants,Low Waist
- Perfect for Fitness,Yoga,Gymnastics,Zumba,Running,Jogging,Gym Exercise,Casual,Sports, or everyday use
- Size:S,M,L,XL,please choose the size according to the measurement we provided(pictures)

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications ⌄

**Features**
Casual

Casual Sport Shorts for Women Yoga Shorts Lounge Fitness Gym Activewear Ladies Beach Shorts Running Jogging Hot Pants



Casual Sport Shorts for Women Yoga Shorts Lounge Fitness Gym Activewear Ladies Beach Shorts Running Jogging Hot Pants



## Customers also considered

**From $7.06**
Athletic Workout Gym Yoga Running Fitness Sports Shorts for...
3+ day shipping

**$15.99** ~~$16.88~~
Charmo Women Swimsuit Bottoms Swim Shorts Workout...
★★★★☆ 7
2-day shipping

**From $7.63**
Fast Drying Drawstring Women's Running Workout Shorts, Yoga...
★★½☆☆ 7
3+ day shipping

**$14.49**
(2 Pack) Women Yoga Shorts Side Striped Fitness Sports Gym...
★★★★½ 3
3+ day shipping

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk.   Learn more

## Products you may also like

Spons

Casual Sport Shorts for Women Yoga Shorts Lounge Fitness Gym Activewear Ladies Beach Shorts Running Jogging Hot Pants



Casual Sport Shorts for Women Yoga Shorts Lounge Fitness Gym Activewear Ladies Beach Shorts Running Jogging Hot Pants



Casual Sport Shorts for Women Yoga Shorts Lounge Fitness Gym Activewear Ladies Beach Shorts Running Jogging Hot Pants



Casual Sport Shorts for Women Yoga Shorts Lounge Fitness Gym Activewear Ladies Beach Shorts Running Jogging Hot Pants



$15.99
RXRXCOCO Women Cross Waist Yoga Shorts 5" Workout...

3+ day shipping

$14.99
Women's Workout Running Shorts, Athletic Gym Yoga...

2-day shipping

$15.99
RXRXCOCO Women Cross Waist Yoga Shorts 5" Workout...

3+ day shipping

$15.99
RXRXCOCO Women Cross Waist Yoga Shorts 5" Workout...

2-day shipping

**Recently viewed items**
Based on your most recent browse history



From $15.63
Lumento Hawaiian Women Casual Loose Pocket Long Dress...

3+ day shipping

From $14.75
MAWCLOS Men's Button Down Dress Shirt Long Sleeve...

2-day shipping

From $18.28
Avamo Women Bootcut Yoga Pants Leggings with Pocket...

3+ day shipping

From $12.89
Womens Loose Tank Tops Summer Sleeveless Floral...

3+ day shipping

Casual Sport Shorts for Women Yoga Shorts Lounge Fitness Gym Activewear Ladies Beach Shorts Running Jogging Hot Pants



## Related pages

Rehband Shorts

Womens Cycling Shorts

Womens Workout Shorts & Skorts

Love & Sports Activewear

Avia Women Running Shorts

Zebra Shorts

Womens Bike Shorts

Athletic Works Women's Clothing

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

# Erji Network Technology Co., Ltd.

☆ ☆ ☆ ☆ ☆

No reviews yet

🏠  Business Name: shanghaierjiwangluokejiyouxiangongsi

✉️  Contact seller

📞  (+86) 15026930742

📍  pudongxinqudieqiaolu456nong137-138hao5ceng
   shanghai, Shanghai 200120, China

About seller

## More items from this seller



**$7.99** $9.93

Swimming Goggles No Leaking Anti Fog UV Protection Swim Goggles Swimming Goggles Suit for Children Boys Girls Kids-Best Swim Goggles

★★★★☆ 11



**$20.85**

MBB Exerciser Pedal,Under Desk Mini Stepper,Relieves Varicose Veins，Gray Color

★★★☆☆ 14



**$9.99**

Lollipop Stand 20 Holes Lollipop H Transparent Lollipop Display Curve Wedding Baby Shower Birthday Pa

★★★★☆ 23

## Seller reviews

This seller doesn't have any reviews yet.

## About seller

ⓘ
This seller may also engage in manufacturing, importing or reselling consumer products.

Customer first

# Defendant No.: **40**

## Store Name:

## **JUST LIKE FISHION**

Seller JUST LIKE FISHION



Nightgown for Womens Sleepwear Pockets Loose Long Dress Comfy Loungewear Nightshirts Pajama Dress Purple 3XL



Nightgown for Womens Sleepwear Pockets Loose Long Dress Comfy Loungewear Nightshirts Pajama Dress Purple 3XL



Roll over image to zoom in

## Similar items you might like
Based on what customers bought

Nightgown for Womens Sleepwear Pockets Loose Long Dress Comfy Loungewear Nightshirts Pajama Dress Purple 3XL



| $8.99 | $17.99 | $14.99 | $15.99 | From $18.97 |

Women's Nightgown Short Sleeve Sleepwear Soft Ragla...

Multitrust Womens Satin Long Nightdress Silk Lace Lingerie...

Up2date Fashion's Women's Caftan / Kaftan / Muumuu /...

Wuffmeow Zipper Front Housecoat Short Sleeve & Half Sleeve...

★★★★★ 8   3+ day shipping

★★☆☆☆ 23   3+ day shipping

★★★★☆ 10   3+ day shipping

★★☆☆☆ 5   3+ day shipping

## About this item

### Product details

Description:
Gender: Women Woman, Ladies Lady, Female
Style: Women Long Maxi Dress, Women Basic Solid Dress,  Women Casual Loose Dress, Womens Summer Beach Dress, Women Sun Dress, Women Short Sleeve Round Neck Tshirts Dress Pattern Type: Solid Color, Plain, Pockets
Color: Yellow, Blue, Rose Red, Light Green, Fluorescent Green, Black, Gray, Purple, Wine Red, Orange (Optional)
Size: S, M, L, XL, XXL, 3XL, 4XL, 5XL (Follow the size chart to select please)
Material: 95%Polyester, 5%Spandex
Neckline: U Neck
Dress Length: Maxi
Sleeve Length: Short Sleeve
Season: Spring, Summer
Occasions: Beach, Casual, Traveling, Vacation, Working, Party, Everyday, Dates, Movies

Features:
1. Short sleeve tshirts dress which gives extra soft touch, premium fabric, stretch and rich material for extra comfort.
2. Wear this dress for any occasion, work, business or everyday that gives relaxed fit. An essential dress for spring, summer and occasions.
3. Fashionable style makes you sexy and eye-catching in the crowd.
4. Simple, versatile design makes this dress perfect for daily.

Package Content:

Nightgown for Womens Sleepwear Pockets Loose Long Dress Comfy Loungewear Nightshirts Pajama Dress Purple 3XL



Search everything at Walmart online and in store

Fort Lauderdale Supercenter

1 x Dress (Other Accessories are not included)

Tips:
1. Please compare the detail sizes with yours before you buy!!!
2. Colors may be slightly different depending on computer and monitor settings.
3. Please allow 1-3cm differs due to manual measurement, thanks. (All measurement in cm and please note 1cm=0.39inch, 1inch=2.54cm)

- Features Solid Color, Short Sleeve, Two Side Pockets, Round Neck; Floor Length, Casual Style, Loose, Comfy, Stretchy, Women Sun Dress
- Material: 95%Polyester 5%Spandex Lightweight, Breathable, Elastic, Very Comfortable.
- Style: Women Summer Dress, Women Beach Dress, Women Long Maxi Dress, Women Casual Loose Dress
- Occasion: Long Maxi Dress for Women Casual, Beach, Party, Daily, Office, Formal, Home, Vacation, Dinner Dating
- It Looks Great with Sandals/boots and Long Necklace,offer Fashion Look for You.
- [Attention]: Please Measure Your Body Size and Refer To The Size Chart In The Second Picture Before Ordering.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications

**Country of Origin - Textiles**

Imported

**Clothing Size**

3XL

**Fabric Content**

5% Spandex

**Gender**

Female

**Brand**

Sexy Dance

**Color**

Purple

Warnings

⚠ WARNING - California Proposition 65

Nightgown for Womens Sleepwear Pockets Loose Long Dress Comfy Loungewear Nightshirts Pajama Dress Purple 3XL



Nightgown for Womens Sleepwear Pockets Loose Long Dress Comfy Loungewear Nightshirts Pajama Dress Purple 3XL



Nightgown for Womens Sleepwear Pockets Loose Long Dress Comfy Loungewear Nightshirts Pajama Dress Purple 3XL



Nightgown for Womens Sleepwear Pockets Loose Long Dress Comfy Loungewear Nightshirts Pajama Dress Purple 3XL



Nightgown for Womens Sleepwear Pockets Loose Long Dress Comfy Loungewear Nightshirts Pajama Dress Purple 3XL



Nightgown for Womens Sleepwear Pockets Loose Long Dress Comfy Loungewear Nightshirts Pajama Dress Purple 3XL



## Related pages

Woman Gown

Yoni Gown

Womens Plus Nightshirts & Gowns

Womens Pajamas

Vestido De Noche

Dresses Gown Clothing

Womens Plus Pajamas & Loungewear

Womens Savings Sleepwear & Loungewear

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

Sexy Dance Womens One Piece Swimsuit Solid Color Ruched Tummy Control Swim Dress Ruched Bathing Suit



## About this item

Product details

Womens One-Piece Skirted Tankini Swimwear Swim Dress Bikini Swimsuit Push-up Bra S M L XL XXL

Specifications:

Sexy Dance Womens One Piece Swimsuit Solid Color Ruched Tummy Control Swim Dress Ruched Bathing Suit

Search everything at Walmart online and in store

Fort Lauderdale Supercenter

· Condition: New with tags: A brand-new, unused, and unworn item in the original package (such as the original box and bag) and/or with the original tags attached.

· Style: One Piece Swimwear

· Size(Women's): S M L XL XXL (Follow the size chart to select please)

· Garment Care: Machine Washable

· Pattern: Solid

· Support: Wire Free

· Main Color: Black, Navy Blue, Green, Red (Optional)

· Material: 88% Nylon + 12% Spandex

· Gender: Women, Ladies, Female

· Activities: Surfing, Swimming, Bathing

· Features: One Piece, Push Up Padded, Without Underwire

· Occasion: Beach, Summer Holiday, Gymnastics, Summer Essentials, Pool

· Other: Unused, Comfortable, Soft Material, Elasticity, Easy to wash

Features:

· Fashion design, 100% brand new, high quality!

· Highly stretch and breathable fabric with fine sewing craft swimwear.

· Designed with chest pads, without underwire.

· Great Cups Support: The padded provides support and coverage.

· This swimsuit is fitting on any body shape.

· Perfect for surfing, diving, yoga, fitness, swimwear, beach seaside, swimming pool etc.

· Printed sw

- This is our cute and elegant one-piece swimsuit with a flowy hem and solid color design for youthful fashion.The retro high waist design makes the swimsuit more fashionable and classic, suitable for all ages.
- Solid colors paired with high-quality fabrics, this is a captivating swimwear that will make you glamorous and show your elegance.
- One piece swimsuit set for your upcoming vacation/beach getaway/summer/spring and more and you will be the glamorous star in the crowd.
- The ruched details are great for a tummy tuck and also shape your figure, making you look slimmer, more attractive and flattering.

Sexy Dance Womens One Piece Swimsuit Solid Color Ruched Tummy Control Swim Dress Ruched Bathing Suit



Sexy Dance Womens One Piece Swimsuit Solid Color Ruched Tummy Control Swim Dress Ruched Bathing Suit



Sexy Dance Womens One Piece Swimsuit Solid Color Ruched Tummy Control Swim Dress Ruched Bathing Suit





Sexy Dance Womens One Piece Swimsuit Solid Color Ruched Tummy Control Swim Dress Ruched Bathing Suit



Search everything at Walmart online and in store

Fort Lauderdale Supercenter

the front to not be too conservative but also not leave the girls hanging out. It's just long enough to cover the "real woman" lower hip bulges. It's not too long even though I am very short. You can wear it to/from the pool/beach without a separate "coverup". What I don't like: It doesn't have a lot tumm...

See more

Allison
👍 0   👎 0
Written by a sexy-dance.myshopify.com customer

★★★★★                                          4/4/2022

**I actually feel slim!!!**

I HATE swimsuit shopping and I never ever find a swimsuit that I put on that I actually look in the mirror and think I look halfway decent. I will end up buying a swimsuit and spending a ton of money on it and still feel fat/frumpy. I took a chance on this swimsuit. I'm 5'2" currently weigh 157 pounds and I ordered the XL 38DD bra size It is a bit loose around the upper thigh but not too loose... just comfy not binding , The straps are adjustable so I made them a bit shorter and the fabric on the front is shirred (is that a word? Kinda ruffled to hide tummy rolls and excess flesh) i'm 62 years old and I hate V-neck swimming suits because sagging breasts always show a 3 to 4 inch cleavage, This fits straight across and hides cleavage, I act...

See more

Cindy
👍 0   👎 0
Written by a sexy-dance.myshopify.com customer

Kathleen B
👍 0   👎 0
Written by a sexy-dance.myshopify.com customer

★★★★★                                          4/22/2022

**Super cute and flattering, I am obsessed!**

I was a little torn on purchasing this swimsuit because of some of the comments (most are positive), and I have a longer torso so sometimes I have sizing issues in this department, but the suit fits perfectly! I did get a Large, a medium would have fit but the chest area would have been super tight. The scrunching along the stomach is definitely slimming and the little skirt is adorable! I will more than likely be back to purchase other variations!!

Rachell Danielle
👍 0   👎 0
Written by a sexy-dance.myshopify.com customer

★★★★★   Verified Purchaser                      6/28/2021

very comfortable and perfect fit

Amber
👍 0   👎 0

See all reviews

**More items to explore**

Sexy Dance Womens One Piece Swimsuit Solid Color Ruched Tummy Control Swim Dress Ruched Bathing Suit



# JUST LIKE FISHION

 See all 6 reviews

2.3 stars out of 5

 **17%**  Overall Positive Rating

---

🏠 Business Name: shenzhenyouguangmaoyiyouxiangongsi

✉ Contact seller

📞 (+86) 19925157024

📍 shenzhenshifutianqushatoujiedaoxinzhoushequxinzhoubeicun38hao201
shenzhen, Guangdong 518000, China

---

About seller

---

## Seller reviews

# 2.3 **out of** 5

★★⯪☆☆ (6 reviews)

| | |
|---|---|
| 5 stars | 0 |
| 4 stars | 1 |
| 3 stars | 2 |
| 2 stars | 1 |
| 1 star | 2 |

---

**6 reviews**     Sort by  |  Most Relevant ▾

---

# Defendant No.: **41**

## Store Name:

## **HUAIKANG CO., LTD.**

Seller HUAIKANG CO., LTD.



Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic T Shirt Blouse



Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic T Shirt Blouse



Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic T Shirt Blouse



Search everything at Walmart online and in store

Fort Lauderdale Supercenter

**From $15.33**
Women Sleevesless Summer Strap Tank Tops Cami Tops Tee...
★★☆☆☆ 1
3+ day shipping

**From $14.99**
YouLovelt Women's Sports Bra Stretch Cami Tank Top Padde...
★★★★★ 10
3+ day shipping

**From $11.54**
QRIC tube tops for women Waist Trainer Sauna Slimming Belt...
★★★☆☆ 31
2-day shipping

**$18.69**
Women's Casual Sleeveless Crewneck Tank Tops Cute Long...
3+ day shipping

## About this item

### Product details

Stylish design, 100% brand new high quality!

Gender: Women Woman,Ladies Lady,Female

Style:Daily,Beach, Cocktail Evening Party ,Holiday,Cruise ship,Tourism,Spa,Sports

Type:Boho Casual Cami,Vintage Cami Vest Top,Sleeveless Stretch Floral Cami Vest,Trendy Basic Summer Tank Top,Pyjama Vest Top,Gym Top Tank

Design:Tank Top, Floral Printed,Sleevesless,Cami Vest,Vintage T-shirt,Boho Vest,Kaftan Stretchy Tank

Sleeve Style: Sleevesless

Size: S,M,L,XL,2XL,3XL,4XL,5XL

Season: Spring,Summer,Autumn,Fall

Material:95% polyester,5% spandex

Occasions:Beach,Holiday,Tourism,Casual,Dating,Cruise Ship,Club,Dinner,Holiday,Shopping,Work,Basic,Party,Outdoor,School, Daily Wear,Travel,Cinema

Features:

1.Great for many occasions.It's super comfortable and lightweight,cool feeling,comfortable wear,show skinny, long legs,womanly curves,femininity sexy and sophisticated

2.The tops made of  cotton.Soft,stretchy and comfortable to wear,Show your best curve.Comfortable and soft material caring for you like a baby

3.With exquisite craft and durable material,These casual Romper have a long service life and do not fade easily.

4.Refined quality – lightweight,soft and comfy,nice touch material that transition seamlessly from the office to casual wear.Easily create beautiful female figure

Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic T Shirt Blouse



5.Unique design makes this Cami Vest more fashion and beauty.

Notes:

1. Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures.

2. Slightly color/pattern differences between batches.

3. Size doesn't fit all, please carefully check size chart and select the size based on your real size.

Package Included:

1 x Cami Vest

- Great for many occasions.It's super comfortable and lightweight,cool feeling,comfortable wear,show skinny,long legs,womanly curves,femininity sexy and sophisticated
- The tops made of cotton.Soft,stretchy and comfortable to wear.Show your best curve.Comfortable and soft material caring for you like a baby
- With exquisite craft and durable material,These casual Romper have a long service life and do not fade easily.
- Refined quality – lightweight,soft and comfy,nice touch material that transition seamlessly from the office to casual wear.Easily create beautiful female figure
- Unique design makes this Cami Vest more fashion and beauty.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

Specifications  ⌃

**Country of Origin - Textiles**

Imported

**Clothing Size**

XL

**Brand**

Sexy Dance

**Gender**

Female

**Color**

#1-Pink

**Manufacturer**

Sexy Dance

Warnings  ⌃

Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic T Shirt Blouse



Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic T Shirt Blouse



Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic T Shirt Blouse



Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic T Shirt Blouse



Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic T Shirt Blouse



Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic T Shirt Blouse



### Related pages

Built Bra

Womens Tank Tops

Womens Savings Coats & Jackets

Womens Savings Tops & T-Shirts

R3 Tank

Tanked

Tie Dye Tank Tops

Womens Tie Dye Clothing

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

# HUAIKANG CO., LTD.



4 stars out of 5    See all 1 review



**100%**  Overall Positive Rating

---

🏠  Business Name: SONGYUANSHIHUAIKANGKEJIYOUXIANGONGSI

✉  Contact seller

📞  (+86) 18375560439

📍  ningjiangqupingxiangjiehuananxiaoqu12zhuang4danyuan204
Songyuan, Jilin 138000, China

---

About seller

## More items from this seller



+ Add

$15.92

Women Blouses Summer Cotton Blouse Solid Color Leisure Hollow U-Neck 3/4 Sleeve Lace Women Shirt

⭐☆☆☆☆ 10

+ Add

$14.38  ~~$17.17~~

Women s Plus Size Floral Sleeveless Loose Boho Casual Short Dresses

⭐⭐½☆☆ 210



+ Add

$12.84

Musuos Women Casual Loose T Sh Plus Size

⭐⭐☆☆☆ 42

## Seller reviews

# 4 out of 5

⭐⭐⭐⭐☆ (1 review)

| | |
|---|---|
| 5 stars | 0 |
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

**1 review**    Sort by  |  Most Relevant ▾

# Defendant No.: **42**

## Store Name:

## **Farer W Stores**

Seller Farer W Stores



Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece Padded Bathing Suit Black



Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece Padded Bathing Suit Black



Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece Padded Bathing Suit Black



**About this item**

**Product details**

Modest swimdress swimsuit with a built-in bottom, creates a comfortable, breathable look for a day at the beach or pool. Perfect for Tropical Vacations, Summer, Beach and Pool with unique and chic pattern.

- **Features:**
- 100% brand new and high quality!
- The latest Print Design makes it the very eye-catching one
- The visual effect is more three-dimensional
- Designed with chest pads, with underwire
- Professional version of the division of the three-dimensional cutting, comfortable to wear
- Exquisite workmanship, from the famous factory
-
- **Specifications:**
- Style: Swimdress
- Size Type: Regular
- Size: (Women's): L XL XXL 3XL 4XL 5XL
- Material: 82% Polyester+18% Spandex
- Garment Care: Machine Washable
- Type: Swimsuit, Bathing Suit, Swimwear, Beachwear,Swimming Costume, Swim Top+Shorts
- Occasion: Beach, Pool, Holiday, Summer Essentials
- Design: Push-up Bra; With Underwire; Braces
- Gender: Women Female Lady
- Activities: Swimming Surfing Hot Spring
- Package included: 1 x Swimsuit

Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece Padded Bathing Suit Black



Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece Padded Bathing Suit Black



Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece Padded Bathing Suit Black



Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece Padded Bathing Suit Black



Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece Padded Bathing Suit Black



Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece Padded Bathing Suit Black



### Related pages

| | |
|---|---|
| Plus Size Swimwear Tops | Plus Size Bathing Suits |
| Maillot De Bain | Plus Size Swim Dresses |
| Womens Plus Swimsuits | Womens Plus Savings Swimwear |
| Womens One-Piece Swimsuits | Womens Plus Tankinis |

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

# Defendant No.: **43**

## Store Name:

# **LUOCO**

Seller LUOCO





Sexy Dance Women's Gradient Color One Piece Swimsuits Swimwear Cross Back Monokini Tummy Control Athletic Training Swimming Bathing Suits Size Large US 8-10



Sexy Dance Women's Gradient Color One Piece Swimsuits Swimwear Cross Back Monokini Tummy
Control Athletic Training Swimming Bathing Suits Size Large US 8-10



**$13.99**

New Womens One
Piece Swimsuit Padded
Bikini Swimwear

3+ day shipping

**$38.99**

Hilor Women's One
Piece Swimsuits
Tummy Control...

★★★★★ 3

2-day shipping

**From $16.96**

【WOJER】Tummy
Control Swimwear
Black Halter One...

★★★★½ 6

3+ day shipping

**From $11.79**

Tuscom Women
Swimming Costume
Padded Monokini...

★★☆☆☆ 86

3+ day shipping

## About this item

### Product details

Specifications:

- Condition: New with tags: A brand-new, unused, and unworn item in the original package (such as the original box and bag) and/or with the original tags attached.
- Style: Monokinis
- Size(Women's): S M L XL XXL(Follow the size chart to select please)
- Garment Care: Machine Washable
- Pattern: Shown as the pictures
- Support: Wire Free
- Color: Dark Blue, Blue, Pink, Purple, Black
- Material: 82% Polyester+18% Spandex
- Gender: Women, Ladies, Female
- Activities: Surfing, Swimming, Bathing
- Features: One Piece, Push Up Padded, Backless, Without Underwire
- Occasion: Beach, Summer Holiday, Gymnastics, Summer Essentials, Bathing, Seaside, Pool
- Other: Unused, Comfortable, Soft Material, Elasticity, Easy to wash

Features:

- Fashion design, 100% brand new, high quality!
- Design with chest pads, without underwire.
- Great Cups Support: The padded provides support and coverage.
- Backless design in the back keep the one piece bathing suit looks flattering and fun, accentuate your curves.

Sexy Dance Women's Gradient Color One Piece Swimsuits Swimwear Cross Back Monokini Tummy Control Athletic Training Swimming Bathing Suits Size Large US 8-10



Sexy Dance Women's Gradient Color One Piece Swimsuits Swimwear Cross Back Monokini Tummy Control Athletic Training Swimming Bathing Suits Size Large US 8-10



Sexy Dance Women's Gradient Color One Piece Swimsuits Swimwear Cross Back Monokini Tummy Control Athletic Training Swimming Bathing Suits Size Large US 8-10



Sexy Dance Women's Gradient Color One Piece Swimsuits Swimwear Cross Back Monokini Tummy Control Athletic Training Swimming Bathing Suits Size Large US 8-10



Sexy Dance Women's Gradient Color One Piece Swimsuits Swimwear Cross Back Monokini Tummy Control Athletic Training Swimming Bathing Suits Size Large US 8-10



Sexy Dance Women's Gradient Color One Piece Swimsuits Swimwear Cross Back Monokini Tummy Control Athletic Training Swimming Bathing Suits Size Large US 8-10





(2 Pack) Women Yoga Shorts Side Striped Fitness Sports Gym Activewear Running Jogging Summer Beach Shorts Casual Lounge Hot Pants



(2 Pack) Women Yoga Shorts Side Striped Fitness Sports Gym Activewear Running Jogging Summer Beach Shorts Casual Lounge Hot Pants



## About this item

Product details

Ladies Yoga Shorts Fitness Sports Gym Activewear Running Jogging Casual Lounge Hot Pants

Stylish design,100% brand new,high quality!
Gender: Women Woman,Ladies Lady,Female
Style: Yoga Short Pants,Casual Shorts,Sports Shorts,Hot Pants
Pattern Type:  Striped,Solid Color,Shorts Hot Pants,Low Waist
Waist: Low Waist

(2 Pack) Women Yoga Shorts Side Striped Fitness Sports Gym Activewear Running Jogging Summer Beach Shorts Casual Lounge Hot Pants



Search everything at Walmart online and in store

Fort Lauderdale Supercenter

Length: Shorts
Color:Black,Green,Wine red,Rose red,Orange,Pink,Sky blue,Red,Blue,Gray
Size:S,M,L,XL
Season: Spring,Summer,Autumn,Fall,Winter
Material: 90% Polyester,10% Cotton
Occasions: Fitness,Yoga,Gymnastics,Zumba,Running,Jogging,Gym Exercise,Casual,Sports

Features:

1. Material: 90% Polyester,10% Cotton. Soft and comfortable to wear
2. Design:Striped,Solid Color,Shorts Hot Pants,Low Waist
3. Perfect for Fitness,Yoga,Gymnastics,Zumba,Running,Jogging,Gym Exercise,Casual,Sports, or everyday use.
4.Size:S,M,L,XL,please choose the size according to the measurement we provided(pictures)

Notes:

1. Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures.
2. Slightly color/pattern differences between batches.
3. Size doesn't fit all, please carefully check size chart and select the size based on your real size.

Package Included:

2 x Yoga Short Pants

- Material: 90% Polyester,10% Cotton. Soft and comfortable to wear
- Design:Striped,Solid Color,Shorts Hot Pants,Low Waist
- Perfect for Fitness,Yoga,Gymnastics,Zumba,Running,Jogging,Gym Exercise,Casual,Sports, or everyday use
- Size:S,M,L,XL,please choose the size according to the measurement we provided(pictures)

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications ⌃

**Country of Origin - Textiles**
Imported

**Gender**
Female

(2 Pack) Women Yoga Shorts Side Striped Fitness Sports Gym Activewear Running Jogging Summer Beach Shorts Casual Lounge Hot Pants



(2 Pack) Women Yoga Shorts Side Striped Fitness Sports Gym Activewear Running Jogging Summer Beach Shorts Casual Lounge Hot Pants



(2 Pack) Women Yoga Shorts Side Striped Fitness Sports Gym Activewear Running Jogging Summer Beach Shorts Casual Lounge Hot Pants





(2 Pack) Women Yoga Shorts Side Striped Fitness Sports Gym Activewear Running Jogging Summer Beach Shorts Casual Lounge Hot Pants



Search everything at Walmart online and in store

Fort Lauderdale Supercenter

**Frequent Mentions**

Size (3)

★★★★★ Verified Purchaser                    7/24/2020

**Better than expected!!**

These fit great on my curvy profile, provide good coverage of my rear end.

Amy

👍 0    👎 0

0

★★★☆☆ Verified Purchaser                    1/9/2021

**No Red Shorts**

The shorts are great except for the red one. It bleeds in the wash and changes the color on all other clothing - even in cold water with other colored clothing. The red should be eliminated from the batch.

AbuelitaGiovi

👍 0    👎 0

0

★★★★★ Verified Purchaser                    7/18/2021

came sooner than expected. very soft and silky, fit great.

Allysa

👍 0    👎 0

0

★★★☆☆ Verified Purchaser                    8/28/2020

**Overpriced with super cheap material**

I was very disappointed when I got these shorts the quality was not up to par for the pricing

erin

👍 0    👎 0

0

★★★★☆ Verified Purchaser                    7/21/2020

**Nice jogging shorts**

very nice soft fabric and comfy. I probably should have gotten a small, but opted for medium. Elastic is comfortable, not tight or binding. Would be nice if they had a pocket on one side for phone or ipod

Judith

👍 0    👎 0

0

(2 Pack) Women Yoga Shorts Side Striped Fitness Sports Gym Activewear Running Jogging Summer Beach Shorts Casual Lounge Hot Pants



See all reviews

## Recommended for you
Items that pair well together

**Best seller**

+12

**From $12.58** ~~$16.98~~

S-5XL Women Casual Shorts Plain Solid Color Elastic Waist...

★★☆☆☆ 14

3+ day shipping

+11 options

**From $21.99**

Emprella Tank Tops for Women, 4 Pack Ribbed Racerback Tanks (Extr...

★★★★☆ 76

2-day shipping

+2

**From $13.94**

Fruit of the Loom Women's 360° Stretch Cami Strap Comfort...

★★★★½ 36

1-day shipping

+6

**From $18.90** ~~$25.00~~

Champion Women's Classic Graphic Tee

★★★★½ 544

3+ day shipping

## More items to explore

(2 Pack) Women Yoga Shorts Side Striped Fitness Sports Gym Activewear Running Jogging Summer Beach Shorts Casual Lounge Hot Pants



(2 Pack) Women Yoga Shorts Side Striped Fitness Sports Gym Activewear Running Jogging Summer Beach Shorts Casual Lounge Hot Pants



# LUOCO



See all 5 reviews

3.8 stars out of 5

  Overall Positive Rating

---

🏠  Business Name: Henan Meowshi Network Technology Co., Ltd.

✉  Contact seller

📞  (+86) 19128628116

📍  No. C07, 2nd Floor, Unit 4, Building 1, Baicaoyuan Community, No. 6, Yuying Road,
    Guancheng Hui District,Zhengzhou City, Henan Province
    Zhengzhou, Henan 450000, China

---

About seller

## Seller reviews

# 3.8 out of 5

★★★★☆ (5 reviews)

| | |
|---|---|
| 5 stars | 3 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 2 |
| 1 star | 0 |

**5 reviews**     Sort by  |  Most Relevant ▾

---

# Defendant No.: **44**

## Store Name:

## **shenzhenxuanweijiajuCo. ltd**

Seller shenzhenxuanweijiajuCo. ltd



Sexy Dance Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Ladies Swimwear Tummy Control Beachwear Bathing Suit L-XXXXXL



Sexy Dance Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Ladies Swimwear Tummy Control Beachwear Bathing Suit L-XXXXXL



Sexy Dance Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Ladies Swimwear Tummy Control Beachwear Bathing Suit L-XXXXXL



## About this item

### Product details

Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Costume

### Specifications:

- Condition: New with tags: A brand-new, unused, and unworn item in the original package (such as the original box and bag) and/or with the original tags attached.
- Style: Swimdress
- A set of 1pc: Swimdress + Swim Briefs
- Size(Women's): L, XL, XXL, 3XL, 4XL, 5XL (Follow the size chart to select please)
- Garment Care: Machine Washable
- Size Type: Plus Size
- Pattern: Shown as the pictures
- Main Color: Blue
- Material: 82% Polyester, 18% Spandex
- Gender: Women, Lady, Female, Girls
- Activities: Surfing, Swimming, Bathing, etc.
- Design Features: One Piece with briefs under the skirt/Tummy control/Push Up Padded
- Occasion: Beach, Summer Holiday, Gymnastics, Summer Essentials, Pool, Seaside, etc.
- Other: Unused, Comfortable, Soft Material, Elasticity, Easy to wash

### Features:

Sexy Dance Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Ladies Swimwear Tummy Control Beachwear Bathing Suit L-XXXXXL



- Fashion design, 100% brand new, high quality!
- Modest swimdress with briefs, this conservative design good coverage all over.
- Bra padded with underwire, Perfect for surfing, diving, yoga, fitness, swimwear, beach seaside, swimming pool etc.
- The swimming costume is suitable for different shapes. It covers everything you want and leaves a bit of flesh to feel a little sexy.
- Great Cups Support: The padded provides support and coverage.
- 82% Polyester, 18% Spandex, Soft and skin-friendly, good texture, ultra-fine fabrics.
- Suitable for swimming, bathing, surfing, etc.
- Environmental protection, intimate guard your health.

**Package included:** 1 x Women's Swimwear

**Note:** Please allow 1-3 cm difference according to manual measurement. Please check the measurement chart carefully before you buy the item. Thanks for your cooperation. (1 inch = 2.54 cm)

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**Specifications**

**Features**
Underwire, Tummy Control

**Country of Origin - Textiles**
USA or Imported

**Clothing Size**
XXL

**Brand**
Sexy Dance

**Gender**
Female

**Color**
Blue

**Manufacturer**
Sexy Dance

**Assembled Product Dimensions (L x W x H)**
5.12 x 2.56 x 6.69 Inches

Sexy Dance Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Ladies Swimwear Tummy Control Beachwear Bathing Suit L-XXXXXL



Sexy Dance Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Ladies Swimwear Tummy Control Beachwear Bathing Suit L-XXXXXL



Sexy Dance Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Ladies Swimwear Tummy Control Beachwear Bathing Suit L-XXXXXL



Sexy Dance Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Ladies Swimwear Tummy Control Beachwear Bathing Suit L-XXXXXL



Sexy Dance Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Ladies Swimwear Tummy Control Beachwear Bathing Suit L-XXXXXL



Sexy Dance Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Ladies Swimwear Tummy Control Beachwear Bathing Suit L-XXXXXL



## Related pages

Rose Marie Reid Swim Dress

Swimdress Swimsuit

Womens Plus One-piece Swimsuits

Womens One-Piece Swimsuits

Swimsuits All Dresses

Maxine Swimdress

Womens Plus Swimsuits

Womens One-piece Swimsuits

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

Plus Size Ladies Women Maternity Swimsuit Pregnancy Swimwear Ruffle Beachwear Swimming Bathing Suit One Piece Push Up Padded



Plus Size Ladies Women Maternity Swimsuit Pregnancy Swimwear Ruffle Beachwear Swimming Bathing Suit One Piece Push Up Padded



## About this item

Product details

Specifications:

Condition: New with tags: A brand-new, unused, and unworn item in the original package (such as the original box and bag)

Plus Size Ladies Women Maternity Swimsuit Pregnancy Swimwear Ruffle Beachwear Swimming Bathing Suit One Piece Push Up Padded

Search everything at Walmart online and in store

Fort Lauderdale Supercenter

Condition: New with tags: A brand-new, unused, and unworn item in the original package (such as the original box and bag) and/or with the original tags attached.

Style: One Piece Swimsuit/Maternity Pregnancy Swimsuit

Garment Care: Machine Washable

Size Type: Plus Size

Pattern: Solid

Main Color: Black, Blue, Red

Design Features: Push Up Padded/Off Shoulder/Ruffle

Size (Women's): S M L XL XXL 3XL 4XL 5XL(Follow the size chart to select please)

Material: 82% Polyester, 18% Spandex

Gender: Women, Lady, Female

Activities: Surfing, Swimming, Bathing, etc.

Occasion: Beach, Summer Holiday, Gymnastics, Summer Essentials, Seaside, Pool, etc.

Other: Unused, Comfortable, Soft Material, Elasticity, Easy to wash

Features:

Fashion design, 100% brand new, high quality!

Featured with padded cups on bust and adjustable shoulder straps for all-round support, and ruched sides to flatter your growing baby belly.

Our maternity swimsuits are made of soft, comfortable, safety fabric, can direct contact to skin.

The swimsuits with off-shoulder style, ruffle design, very sexy and unique.

The swimming costume is suitable for different shapes. It covers everything you want and leaves a bit of flesh to feel a little sexy.

Bra padded without underwire, perfect for surfing, diving, yoga, fitness, swimwear, beach seaside, swimming pool etc.

Environmental protection, intimate guard your health.

Note:

Please allow 1-3 cm difference due to manual measurement. Besides different computers display colors differently, the color of the actual item may vary slightly from the below images, thanks for your understanding. (1 inch = 2.54 cm)

Package included:

Plus Size Ladies Women Maternity Swimsuit Pregnancy Swimwear Ruffle Beachwear Swimming Bathing Suit One Piece Push Up Padded



Plus Size Ladies Women Maternity Swimsuit Pregnancy Swimwear Ruffle Beachwear Swimming Bathing Suit One Piece Push Up Padded



Plus Size Ladies Women Maternity Swimsuit Pregnancy Swimwear Ruffle Beachwear Swimming Bathing Suit One Piece Push Up Padded



Search everything at Walmart online and in store

Fort Lauderdale Supercenter

**LOVE**

I rarely find a bathing suit online that fits and that I like, nevermind a maternity one! We are going to Disney in a few weeks and I needed a bathing suit. I didn't want to spend a fortune considering I will only be wearing this for a few months AND this is my last baby. This is SO cute, the color is gorgeous, and it fits and is flattering! I just hope that it still fits in a few weeks on our trip LOL!

ica1080

Written by a **sexy-dance.myshopify.com** customer

**Runs short, legs tight and high.**

I wish this swimsuit had more length to it. And the elastic for the leg holes is really uncomfortable. And they also rise up kinda high which isn't as flattering as they could be if they were set a little lower. I tried 2 sizes and kept the L for added length, but it's not my go-to swimsuit.

Jules Whitman

Written by a **sexy-dance.myshopify.com** customer

**Frequent Mentions**

Fit (17)   Quality (4)   Comfort (4)   Room (4)   Price (3)   Material (3)

Color (3)   Coverage (3)

★★★★★                    4/27/2022

**LOVE**

I rarely find a bathing suit online that fits and that I like, nevermind a maternity one! We are going to Disney in a few weeks and I needed a bathing suit. I didn't want to spend a fortune considering I will only be wearing this for a few months AND this is my last baby. This is SO cute, the color is gorgeous, and it fits and is flattering! I was shocked! I just hope that it still fits in a few weeks on our trip LOL!

ica1080

👍 0   👎 0

Written by a **sexy-dance.myshopify.com** customer

★★★★★                    4/9/2022

**Perfect!**

I really like it! I am around 6 months now and can wear it, and I think I'll be able to wear this as I grow. The material is nice and it is cute. The inner boob pads are kinda a weird shape/size, but I might just take them out.

Alexis

👍 0   👎 0

Written by a **sexy-dance.myshopify.com** customer

★★★★★                    4/13/2022

Plus Size Ladies Women Maternity Swimsuit Pregnancy Swimwear Ruffle Beachwear Swimming Bathing Suit One Piece Push Up Padded



★★★★★        4/7/2022

**Best of 7**

This was the cutest, best fitting bathing suit out of the 7 different brands and styles I tried from . There was room in the belly to grow but it doesn't look like a bunch of extra fabric. The roushing on the sides look nice and clean. The chest is mediumly supportive more so than others because it ties in the back and you control the tightness. The back covers your rear which I like for a maternity swim suit. AND it actually looks cute!! I am 25 weeks pregnant (with my second child) 200 lbs, 5ft 5in and I purchased an XL. Most of my maternity tops are Large but I knew I wanted to size up for swimwear, struggling to get in and out of a smaller size is no fun when you already feel like a blimp.

Jennifer C.

👍 0   👎 0

Written by a **sexy-dance.myshopify.com** customer

**Flattering and comfortable!**

This bathing suit is incredible! Not only is it flattering but super comfortable. I wore this at 31 weeks pregnant (148lbs, 5'4) and ordered the Medium. Highly recommend for any pregnant mamas!

Customer

👍 0   👎 0

Written by a **sexy-dance.myshopify.com** customer

★★★★★        3/26/2022

**Perfect**

Perfect for 7 months pregnant trip to the beach when I didn't want to spend big $$ for a suit I'd wear for 1 week.

Beth Chervery

👍 0   👎 0

Written by a **sexy-dance.myshopify.com** customer

See all reviews

**More items to explore**

Plus Size Ladies Women Maternity Swimsuit Pregnancy Swimwear Ruffle Beachwear Swimming Bathing Suit One Piece Push Up Padded



**Related pages**

| | |
|---|---|
| Maternity Tankini Swimsuits | Maternity Bikini Swimsuits |
| Pregnant Woman Pictures | Time Pieces |
| Time and Tru Maternity | Maternity Plus Swimwear |
| Motherhood Maternity | Time and Tru Swimsuits |

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

**Give feedback**

# shenzhenxuanweijiajuCo. ltd



4 stars out of 5

[See all 5 reviews](#)

**80%**  Overall Positive Rating

---

🏠 Business Name: shenzhenxuanweijiajuyouxiangongsi

✉️ [Contact seller](#)

📞 [(133) 164-9331](#)

📍 shenzhenshinanshanqutaoyuanjiedaofuguangshequliuxiandadao3888haochongwenhuayuan12dong304
shenzhen, Guangdong 518000, China

---

[About seller](#)

## Seller reviews

# 4 out of 5

★★★★☆ (5 reviews)

| | |
|---|---|
| [5 stars](#) | 3 |
| [4 stars](#) | 1 |
| [3 stars](#) | 0 |
| [2 stars](#) | 0 |
| [1 star](#) | 1 |

---

**5 reviews**   Sort by │ [Most Relevant ▾](#)

---

# Defendant No.: **45**

## Store Name:

## **TNC**



Women Casual Loose T Shirts Short Sleeve Henley Tops Summer Beach Boho Kaftan T-shirt Ladies Leisure Button V Neck Tee With Pocket



Women Casual Loose T Shirts Short Sleeve Henley Tops Summer Beach Boho Kaftan T-shirt Ladies Leisure Button V Neck Tee With Pocket



Women Casual Loose T Shirts Short Sleeve Henley Tops Summer Beach Boho Kaftan T-shirt Ladies Leisure Button V Neck Tee With Pocket



**$16.68** $18.98

Dellytop Womens Short Sleeve V Neck Criss Cross T-Shirt Pl...

★★★★★ 1

3+ day shipping

**From $13.99**

TheMogan Women's S-3X V-Neck Cotton Oversized Boyfriend ...

★★★☆☆ 7

3+ day shipping

Sponsored

**From $16.55**

TEMOFON Womens Summer Tops Short Sleeve Crew Neck T...

★★★★★ 6

2-day shipping

**From $14.99** $16.84

KZKR Women Fall Long Sleeve Top Blouse Striped Color...

★★★★½ 234

3+ day shipping

## About this item

### Product details

Women Short Sleeve Button Henley V Neck Tops Loose Casual T Shirts Ladies Fashion T-shirt Tunic Shirts Blouse

Description:
Condition: 100% Brand New and High Quality
Gender: Women Woman, Ladies Lady, Female
Style: Women Casual Tops, Women Pullover Tops, Ladies Loose Pocket T-Shirt, Women Henley V Neck Tops Blouses
Pattern Type: Solid Color, Loose, Pocket Decoration, Comfortable
Color: Green, Gray, Violet, Pink, Khaki, Blue, Claret, Black, Brown (Optional)
Size: S, M, L, XL, XXL, 3XL (Follow the size chart to select please)
Material: 65%Polyester 30%Cotton 5%Spandex
Length: Hips Length
Neckline: V Neck
Sleeve Length: Short Sleeves
Season: Spring, Summer,Autumn and Winter
Occasions: Casual, Traveling, Vacation, Working, Party, Everyday, Dates, Movies

Features:
1. Lightweight, ultra soft and stretch fabric, the short sleeves are comfy to wear in summer.
2. This women's top is so trendy and cute, you can pair this twist knot shirts with jeans and sneakers/sandals, such a comfy Spring/ Summer look!
3. This solid comfy top is suitable for casual, back to school, leisure, going out, office, daily wear, spring, summer etc.

Women Casual Loose T Shirts Short Sleeve Henley Tops Summer Beach Boho Kaftan T-shirt Ladies Leisure Button V Neck Tee With Pocket

Search everything at Walmart online and in store

Fort Lauderdale Supercenter

Package Content:
1 x Top (Other Accessories are Not Included)

Tips:
1. Please compare the detail sizes with yours before you buy!!!
2. Colors may be slightly different depending on computer and monitor settings.
3. Please allow 1-3cm differs due to manual measurement, thanks. (All measurement in cm and please note 1cm=0.39inch, 1inch=2.54cm)

- Design: Short Sleeve,Button V Neck, Henley Shirts,Solid Color, Pocket Decoration,Loose Fit,Comfy T Shirts for Women.Suitable for Summer,Spring and Autumn.
- The fabric is very soft, flowing, cozy and won't cling on your skin
- Easily pairing with jeans or leggings for most occasions, wearing all day long.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

Specifications

**Country of Origin - Textiles**
Imported

**Sleeve Length Style**
Short Sleeve

**Fabric Content**
65% Polyester, 30% Cotton

**Pattern**
Solid Color, Loose, Pocket

**Gender**
Female

**Clothing Neck Style**
V-Neck

**Brand**
Sexy Dance

**Manufacturer**
Sexy Dance

Women Casual Loose T Shirts Short Sleeve Henley Tops Summer Beach Boho Kaftan T-shirt Ladies Leisure Button V Neck Tee With Pocket



Women Casual Loose T Shirts Short Sleeve Henley Tops Summer Beach Boho Kaftan T-shirt Ladies Leisure Button V Neck Tee With Pocket



Women Casual Loose T Shirts Short Sleeve Henley Tops Summer Beach Boho Kaftan T-shirt Ladies Leisure Button V Neck Tee With Pocket



**Love this soft shirt.**

I really like this shirt. It is definitely loose, I wonder if I should have ordered the next size down (never know!). The shirt is really soft and light weight. I'll be able to wear it all year round. My only "problem" is that it takes so long to get items ordered from Walmart.

Karla

**Inaccurate Sizing**

Sizing is off. Way smaller than size chart indicates. 2X is more like a Medium. I had to return it.

annaz

★★★★★ Verified Purchaser                    8/25/2022

**Love this soft shirt.**

I really like this shirt. It is definitely loose, I wonder if I should have ordered the next size down (never know!). The shirt is really soft and light weight. I'll be able to wear it all year round. My only "problem" is that it takes so long to get items ordered from Walmart.

Karla
👍 0    👎 0

★★★★★ Verified Purchaser                    8/3/2022

love the feel of this shirt.

Kelly
👍 0    👎 0

★★★★★ Verified Purchaser                    10/6/2021

I love it. It fits perfect and very comfortable. Threw it in the washer and dryer and didn't even have to iron it. I would buy it again

Sue
👍 0    👎 0

★★★★★ Verified Purchaser                    12/1/2021

**size**

not much difference betwwe M and L but maybe the length but I love this shirt!

Carol
👍 0    👎 0

★★★★★ Verified Purchaser                    7/16/2021

**Nice fitting shirt**

Nice fitting shirt, great color and very comfortable

Sandy

Women Casual Loose T Shirts Short Sleeve Henley Tops Summer Beach Boho Kaftan T-shirt Ladies Leisure Button V Neck Tee With Pocket



Women Casual Loose T Shirts Short Sleeve Henley Tops Summer Beach Boho Kaftan T-shirt Ladies Leisure Button V Neck Tee With Pocket



Women Casual Loose T Shirts Short Sleeve Henley Tops Summer Beach Boho Kaftan T-shirt Ladies Leisure Button V Neck Tee With Pocket



# Defendant No.: **46**

## Store Name:

## **Prominence store**



# Romance Maker Co.1td

★★⯪☆☆    See all 7 reviews
2.3 stars out of 5



**14%**    Overall Positive Rating

---

🏠   Business Name: shenzhenshiandexinjiajuyouxiangongsi

✉   Contact seller

📞   (+86) 14750504874

📍   shenzhenshibaoanquxixiangjiedaoguxingshequshangweiyuanxincunsanxiang13hao201
shenzhen, Guangdong 518000, China

---

About seller

## More items from this seller

  

+ Add      + Add      + Add

**$15.66** $19.07     **$17.48**     **$15.86** $20.00

Julycc Women Cotton Linen Striped Wide Leg Jumpsuit Dungarees Casual Playsuit Overalls    Women Dungarees Harem Strap Loose Jumpsuit Baggy Trouser Overall Pants Plus Size    CFXNMZGR Dresses For Women Summer Cotton And Linen Yarn D

★⯪☆☆☆ 52     ★★☆☆☆ 34     ★★★⯪☆ 6

---

## Seller reviews

# 2.3 out of 5

★★⯪☆☆ (7 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 1 |
| 2 stars | 3 |
| 1 star | 2 |

Deals   Easter   Grocery &



**More seller options**

[Sexy Dance]

# Women Loose Cotton Linen Jumpsu
# Dungarees Playsuit Straps Overalls
# Trousers Ladies Sleeveless Baggy Po
# Long Pants

★★★☆☆ (3.2) 127 reviews

## $15.94

Price when purchased online ⓘ

( Buy now )   ( Add to cart )

**Color:** Blue



$17.69   $17.75   **$15.94**   $19.36   $17

**Clothing Size:** L    Size guide

🅕 Fit Predictor Your suggested size **S** ⑦

| S | M | L |
|---|---|---|
| XL | | |

🖵 Free shipping, **arrives by Thu, Apr 13** to
   2773 NE 14th Ave
   More options

🏬 Sold and shipped by **Dgu Group Inc**
   ★★⯪☆☆ 463 seller reviews
   View seller information

Women Loose Cotton Linen Jumpsuit
Dungarees Playsuit Straps Overalls
Trousers Ladies Sleeveless Baggy...

Shipping to Wilton Manors, 33334

**$15.94** One-time purchase
+ free shipping

**Arrives by Thu, Apr 13**

Sold and shipped by Dgu Group Inc

🔁 Free 30-day returns  Details

( **Add to cart** )

**$15.96** One-time purchase
+ free shipping

**Arrives by Wed, Mar 22**

Sold and shipped by Prominence store

🔁 Free 30-day returns  Details

( **Add to cart** )

**$16.06** One-time purchase
+ free shipping

**Arrives by Wed, Apr 5**

Sold and shipped by shuangguoba co.,ltd

🔁 Free 30-day returns  Details



Review Order



## Free shipping, arrives by Wed, Mar 22

Bobby Shearer
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery Instructions

Add gate codes or other useful information.

Add

### Items details

1 item



View details

### Payment method



We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.



Ending in 4058                                                 $17.08

---

## Place order for $17.08

By placing this order, you agree to our Privacy Policy and Terms of Use.

| | |
|---|---|
| Subtotal (1 item) | $15.96 |
| Shipping | Free |
| **Estimated taxes** | $1.12 |
| **Estimated total** | **$17.08** |

Have a promo code? ❯



Order confirmed

## Thanks for your order!

**Walmart+** Join Today
Members can save $1,300/year with free shipping and delivery*

Start Free Trial

We'll email details to **tylerqxsm@yahoo.com**

Order #2000108599550587 / $17.08

**sparkgood** Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Wed, Mar 22

Bobby Shearer
2773 NE 14th Ave, Wilton Manors, FL 33334

Search everything at Walmart online and in store

Walmart

Departments   Services

Reorder My Items

Hi, Augustina l Account

# Defendant No.: **47**

## Store Name:

## **Jingyijia Home**



Sexy Dance

**Dresses for women Summer Sleeveless Tank Dress Plain Pleated Vest T Shirt Dress Casual Loose Mini Dress Sundress Beach Bikini Swimsuit Cover Up Dark Blue S**

★★★☆☆ (2.8) 90 reviews

## $16.98

Price when purchased online ⓘ

Buy now    Add to cart

Color: Navy Blue

| | | | | |
|---|---|---|---|---|
| $17.97 | $17.93 | $17.97 | $17.93 | $17.93 |
| $16.98 | $17.93 | $17.97 | $17.97 | $17.97 |

Clothing Size: S    Size guide

ⓕ Fit Predictor Calculate your size

| S | M | L |
|---|---|---|

| XL |
|---|

🚚 Free shipping, **arrives by Thu, Mar 23** to
2773 NE 14th Ave
More options

🏭 Sold and shipped by **Jingyijia Home**
View seller information



Walmart :¦:   ☰ Departments   ⊞ Services   Search everything at Walmart online and in store   ♡ Reorder  My Items   ☖ Hi, Adalia A Account

Cart (1 item)

🛒 Pickup and delivery options  ⌄

Free shipping, arrives Thu, Mar 23
2773 NE 14th Ave

Sold and shipped by JingVilla Home

Dresses for women Summer Sleeveless Tank Dress Plain
Pleated Vest T Shirt Dress Casual Loose Mini Dress Sundres...
Actual Color: Navy Blue
Clothing Size: S
🔄 Free 30-day returns

$16.98

Remove   Save for later

−   1   +

Recommended with your order

Best seller          Best seller          Best seller

Subtotal (1 item)                    $16.98
Shipping                              Free
Taxes                    Calculated at checkout

Estimated total                      $16.98

Continue to checkout

Walmart+  Want to save on grocery delivery, gas &
           more?                              ✕
☐ Try W+ free for 30 days!

Earn 5% cash back on Walmart.com
See if you're pre-approved with no
credit risk. Learn how                        ✕

# Review Order

## Free shipping, arrives by Thu, Mar 23

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334                Edit

### Delivery instructions                                Add

Add gate codes or other useful information.

### Items details                                        View details

1 item

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

 Ending in 9660                       $18.17



---

### Place order for $18.17

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                    $16.98

Shipping                              Free

Estimated taxes                     $1.19

Estimated total                     $18.17

Have a promo code?

Walmart

Departments    Services    Search everything at Walmart online and in store    Reorder My Items    Hi, Adaia A Account

Order confirmed

# Thanks for your order!

Order# 200010817683246

sparkgood  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Thu, Mar 23

STEVEERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

1 item

**More seller options** ✕

Deals   Easter   Grocery & 

Sexy Dance

**Sexy Dance Womens Swimsuits Tun Control Swim Dress One Piece Swi Plus Size Swimwear Round Neck Ba Suits Swim Dress**

★★★★☆ (4.2) 1226 reviews

# $28.86

Price when purchased online ⓘ

**Buy now**     **Add to cart**

Color: Black And White

 $26.22
 $28.86
 $28.84

Clothing Size: 2XL     Size guide

🅕 Fit Predictor Calculate your size

| S | M | L |
|---|---|---|
| XL | 2XL | |

🖶 Free shipping, **arrives by Tue, Apr 11** to
2773 NE 14th Ave
More options

🏛 Sold and shipped by **Kolopland Industrial Trad Group Ltd**
★★★☆☆ 178 seller reviews

 Sexy Dance Womens Swimsuits Tummy Control Swim Dress One Piece Swimsuit Plus Size Swimwear Round...

Shipping to Wilton Manors, 33334

**$28.86** One-time purchase
+ free shipping

Arrives by Tue, Apr 11

Sold and shipped by Kolopland Industrial Trading Group Ltd

🔁 Free 30-day returns Details

**Add to cart**

**$28.87** One-time purchase
+ free shipping

Arrives by Wed, Mar 29

 Sold and shipped by Jingyijia Home

🔁 Free 30-day returns Details

**Add to cart**

**$28.88** One-time purchase
+ free shipping

Arrives by Thu, Apr 6

Sold and shipped by oudi co.,ltd

🔁 Free 30-day returns Details



# Review Order

## Free shipping, arrives by Wed, Mar 29

Joshua Corkill
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 5818

$30.89

---

### Place order for $30.89

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $28.87 |
| Shipping | Free |
| **Estimated taxes** | $2.02 |
| **Estimated total** | **$30.89** |

Have a promo code?



Order confirmed

# Thanks for your order!

Order# 2000010840187140

sparkgood  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Wed, Mar 29

Joshua Corkill
2773 NE 14th Ave, Wilton Manors, FL 33334

1 item

# Defendant No.: **48**

## Store Name:

## **BESTS llc**



Sexy Dance

## Cindysus Women Workout Set Short Sleeve Tops Long Pants 2 Piece Outfit Lounge Sets Gradient Fitness Tracksuit Blue M

★★★½☆ (3.4) 5 reviews

### Now $17.57 $22.83 ⓘ

Price when purchased online ⓘ

**Buy now**     **Add to cart**

Actual Color: Blue

| $17.57 | $17.57 | $17.57 | $17.57 | $22.04 |

| $18.98 | $22.37 | $22.81 | $22.73 |

Clothing Size: M     Size guide

| S | M | L |
| XL | 2XL | 3XL |
| 4XL | 5XL | |

🚚 Free shipping, **arrives by Tue, Mar 21** to
2773 NE 14th Ave
More options

🏪 Sold and shipped by **BESTS llc**
View seller information



Cart (1 item)

Pickup and delivery options ∨

Free shipping, arrives Tue, Mar 21

2773 NE 14th Ave

Sold and shipped by BESTS llc

Best seller

Cindysus Women Workout Set Short Sleeve Tops Long Pants
2 Piece Outfit Lounge Sets Gradient Fitness Tracksuit Blue...

Actual Color: Blue
Clothing Size: M

Remove    Save for later

$17.57
$22.83
YOU SAVE $5.26

−  1  +

Continue to checkout

Items in your cart have reduced prices.
Check out now for extra savings!

Subtotal (1 item)          $22.83
Savings                    −$5.26
                           $17.57

Shipping                     Free
Taxes           Calculated at checkout

Estimated total           $17.57

# Review Order

## Free shipping, arrives by Tue, Mar 21

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

$18.80

Ending in 1328




**Place order for $18.80**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | ~~$22.83~~ |
| **Savings** | -$5.26 |
| | $17.57 |
| Shipping | Free |
| **Estimated taxes** | $1.23 |
| **Estimated total** | $18.80 |

Have a promo code?   >



Thanks for your order!

## You saved $5.26

Walmart+ · Join Today

**Members can save $1,300/year with free shipping and delivery***

Start Free Trial

We'll email details to **timara.mickens@outlook.com**

Order #2000109085625 | $18.80

## Shipping, arrives by Tue, Mar 21

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

1 item

# Defendant No.: **49**

## Store Name:

## **FreshLook Co,Ltd.**

### FreshLook Co,Ltd.

★★★☆☆  [See all 8 reviews](#)
2.4 stars out of 5

**25%**  Overall Positive Rating

---

🏠  Business Name: shenzhenshi XINGYI fushiyouxiangongsi

✉️  [Contact seller](#)

📞  [(+86) 15361557534](#)

📍  Guangdongsheng Shenzhenshi nanshanqu xilijiedao xinweishequ liuxiandongdasha602
Shenzhenshi, Guangdong 518055, China

---

[About seller](#)

### More items from this seller







| + Add | + Add | + Add |

**$13.99** | **$16.90** | **$18.00**

Women Casual Printing Sleeveless Sun Dress Floral Printed Tunic Dress | Arttop Women Summer Short Sleeve Blouse Square Neck Solid Color Loose Tops Casual Shirt | Julycc Womens Casual Gradient C Blouse T-shirt Tops

★★☆☆☆ 261 | ★★★★☆ 11 | ★★☆☆☆ 24

---

### Seller reviews

# 2.4 out of 5

★★☆☆☆ (8 reviews)

| | |
|---|---|
| [5 stars](#) | 2 |
| [4 stars](#) | 0 |
| [3 stars](#) | 1 |
| [2 stars](#) | 1 |
| [1 star](#) | 4 |

---



Sexy Dance

**Sexy Dance** Women Zipper V Neck Tops Summer Casual Short Sleeve T Shirt Blouses

★★★★½ (4.7) 6 reviews

## $18.23

Price when purchased online ⓘ

**Buy now**　**Add to cart**

Color: Khaki

| | | | | |
|---|---|---|---|---|
| $18.04 | $16.97 | $19.80 | $20.52 | $18.23 |
| $16.75 | $16.97 | $20.53 | | |

Clothing Size: 2XL　Size guide

Fit Predictor Your suggested size S ⓘ

| S | M | L |
|---|---|---|
| XL | **2XL** | 3XL |

Free shipping, **arrives by Tue, Mar 28** to 2773 NE 14th Ave
More options

Sold and shipped by **FreshLook Co,Ltd.**
★★½ 3 seller reviews
View seller information

Free 30-day returns Details

Walmart

☰ Departments  88 Services

Search everything at Walmart online and in store

♡ Reorder **My Items**

♁ Hi, Rafael L. **Account**

# Cart (1 item)

🔖 **Pickup and delivery options** ⌄



🚚 **Free shipping, arrives Tue, Mar 28**

2773 NE 14th Ave

Sold and shipped by FreshLook Co.Ltd.

Sexy Dance Women Zipper V Neck Tops Summer Casual
Short Sleeve T Shirt Blouses

Actual Color: Khaki
Clothing Size: 2XL

↻ Free 30-day returns

Remove    Save for later

$18.23

[ − 1 + ]

**Continue to checkout**

Subtotal (1 item)          $18.23

Shipping                        Free

**Taxes**         Calculated at checkout

**Estimated total**          **$18.23**

Walmart ✦ **Want to save on grocery delivery, gas & more?**          ✕

☐ Try W+ free for 30 days!

**Earn 5% cash back** on Walmart.com
See if you're pre-approved with no
credit risk. Learn how          ✕

**Recommended with your order**

# Review Order



## Free shipping, arrives by Tue, Mar 28

Edit

Steven Ivy
2773 NE 14th Ave, Wilton Manors, FL 33334

### Delivery instructions

Add

Add gate codes or other useful information.

### Items details

View details

1 item

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

 Ending in 3326                                          $19.51



---

### Place order for $19.51

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                    $18.23

Shipping                                  Free

**Estimated taxes**                       $1.28

**Estimated total**                       $19.51

Have a promo code?



Order confirmed

# Thanks for your order!

We'll email details to **chamberlainidmo@yahoo.com**

Order #2000108897155221 | $19.51

**Walmart+** Join Today
Members can save $1,300/year with free shipping and delivery*

**Start Free Trial**

**sparkgood** Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Tue, Mar 28

Steven Ivy
2773 NE 14th Ave, Wilton Manors, FL 33334

Search everything at Walmart online and in store

Walmart

Departments   Services   Search   Reorder My Items   Hi, Steven I. Account

# Defendant No.: **50**

## Store Name:

## **Wonderful Life Co. Ltd**

# Wonderful Life Co. Ltd

★★☆☆☆    <u>See all 4 reviews</u>

2 stars out of 5

**0%**    Overall Positive Rating

---

🏠   Business Name: Taiyuaneyouguanwangluokejiyouxiangongsi

✉️   <u>Contact seller</u>

📞   <u>(+86) 17003610221</u>

📍   Shanxizhuanxingzonghegaigeshifanquxuefuchanyeyuanzhongxinbeijie10haoAzuo15ceng1503hao
Taiyuan, Shanxi 030000, China

---

<u>About seller</u>

<u>Tax policy</u>

**More items from this seller**







**$23.09**

Hunpta Women Casual Loose Round Neck Bohemian Floral Dress Short Sleeve Maxi Summer Beach Swing Dress

**$20.39**

Hunpta Sweatshirt For Women Casual Floral Print Round Neck Sweatshirt Pullover Tops Fall Long Sleeve Workout Shirts Loose

★★☆☆☆ 1

**$8.15**

Vikudaty Scar Removal Scar Acne

---

**Seller reviews**

**2** out of **5**

★★☆☆☆ (4 reviews)

| | |
|---|---|
| <u>5 stars</u> | 0 |
| <u>4 stars</u> | 0 |
| <u>3 stars</u> | 2 |
| <u>2 stars</u> | 0 |
| <u>1 star</u> | 2 |



# Review Order

## Free shipping, arrives by Tue, Mar 21

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

**Delivery instructions**

Add gate codes or other useful information.

Add

**Items details**

1 Item

View details

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 1024

$19.04



---

### Place order for $19.04

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)          $17.79
Shipping                        Free

**Estimated taxes**            $1.25

**Estimated total**            $19.04

Have a promo code?    >



Order confirmed

# Thanks for your order!

**Walmart+** Join Today

**Members can save $1,300/year with free shipping and delivery***

We'll email details to **mark.smithin2020@outlook.com**

Order #2000007704I7877 | $19.04

**spark**good  **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

**Start Free Trial**

## Shipping, arrives by Tue, Mar 21

STEVE ERLY

2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **51**

## Store Name:

## **Fiber Boost Inc**



# Fiber Boost Inc

★★★☆☆    <u>See all 65 reviews</u>
2.7 stars out of 5

**40%**    Overall Positive Rating

---

🏠  Business Name: Fiber Boost Inc

✉  <u>Contact seller</u>

📞  <u>(626) 249-5008</u>

📍  1441 WOODMONT LN NW NUM 433
ATLANTA, Georgia 30318, United States

---

<u>About seller</u>

<u>Tax policy</u>

## Seller reviews

# 2.7 out of 5

★★★☆☆ (65 reviews)

| | |
|---|---|
| <u>5 stars</u> | 19 |
| <u>4 stars</u> | 7 |
| <u>3 stars</u> | 6 |
| <u>2 stars</u> | 4 |
| <u>1 star</u> | 29 |

---

Deals    Easter    Grocery &

Sexy Dance

**Niuer Long Sleeve Activewear Set f
Women Tops Pants Casual Tracksui
Autumn Lounge Wear Outfits Set C
Joggers Sweatpants Set**

★★★☆☆ (3.0) 24 reviews

## Now $20.30 ~~$24.37~~ ⓘ

Price when purchased online  ⓘ

**Add to cart**

**Actual Color:** Khaki

 $20.00   $22.52   $20.30   $25.98  $2

**Clothing Size:** US M=Tags L    Size guide

| US L=Tags XL | US M=Tags L | US S=Tags |
| US XL=Tags 2XL | US XS=Tags S |

🚚 Free shipping, **arrives by Wed, Apr 5** to
Sacramento, 95829

Want it faster? Add an address to see options
More options

🏪 Sold and shipped by **Dgu Group Inc**
★★⯪☆☆ 464 seller reviews
View seller information

⑨ Free 30-day returns  Details

---

**More seller options**

 Niuer Long Sleeve Activewear Set for
Women Tops Pants Casual Tracksuits
Autumn Lounge Wear Outfits Set Gy...

Shipping to Sacramento, 95829

**$20.30** One-time purchase
+ free shipping

**Arrives by Wed, Apr 5**

Sold and shipped by Dgu Group Inc

🔲 Free 30-day returns  Details

**Add to cart**

**$32.29** One-time purchase
+ free shipping

**Arrives by Mon, Mar 20**

Sold and shipped by **Fiber Boost Inc**

🔲 Free 30-day returns  Details

**Add to cart**

**$32.96** One-time purchase
+ free shipping

**Arrives by Mon, Apr 10**

Sold and shipped by shuangguoba co.,ltd

🔲 Free 30-day returns  Details



## Shipping

Arrives **Mon, Mar 20**

<u>2773 NE 14th Ave</u>

Sold and shipped by <u>Fiber Boost Inc</u>

Niuer Long Sleeve Activewear Set for Women Tops Pants Casual Tracksuits ...          **$32.29**

Actual Color: Khaki
Clothing Size: US M=Tags L
Only 6 left

<u>Remove</u>          <u>Save for later</u>          −   1   +

**Walmart** Get free grocery delivery and more!          ✕

☐ Try W+ free for 30 days. Terms apply.

Earn 5% cash back on Walmart.com

**Estimated total $32.29**

Continue to checkout

 Shipping, arrives by

# Mon, Mar 20

Elroy Kendall
2773 NE 14th Ave, Wilton Manors, FL 33334

## Delivery instructions (optional)                          Add

Add gate codes or other useful information

**Item details**                                            View

1 item



 **Payment method**

By placing this order, you agree to our  Privacy Policy  and  Terms of Use

**Place order $34.55**



Search Walmart

$0.00



# Thanks for your order!

Order #200010839580128   $34.55

 **Shipping, arrives by**

## Mon, Mar 20

Your items may arrive in Walmart bags or original packaging

Elroy Kendall

2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Mon, Mar 20**

1 item



**Continue Shopping**

# Defendant No.: **52**

## Store Name:

# **YIWUSHISHUZHONG**



## More seller options

Add to cart

**$20.99** One-time purchase
+ free shipping

**Arrives by Fri, Apr 7**
Sold and shipped by Yinsihan

Free 30-day returns   Details

Add to cart

**$25.26** One-time purchase
+ free shipping

**Arrives by Fri, Apr 7**
Sold and shipped by shuangguoba co.,ltd

Free 30-day returns   Details

Add to cart

**$29.97** One-time purchase
+ free shipping

**Arrives by Tue, Mar 28**
Sold and shipped by YIWUSHISHUZHONG

Free 30-day returns   Details

Add to cart



## Shipping

Arrives **Tue, Mar 28**

<u>2773 NE 14th Ave</u>

Sold and shipped by <u>YIWUSHISHUZHONG</u>

Women Summer Autumn FloralPrint Boho Skirt Dress Short Sleeve Party B...   **$29.97**

Actual Color: Polka Dot
Clothing Size: S

<u>Remove</u>        <u>Save for later</u>        −    1    +



**Walmart+** **Get free grocery delivery and more!**   ✕

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com
Learn how   ✕

**Estimated total $29.97**

**Continue to checkout**

# Review Order

 **Shipping, arrives by**

## Tue, Mar 28

Joseph Leister
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**                    Add

Add gate codes or other useful information

**Item details**                    View

1 item



 **Payment method**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Place order $32.07**



Search Walmart

$0.00

# Thanks for your order!

Order #200010720464142 | $32.07

 **Shipping, arrives by**

## Tue, Mar 28

Your items may arrive in Walmart bags or original packaging

Joseph Leister
2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Tue, Mar 28**

1 item



**Continue Shopping**

# Defendant No.: **53**

## Store Name:

## **BINGANG**

Deals    Easter    Grocery &

Sexy Dance

**Sexy Dance Plus Size Long Maxi Dr**
**Women Spaghetti Strap Gradient C**
**Dress Casual V Neck Beach Holiday**
**Swing Dress Sundress**

★★★☆☆ (3.0) 79 reviews

## $20.99

Price when purchased online ⓘ

Buy now     Add to cart

Color: Green

| | | | | |
|---|---|---|---|---|
| $22.88 | $20.99 | $20.99 | $21.93 | $21 |
| $25.96 | $20.99 | $23.93 | $19.98 | |

Clothing Size: L    Size guide

ⓕ Item Runs True to size

| S | M | L |
|---|---|---|
| XL | XXL | 3XL |
| 4XL | 5XL | |

## More seller options

Shipping to Wilton Manors, 33334

**$20.99** One-time purchase
+ free shipping

Arrives by Tue, Mar 14
Sold by Zhuoshengben., Ltd
**Fulfilled by Walmart**

🔁 Free 90-day returns   Details

Add to cart

**$20.97** One-time purchase
+ free shipping

Arrives by Wed, Apr 5
Sold and shipped by Dgu Group Inc

🔁 Free 30-day returns   Details

Add to cart

**$20.99** One-time purchase
+ free shipping

Arrives by Thu, Mar 30
Sold and shipped by BINGANG

🔁 Free 30-day returns   Details

Add to cart



**Review Order**

## 🚚 Free shipping, arrives by Thu, Mar 30

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add

Add gate codes or other useful information.

### Items details

View details

1 item

## 🧾 Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 1583                                    $22.46

---

### Place order for $22.46

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | ~~$25.97~~ |
| Savings | -$4.98 |
| | $20.99 |
| Shipping | Free |
| Estimated taxes | $1.47 |
| **Estimated total** | **$22.46** |

Have a promo code?  >



# Defendant No.: **54**

## Store Name:

# **New for Your Home**



Sexy Dance

# Women Stripe Printed Swimwear Plus Size Bathing Suit Tankini Set Beachwear Swimsuit M-3XL Two Piece Top with Swim Briefs Bottoms Swimming Bathing Suit

★★★★☆ (4.0) 2 reviews

## $24.15

Price when purchased online ⓘ

**Buy now**     **Add to cart**

**Color:** Stripe



$24.15

**Clothing Size:** M (8-10)    Size guide

| M (8-10) | L (12-14) | XL (16-18) |

| 3XL(22-24) | XXL(18-20) |

More options

 Sold and shipped by **New for Your Home**
View seller information

 **Free 30-day returns** Details



# Review Order

## Free shipping, arrives by Fri, Mar 24

Steven Ivy
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 Item



View details

## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

Ending in 3326                                    $25.84

---

**Place order for $25.84**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                             $24.15

Shipping                                          Free

**Estimated taxes**                               $1.69

**Estimated total**                               $25.84

Have a promo code?



Order confirmed

## Thanks for your order!

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

We'll email details to **chamberlainidmo@yahoo.com**
Order #2000108279668707 | $25.84

spark*good*  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

### Shipping, arrives by Fri, Mar 24

Steven Ivy
2773 NE 14th Ave, Wilton Manors, FL 33334

Start Free Trial

# Defendant No.: **55**

## Store Name:

## **FIUFIU Co.Ltd**



# FIUFIU Co.Ltd

★★★☆☆    See all 3 reviews
2.3 stars out of 5

**33%**    Overall Positive Rating

⌂    Business Name: shenzhenshixiaotuantuanriyongpinyouxiangongsi

✉    Contact seller

☎    (133) 803-4653

📍    shenzhenshilonghuaquminzhijiedao
minzhishequshaxialaocun20dong504
shenzhen, Guangdong 518000, China

About seller

## More items from this seller





| | | |
|---|---|---|
| + Add | + Add | + Add |

**$13.54**

Women's Athletic Tennis Golf Skirts Mid-Waisted Pleated Shorts With Pocket

★★★★☆ 49

**$11.99** ~~$13.37~~

2-Piece Women's Padded Push-up Bra Bikini Swimsuit Bathing Swimwear Beachwear Summer Set

★★★☆☆ 51

**$14.99** ~~$20.86~~

KZKR Women's Bathing Suit 3-Piece Cross Sling High Waist Short Swim

★★★★½ 31

## Seller reviews

# 2.3 out of 5

★★½☆☆ (3 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 2 |

**3 reviews**  |  Sort by  Most Relevant ▾

**More seller options**

Deals    Easter    Grocery &



Women Swimdress M-5XL Plus Size
Swimsuit Tankini Swimwear One Piece
Padded Bathing Suit Black

[Sexy Dance]

Women Swimdress M-5XL Plus Size
Swimsuit Tankini Swimwear One Piece
Padded Bathing Suit Black

★★★⯨☆ (3.5) 49 reviews

$27.16

Price when purchased online ⓘ

Shipping to Sacramento, 95829

**$27.16** One-time purchase
+ free shipping

**Arrives by Wed, Apr 5**

Sold and shipped by oudi co.,ltd

🔲 Free 30-day returns  Details

**Add to cart**

**$27.20** One-time purchase
+ free shipping

**Arrives by Tue, Mar 28**

Sold and shipped by **FIUFIU Co.Ltd**

🔲 Free 30-day returns  Details

**Add to cart**

**Add to cart**

**Color:** Dark Blue



$27.27


$27.22


$27.16

**Clothing Size:** M    Size guide

Ⓕ Fit Predictor Calculate your size



| M | | |
|---|---|---|
| XXL | 3XL | 4XL |
| 5XL | | |

🖵 Free shipping, **arrives by Wed, Apr 5** to
Sacramento, 95829

Want it faster? Add an address to see options
More options

 Sold and shipped by **oudi co..ltd**
★★★⯨☆  6 seller reviews



# Shipping

Arrives **Tue, Mar 28**

<u>2773 NE 14th Ave</u>

Sold and shipped by <u>FIUFIU Co.Ltd</u>

Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece ...

Actual Color: Dark Blue
Clothing Size: M

**$27.20**

<u>Remove</u>        <u>Save for later</u>        −   1   +

**Earn 5% cash back** on Walmart.com
<u>Learn how</u>        ×

**Subtotal (1 item)**                                $27.20

**Taxes**                          Calculated at checkout

**Estimated total $27.20**

**Continue to checkout**

# Review Order

 **Shipping, arrives by**

## Tue, Mar 28

John Delance
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**                    Add

Add gate codes or other useful information

**Item details**                    View

1 item



---

## Payment method

By placing this order, you agree to our Privacy Policy and Terms of Use

**Place order $29.10**

**More seller options**

Deals  Easter  Grocery &

Sexy Dance

# Women Boho Sundress Ladies Polka
# Dress Sleeveless Long Maxi Dress
# Summer Casual Loose Swing Dress
# Size S-5XL

★★⯪☆☆ (2.7) 37 reviews

## $22.70

Price when purchased online ⓘ

Buy now    Add to cart

Color: Yellow

| $22.68 | $22.71 | $22.69 | $22.69 | $22 |

Clothing Size: M    Size guide

Ⓕ Fit Predictor Your suggested size M ?

| S | M | L |
| XL | XXL | 3XL |
| 4XL | 5XL | |

🚚 Free shipping, **arrives by Wed, Apr 12** to
2773 NE 14th Ave
More options

🏬 Sold and shipped by **Dgu Group Inc**



Women Boho Sundress Ladies Polka
Dots Dress Sleeveless Long Maxi
Dress Summer Casual Loose Swing...

Shipping to Wilton Manors, 33334

**$22.70** One-time purchase
+ free shipping

**Arrives by Wed, Apr 12**
Sold and shipped by Dgu Group Inc

🚚 Free 30-day returns  Details

Add to cart

**$22.72** One-time purchase
+ free shipping

**Arrives by Fri, Mar 31**
Sold and shipped by FIUFIU Co.Ltd

🚚 Free 30-day returns  Details

Add to cart

**$27.80** One-time purchase
+ free shipping

**Arrives by Tue, Apr 4**
Sold and shipped by UKAP TRADING L.L.C.

🚚 Free 30-day returns  Details

# Defendant No.: **56**

## Store Name:

## **Cuishifu Trading Co., Ltd**

# Cuishifu Trading Co., Ltd

★☆☆☆☆     See all 1 review

1 stars out of 5

**0%**     Overall Positive Rating

⌂     Business Name: GUANGZHOUCUISHIFUMAOYIYOUXIANGONGSI

✉     Contact seller

☎     (+86) 18150285792

⌖     GUANGZHOUSHIZENGCHENGQUBAIMIAOYILU14HAO
Guangzhou, Guangdong 510000, China

About seller

## Seller reviews

# 1 out of 5

★☆☆☆☆ (1 review)

| | |
|---|---|
| 5 stars | 0 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 1 |

**1 review**     Sort by  |  Most Relevant ▾

**More seller options**

Sexy Dance Baggy Casual Blouse Tops Shirt for Women Ladies Fall Long Sleeve Henley Crew Neck Holiday...

Sexy Dance

**Sexy Dance** Baggy Casual Blouse To Shirt for Women Ladies Fall Long S Henley Crew Neck Holiday Casual I Tunic Loose Casual Tee Tops Pullove S-3XL

★★★☆☆ (3.2) 18 reviews

**$18.64**

Price when purchased online ⓘ

Buy now        Add to cart

Shipping to Wilton Manors, 33334

**$18.64** One-time purchase
+ free shipping

**Arrives by Wed, Apr 5**

Sold and shipped by Dgu Group Inc

🔁 Free 30-day returns  Details

Add to cart

**$20.99** One-time purchase
+ free shipping

**Arrives by Thu, Mar 30**

Sold and shipped by Cuishifu Trading Co., Ltd

🔁 Free 30-day returns  Details

Add to cart

**$22.75** One-time purchase
+ free shipping

**Arrives by Mon, Apr 10**

Sold and shipped by Yinsihan

🔁 Free 30-day returns  Details

**Color: Pink**

$18.74   $17.64   $19.64   $19.64   $19

$18.64

**Clothing Size:** S    Size guide

🌀 Fit Predictor Your suggested size M ⓘ

| S | M | L |
| XL | 2XL | 3XL |

🔁 Free shipping, **arrives by Wed, Apr 5** to



Walmart

⊞ Departments    ⊞ Services

Search everything at Walmart online and in store

⟲ Reorder
My Items

👤 Hi, Karina R
Account

Cart (1 item)

🛒 Pickup and delivery options  ⌄

Free shipping, arrives Thu, Mar 30

2773 NE 14th Ave

Sold and shipped by Cubhifu Trading Co., Ltd

Sexy Dance Baggy Casual Blouse Tops Shirt for Women
Ladies Fall Long Sleeve Henley Crew Neck Holiday Casual...

Actual Color: Pink
Clothing Size: S

🔄 Free 30-day returns

Remove    Save for later

$20.99

−  1  +

Recommended with your order

Best seller          Best seller          Best seller

Continue to checkout

Subtotal (1 item)                    $20.99

Shipping                                    Free

Taxes                        Calculated at checkout

Estimated total                       $20.99

✕

Walmart  Want to save on grocery delivery, gas &
more?

☐ Try W+ free for 30 days!

✕

Earn 5% cash back on Walmart.com
See if you're pre-approved with no
credit risk. Learn how

## Review Order

**Place order for $22.46**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $20.99 |
| Shipping | Free |
| Estimated taxes | $1.47 |
| **Estimated total** | **$22.46** |

Have a promo code?



**Free shipping, arrives by Thu, Mar 30**

Edit

zach hatcher
2773 NE 14th Ave, Wilton Manors, FL 33334

### Delivery instructions

Add

Add gate codes or other useful information.

### Items details

View details

1 item



### Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

 Ending in 1575

$22.46



Order confirmed

# Thanks for your order!

**Walmart+** Join Today
**Members can save $1,300/year with free shipping and delivery***

We'll email details to **mondhtq@yahoo.com**

Order #2000074351813 | $22.46

**spark**good Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Thu, Mar 30

zach hatcher
2773 NE 14th Ave, Wilton Manors, FL 33334

Start Free Trial

# Defendant No.: **57**

## Store Name:

## **Retro Sports Shop**

## More seller options

Free 30-day returns  Details

Add to cart

**Sexy Dance**

Oversize Women Kaftan Loose Blou
Shirts Summer Short Sleeve Thin Ba
Ruffled V-Neck Pullover Tops Blous
Basic Tee For Women Office LO Wo
Shirt Size S-5XL

★★★★☆ (4.1) 68 reviews

## $14.00

Price when purchased online ⓘ

**$14.03** One-time purchase
+ free shipping

**Arrives by Fri, Mar 31**

Sold and shipped by
xiangchengshiwanchuanwangluokejiyouxiangongsi

Not returnable  Details

Add to cart

Buy now        Add to cart

**Color:** White

$22.96   $14.09   $14.12   $20.14   $16

$20.05   $14.00   $20.01

**$14.57** One-time purchase
+ free shipping

**Arrives by Thu, Apr 6**

Sold and shipped by Retro Sports Shop

Not returnable  Details

Add to cart

**Clothing Size:** L    Size guide

Fit Predictor Your suggested size L ⓘ

| S | M | L |
|---|---|---|
| XL | 2XL | 4XL |
| 5XL | | |

**$14.66** One-time purchase
+ free shipping

**Arrives by Wed, Mar 29**

Sold and shipped by Prominence store

Free 30-day returns  Details



# Review Order

**Place order for $15.59**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)     $14.57
Shipping     Free
**Estimated taxes**     $1.02
**Estimated total**     $15.59

Have a promo code?

## Free shipping, arrives by Thu, Apr 6

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.



Ending in 1583     $15.59



Walmart

Departments   Services

Search everything at Walmart online and in store

Reorder
My Items

H. Barrett C
Account

Order confirmed

# Thanks for your order!

Order# 2000108392596607

sparkgood   **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Thu, Apr 6

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

1 item

# Defendant No.: **58**

## Store Name:

## **Rainlight**

## More seller options

×



Sexy Dance Women Boyshorts Swim Boxer Shorts Bikini Bottoms Board Shorts Swim Bottoms Swimsuit Ladies...

Shipping to Wilton Manors, 33334

**$18.96** One-time purchase
+ free shipping

**Arrives by Mon, Apr 10**

Sold and shipped by Kolopland Industrial Trading Group Ltd

Free 30-day returns  Details

**Add to cart**

**$18.97** One-time purchase
+ free shipping

**Arrives by Wed, Mar 29**

Sold and shipped by Rainlight

Free 30-day returns  Details

**Add to cart**

---

Sexy Dance

**Sexy Dance Women Boyshorts Swim Boxer Shorts Bikini Bottoms Board Swim Bottoms Swimsuit Ladies Swim Beachwear Swimming Bathing Suit Dry M-4XL**

★★★★⯪ (4.4) 200 reviews

**Now $18.96** $24.58 ⓘ

Price when purchased online ⓘ

**Buy now**      **Add to cart**

**Color:** Black

$18.96      $18.96

**Clothing Size:** M      Size guide

Fit Predictor Your suggested size XXL ⓘ

| M | L | XL |
|---|---|---|
| XXL | 3XL | 4XL |

Free shipping, **arrives by Mon, Apr 10** to
2773 NE 14th Ave
More options

Sold and shipped by **Kolopland Industrial Trad**



## Review Order

**Free shipping, arrives by Wed, Mar 29**

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

### Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9660

$20.30

---

**Place order for $20.30**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $~~24.58~~ |
| Savings | -$5.61 |
| | $18.97 |
| Shipping | Free |
| **Estimated taxes** | $1.33 |
| **Estimated total** | $20.30 |

Have a promo code? >



Thanks for your order!

**You saved $5.61**

Order# 200010805869503

sparkgood   Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out.   Select a local charity ⓘ

**Shipping, arrives by Wed, Mar 29**

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

1 item

# Defendant No.: **59**

## Store Name:

## **The Sunflower Road Co.,Ltd**

## More seller options

Fashion Women Floral Print Short Sleeve T Shirt Ladies Summer Casual Top Tee Blouse

Sexy Dance

# Fashion Women Floral Print Short S T Shirt Ladies Summer Casual Top T Blouse

★★★½☆ (3.3) 15 reviews

## $17.07

Price when purchased online ⓘ

**Buy now**     **Add to cart**

Color: Gray

$17.89     $17.07     $16.41     $20.35     $16

$16.42

Clothing Size: S     Size guide

🜁 Fit Predictor Calculate your size

| S |
|---|
| M |
| L |
| XL |
| XXL |

🜂 Free shipping, **arrives by Thu, Apr 6** to
2773 NE 14th Ave
More options

Shipping to Wilton Manors, 33334

**$17.07** One-time purchase
+ free shipping

**Arrives by Thu, Apr 6**
Sold and shipped by Dgu Group Inc

🜃 Free 30-day returns  Details

**Add to cart**

**$17.09** One-time purchase
+ free shipping

**Arrives by Fri, Apr 7**
Sold and shipped by The Sunflower Road Co.,Ltd

🜃 Not returnable  Details

**Add to cart**

**$17.19** One-time purchase
+ free shipping

**Arrives by Tue, Apr 11**
Sold and shipped by shuangguoba co.,ltd

🜃 Free 30-day returns  Details

## ‹ Review order

 **Shipping, arrives by**

## Fri, Apr 7

Skylar Muth
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**          Add

Add gate codes or other useful information

**Item details**                             View

1 item



---

 **Payment method**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Place order $18.29**



Q Search Walmart

$0.00



# Thanks for your order!

Order #200010766225988   $18.29

 **Shipping, arrives by**

## Fri, Apr 7

Your items may arrive in Walmart bags or original packaging

Skylar Muth
2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Fri, Apr 7**

1 item



**Continue Shopping**

# Defendant No.: **60**

## Store Name:

## **FOUR Co.Ltd**

More seller options

Deals    Easter    Grocery & 



New Casual Long Sleeve T-Shirts for Women Tunic Loose Pullover Shirts Tops Ladies Fall Winter Thin Basic Tee...

Sexy Dance

**New Casual Long Sleeve T-Shirts for Women Tunic Loose Pullover Shirts Ladies Fall Winter Thin Basic Tee Tops Lounge Wear**

★★★★½ (4.7) 114 reviews

# $18.97

Price when purchased online ⓘ

( Buy now )    ( Add to cart )

**Color:** Green

 $21.58

 $19.99

 $23.49

 $18.97

$21

$21.04

$31.28

$21.92

**Clothing Size:** S    Size guide

𝑓 Fit Predictor Your suggested size **S** ⓘ

| S |
| M |
| L |
| XL |
| XXL |



Free shipping, **arrives by Thu, Apr 6** to

Shipping to Wilton Manors, 33334

**$18.97** One-time purchase
+ free shipping

**Arrives by Thu, Apr 6**
Sold and shipped by Dgu Group Inc

Free 30-day returns  Details

( Add to cart )

**$19.00** One-time purchase
+ free shipping

**Arrives by Tue, Mar 28**
Sold and shipped by **FOUR Co.Ltd**

Free 30-day returns  Details

( Add to cart )

**$19.04** One-time purchase
+ free shipping

**Arrives by Fri, Mar 31**
Sold and shipped by Zhuoshengben., Ltd

Free 30-day returns  Details



### Shipping

Arrives **Tue, Mar 28**

<u>2773 NE 14th Ave</u>

Sold and shipped by <u>FOUR Co.Ltd</u>

New Casual Long Sleeve T-Shirts for Women Tunic Loose Pullover Shirts To...    **$19.00**

Actual Color: Green
Clothing Size: S

<u>Remove</u>    <u>Save for later</u>    − 1 +

**Walmart+** Get free grocery delivery and more!    ✕

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com
Learn how    ✕

**Estimated total $19.00**

**Continue to checkout**

## ‹ Review Order

 **Shipping, arrives by**

## Tue, Mar 28

Elroy Kendall
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**      Add

Add gate codes or other useful information

**Item details**      View

1 item



 **Payment method**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Place order $20.33**



🔍 Search Walmart

$0.00

✓

# Thanks for your order!

Order #200010766126103   $20.33

 **Shipping, arrives by**

## Tue, Mar 28

Your items may arrive in Walmart bags or original packaging

Elroy Kendall
2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Tue, Mar 28**

1 item



**Continue Shopping**



## FOUR Co.Ltd

★☆☆☆☆    See all 1 review
1 stars out of 5

**0%**    Overall Positive Rating

🏠 Business Name: shenzhenshijinshanzidianziyouxiangongsi

✉ Contact seller

📞 (133) 928-9430

📍 shenzhenshibaoanquxixiangjiedaoguxingshequqianhangdushigongyuAdong112
shenzhen, Guangdong 518000, China

About seller

**More items from this seller**







$13.55

Laneige Lip Sleeping Mask Berry 20g

★★☆☆☆ 11

$16.21

Sundresses for Women Casual Summer - Beach Dresses for Women Casual Summer Sleeveless Knee Length A Line Dress V Neck Cami Floral Vacation Tunic Dress

★★★★☆ 11

$11.95

Love Bracelets Bangles With Scre Bracelet Women Men

★★★★★ 8

**Seller reviews**

**1** out of **5**

★☆☆☆☆ (1 review)

| | |
|---|---|
| 5 stars | 0 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 1 |

1 review    Sort by | Most Relevant ▾

# Defendant No.: **61**

# Store Name:

# **CADI**

## More seller options

Deals    Easter    Grocery &

Sexy Dance

### New Casual Long Sleeve T-Shirts fo Women Tunic Loose Pullover Shirts Ladies Fall Winter Thin Basic Tee To Lounge Wear

★★★★⯪ (4.7) 114 reviews

# $18.97

Price when purchased online ⓘ

**Buy now**    **Add to cart**

**Color:** Green

| $21.58 | $19.99 | $23.49 | $18.97 | $21 |
| $21.04 | $31.28 | $21.92 | | |

**Clothing Size:** S    Size guide

🜂 Fit Predictor Your suggested size L ⊘

| S | M | L |
| XL | XXL | |

🚚 Free shipping, **arrives by Thu, Apr 6** to
2773 NE 14th Ave

**Add to cart**

$19.04 One-time purchase
+ free shipping

**Arrives by Fri, Mar 31**
Sold and shipped by Zhuoshengben., Ltd

🚚 Free 30-day returns  Details

**Add to cart**

$19.56 One-time purchase
+ free shipping

**Arrives by Wed, Mar 22**
Sold and shipped by CADI

🚚 Free 30-day returns  Details

**Add to cart**

$31.29 One-time purchase
+ free shipping

**Arrives by Fri, Mar 31**
Sold and shipped by Jiwenxiang

🚚 Free 30-day returns  Details

**Add to cart**



**Review Order**

## Free shipping, arrives by Wed, Mar 22

Lisa Peters
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

**Delivery instructions**

Add gate codes or other useful information.

Add

**Items details**

1 item

View details

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 7181                                      $20.93




---

**Place order for $20.93**

By placing this order, you agree to our Privacy Policy and Terms of Use.

| Subtotal (1 item) | $19.5x |
| Shipping | Free |
| Estimated taxes | $1.3x |
| **Estimated total** | **$20.93** |

Have a promo code?



Walmart :: Departments :: Services

Search everything at Walmart online and in store

Reorder My Items

Hi, Linda F. Account

Order confirmed

# Thanks for your order!

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

Start Free Trial

We'll email details to **chaucerpcfa@yahoo.com**
Order #2000108684.14498 | $20.93

spark good  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Wed, Mar 22

Lisa Peters
2773 NE 14th Ave, Wilton Manors, FL 33334

# CADI

 2.9 stars out of 5

[See all 11 reviews](#)

 **45%**    Overall Positive Rating

---

🏠  Business Name: Quanzhou Yansong Trading Co., LTD

✉️  [Contact seller](#)

📞  [(+86) 17306992965](#)

📍  No.23, Hongxing Street, Bincheng Community, Donghai Street, Fengze District
Quanzhou, Fujian 362000, China

---

[About seller](#)

[Tax policy](#)

## Seller reviews

# 2.9 out of 5

★★★☆☆ (11 reviews)

| | |
|---|---|
| [5 stars](#) | 3 |
| [4 stars](#) | 2 |
| [3 stars](#) | 1 |
| [2 stars](#) | 1 |
| [1 star](#) | 4 |

---

**11 reviews**    Sort by | [Most Relevant ▼](#)

---

# Defendant No.: **62**

## Store Name:

## **Fengniao Overseas Store**

## More seller options



Size S-5XL Casual V-Neck Ruffle Blouse Shirts For Women Autumn Winter Long Sleeve Print Tee Tops...

Shipping to Wilton Manors, 33334

**$16.88** One-time purchase
+ free shipping

**Arrives by Wed, Apr 12**
Sold and shipped by Dgu Group Inc

Free 30-day returns  Details

**Add to cart**

**$16.91** One-time purchase
+ free shipping

**Arrives by Fri, Mar 31**
Sold and shipped by Fengniao Overseas Store

Free 30-day returns  Details

**Add to cart**

**$17.59** One-time purchase
+ free shipping

**Arrives by Fri, Mar 31**
Sold and shipped by Zhuoshengben,. Ltd

Free 30-day returns  Details

---

Deals   Easter   Grocery & 

Sexy Dance

## Size S-5XL Casual V-Neck Ruffle Bl Shirts For Women Autumn Winter I Sleeve Print Tee Tops Oversized Pul Blouse T-Shirt

★★⯨☆☆ (2.7) 26 reviews

# $16.88

Price when purchased online ⓘ

**Buy now**     **Add to cart**

**Color: 3-Blue**

$19.99   $19.43   $16.88   $17.62   $17

$19.43   $16.71

**Clothing Size:** M   Size guide

🌀 Fit Predictor Your suggested size L ?

| S | M | L |
|---|---|---|
| XL | XXL | 3XL |
| 4XL | 5XL | |



**Review Order**

### Place order for $18.09

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $16.... |
| Shipping | Free |
| **Estimated taxes** | $1.9... |
| **Estimated total** | **$18.0...** |

Have a promo code?

---

## Free shipping, arrives by Fri, Mar 31

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add

Add gate codes or other useful information.

### Items details

View details

1 item



## Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.



Ending in 1583



$18.09



# Defendant No.: **63**

## Store Name:

## **Fengniao Store Ts**

**More seller options**

Deals   Easter   Grocery & ⊘

Sexy Dance

**Sexy Dance** Womens Short Sleeve C
**Cold Shoulder Tunic Tops Loose Blo**
**Shirts Ladies Beach Summer Plus Si**
**Neck T-shirts**

★★★★★ (5.0) 1 review

**$17.27**

Out of stock

Color: Red

| $15.26 | $15.28 | **$17.27** | $15.29 |

Clothing Size: 3XL        Size guide

ⓕ Fit Predictor Your suggested size L ⑦

| S | M | L |
| XL | 2XL | 3XL |
| 4XL | 5XL | |

**How do you want your item?**

| 🚚 Shipping Out of stock | 🚗 Pickup Not available | Dell Not a |

---

Sexy Dance Womens Short Sleeve
Casual Cold Shoulder Tunic Tops Loose
Blouse Shirts Ladies Beach Summer...

Shipping to Wilton Manors, 33334

**$17.29** One-time purchase
+ free shipping

**Arrives by Mon, Apr 3**

Sold and shipped by Fengniao Store Ts

▣ Not returnable  Details

**Add to cart**

**$18.56** One-time purchase
+ free shipping

**Arrives by Wed, Apr 12**

Sold and shipped by JenniferLiz

▣ Free 30-day returns  Details

**Add to cart**

**$18.98** One-time purchase
+ free shipping

**Arrives by Wed, Apr 12**

Sold and shipped by Yinsihan

▣ Free 30-day returns  Details



**Review Order**

## Free shipping, arrives by Mon, Apr 3

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334                                    Edit

### Delivery instructions                                                     Add

Add gate codes or other useful information.

### Items details

1 item                                                                  View details

**Place order for $18.50**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                    $17.25
Shipping                                  Free

**Estimated taxes**                      $1.25

**Estimated total**                     $18.50

Have a promo code?

### Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

 Ending in 9660                                      $18.50





Order confirmed

**Thanks for your order!**

Order # 2000086805932

sparkgood  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out.  Select a local charity ⓘ

**Shipping, arrives by Mon, Apr 3**

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

1 item

## Fengniao Store Ts

 ★★★★★    See all 1 review
5 stars out of 5

 **100%**    Overall Positive Rating

---

🏠 Business Name: Shenzhenfengniaotongxunkejiyouxiangongsi

✉️ Contact seller

📞 (+86) 13826504148

📍 shenzhenshilonghuaqulonghuajiedaoyucuishequlongguandonglu62haobolongdasha2ceng213fang
shenzhen, Guangdong 518000, China

---

About seller

### More items from this seller



+ Add

$14.94  $16.93

Listenwind Womens Casual Denim Shorts Frayed Raw Hem Ripped Jeans Shorts

★★☆☆☆ 14

+ Add

$13.35

Clearance! Women Stretch Comprion Sportswear Casual Leggings Pants with Pocket Red M

★★★☆☆ 69



+ Add

$14.47

JustVH Women's Cold Shoulder S Loose Blouse Shirts

★★☆☆☆ 945

---

### Seller reviews

# 5 out of 5

★★★★★ (1 review)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

---

1 review    Sort by | Most Relevant ▾

# Defendant No.: **64**

## Store Name:

# **VPPDXHL**

## More seller options

+ free shipping

**Arrives by Wed, Apr 12**

Sold and shipped by Chengdujieshiying Co., Ltd.

Free 30-day returns  Details

**Add to cart**

**$15.16** One-time purchase

+ free shipping

**Arrives by Wed, Mar 22**

Sold and shipped by shanxikongjiangbuju

Free 30-day returns  Details

**Add to cart**

**$19.75** One-time purchase

+ free shipping

**Arrives by Fri, Mar 31**

Sold and shipped by VPPDXHL

Free 30-day returns  Details

**Add to cart**

**$19.88** One-time purchase

+ free shipping

**Arrives by Fri, Apr 14**

---

Sexy Dance

**Women's Summer Dress Beach Sun Loose Dress Maxi Dress Bohemian Tie Dye Short Sleeve Crewneck Dress**

★★☆☆☆ (2.4) 41 reviews

**Now $14.99** $19.77 ⓘ

Price when purchased online ⓘ

**Buy now**  **Add to cart**

**Color:** Blue

$19.60  $14.99  $15.01

**Clothing Size:** 2XL   Size guide

Fit Predictor Your suggested size **S** ⓘ

| S | M | L |

| XL | 2XL |

Free shipping, **arrives by Wed, Apr 12** to 2773 NE 14th Ave
More options

Sold and shipped by **Chengdujieshiying Co., L**
★★☆☆☆ 16 seller reviews
View seller information



# Review Order

## 🚚 Free shipping, arrives by Fri, Mar 31

Bobby Shearer
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## 💳 Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.



Ending in 4058

$21.13



---

**Place order for $21.13**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $19.75 |
| Shipping | Free |
| **Estimated taxes** | $1.38 |
| **Estimated total** | **$21.13** |

Have a promo code?



# VPPDXHL



3 stars out of 5

See all 2 reviews

**50%**  Overall Positive Rating

Business Name: shanxikuaijiejianshuwangluokejiyouxiangongsi

Contact seller

(+86) 17640471846

xixianxinqukonggangxinchengtianyusanlu181hao
xi an shi, Shaanxi 710075, China

About seller

## Seller reviews

**3** out of **5**

★★★☆☆ (2 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 1 |

**2 reviews**   Sort by  |  Most Relevant ▾

# Defendant No.: **65**

## Store Name:

## **SPACEZ**



Sexy Dance

## Sexy Dance Womens Handbags Checkered Tote Shoulder Bags Fashion Large Travel Shoulder Purses With Wristlet Clutch 2 in 1 Bag Set

★★★★★ (5.0)  3 reviews

## $33.78

Price when purchased online ⓘ

( Buy now )    ( **Add to cart** )

**Actual Color:** Brown Poker


$25.99


$27.64


$25.99


$33.78


$25.99

🚚 Free shipping, **arrives by Tue, Mar 28** to
2773 NE 14th Ave
More options

🏪 Sold and shipped by **SPACEZ**
View seller information

🔵 Free 30-day returns  Details

♡ Add to list          🎁 Add to registry

Best seller          Sponsored



## Shipping

Arrives **Tue, Mar 28**

2773 NE 14th Ave

Sold and shipped by SPACEZ

Sexy Dance Womens Handbags Checkered Tote Shoulder Bags Fashio...

Actual Color: Brown Poker

Only 4 left

**$33.78**

Remove          Save for later          −    1    +

Walmart+  **Get free grocery delivery and more!**          ✕

☐  Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com
Learn how          ✕

Estimated total **$33.78**

Continue to checkout

 **Review Order**

 **Shipping, arrives by**

## Tue, Mar 28

Joseph Leister
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**                    Add

Add gate codes or other useful information

**Item details**                                        View

1 item



 **Payment method**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Place order $36.14**



Search Walmart

$0.00



# Thanks for your order!

Order #200010939930005   |   $36.14

 **Shipping, arrives by**

## Tue, Mar 28

Your items may arrive in Walmart bags or original packaging

Joseph Leister
2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Tue, Mar 28**

1 item



**Continue Shopping**

# Defendant No.: **66**

## Store Name:

# **Ricardo M. Lu**

## More seller options

Deals   Easter   Grocery &

Sexy Dance

**Women's Summer Dress Beach Sun Loose Dress Maxi Dress Bohemian Dye Short Sleeve Crewneck Dress**

★★☆☆☆ (2.4) 41 reviews

## $19.32

Price when purchased online ⓘ

**Buy now**      **Add to cart**

**Color:** Gray

$14.75     $19.32     **$19.32**

**Clothing Size:** S      Size guide

🌀 Fit Predictor Calculate your size

| S | M | L |
| XL | 2XL | |

### How do you want your item?

| 🚚 Shipping Wed, Apr 12 Free | 🚗 Pickup Not available | Del Not av |



Women's Summer Dress Beach Sundress Loose Dress Maxi Dress Bohemian Tie Dye Short Sleeve...

Shipping to Wilton Manors, 33334

**$19.32** One-time purchase
+ free shipping

**Arrives by Wed, Apr 12**

Sold and shipped by Chengdujieshiying Co., Ltd.

🔲 Free 30-day returns  Details

**Add to cart**

**$19.33** One-time purchase
+ free shipping

**Arrives by Wed, Apr 5**

Sold and shipped by Ricardo M. Lu

🔲 Free 30-day returns  Details

**Add to cart**

**$19.68** One-time purchase
+ free shipping

**Arrives by Fri, Mar 24**

Sold and shipped by shanxikongjiangbuju

🔲 Free 30-day returns  Details



# Review Order

## Free shipping, arrives by Wed, Apr 5

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details



## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.



 Ending in 9660

$20.68

---

**Place order for $20.68**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)          $19.33
Shipping                   Free

Estimated taxes            $1.35

Estimated total            $20.68

Have a promo code?



Order confirmed

# Thanks for your order!

Order# 2000107590446446

spark good  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out.  Select a local charity ⓘ

## Shipping, arrives by Wed, Apr 5

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

1 item

# Ricardo M. Lu

★★½☆☆  See all 2 reviews

1.5 stars out of 5

**0%**  Overall Positive Rating

🏠  Business Name: shenzhenshijiayigedianziyouxiangongsi

✉  Contact seller

📞  (+86) 8615323756137

📍  shenzhenshilonghuaquminzhijiedaoshangfenshequdiwugongyequyiqu23hao405
shenzhen, Guangdong 518000, China

About seller

## Seller reviews

# 1.5 out of 5

★★½☆☆  (2 reviews)

| 5 stars | 0 |
|---------|---|
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 1 |
| 1 star | 1 |

**2 reviews**    Sort by  |  Most Relevant ▾

# Defendant No.: **67**

## Store Name:

## **shanxikongjiangbuju**

More seller options

Add to cart

Sexy Dance

Women's Summer Dress Beach Sun
Loose Dress Maxi Dress Bohemian
Dye Short Sleeve Crewneck Dress

★★½☆☆ (2.4) 41 reviews

**$19.32**

Price when purchased online ⓘ

Buy now    Add to cart

Color: Gray

$14.75    $19.32    $19.32

Clothing Size: S    Size guide

🅕 Fit Predictor Calculate your size

S    M    L

XL    2XL

🚚 Free shipping, **arrives by Wed, Apr 12** to
2773 NE 14th Ave
More options

🏦 Sold and shipped by **Chengdujieshiying Co.,**
★★½☆☆ 16 seller reviews
View seller information

**$19.33** One-time purchase
+ free shipping

**Arrives by Wed, Apr 5**
Sold and shipped by Ricardo M. Lu

🆑 Free 30-day returns  Details

Add to cart

**$19.68** One-time purchase
+ free shipping

**Arrives by Fri, Mar 24**
Sold and shipped by shanxikongjiangbuju

🆑 Free 30-day returns  Details

Add to cart

**$19.88** One-time purchase
+ free shipping

**Arrives by Fri, Apr 14**
Sold and shipped by Angyue., Ltd

🆑 Free 30-day returns  Details

Add to cart





# Review Order

## Free shipping, arrives by Fri, Mar 24

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

Ending in 1583                                        $21.06

### Place order for $21.06

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)          $19.68
Shipping                     Free
Estimated taxes             $1.38

Estimated total            $21.06

Have a promo code?

Walmart

Departments   Services

Search everything at Walmart online and in store

My Items   Account
H. Barnett C

Order confirmed

# Thanks for your order!

Order# 2000107995934429

sparkgood  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity

## Shipping, arrives by Fri, Mar 24

Stevan R
2773 NE 14th Ave, Wilton Manors, FL 33334

1 Item

# Defendant No.: **68**

## Store Name:

### shanxijiexinmeishiwang



**More seller options**



Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual...

Shipping to Wilton Manors, 33334

**$14.70** One-time purchase
+ free shipping

**Arrives by Wed, Apr 12**

Sold and shipped by Dgu Group Inc

Free 30-day returns  Details

Add to cart

**$16.58** One-time purchase
+ free shipping

**Arrives by Thu, Mar 30**

Sold and shipped by shanxijiexinmeishiwang

Not returnable  Details

Add to cart

**$19.80** One-time purchase
+ free shipping

**Arrives by Fri, Apr 14**

Sold and shipped by JenniferLiz

Free 30-day returns  Details

---

Deals    Easter    Grocery & ...

Sexy Dance

# Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic Shirt Blouse

★★★☆☆ (2.8) 14 reviews

## Now $14.70  $16.99 ⓘ

Price when purchased online  ⓘ

( Buy now )    ( Add to cart )

**Color:** #1-Purple

$14.06    $13.50    $14.70    $13.47

**Clothing Size:** L    Size guide

ⓕ Fit Predictor Your suggested size M ⓘ

| S | M | L |
|---|---|---|
| XL | 2XL | 3XL |
| 4XL | 5XL | |

Free shipping, **arrives by Wed, Apr 12** to
2773 NE 14th Ave
More options



# Review Order

## 🚚 Free shipping, arrives by Thu, Mar 30

Lisa Peters
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details



## 💳 Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

Ending in 7181



$17.74

---

### Place order for $17.74

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $16.53 |
| Shipping | Free |
| **Estimated taxes** | $1.15 |
| **Estimated total** | **$17.74** |

Have a promo code?



Order confirmed

# Thanks for your order!

**Walmart+** Join Today
Members can save $1,300/year with free shipping and delivery*

Start Free Trial

We'll email details to **chaucerpcfs@yahoo.com**

Order #20000870429219 | $17.74

**spark**good  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Thu, Mar 30

Lisa Peters
2773 NE 14th Ave, Wilton Manors, FL 33334

# shanxijiexinmeishiwang

☆ ☆ ☆ ☆ ☆

No reviews yet

---

🏠 Business Name: shanxijiexinmeishiwangluokejiyouxiangongsi

✉ <u>Contact seller</u>

📞 <u>(+86) 13163792782</u>

📍 xixianxinqukonggangxinchengtianxinglu39hao
  xi an shi, Shaanxi 710000, China

---

## Seller reviews

This seller doesn't have any reviews yet.

Defendant No.: **69**

Store Name:

**High quality mall**

**Deals**    **Easter**    **Grocery &**

**More seller options**    ✕



Twowood Casual Women Solid Color Oversize Maxi Cotton Linen Long Shirt Kaftan?Dress

Shipping to Wilton Manors, 33334

Sexy Dance

Twowood Casual Women Solid Color Oversize Maxi Cotton Linen Long Shirt Kaftan?Dress

★★☆☆☆ (1.8) <u>49 reviews</u>

**Now $18.02** ~~$21.79~~ 

$18.02 One-time purchase
+ free shipping

Arrives by Wed, Apr 12

Sold and shipped by <u>Chengdujieshiying Co., Ltd.</u>

▢ Free 30-day returns  <u>Details</u>

Price when purchased online ⓘ

| Buy now | Add to cart |

**Add to cart**

**Color:** Blue

      
$18.02   $17.88   $18.05   $16.37

$18.14 One-time purchase
+ free shipping

Arrives by Thu, Apr 6

Sold and shipped by <u>High quality mall</u>

▢ Free 30-day returns  <u>Details</u>

**Clothing Size:** XXL      <u>Size guide</u>

 Fit Predictor <u>Your suggested size</u> L ⓘ

| S | M | L |

| XXL | XXXL |

**Add to cart**

$19.47 One-time purchase
+ free shipping

Arrives by Fri, Apr 14

Sold and shipped by <u>Angyue., Ltd</u>

▢ Free 30-day returns  <u>Details</u>

🖵 Free shipping, **arrives by Wed, Apr 12** to
<u>2773 NE 14th Ave</u>
<u>More options</u>

🏬 Sold and shipped by **Chengdujieshiying Co., L**
★★⯪☆☆ 16 seller reviews
<u>View seller information</u>

◉ Free 30-day returns  <u>Details</u>



Review Order

## Free shipping, arrives by Thu, Apr 6

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 1583

$19.41

---

## Place order for $19.41

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $21.79 |
| **Savings** | -$3.65 |
| | $18.14 |
| Shipping | Free |
| Estimated taxes | $1.27 |
| **Estimated total** | $19.41 |

Have a promo code?   >



Thanks for your order!

**You saved $3.65**

Walmart+ · Join Today

Members can save $1,300/year with free shipping and delivery*

We'll email details to **barnettcnl@yahoo.com**

Order #200010328180103 | $19.41

sparkgood · Small acts lead to big impact in your community

Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

**Shipping, arrives by Thu, Apr 6**

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **70**

## Store Name:

## **haimuzhou**

Deals   Easter   Grocery &



Sexy Dance

**Colisha Solid Tracksuit Set for Wom**
**Drawstring Sports Jogger Trousers**
**Sleeve Casual Tops Pullover Active**
**Outfits Set Sweatsuit Jogging Suit**

★★★☆☆ (2.8) 6 reviews

# Now $23.96 ~~$28.76~~ ⓘ

Price when purchased online ⓘ

Buy now     Add to cart

**Actual Color:** White

$29.79   $24.10   $24.64   $25.08   $23

**Clothing Size:** US XS=Tags S     Size guide

US L=Tags XL   US M=Tags L   US S=Tags

US XL=Tags 2XL   **US XS=Tags S**

## How do you want your item?

Shipping        Pickup         Deli
Wed, Apr 12   Not available   Not a
Free

---

## More seller options                              ✕



Colisha Solid Tracksuit Set for Women
Drawstring Sports Jogger Trousers Long
Sleeve Casual Tops Pullover Activewear...

Shipping to Wilton Manors, 33334

**$23.96** One-time purchase
+ free shipping

**Arrives by Wed, Apr 12**

Sold and shipped by Dgu Group Inc

⊟ Free 30-day returns  Details

Add to cart

**$23.97** One-time purchase
+ free shipping

**Arrives by Sat, Apr 1**

Sold and shipped by haimuzhou

⊟ Free 30-day returns  Details

Add to cart



**Review Order**

### Free shipping, arrives by Sat, Apr 1

Joshua Corkill
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

**Delivery instructions**

Add gate codes or other useful information.

Add

**Items details**

1 item

View details

**Payment method**

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 5818                                              $25.65

---

**Place order for $25.65**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                          $26.7...

Savings                                        -$4.79

Shipping                                       $23.9...
                                                Free

Estimated taxes                              $1.8...

Estimated total                              $25.65

Have a promo code?



Thanks for your order!
## You saved $4.79

**Walmart+** Join Today
**Members can save $1,300/year with free shipping and delivery***

We'll email details to **watercarkv@yahoo.com**

Order #2000078359910 | $25.65

**sparkgood** Small acts lead to big impact in your community

Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

### Shipping, arrives by Sat, Apr 1

Joshua Corkill
2773 NE 14th Ave, Wilton Manors, FL 33334

Start Free Trial

## haimuzhou



★★★☆☆  See all 70 reviews
2.7 stars out of 5

41%  Overall Positive Rating

---

🏠  Business Name: taianhaimuzhouzhuangshiyouxiangongsi

✉  Contact seller

📞  (+86) 18042376293

📍  dongpingxian dongpingjiedaoyingzicun
taianshi, Shandong 271599, China

---

About seller

Tax policy

### More items from this seller







$8.46

Women Sexy Lingerie Plus Size Hot Erotic Underwear Babydoll Fishnet Sleepwear

★★☆☆☆ 25

$13.45

Womens Button V Neck Cardigan Top Loose Long Sleeve Cotton Linen Shirt

★★☆☆☆ 70

$6.06

Jeobest 10PCS Nylon Cleaning B Set Test Tube Bottle Straw Washi

★★★★☆ 28

---

### Seller reviews

## 2.7 out of 5

★★☆☆☆ (70 reviews)

| | |
|---|---|
| 5 stars | 17 |
| 4 stars | 12 |
| 3 stars | 4 |
| 2 stars | 8 |
| 1 star | 29 |

Most helpful positive review                Most helpful negative review

# Defendant No.: **71**

## Store Name:

## **EWQER**

**More seller options**                    ✕

Deals   Easter   Grocery &

Sexy Dance

**Sexy Dance** Women Strappy Tankini
Padded Vest Swim Tops + Shorts Cr
Neck High Waist Swimming Suit Ha



Sexy Dance Women Strappy Tankini Sets
Padded Vest Swim Tops + Shorts Crew
Neck High Waist Swimming Suit Halter

Shipping to Wilton Manors, 33334

**$22.80** One-time purchase
+ free shipping

## $22.80

**Arrives by Thu, Apr 13**

Price when purchased online ⓘ

Sold and shipped by Radical Grande Couch Inc

🚚 Free 30-day returns Details

| Buy now | Add to cart |
|---------|-------------|

**Add to cart**

Actual Color: Orange

| $23.36 | $22.80 | $24.60 | $21.16 |
|--------|--------|--------|--------|

**$22.82** One-time purchase
+ free shipping

Clothing Size: XXS

**Arrives by Fri, Mar 31**

🎣 Fit Predictor Calculate your size

Sold and shipped by EWQER

| XXS | XS | S |
|-----|-----|-----|
| M | L | XL |
| 2XL | 3XL | |

🚚 Free 30-day returns Details

**Add to cart**

🚚 Free shipping, **arrives by Thu, Apr 13** to
2773 NE 14th Ave
More options

🏛 Sold and shipped by **Radical Grande Couch Ir**
★★★☆☆ 12 seller reviews
View seller information



## Review Order

### Free shipping, arrives by Fri, Mar 31

Lisa Peters
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

**Delivery Instructions**

Add gate codes or other useful information.

Add

**Items details**

1 item

View details

### Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 7181

$24.42

**Place order for $24.42**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $22.8 |
| Shipping | Free |
| **Estimated taxes** | $1.6 |
| **Estimated total** | $24.4 |

Have a promo code?







Order confirmed

## Thanks for your order!

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

Start Free Trial

We'll email details to **chaucerpcfa@yahoo.com**

Order #2000109208845750 | $24.42

**spark**good  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Fri, Mar 31

Lisa Peters
2773 NE 14th Ave, Wilton Manors, FL 33334

# EWQER

☆ ☆ ☆ ☆ ☆

No reviews yet

---

🏠   Business Name: shenzhenshi zedadianzishangwu youxiangongsi

✉   Contact seller

📞   (+86) 13247633563

📍   shenzhenshilonggangqu yuanshanjiedaoyinheshequ longgangdadao7108haoderongdasha zonghelou106 shenzhenshi, Guangdong 518100, China

---

About seller

Tax policy

## Seller reviews

This seller doesn't have any reviews yet.

## About seller

ⓘ

This seller may also engage in manufacturing, importing or reselling consumer products.

Our company is headquartered in Shenzhen and has a passionate design team who work hard to ensure that every product is beautifully crafted, packaged and delivered to customers flawlessly.

## Tax policy

Walmart Marketplace is required to collect and remit sales tax on behalf of all Marketplace sellers in 47 states under enacted state laws.

# Defendant No.: **72**

## Store Name:

# **Superbuy**

## More seller options

Deals    Easter    Grocery & essentials

Sexy Dance

**Sexy Dance Ruffle Hem Flutter Sle**
**Dress For Women Beach Hoilday Ca**
**Mini Swing Shirt Dress A Line Swin**
**Flared Skater Cocktail Party Dress**

★★★★⯪ (4.6) 86 reviews

# $19.72

Price when purchased online  ⓘ

| Buy now | Add to cart |

**Color:** Naxy Blue



| $19.66 | $19.76 | $19.72 | $19.76 | $19 |

| $19.76 |

**Clothing Size:** L    Size guide

🎗 Fit Predictor Your suggested size **S** �ⓘ

| S | M | L |
| XL | XXL | |

🚚  Free shipping, **arrives by Thu, Apr 13** to
2773 NE 14th Ave

---

Sexy Dance Ruffle Hem Flutter Sleeve
Dress For Women Beach Hoilday
Casual Mini Swing Shirt Dress A Line...

Shipping to Wilton Manors, 33334

**$19.72** One-time purchase
+ free shipping

**Arrives by Wed, Apr 19**

Sold and shipped by Dgu Group Inc

🔁 Free 30-day returns  Details

| Add to cart |

**$19.98** One-time purchase
+ free shipping

**Arrives by Mon, Apr 3**

Sold and shipped by Superbuy

🔁 Not returnable  Details

| Add to cart |

**$22.99** One-time purchase
+ free shipping

**Arrives by Thu, Apr 13**

Sold and shipped by Yinsihan

🔁 Free 30-day returns  Details



## Shipping

Arrives **Mon, Apr 3**

<u>2773 NE 14th Ave</u>

Sold and shipped by <u>Superbuy</u>

Sexy Dance Ruffle Hem Flutter Sleeve Dress For Women Beach Hoilday Cas...  **$19.98**

Actual Color: Naxy Blue
Clothing Size: L

<u>Remove</u>          <u>Save for later</u>          −   1   +

**Walmart+** Get free grocery delivery and more!   ✕

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com
Learn how   ✕

**Estimated total $19.98**

Continue to checkout

### Review Order

 Shipping, arrives by

# Mon, Apr 3

Elroy Kendall
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**                     Add

Add gate codes or other useful information

**Item details**                                          View

1 item



 **Payment method**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Place order $21.38**



Search Walmart

$0.00

Thanks for your order!

Order #200010785878755 | $21.38

 **Shipping, arrives by**

# Mon, Apr 3

Your items may arrive in Walmart bags or original packaging

Elroy Kendall

2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Mon, Apr 3**

1 item



**Continue Shopping**

# Superbuy



☆☆☆☆☆

No reviews yet

---

🏠 Business Name: si chuan cai ye zhuang shi she ji you xian gong si

✉ <u>Contact seller</u>

📞 <u>(+86) 13316982741</u>

📍 chengdushiqingyangqudongmadaojie
19hao1danyuan19lou
chengdushi, Sichuan 610000, China

---

<u>About seller</u>

## More items from this seller

  

| | | |
|---|---|---|
| + Add | + Add | + Add |
| **$6.99** | **$10.98** | **$11.96** ~~$24.99~~ |
| Skin Label Remover Powerful Skin Label Remover Essence Made From Natural Plant Extracts Painless Scar-free Suitable For Facce | Clearance Deal!Light Up Plush Animal Hat with Moving Ears Cartoon Bunny Panda LED Earflap Cap | HARGLESMAN Men Sun Hat Sun Hat Waterproof Foldable Boonie |
| | | ★★★★★ 6 |

---

## Seller reviews

This seller doesn't have any reviews yet.

## About seller

ⓘ

This seller may also engage in manufacturing, importing or reselling consumer products.

Welcome to Superbuy！ We sale wide range of product:Including home, beauty, toys, etc, mainly selling home products, including furniture, home appliances, daily necessities, etc. We're dedicated to giving you the very best quality product made in US focusing on three characteristics,ie: trustworthiness, best customer service and high quality beauty product. We now serve customers all over the world, fair trade, affordable price with quality product of the home products industry.

# Defendant No.: **73**

## Store Name:

## **The Best Choice Co.,Ltd**

## More seller options



Tunic Dress for Women Short Sleeve Casual Midi Dress Summer Plain Beach Dress Party Cocktail Holiday Dresses

Deals   Easter   Grocery &

Sexy Dance

# Tunic Dress for Women Short Sleeve Casual Midi Dress Summer Plain Beach Dress Party Cocktail Holiday Dress

★★★☆☆ (2.4) 9 reviews

## $28.93

Price when purchased online ⓘ

**Buy now**     **Add to cart**

**Color:** Blue

    

$28.93   $28.78   $27.97   $27.18   $28

**Clothing Size:** S     Size guide

🏵 Fit Predictor Your suggested size M ⓘ

| S | M | L |
|---|---|---|
| XL | XXL | 3XL |
| 4XL | 5XL | |

🚚 Free shipping, **arrives by Wed, Apr 19** to
2773 NE 14th Ave
More options

🏪 Sold and shipped by **Dgu Group Inc**
★★★☆☆ 510 seller reviews

Shipping to Wilton Manors, 33334

**$28.93** One-time purchase
+ free shipping

**Arrives by Wed, Apr 19**

Sold and shipped by Dgu Group Inc

🔁 **Free 30-day returns** Details

**Add to cart**

**$28.95** One-time purchase
+ free shipping

**Arrives by Fri, Apr 7**

Sold and shipped by LURFI

🔁 **Free 30-day returns** Details

**Add to cart**

**$29.98** One-time purchase
+ free shipping

**Arrives by Tue, Apr 18**

Sold and shipped by The Best Choice Co.,Ltd

🔁 Not returnable Details



# Review Order

## Free shipping, arrives by Tue, Apr 18

zach hatcher
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.



Ending in 1575



$32.08

---

**Place order for $32.08**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $29.98 |
| Shipping | Free |
| **Estimated taxes** | $2.10 |
| **Estimated total** | $32.08 |

Have a promo code?



Order confirmed

# Thanks for your order!

**Walmart+** Join Today
**Members can save $1,300/year with free shipping and delivery***

We'll email details to **mondhtq@yahoo.com**
Order #2000018611.44986 | $32.08

**spark**good  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

**Start Free Trial**

## Shipping, arrives by Tue, Apr 18

zach hatcher
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **74**

## Store Name:

## **Jeborah Grocery Co.Ltd**

## More seller options



Oversize Women Kaftan Loose Blouse Shirts Summer Short Sleeve Thin Baggy Ruffled V-Neck Pullover Tops...

Shipping to Wilton Manors, 33334

**$14.63** One-time purchase
+ free shipping

**Arrives by Wed, Apr 19**

Sold and shipped by Dgu Group Inc

Free 30-day returns  Details

**Add to cart**

**$14.66** One-time purchase
+ free shipping

**Arrives by Tue, Mar 28**

Sold and shipped by Jeborah Grocery Co.Ltd

Not returnable  Details

**Add to cart**

**$21.99** One-time purchase
+ free shipping

**Arrives by Fri, Apr 14**

Sold and shipped by Jiwenxiang

Free 30-day returns  Details



Deals   Easter   Grocery & (

Sexy Dance

## Oversize Women Kaftan Loose Blou Shirts Summer Short Sleeve Thin Ba Ruffled V-Neck Pullover Tops Blous Basic Tee For Women Office LO Wo Shirt Size S-5XL

★★★★☆ (4.1) 67 reviews

## Now $14.63 ~~$18.60~~ ⓘ

Price when purchased online ⓘ

**Buy now**       **Add to cart**

Color: Green

| | | | | |
|---|---|---|---|---|
| $19.99 | $19.50 | $14.63 | $17.02 | $15 |
| $20.32 | $19.64 | $16.68 | | |

Clothing Size: XL    Size guide

Fit Predictor Your suggested size L ⓘ

| S | M | L |
|---|---|---|
| XL | 2XL | 3XL |
| 4XL | 5XL | |





Thanks for your order!

## You saved $3.94

Walmart+ · Join Today
**Members can save $1,300/year with free shipping and delivery***

We'll email details to: **chaucerpcfa@yahoo.com**

Order #2000109362091S1 | $15.69

sparkgood  **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Start Free Trial

### Shipping, arrives by Tue, Mar 28

Lisa Peters
2773 NE 14th Ave, Wilton Manors, FL 33334

Search everything at Walmart online and in store

Walmart

Departments   Services

Reorder · My Items

Hi, Linda F · Account

# Defendant No.: **75**

## Store Name:

## **MissiMae**

Walmart

Departments   Services   Search everything at Walmart online and in store   Reorder My Items   Hi, Karina R Account

Cart (1 item)

Pickup and delivery options ∨

Free shipping, arrives Thu, Mar 30

2773 NE 14th Ave



Sold and shipped by MissMae

Caizi Women Long Sleeve Button Down Tunic Tops Henley V Neck Casual Swing Shirts Blouse Winter Loungewear Pleat...

Actual Color: Black/Red Floral...

Clothing Size: L

● Free 30-day returns

Only 2 left

Remove   Save for later

$23.38

−  1  +

Tax preparation made easy

Best seller

Continue to checkout

Caizi Women Long Sleeve But... is selling fast! Check out soon before it's sold out.   ✕

Subtotal (1 item)                    $23.38

Shipping                                 Free

Taxes                      Calculated at checkout

Estimated total                     $23.38

Want to save on grocery delivery, gas & more?

☐ Try W+ free for 30 days!   ✕

**Review Order**

## Free shipping, arrives by Thu, Mar 30

zach hatcher
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

### Place order for $25.02

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $23.38 |
| Shipping | Free |
| **Estimated taxes** | $1.64 |
| **Estimated total** | $25.02 |

Have a promo code?

## Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.



Ending in 1575



$25.02

## MissiMae



★★☆☆☆
2 stars out of 5

See all 4 reviews

**25%**    Overall Positive Rating

---

🏠  Business Name: Missi Mae Corp

✉️  Contact seller

📞  (951) 240-3890

📍  163 Daisy Circle
Mcdonough, Georgia 30252, United States

---

About seller

## More items from this seller







| | | |
|---|---|---|
| + Add | + Add | + Add |
| **$16.28** | **$11.54** | **$8.43** ~~$9.98~~ |
| KidPika Kids Children Girl Floral Sport Jacket Top Trouser Pant 2 Piece Tracksuit Outfit | Julymona Womens Plus Size Sleepwear Nightdress Lace V Neck Lingerie Babydoll | Julycc Womens Plus Size 2-Piece Lace Nightdress Bodysuit |
| ★★★★☆ 36 | ★★★☆☆ 197 | ★★★☆☆ 108 |

---

## Seller reviews

# 2 out of 5

★★☆☆☆ (4 reviews)

| | |
|---|---|
| 5 stars | 0 |
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 1 |
| 1 star | 2 |

---

**4 reviews**    Sort by | Most Relevant ▾

# Defendant No.: **76**

## Store Name:

## **Cmoney**

**More seller options**

Deals    Easter    Grocery &

Sexy Dance

## Niuer Summer Ruffle Sleeve Tiered Babydoll Dress for Women Flowy Sw Mini Dress Boho Flowy Pleated Dre

★★★☆☆ (3.0) 37 reviews

## Now $18.43 ~~$24.99~~ ⓘ

Price when purchased online ⓘ

( **Buy now** )    ( **Add to cart** )

**Color:** Pink



$24.99   $20.79   $18.43   $17.99

**Clothing Size:** 3XL    Size guide

🅕 Fit Predictor Your suggested size M ⓘ

| S | M | L |
|---|---|---|
| XL | XXL | 3XL |

## How do you want your item?



| Shipping | Pickup | Del |
|---|---|---|
| Thu, Apr 20 | Not available | Not a |
| Free | | |



Niuer Summer Ruffle Sleeve Tiered
Babydoll Dress for Women Flowy
Swing Mini Dress Boho Flowy Pleate...

Shipping to Wilton Manors, 33334

**$18.43** One-time purchase
+ free shipping

**Arrives by Thu, Apr 20**
Sold and shipped by shuangguoba co.,ltd

🔁 Free 30-day returns   Details

( **Add to cart** )

**$18.44** One-time purchase
+ free shipping

**Arrives by Mon, Apr 10**
Sold and shipped by Cmoney

🔁 Free 30-day returns   Details

( **Add to cart** )

**$24.99** One-time purchase
+ free shipping

**Arrives by Mon, Apr 24**
Sold and shipped by JenniferLiz

🔁 Free 30-day returns   Details



# Shipping

Arrives **Thu, Apr 6**

2773 NE 14th Ave

Sold and shipped by Cmoney

Niuer Summer Ruffle Sleeve Tiered
Babydoll Dress for Women Flowy Swi...
Actual Color: Pink
Clothing Size: 3XL

$18.44
$24.99
YOU SAVE
$6.55

Remove          Save for later          − 1 +



Walmart+ **Get free grocery delivery and more!**

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com
Learn how

**Estimated total $18.44**

Continue to checkout

# Review Order

 Shipping, arrives by

## Thu, Apr 6

Paul Brace
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**                    Add

Add gate codes or other useful information

**Item details**                                        View

1 item



## Payment method

By placing this order, you agree to our Privacy Policy and Terms of Use

**Place order $19.73**



🔍 Search Walmart



**Thanks for your order!**

Order #200010829235759  |  $19.73

 Yay! You just saved $6.55 from discounts.

 **Shipping, arrives by**

## Thu, Apr 6

Your items may arrive in Walmart bags or original packaging

Paul Brace

2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Thu, Apr 6**

1 item



**Continue Shopping**

# Cmoney

★☆☆☆☆    See all 1 review

1 stars out of 5

**0%**    Overall Positive Rating

⌂    Business Name: shenzhenmoneycomingtechnologyco.,Ltd

✉    Contact seller

☎    (+86) 8618352774640

⌖    Xintian Community, Guanhu Street Longhua District Shenzhen
Room 202, No. 15, Junxin Industrial Zone
shenzhen, Guangdong 518000, China

About seller

## Seller reviews

# 1 out of 5

★☆☆☆☆ (1 review)

| | |
|---|---|
| 5 stars | 0 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 1 |

**1 review**    Sort by  |  Most Relevant ▾

# Defendant No.: **77**

## Store Name:

## **more funny**

Sexy Dance

# Sexy Dance Deer DIY 5D Full Drill Diamond Painting By Number Kits Embroidery Cross Stitch Kits Home Decor Gift

★★★★★ (5.0) 2 reviews

## $10.20

Price when purchased online ⓘ

Buy now          Add to cart

**How do you want your item?**

| Shipping | Pickup | Delivery |
|----------|--------|----------|
| Tue, Mar 28 | Not available | Not available |

Sold by **more funny**

Fulfilled by Walmart

★★☆☆☆  8 seller reviews

View seller information

Free 90-day returns  Details

♡ Add to list        🎁 Add to registry

**More seller options (1)**



Cart (1 item)

Pickup and delivery options ⌄

Shipping, arrives Tue, Mar 28

2773 NE 14th Ave

Sold by more funny
Fulfilled by Walmart

Best seller

Sexy Dance Deer DIY 5D Full Drill Diamond Painting By
Number Kits Embroidery Cross Stitch Kits Home Decor Gift

Free 90-day returns
Only 6 left

Remove   Save for later                    $10.20

−   1   +

Recommended with your order

Best seller   Best seller   Best seller

Continue to checkout

✕  Sexy Dance Deer DIY 5D Full...is selling
fast! Check out soon before it's sold
out.

Subtotal (1 item)                          $10.20
Shipping (below $35 order minimum)          $6.99
Taxes                         Calculated at checkout

Estimated total                            $17.19

Walmart  Want to skip the $6.99 shipping fee and save
more?

☐ Try W+ free for 30 days and get free shipping.

✕  Earn 5% cash back on Walmart.com
See if you're pre-approved with no
credit risk. Learn how

# Review Order

## Shipping, arrives by Tue, Mar 28

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9660

$18.39



---

**Place order for $18.39**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item) .................................. $10.20
Shipping (below $35 order minimum) ........... $6.99

**Estimated taxes** ................................... $1.20

**Estimated total** ................................... $18.39

Have a promo code? ⟩



Order confirmed

## Thanks for your order!

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

[Start Free Trial]

We'll email details to christophercadengu@yahoo.com

Order #2000108374472I | $18.39

sparkgood · Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

### Shipping, arrives by Tue, Mar 28

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

## more funny

★★☆☆☆    <u>See all 9 reviews</u>

2 stars out of 5



**22%**    Overall Positive Rating

---

🏠    Business Name: kai feng qu duo duo shang mao you xian gong si

✉    <u>Contact seller</u>

📞    <u>(+86) 18567005582</u>

📍    henanshengkaifengshilongtingqufuxingdadaoshiboziyuan3haolou2danyuan703
kaifeng, Henan 475000, China

---

<u>About seller</u>

**Seller reviews**

# 2 out of 5

★★☆☆☆ (9 reviews)

| | |
|---|---|
| <u>5 stars</u> | 2 |
| <u>4 stars</u> | 0 |
| <u>3 stars</u> | 0 |
| <u>2 stars</u> | 1 |
| <u>1 star</u> | 6 |

**9 reviews**    Sort by  |  <u>Most Relevant</u> ▾

# Defendant No.: **78**

## Store Name:

## **ganyaa**

# ganyaa



See all 12 reviews

4.3 stars out of 5

**83%**   Overall Positive Rating

---

🏠   Business Name: kaifengshiganyashangmaoyouxiangongsi

✉️   Contact seller

📞   (+86) 19338448388

📍   henanshengkaifengshijinyuluxicaitunDqu6pai41hao
kaifeng, Henan 475000, China

---

About seller

## Seller reviews

# 4.3 out of 5

★★★★⯪ (12 reviews)

| | |
|---|---|
| 5 stars | 9 |
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 2 |

---

**12 reviews**   Sort by  |  Most Relevant ▾

**More seller options**

Deals  Easter  Grocery &

Sexy Dance

**Sexy Dance** Deer DIY 5D Full Drill Diamond Painting By Number Kits Embroidery Cross Stitch Kits Home Decor Gift

★★★★★ (5.0) 2 reviews

# $10.20

Price when purchased online ⓘ

( Buy now )   ( Add to cart )

## How do you want your item?


Shipping
Tue, Mar 28


Pickup
Not available

Deli
Not a

🏬 Sold by **more funny**

Fulfilled by Walmart

★★☆☆☆ 8 seller reviews

View seller information

🔵 Free 90-day returns  Details

♡ Add to list     🎁 Add to registry

**More seller options (1)**

 **Sexy Dance** Deer DIY 5D Full Drill Diamond Painting By Number Kits Embroidery Cross Stitch Kits Home...

Shipping to Wilton Manors, 33334

**$10.20** One-time purchase
+ free shipping

**Arrives by Tue, Mar 28**

Sold by more funny
**Fulfilled by Walmart**

🔄 Free 90-day returns  Details

( Add to cart )

**$9.87** One-time purchase
+ free shipping

**Arrives by Wed, Apr 5**

Sold and shipped by ganyaa

🔄 Free 30-day returns  Details

( Add to cart )

**$7.39** One-time purchase
+ free shipping

**Arrives by Wed, Apr 19**

Sold and shipped by Kolopland Industrial Trading Group Ltd



# Review Order

## Free shipping, arrives by Wed, Apr 5

Joshua Corkill
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add

Add gate codes or other useful information.

### Items details

View details

1 Item



## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.



Ending in 5818



$10.56

## Place order for $10.56

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $9.9... |
| Shipping | Free |
| **Estimated taxes** | $0.6... |
| **Estimated total** | **$10.5...** |

Have a promo code?



Order confirmed

## Thanks for your order!

**Walmart+** Join Today
**Members can save $1,300/year with free shipping and delivery***

Start Free Trial

We'll email details to waterscrkv@yahoo.com
Order #2000010826034200 | $10.56

**spark**good   **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

### Shipping, arrives by Wed, Apr 5

Joshua Corkill
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **79**

# Store Name:

# **Suzhoushilangerdianzi**

**More seller options** ✕



Sexy Dance Floral Print Two Piece Swimsuit Swimwear High Waist for Women Ladies Beachwear Push-Up Bra...

Shipping to Wilton Manors, 33334

**$26.85** One-time purchase
+ free shipping

**Arrives by Wed, Apr 19**

Sold and shipped by Kolopland Industrial Trading Group Ltd

Free 30-day returns  Details

**Add to cart**

**$26.87** One-time purchase
+ free shipping

**Arrives by Fri, Apr 7**

Sold and shipped by Suzhoushilangerdianzi

Not returnable  Details

**Add to cart**



Deals   Easter   Grocery &

Sexy Dance

**Sexy Dance** Floral Print Two Piece Swimsuit Swimwear High Waist for Women Ladies Beachwear Push-Up Padded Bathing Suit Bikini Tankini Neck Ruffle Crop Swim Tops Swimr S-XL

## $26.85

Price when purchased online ⓘ

**Buy now**   **Add to cart**

**Color:** Yellow

$26.88   $26.86   $26.86   $26.86   $26

**Clothing Size:** L   Size guide

Fit Predictor Your suggested size L ⓘ

S   M   L

XL

## How do you want your item?

Shipping   Pickup   Deli



**Review Order**

## Free shipping, arrives by Fri, Apr 7

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 1583

$28.75

---

### Place order for $28.75

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                    $26.87

Shipping                              Free

Estimated taxes                     $1.88

**Estimated total**                 $28.75

Have a promo code?



Order confirmed

# Thanks for your order!

**Walmart+** Join Today
Members can save $1,300/year with free shipping and delivery*

Start Free Trial

We'll email details to barnettcnl@yahoo.com

Order #2000109417166 | $28.75

sparkgood  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out.  Select a local charity ⓘ

## Shipping, arrives by Fri, Apr 7

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

# Mar 24, 2023 order | Order# 2000109-41171661

🖶 Print | Need help?

Shipping

## Arrives by Fri, Apr 07

Sold and shipped by Suzhoushilangerdianzi

Placed — Preparing — On the way — Delivered

### 1 item



Sexy Dance Floral Print Two Piece Swimsuit Swimwear High Waist for Women Ladies Beachwea...

$26.87

Actual Color: Yellow
Clothing Size: L
Qty 1

✉ Contact seller to ask about your order

☆ Write a review

Remove item

Shipping

### Address

Steven R
2773 NE 14th Ave, Wilton Manors, FL
33334

### Delivery instructions                    ‹

⊘ We will leave order at your door

### Payment method                    Edit

🔲 Ending in 1583

Subtotal                    $26.87

Taxes                    $1.88

Total                    $28.75

Order# 2000109-41171661

## Suzhoushilangerdianzi



★★★½☆
3.5 stars out of 5

See all 2 reviews



**50%**   Overall Positive Rating

---

🏠   Business Name: Suzhoushilangerdianzishangwuyouxiangongsi

✉️   Contact seller

📞   (+86) 18123697340

📍   Anhuishengsuzhoushixiaoxianlongchengzhenfengxiangxiaoqu3dong2danyuan604shi
Suzhou, Anhui 234000, China

---

### More items from this seller





| | | |
|---|---|---|
| + Add | + Add | + Add |
| **$20.18** | **$15.80** | **$13.45** $14.98 |
| Liangchengmei Womens Bathing Suit Plus Size Swimsuit Tankini Set 2 Piece Tummy Control Swimwear | KZKR Holes Style Women Ripped Jeans Shorts High Stretchy Hem Short for Womens Shorts S-3XL | Women Casual Slim Black White Sleeveless Halter Neck Elegant D |
| ★☆☆☆☆ 1 | ★★★★½ 403 | ★½☆☆☆ 30 |

---

### Seller reviews

# 3.5 out of 5

★★★½☆ (2 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 1 |
| 1 star | 0 |

---

**2 reviews**       Sort by | Most Relevant ▾

---

# Defendant No.: **80**

## Store Name:

# **CDQYPSMYX**

Deals    Easter    Grocery & 



## More seller options



Oversize Women Kaftan Loose Blouse Shirts Summer Short Sleeve Thin Baggy Ruffled V-Neck Pullover Tops...

Shipping to Philadelphia, 19106

**$18.66** One-time purchase
+ free shipping

**Arrives by Wed, Apr 19**

Sold and shipped by <u>Dgu Group Inc</u>

Free 30-day returns <u>Details</u>

**Add to cart**

**$18.69** One-time purchase
+ free shipping

**Arrives by Thu, Apr 6**

Sold and shipped by <u>CDQYPSMYX</u>

Not returnable <u>Details</u>

**Add to cart**

**$21.99** One-time purchase
+ free shipping

**Arrives by Fri, Apr 21**

Sold and shipped by <u>JenniferLiz</u>

Free 30-day returns <u>Details</u>





# CDQYPSMYX

☆☆☆☆☆

No reviews yet

---

 Business Name: cheng du qian wan yi pin shang mao you xian gong si

✉ Contact seller

☎ (312) 349-6530

⌖ jin jiang qu qing long zheng jie
131 hao fu 10 hao zi bian hao S4 hao
cheng du shi, Sichuan 610000, China

---

About seller

## Seller reviews

This seller doesn't have any reviews yet.

## About seller

ⓘ

This seller may also engage in manufacturing, importing or reselling consumer products.

Our company provides customers with high-quality pre-sales and after-sales services. Company tenet: Pursue quality, pursue service more, and make customers more worry-free. If you have any questions, please contact the customer service and provide a reply within 24 hours.

# Defendant No.: **81**

## Store Name:

## **zhuyongqiu**

Deals    Easter    Grocery &

Sexy Dance

Plus Size New Fashion V Neck Plaid
Pullover Tops Bouse For Women Au
Winter Thin Casual Loose Long Slee
Shirt Blouse Bottom Tops

★★★⯪☆ (3.6) 92 reviews

Now $16.65 ~~$18.97~~ ⓘ

Price when purchased online ⓘ

Buy now         Add to cart

Color: A-Blue



$16.65   $14.54   $16.03   $16.20   $15

$15.50   $16.09   $16.73   $16.26

Clothing Size: XL    Size guide

Fit Predictor Your suggested size XL ⓘ

| S | M | L |
| XL | 2XL | 3XL |
| 4XL | 5XL | |

How do you want your item?

## More seller options


Plus Size New Fashion V Neck Plaid
Pullover Tops Bouse For Women
Autumn Winter Thin Casual Loose...

Shipping to Wilton Manors, 33334

**$16.65** One-time purchase
+ free shipping

**Arrives by Wed, Apr 19**

Sold and shipped by shuangguoba co.,ltd

🚚 Free 30-day returns  Details

Add to cart

**$16.68** One-time purchase
+ free shipping

**Arrives by Tue, Apr 11**

Sold and shipped by zhuyongqiu

🚚 Not returnable  Details

Add to cart

**$17.08** One-time purchase
+ free shipping

**Arrives by Wed, Apr 19**

Sold and shipped by Yinsihan

🚚 Free 30-day returns  Details



Review Order

## Free shipping, arrives by Tue, Apr 11

Joshua Corkill
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add

Add gate codes or other useful information.

### Items details

1 Item

View details

### Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 5818                                                        $17.85

---

## Place order for $17.85

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $19.97 |
| Savings | -$2.29 |
| | $16.68 |
| Shipping | Free |
| Estimated taxes | $1.17 |
| **Estimated total** | **$17.85** |

Have a promo code?   >



Thanks for your order!

## You saved $2.29

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

**Start Free Trial**

We'll email details to **watercrckv@yahoo.com**
Order #20000806589039 $17.85

**spark**good  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Tue, Apr 11

Joshua Corkill
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **82**

## Store Name:

# **Okblacety**

## More seller options





Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual...

Shipping to Sacramento, 95829

**$14.63** One-time purchase
+ free shipping

**Arrives by Wed, Apr 19**

Sold and shipped by Dgu Group Inc

🔁 Free 30-day returns  Details

**Add to cart**

**$14.66** One-time purchase
+ free shipping

**Arrives by Tue, Apr 11**

Sold and shipped by OKblacety

🔁 Not returnable  Details

**Add to cart**

**$19.80** One-time purchase
+ free shipping

**Arrives by Fri, Apr 21**

Sold and shipped by JenniferLiz

🔁 Free 30-day returns  Details



## Shipping

Arrives **Tue, Apr 11**

2773 NE 14th Ave

Sold and shipped by OKblacety

Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops C...       $14.66

Actual Color: #1-Pink
Clothing Size: 2XL

Remove          Save for later          −   1   +

**Walmart+** Get free grocery delivery and more!          ✕

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com
Learn how          ✕

**Estimated total $14.66**

Continue to checkout

‹   **Review Order**

 **Shipping, arrives by**

# Tue, Apr 11

Skylar Muth
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**          <u>Add</u>

Add gate codes or other useful information

**Item details**          <u>View</u>

1 item



 **Payment method**

By placing this order, you agree to our <u>Privacy Policy</u> and <u>Terms of Use</u>

**Place order $15.69**



Search Walmart

$0.00



# Thanks for your order!

Order #200010917398217   $15.69

 **Shipping, arrives by**

## Tue, Apr 11

Your items may arrive in Walmart bags or original packaging

Skylar Muth
2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Tue, Apr 11**

1 item



**Continue Shopping**



Mar 24, 2023 order

Order# 2000109-17398217

Shipping

## Arrives by Tue, Apr 11

Placed          Preparing          On the way          Delivered

### Delivery Address

Skylar Muth
2773 NE 14th Ave, Wilton Manors, FL 33334

### Delivery preferences                                   ⌃

⊘  We'll leave your order at the door

Sold and shipped by <u>OKblacety</u>

### 1 item                                                ⌃

Womens Loose Tank Tops                    $14.66
Summer Sleeveless Floral
Printed Cami Tops Casual
Vest Summer Beach Casual
Camisole Women Boho Loose

## OKblacety

☆ ☆ ☆ ☆ ☆

No reviews yet

---

⌂  Business Name: lianyungangdianqiushangmaoyouxiangongsi

✉  Contact seller

☎  (+86) 13802415970

📍  ganyuquhaitouzhenlonghecundazhuyin588hao
ianyungangshi, Jiangsu 222000, China

---

About seller

Tax policy

### More items from this seller



[+ Add]



[+ Add]



[+ Add]

**$10.99**

Men's Stainless Steel Our Father's Prayer Halo Ring Cross Pendant Necklace

**$9.99**

Women's casual beanie knitted beret skull hat loose winter and summer hat

**$14.59**

Lovely Annie Baby Children 6 Pai Combed Cotton Socks 1Y-3Y 6 C

★ ★ ★ ★ ½  31

---

### Seller reviews

This seller doesn't have any reviews yet.

### About seller

ⓘ
This seller may also engage in manufacturing, importing or reselling consumer products.

OKblacety

### Tax policy

Walmart Marketplace is required to collect and remit sales tax on behalf of all Marketplace sellers in 47 states under enacted state laws.

# Defendant No.: **83**

## Store Name:

## **journey1018**

Deals    Easter    Grocery & 

**More seller options**



Sexy Dance

Summer Short Sleeve Tunic Tops fo
Women High Low Hem Vintage Pri
Shirts Loose Pullover T-shirt Ladies
Size Round Neck Blouse Tee

★★½☆☆ (2.3) 43 reviews

# Now $16.82 $18.99 ⓘ

Price when purchased online ⓘ

**Add to cart**

Color: Orange

$16.54    $16.54    $16.82    $16.65    $16

$16.28

Clothing Size: S    Size guide

🎯 Fit Predictor Calculate your size

| S | M | L |
| XL | XXL | 3XL |

How do you want your item?

---

Summer Short Sleeve Tunic Tops for
Women High Low Hem Vintage Print
Shirts Loose Pullover T-shirt Ladies...

Shipping to Sacramento, 95829

**$16.82** One-time purchase
+ free shipping

**Arrives by Tue, Apr 4**

Sold and shipped by journey1018

🔲 Not returnable Details

**Add to cart**

**$16.84** One-time purchase
+ free shipping

**Arrives by Wed, May 3**

Sold and shipped by Dgu Group Inc

🔲 Free 30-day returns Details

**Add to cart**

**$16.96** One-time purchase
+ free shipping

**Arrives by Thu, Apr 20**

Sold and shipped by shuangguoba co.,ltd

🔲 Free 30-day returns Details



## Shipping

Arrives **Tue, Apr 4**

2773 NE 14th Ave

Sold and shipped by journey1018

Summer Short Sleeve Tunic Tops for Women High Low Hem Vintage Print ...

Actual Color: Orange
Clothing Size: S

**$16.82**
~~$18.99~~
YOU SAVE
$2.17

Remove        Save for later        −   1   +



Walmart+ **Get free grocery delivery and more!**        ✕

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com        ✕
Learn how

**Estimated total $16.82**

Continue to checkout

## Review Order

 **Shipping, arrives by**

# Tue, Apr 4

Skylar Muth
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**                    Add

Add gate codes or other useful information

**Item details**                                         View

1 Item



## Payment method

By placing this order, you agree to our  Privacy Policy  and  Terms of Use

**Place order $18.00**



Search Walmart

$0.00



# Thanks for your order!

Order #200010753325964   $18.00

 Yay! You just saved $2.17 from discounts.

 **Shipping, arrives by**

## Tue, Apr 4

Your items may arrive in Walmart bags or original packaging

Skylar Muth

2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Tue, Apr 4**

1 item



**Continue Shopping**

Order# 2000107-53325964

Shipping

## Arrives by Tue, Apr 04

Placed — Preparing — On the way — Delivered

## Delivery Address

Skylar Muth

2773 NE 14th Ave, Wilton Manors, FL 33334

## Delivery preferences ⌃

⊘ We'll leave your order at the door

Sold and shipped by journey1018

## 1 item ⌃



Summer Short Sleeve Tunic
Tops for Women High Low
Hem Vintage Print Shirts
Loose Pullover T-shirt Ladies
Plus Size Round Neck Blouse

$16.82