**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 23-cv-22599-RNS**

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.

_____/

**NOTICE OF FILING UNDER SEAL DECLARATION OF
HUMBERTO RUBIO**

Plaintiff EZSHOOT LLC ("Plaintiff"), by and through undersigned counsel, hereby notices

his filing under seal, pursuant to Court Order (ECF No. 7), of Declaration of Humberto Rubio in

Support of Plaintiff's *Ex Parte* Motion for Entry of Temporary Restraining Order, Preliminary

Injunction and Order Restraining Transfer of Assets.

Respectfully Submitted this 16th day of August, 2023.

        **LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
        Attorneys for Plaintiff
        8950 SW 74 Ct., Suite 1804
        Miami, Fl 33156
        Telephone: (786) 220-2061
        Facsimile: (786) 220-2062
        Email: hrubio@rubiolegal.com
        Email: frubio@rubiolegal.com
        Email: info@rubiolegal.com

        By:*/s/ Humberto Rubio*
        Humberto Rubio, Jr., Esq.
        Florida Bar No. 36433
        Felipe Rubio, Esq.
        Florida Bar No. 123059

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 23-cv-22599-RNS

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.

_____/

**SEALED DECLARATION OF HUMBERTO RUBIO IN SUPPORT OF PLAINTIFF'S**
***EX PARTE* MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER,**
**PRELIMINARY INJUNCTION, AND ORDER RESTRAINING TRANSFER OF ASSETS**

I, Humberto Rubio, declare and state as follows:

1.      I am over 18 years of age and I have personal knowledge of the facts set forth

herein.

2.      I am counsel of record for Plaintiff, EZSHOOT LLC ("Plaintiff") and I make this

declaration in support of Plaintiff's *Ex Parte* Motion for Entry of Temporary Restraining Order,

Preliminary Injunction, and Order Restraining Transfer of Assets ("Motion for TRO").  If called

upon to do so, I could and would competently testify to the following facts set forth below.

3.      The individuals, partnerships, and unincorporated associations ("Defendants")

identified on Schedule "A" of the Amended Complaint conduct their e-commerce business through

Walmart among other e-commerce platforms.

4.      Based upon the data and information collected and provided in connection with this action, Defendants' Internet based e-commerce stores currently ship infringing goods using unauthorized copies into the United States, including the Southern District of Florida.

5.      Defendants are promoting, advertising, distributing, selling and/or offering for sale, through Seller IDs provided by the e-commerce stores, goods using counterfeit and infringing trademarks of Plaintiff without authorization. Attached hereto as Schedule "B"[1] are representative web page captures and order samples from Defendants' Internet based e-commerce stores operating under the Seller IDs.

6.      Defendants have structured their e-commerce store businesses so that the means for customers to purchase Defendants' infringing goods, at issue, is by placing an order electronically. Defendants receive and confirm orders online and rely on electronic means to receive payment.

7.      Defendants obtain their sales proceeds, from the e-commerce platforms, by using money transfer, and/or retention processing services with PayPal, Inc., and/or having their sales processed using an aggregate escrow account in order to receive monies from the sale of infringing goods.

8.      The escrow accounts on these e-commerce platforms are held in various financial institutions, including Walmart, Paypal among others.

9.      Most of the time, Defendants must provide an email address and physical address to the third-party platforms through which Defendants operate (such as Walmart), however, few Defendants purport to provide any type of a physical address to these third-party platforms much less a valid, accurate, and verifiable physical address. Also, many of the Defendants appear to

---

[1]      Schedule B consists of web captures and samples of each of the Defendant's trademark infringement.  This Schedule B has been organized per Defendant and shows the unlawful use of Plaintiff's trademark (highlighted by a red box) and identifies the store name (also highlighted by a red box).

reside in China, neighboring states (and other foreign jurisdictions) and some use Chinese characters for their names and addresses.  Store operator can input any physical address so that it is not verifiable and typically false and or inaccurate. Even where a physical address is known, it is not a reliable way to locate and or identifying Defendants.

10.     There are reports that confirm the unreliability of and uncertainty of physical addresses. A January 2020 publication on counterfeiting by the Department of Homeland Security cites a "lack of relevant policies and procedures to verify sellers' true names and addresses" by third party platforms, which "contributes to a range of impediments to effective enforcement."

11.     Based upon the data and information collected and provided in connection with Defendants' Internet based e- commerce stores, including the shipping information and payment data provided in connection with Defendants' Seller IDs, Plaintiff has good cause to suspect Defendants are all residing and/or operating outside of the United States and/or redistribute products from sources outside of the Unites States.

12.     Defendants have complete control of their e-commerce stores, at issue.  If notice of this action and or this proceeding, Defendants can modify the ownership of the e-commerce store, data, content, payment accounts, redirect consumers to other seller identification names, and transfer assets to other seller identification numbers.

13.     Absent the granting of Plaintiff's Motion for TRO, without notice, Defendants can and will likely alter the status quo before the Court can determine the parties' respective rights. Particularly because Defendants can transfer, conceal and dissipate assets or modify e-commerce data within minutes after obtaining notice of this action. Such result would also frustrate the Court's ability to grant meaningful relief.

14.     Undersigned counsel has not yet provided notice of the present action to Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of August, 2023.

*/s/ Humberto Rubio*
Humberto Rubio, Jr., Esq.

**SCHEDULE B**

# Defendant No.: **1**

## Store Name:

## **Howden Fashion Co.Ltd**

Seller Howden Fashion Co.Ltd



Loose Autumn Winter Striped Sweater Women Pullover Thick Ladies Sweaters High Quality Oversized
Color Block Sweater Jumper



Loose Autumn Winter Striped Sweater Women Pullover Thick Ladies Sweaters High Quality Oversized Color Block Sweater Jumper



## Similar items you might like

Based on what customers bought



| From $16.30 | From $18.87 | From $21.93 |
|---|---|---|
| Women Fashion Long Sleeve Knitted Sweaters Casual Solid... | NGMQ Hollow-out Knit Sweater Women Casual Loose Waved... | Women Oversized Knitted Sweaters Star Graphic Cable Knit... |
| ★★★☆☆ 50 | ★★★☆☆ 70 | ★★★☆☆ 2 |
| 3+ day shipping | 2-day shipping | 3+ day shipping |

## About this item

### Product details

Stylish design, 100% brand new high quality!

Gender: Women Woman,Ladies Lady,Female,Girls Girl
Style:Winter Casual Long Sleeve Kint Tops,Pullover Jumper Sweater Tops
Pattern Type:Knit ,Striped,Color Block,Pullover ,Rainbow Print Knit Sweater.
Sleeve Style: Long Sleeve
Colour: Khaki,Orange,Gray,Blue
Size: S,M,L,XL
Season: Spring,Autumn,Fall,Winter
Material:100%Acrylic
Occasions: Casual,Traveling,Vacation,Party,Working,Dating,Shopping,Home,Holiday,Office,Sch

Loose Autumn Winter Striped Sweater Women Pullover Thick Ladies Sweaters High Quality Oversized Color Block Sweater Jumper

Search everything at Walmart online and in store

Sacramento Supercenter

Size Note:

The size just for reference.It would be 1-3cm measuring error for acceptance.

Please kindly check it before you order our product,thanks.

Hint for choosing proper size:

1. Use similar clothing to compare with the size.

2.Choose larger sizes if your size are same as the flat measurement Size chart.

Size-Details (INCH)(1 INCH = 2.54 CM)

Tag S == US 0-2 ==Bust 36.25 ==Sleeve 17.73 ==Length 22.06

Tag M == US 4-6 ==Bust 37.82 ==Sleeve 18.12 ==Length 22.46

Tag L == US 8-10 ==Bust 39.40 ==Sleeve 18.52 ==Length 22.85

Tag XL == US 12-14 ==Bust 40.98 ==Sleeve 18.91 ==Length 23.25

Notes:

1. Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures.

2. Slightly color/pattern differences between batches.

3. Size doesn't fit all, please carefully check size chart and select the size based on your real size.

Package Included:

1 x Long Sleeve Knit Top

- Material:100%Acrylic
- Knitted fabric and Loose fit, Long sleeve, Striped,Rainbow ,Color block, Striped, Weave knitted, Mid-weight, Crew neck, pullover tops Loose baggy off shoulder plain long sleeve knitted jumper Suit For All People Loose baggy off shoulder plain long sleeve knitted jumper Suit For All People
- Suitable for Autumn Winter and Spring. Best match with sweatpants or jeans and high-heels
- Occasion: Suitable for womens or juniors,whatever you are Working,Dating,Shopping,Home,Holiday,Office,School or casual everyday look.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications ⌄

**Features**

Casual, Colorblock

**Country of Origin - Textiles**

Imported

Loose Autumn Winter Striped Sweater Women Pullover Thick Ladies Sweaters High Quality Oversized Color Block Sweater Jumper



Loose Autumn Winter Striped Sweater Women Pullover Thick Ladies Sweaters High Quality Oversized Color Block Sweater Jumper



Loose Autumn Winter Striped Sweater Women Pullover Thick Ladies Sweaters High Quality Oversized Color Block Sweater Jumper



Loose Autumn Winter Striped Sweater Women Pullover Thick Ladies Sweaters High Quality Oversized Color Block Sweater Jumper



Loose Autumn Winter Striped Sweater Women Pullover Thick Ladies Sweaters High Quality Oversized Color Block Sweater Jumper



Similar items that are comfortable

Based on customer reviews



**From $18.77**

Loose Autumn Winter Striped Sweater Women Pullover Thic...

★★★★☆ 107

3+ day shipping

**$29.39** +$3.99 shipping

Dokotoo Women's Multicoloured Color Block Rainbow Stripe...

★★★★★ 19

3+ day shipping

**From $28.44**

SAYFUT Womens Turtleneck Poncho Sweater Shawls Cape...

★★★½☆ 12

3+ day shipping

Loose Autumn Winter Striped Sweater Women Pullover Thick Ladies Sweaters High Quality Oversized Color Block Sweater Jumper





Loose Autumn Winter Striped Sweater Women Pullover Thick Ladies Sweaters High Quality Oversized Color Block Sweater Jumper





**Related pages**

Cyber Monday Women's Jackets Deals 2022

Sueter Mujer

Time and Tru Sweaters

Women's Cold Weather Sweaters

Balenciaga Sweater Womens

Sueter De Mujer

The Pioneer Woman Clothing

The Pioneer Woman Fashion

Notice unusual marketplace activity? Report

We'd love to hear what you think!

Give feedback

# Defendant No.: **2**

## Store Name:

## **HUACHEN**

Seller HUACHEN



Women Striped Plush Hooded Coat Jacket Hoodies Fuzzy Fleece Zipper Outerwear Sweatshirt



Women Striped Plush Hooded Coat Jacket Hoodies Fuzzy Fleece Zipper Outerwear Sweatshirt



Search everything at Walmart online and in store

Sacramento Supercenter

## Similar items you might like
Based on what customers bought

**From $11.89**
+$2.00 shipping

Leadmall Hooded
Sweatshirts Sweaters
for Women Hoodies...

★★★★☆ 4

3+ day shipping

**From $18.22**

TOTO Sweatshirt For
Women Tru Tops
Hoodie Hanes Wome...

3+ day shipping

**From $26.79**

Frontwalk Lightweight
Zip Up Hoodies for
Women Hooded...

3+ day shipping

## About this item

### Product details

Type: Women Plush Jacket Coat Hoodies
Gender: Women Woman, Ladies Lady, Female
Style: Women Long Sleeve Plush Coat Jacket Outwear Overcoat
Pattern Type: Stripe, Color Block, Hooded, Zipper, Drawstring
Color: Khaki, Purple, Green, Black, Red, Blue, Army Green, Caramel, Claret (Optional)
Size: S, M, L, XL, XXL, 3XL, 4XL, 5XL (Follow the size chart to select please)
Material: 95%Polyester 5%Spandex
Neckline: Hooded
Length: Hip Length

Women Striped Plush Hooded Coat Jacket Hoodies Fuzzy Fleece Zipper Outerwear Sweatshirt

Search everything at Walmart online and in store

Sacramento Supercenter

Length: Hip Length

Sleeve Length: Long Sleeve

Season: Spring, Autumn, Fall, Winter

Occasions: Casual, Traveling, Vacation, Working, Party, Everyday, Dates, Movies, Street, Shopping

Features:

1. Lightweight, ultra soft fabric could keep you warm all day.

2. Daily wear, vocation, dates, sports, school, working, street wear, etc. Easy to pair with boots, jear trendy look in autumn and winter.

3. Clothes perfect to match you favorite jeans, pants etc.

4. Casual style showing your unique charm and vitality, add a sense of elegance and style. The casu and comfortable, and You will love it when you receive it.

Package Content:

1 x Coat (Other Accessories are not included)

Tips:

1. Please compare the detail sizes with yours before you buy!!!

2. Colors may be slightly different depending on computer and monitor settings.

3. Please allow 1-3cm differs due to manual measurement, thanks. (All measurement in cm and plea 1inch=2.54cm)

- The women casual jacket coat features hooded,front zipper,soft and comfy fleece material,fashi side pockets,oversized style can fit more body for ladies.
- Women fuzzy jackets are made of lightweight soft fleece fabric,which is warm and cozy, breatha perfectly keep you warm in the autumn and cold winter.
- Casual fuzzy fleece long sleeves hooded cardigan for women is perfect to wear with leggings, je boots,sneakers for a trendy look in chilly day.
- The fleece hooded cardigan is great for daily casual, work office, fall, winter holidays, going out, also be a sweet Christmas Gift,New Year, Valentine's Day to your love, friends or yourself.
- Wash Recommended With Cold Water/Do Not Bleach/Hang Or Line Dry/Wash with like colours durability of your clothes

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide have not verified it. See our disclaimer

Specifications

**Features**

Contrast Color

**Country of Origin - Textiles**

Women Striped Plush Hooded Coat Jacket Hoodies Fuzzy Fleece Zipper Outerwear Sweatshirt



Women Striped Plush Hooded Coat Jacket Hoodies Fuzzy Fleece Zipper Outerwear Sweatshirt



Search everything at Walmart online and in store

Sacramento Supercenter

Athletic Works Women's Athleisure Mock Neck Hoodie

★★★★☆ 45

Pickup   Delivery

3+ day shipping

Holiday Time Women's Long Sleeve Hacci Hoodie

★★★★☆ 9

3+ day shipping

No Boundaries Junior's Christmas Velour Track Set, 2-Piece

Pickup   Delivery

3+ day shipping

Earn 5% cash back on Walmart.com. See if you're pre-approved with

## Products you may also like



Reduced price

$54.99

Dellytop Women's Padded Hooded Zipper Coat Wadded Jacket...

★★★☆☆ 11

3+ day shipping

Now $39.99  $58.99

Diamond Candy Women's Winter Ski Jacket Hooded...

★★★★★ 16

2-day shipping

$38.99

Blencot Womens Full Zipper Sherpa Jackets Fleece Winter Coats...

★★★★☆ 6

3+ day shipping

## Customer reviews & ratings

Women Striped Plush Hooded Coat Jacket Hoodies Fuzzy Fleece Zipper Outerwear Sweatshirt



Women Striped Plush Hooded Coat Jacket Hoodies Fuzzy Fleece Zipper Outerwear Sweatshirt



Women Striped Plush Hooded Coat Jacket Hoodies Fuzzy Fleece Zipper Outerwear Sweatshirt



**$42.98**

Frontwalk Women
Sleeveless Long Jacket
Casual Padded Vest...

★★★★★ 1

3+ day shipping

**$29.99**

TheMogan Women's
S~3X Full Zip Ultimate
Cotton Fleece Hoodi...

★★★☆☆ 8

3+ day shipping

**$29.98**

Striped Hooded
Women Zipper
Cardigan Tops

3+ day shipping

## Recently viewed items

Based on your most recent browse history



**From $18.77**

Loose Autumn Winter
Striped Sweater
Women Pullover Thic...

3+ day shipping

**From $13.80**

Frontwalk Christmas
Print Tops for Women
Baggy Long Sleeve...

3+ day shipping

**From $14.01**

Sexy Dance Women V-
Neck Lantern Sleeve
Blouse Zipper Loose...

3+ day shipping

Women Striped Plush Hooded Coat Jacket Hoodies Fuzzy Fleece Zipper Outerwear Sweatshirt



# Defendant No.: **3**

## Store Name:

## **Bnwani Store**

Seller Bnwani Store



Seller Bnwani Store



Sexy Dance Women V-Neck Lantern Sleeve Blouse Zipper Loose Casual Top Shirts



Sexy Dance Women V-Neck Lantern Sleeve Blouse Zipper Loose Casual Top Shirts



## Similar items you might like

Based on what customers bought

$22.98

Summer Half Sleeve Women V-Neck Chiffon Blouse Femal...

3+ day shipping

From $12.24

Wodstyle Women's Summer Blouse Plain Ruffle Short Sleeve...

★★☆☆☆ 15

3+ day shipping

From $7.99

Plus Size Women Kaftan Loose Blouse Shirts Summer Short...

★★★★½ 80

3+ day shipping

## About this item

### Product details

Description:
Gender:Women, Woman, Ladies Lady, Female, Girls
Style:Women Solid Color Tops, Off Shoulder Shirts, Half Sleeve V Neck T Shirts, Summer Lanter
Blouse, Beach Baggy Pullover, Zip Up Tunic Tops
Pattern Type:Solid Color, Zipper
Color:Gray, White, Pink, Red, Blue, Yellow, Black (Optional)
Size:S, M, L, XL, 2XL (Follow the size chart to select please)

Sexy Dance Women V-Neck Lantern Sleeve Blouse Zipper Loose Casual Top Shirts

**Services**

Search everything at Walmart online and in store

amento, 95829   Sacramento Supercenter                                                                    Chri

Material:95%Polyester, 5%Spandex
Neckline:V Neck
Length:Hips
Sleeve Length:Half Lantern Sleeve
Season:Spring, Summer, Autumn, Fall, Winter
Occasions:Casual, Traveling, Vacation, Working, Party, Everyday, Dates, Movies, Daily, School, Holiday,Street, Picnic, Beach

Features:
1. Material:95%Polyester, 5%Spandex, Spandex. A good amount of stretch, breathable,skin-touch, makes you feeling well.
2. Design:Women casual v neck t shirts, zipper pullover, cold shoulder tunic tops blouse, lantern sleeve shirts, loose baggy beach tee shirts, sexy, casual and fashion.
3. Features:Women summer tops, zipper tunic tops, cold shoulder blouse, v neck t-shirts, lantern sleeve shirts, solid color blouse, beach holiday t shirts, half sleeve tee shirts, baggy casual blouse.
4. Women v neck zipper shirts is very soft and comfortable.Suitable for a variety of occasions.Such as spring, summer, casual, parties, beach, holiday, dinner, casual outdoor, night out, vacation, daily life.
5. The ladies off shoulder tunic tops is perfect for fashion and classic design, makes it suitable for all occasion wear.


Package Content:
1 x Women Off Shoulder T Shirts Blouse (Other Accessories are not included)

Tips:
1. Please compare the detail sizes with yours before you buy!!!
2. Colors may be slightly different depending on computer and monitor settings.
3. Please allow 1-3cm differs due to manual measurement, thanks. (All measurement in cm and please note 1cm=0.39inch, 1inch=2.54cm)

* Style- Women Solid Color Tops, Off Shoulder Shirts, Half Sleeve V Neck T Shirts, Summer Lantern Sleeve Tee Shirt, Loose Casual Blouse, Beach Baggy Pullover, Zip Up Tunic Tops
* Material - 95%Polyester, 5%Spandex. The fabric is soft and comfortable for your skin
* Design - Women casual v neck t shirts, zipper pullover, cold shoulder tunic tops blouse, lantern sleeve shirts, loose baggy beach tee shirts, sexy, casual and fashion
* Occasion - Simple and nature design makes this tunic top perfect for work, casual, holiday party, picnic, daily wear,dates,weekend,dates,beach
* Measurement - Please refer to our size chart in the second detailed picture. Tips: Walmart generic size chart is not our size

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Sexy Dance Women V-Neck Lantern Sleeve Blouse Zipper Loose Casual Top Shirts



Sexy Dance Women V-Neck Lantern Sleeve Blouse Zipper Loose Casual Top Shirts



Sexy Dance Women V-Neck Lantern Sleeve Blouse Zipper Loose Casual Top Shirts



**Now $17.99** ~~$49.99~~

Ablanczoom Womens
V Neck Shirts Balloon
Sleeve Blouses Casua...

★★★★★ 1

2-day shipping

**Now $30.09** ~~$33.99~~

Astylish Women's Bell
Sleeve Shirts Lace
Crochet Blouses V...

3+ day shipping

**Now $19.98** ~~$22.98~~

Anygrew Women's
Long Sleeve V Neck
Shirts Casual Tunic...

★★★★★ 9

2-day shipping

## Customer reviews & ratings

# 4.9 out of 5

★★★★★ (55 reviews)

| | |
|---|---|
| 5 stars | |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | |

[See all reviews]  **Write a review**

### Frequent Mentions

Fit (8)   Color (8)   Style (3)   Material (3)   Comfort (3)   Fabric (3)

Sexy Dance Women V-Neck Lantern Sleeve Blouse Zipper Loose Casual Top Shirts



★★★★★     3/22/2022

**Great Buy**

This blouse was a very nice material. I am 5'8" 160lbs with athletic build. I ordered a Large but probably could have ordered a M. I would definitely purchase another in a M. Great feel, made well, zipper is made well, which was my concern. I'll have to see how it will hold up after a wash! Speedy delivery and well worth the price!

Mervin Hackett

👍 0   👎 0

Written by a **sexy-dance.myshopify.com** customer

★★★★★     2/16/2022

**Nice for all occasions**

I bought an xl. Its a bit bigger than I usually wear but not so big it looks like a dress. I love the zipper option bc depending on the event you are wearing it too you can show just the right amount of cleavage or not. The color was right on. I'm ordering another

Jules Maggio

👍 0   👎 0

Written by a **sexy-dance.myshopify.com** customer

★★★★★     4/19/2022

**Great top at a great price**

LOVE this top! Very flattering and great quality. I ordered the red and was so pleased that I're ordered the white one also.

Lola Gbogboade

👍 0   👎 0

Written by a **sexy-dance.myshopify.com** customer

★★★★★     5/3/2022

**Love it, but it is not at all like the color show - it is...**

It is nice and I also have the light gray without shoulder cut outs. However it is definitely NOT khaki or anything similar to khaki

Carli Waeichl

👍 0   👎 0

Written by a **sexy-dance.myshopify.com** customer

★★★★★     4/6/2022

**Nice quality, and looks good**

Quality is nice and looks good on

Zainab Isokun

👍 0   👎 0

Sexy Dance Women V-Neck Lantern Sleeve Blouse Zipper Loose Casual Top Shirts



## More items to explore



Sexy Dance Women V-Neck Lantern Sleeve Blouse Zipper Loose Casual Top Shirts



**$21.99**

Esobo Women V-Neck Front Knotted Blouse Shirt Long Sleeve...

3+ day shipping

**$22.95**

MIHOLL Women Long Sleeve Tops Lace Balloon Sleeve Casual...

★★★½☆ 11

2-day shipping

**$21.98**

Mafulus Womens V Neck Long Sleeve Shirts Pleated Cotton...

★☆☆☆☆ 1

3+ day shipping

## Recently viewed items

Based on your most recent browse history



+5

**From $37.98**

Women Striped Plush Hooded Coat Jacket Hoodies Fuzzy Fleece...

3+ day shipping

**From $18.77**

Loose Autumn Winter Striped Sweater Women Pullover Thic...

3+ day shipping

**From $13.80**

Frontwalk Christmas Print Tops for Women Baggy Long Sleeve...

3+ day shipping

Sexy Dance Women V-Neck Lantern Sleeve Blouse Zipper Loose Casual Top Shirts



## Related pages

Pioneer Shirt

Fun Dress Shirts

The Pioneer Woman Blouses

Women's Essentials Blouses

Tunic Top Dresses

Pioneer Hats

The Pioneer Woman Clothing

Blouses & Tops



Notice unusual marketplace activity? Report

We'd love to hear what you think!

Give feedback

Sexy Dance Push Up Activewear with Pockets Women Ladies Plus Size Yoga Jogging Running Sports Pant High Waist Workout Flared Leggings



Sexy Dance Push Up Activewear with Pockets Women Ladies Plus Size Yoga Jogging Running Sports Pant High Waist Workout Flared Leggings



## About this item

Product details

Description:
Condition:100% Brand New and High Quality
Gender:Women Woman, Ladies Lady, Female
Style:Yoga Pants,Workout Leggings,Sports Trousers,Tights

Sexy Dance Push Up Activewear with Pockets Women Ladies Plus Size Yoga Jogging Running Sports Pant High Waist Workout Flared Leggings

Search everything at Walmart online and in store

ort Lauderdale Supercenter

Pattern Type:Solid Color,Bootcut,Flared,Pockets,Stretch,Drawstring,Buttons

Color:White,Gray,Green,Black,Blue,Wine Red(Optional)

Size:XS,S, M, L, XL,2XL,3XL,4XL (Follow the size chart to select please)

Material:90% Polyester, 10% Spandex

Length:Full Length

Waist:High Waist

Season:Spring, Summer, Autumn, Fall, Winter

Occasions:Fitness,Yoga,Gym,Yoga,Running,Jogging,Climbing,Exercise,Casual,any type of sports or fitness-related, or daily wear.

Features:

1. Breathable and Sweat-absorbent and Quick-drying:The new fabric has good breathability and absorbs sweat, giving you a dry and comfortable sports experience.

2. High Waist Fit:It provides perfect support for your waist, does not make you feel uncomfortable, elastic fabric and reasonable cut, it is not easy to slide or curl during exercise.

3. This yoga pants is soft and skin-friendly, perfect for yoga, sports, fitness, running and more. It is also very comfortable to wear everyday.

Package Content:

1 x Pants (Other Accessories are not included)

Tips:

1. Please compare the detail sizes with yours before you buy!!!

2. Colors may be slightly different depending on computer and monitor settings.

3. Please allow 1-3cm differs due to manual measurement, thanks. (All measurement in cm and please note 1cm=0.39inch, 1inch=2.54cm)

- EXCELLENT FABRICS WITH LATEST TECHNOLOGY:Bootcut Workout pants for women are made from high quality materials with Polyester and Spandex.The Fabric is Sweat Wicking, Non-See-Through and Ultra-Soft with a 4-Way Stretch Technology like a Second-Layer Skin on your body.
- UNIQUE DESIGN:Yoga Bootleg Pants allow you to move without restriction,the side pocket and 2 back pockets with buttons are probably one of the favorite features which can put keys,cards,cash,mobile phone while doing sports.High waist for tummy control,drawstring for elastic waist perfectly contouring your curves and streamlining your shape.
- OCCASIONS:Fitness,Yoga,Gymnastics,Yoga,Fitness,Running,Jogging,Climbing,Gym Exercise,Casual,any type of sports or fitness-related, or daily wear.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications                                                                                          ⌃

**Features**

suit for all season

**Color**

Blue

Sexy Dance Push Up Activewear with Pockets Women Ladies Plus Size Yoga Jogging Running Sports Pant High Waist Workout Flared Leggings



Sexy Dance Push Up Activewear with Pockets Women Ladies Plus Size Yoga Jogging Running Sports Pant High Waist Workout Flared Leggings



Search everything at Walmart online and in store

Fort Lauderdale Supercenter

★★★☆☆ 57    ★★⯨☆☆ 8    ★★★★⯨ 7    ★★★☆☆ 1

2-day shipping    3+ day shipping    3+ day shipping    3+ day shipping

**Customers also considered**

Best seller

+2    +12 options    +9

$15.96    From $22.12    $22.99    From $29.44

Athletic Works Women's Regular Dri-More Core Relaxed F...    Plus Size Yoga Pants for Women Lady Casual Loose Jogger...    33"/ 35"Inseam High Waist Workout Bootcut Yoga Pants f...    Woman Within Women's Plus Size Tall Stretch Cotton...

★★★★⯨ 2533    ★★★☆☆ 5    ★★★★★ 2    ★★★★☆ 2772

3+ day shipping    3+ day shipping    3+ day shipping    3+ day shipping

**Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.    Learn more

**Products you may also like**    Sponsor

Best seller    Best seller    Best seller

Sexy Dance Push Up Activewear with Pockets Women Ladies Plus Size Yoga Jogging Running Sports Pant High Waist Workout Flared Leggings



Sexy Dance Push Up Activewear with Pockets Women Ladies Plus Size Yoga Jogging Running Sports Pant High Waist Workout Flared Leggings



Sexy Dance Push Up Activewear with Pockets Women Ladies Plus Size Yoga Jogging Running Sports Pant High Waist Workout Flared Leggings





Sexy Dance Push Up Activewear with Pockets Women Ladies Plus Size Yoga Jogging Running Sports Pant High Waist Workout Flared Leggings



Sexy Dance Push Up Activewear with Pockets Women Ladies Plus Size Yoga Jogging Running Sports Pant High Waist Workout Flared Leggings



## Related pages

Athletic Works Women's Clothing

Womens Workout Sweatpants

Womens Sweatpants

Womens Basic Bottoms (ID)

Notice unusual marketplace activity? Report

We'd love to hear what you think!

Give feedback

# Defendant No.: **4**

## Store Name:

## **DZXJMYYXGS**

Seller DZXJMYYXGS



Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



**Complete the look**

Sofia Jewelry by Sofia Vergara
$7.99 $13.00

Dream Pairs
$37.99 $49.99

Sexy Dance
$19.44 $26.89

Sofia Vergara X Foster Grant
$15.95 $18.90

XB Xibang
$21.59 $23.99

**Similar items you might like**
Based on what customers bought

Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



**$39.98** +$3.99 shipping

Dokotoo Womens Khaki Stretch Crewneck Sweater...

★★★★⯪ 25

3+ day shipping

**$16.99**

Women Long Sleeve Sweater Dress Knitted Mini Dress

★☆☆☆☆ 1

3+ day shipping

**From $15.99**

2019 New Women Deep V Neck Batwing Long Sleeve Knitted...

3+ day shipping

## About this item

Product details

Description:
Condition: 100% Brand New and High Quality
Gender: Women Woman, Ladies Lady, Female
Style: Women Midi Dress, Bodycon Dress
Pattern Type: Solid Color, Bodycon
Color: White, Black, Camel, Blue (Optional)
Size: S, M, L, XL (Follow the size chart to select please)
Material: 92% Polyester, 8% Spandex
Neckline: V Neck
Sleeve Length: Long Sleeve

Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



Length: Mid Calf
Season: Autumn, Fall, Winter
Occasions: Casual, Traveling, Vacation, Working, Party, Everyday, Dates, Movies

Features:
1. Long sleeve dress which gives extra soft touch, premium fabric for extra comfort.
2. Wear this dress for any occasion, work, business or everyday that gives relaxed fit. An essential dress for autumn, winter and occasions.
3. Fashionable style makes you sexy and eye-catching in the crowd.
4. Simple, versatile design makes this dress perfect for daily.

Package Content:
1 x Dress (Other Accessories are not included)

Tips:
1. Please compare the detail sizes with yours before you buy!!!
2. Colors may be slightly different depending on computer and monitor settings.
3. Please allow 1-3cm differs due to manual measurement, thanks. (All measurement in cm and please note 1cm=0.39inch, 1inch=2.54cm)

- Features : Midi dresses , soft and warm , designed for a slim fit.
- Feature:Women Midi Dress, Bodycon Dress,solid color ,ribbed low-cut V-neck,tight-fitting,long-sleeved dress
- Match : it's super versatile, easy to style , great with coats, jacket, trench coat, leggings, boots, very charming and feminine.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications

**Country of Origin - Textiles**
Imported

**Fabric Content**
8% Spandex

Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



## More items to explore



$26.98

Women's Fashion Casual V-Neck Long Sleeves Print Lace-up...

3+ day shipping

$14.99

Women's Fashion Casual Comfortable Printed Long Sleeve ...

3+ day shipping

Now $29.35

Ladies Summer Autumn Solid Color Long Sleeve V-Neck...

3+ day shipping

## Recently viewed items

Based on your most recent browse history






Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



**From $35.48**

Frontwalk Womens Stylish Quilted Jacket Winter Coats Outwea...

3+ day shipping

**From $29.51**

Frontwalk Mens Sweat Suit Set Tracksuit Jogging 2 Piece...

3+ day shipping

**From $15.99** ~~$26.99~~

S-5XL Floral Print Jumpsuit for Women Summer Sleeveless...

3+ day shipping

**Walmart+**

## Ship free, no order min*

Free shipping as often as you need on any order size.

Join Walmart+

## Related pages

Bridesmaid Dresses

Azazle Bridesmaid

ELOQUII Elements shop all

ELOQUII Elements Dresses & Jumpsuits

Bridesmaid Dresses with Sleeves

Women's Bridesmaid Dresses

Plus Size Dresses

Womens Plus Savings Dresses & J

Women Fashion Winter Long Sleeve Ribbed Casual V-Neck Sweater Midi Dress Ladies Slim Fit Maxi Wrap Dress



## Related pages

| | |
|---|---|
| Bridesmaid Dresses | Bridesmaid Dresses with Sleeves |
| Azazie Bridesmaid | Women's Bridesmaid Dresses |
| ELOQUII Elements shop all | Plus Size Dresses |
| ELOQUII Elements Dresses & Jumpsuits | Womens Plus Savings Dresses & Jumpsuits |

Notice unusual marketplace activity? Report



We'd love to hear what you think!

Give feedback

# Defendant No.: **5**

## Store Name:

## **TZQ Trade Co.ltd**

Seller TZQ Trade Co.ltd



Seller TZQ Trade Co.ltd



Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL



Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL



Roll over image to zoom in

Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL



## Similar items you might like

Based on what customers bought









**$18.99**

Women's Half-Sleeve Leopard Printed Blouses Casual...

★★☆☆☆ 6

3+ day shipping

**From $14.69**

Lumento Baggy Casual Blouse Tops Shirt For Women Ladies...

3+ day shipping

+64 options

**From $12.49**

CFXNMZGR Womens Tops Women Ladies Zipper Button Long...

★★★☆☆ 5

3+ day shipping

## About this item

Product details

Description :
Gender: Women Woman,Ladies Lady,Female
Style:Summer Love Print Tops,Short Sleeve Loose Casual T Shirt,Casual Beach Loose Tops
Type: Loose ,Casual,Sport ,Daily
Pattern Type:Love Print,Short Sleeve,Crew neck
Sleeve Style: Short Sleeve

Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL



Colour: Blue,Gray,Red,Pink,Green
Size: S,M,L,XL,2XL,3XL
Season: Spring,Summer,Autumn,Fall
Material: cotton
Occasions: Casual,Traveling,Vacation,Party,Beach Holiday ,Sport Running,Home Wear

Features:
1.Women Casual Love Print Loose Short Sleeve Blouse Tops T Shirt Summer Fashion Street Tees
2.This Unique Colorful Gradient Tops T-shirts Well With Leggings And Jeans, Trendy And Elegant Item
3.Suitable For A Casual Everyday Look And Any Occasions Especially For Office, Parties, Clubbing And Dating.

Notes:
1. Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed the pictures.
2. Slightly color/pattern differences between batches.
3. Size doesn't fit all, please carefully check size chart and select the size based on your real size.

Package Included:
1 x Women Blouse Tops

- Feature:Short Sleeve T Shirt,Love Heart Print,Round Neck,Crew Neck,Loose Baggy S-3XL
- Occasions: Casual,Traveling,Vacation,Party,Beach Holiday ,Sport Running,Home Wear
- Size:S,M,L,XL,XXL,Color:Blue,Gray,Red,Pink,Green

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications

**Country of Origin - Textiles**
Imported

**Clothing Size**
XXL

Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL





Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL



Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL



Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL



Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL





Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL



Time And Tru Women's Knit Turtleneck Top

★★★★☆ 16

Pickup   Delivery

3+ day shipping

JWD Women's Tops Long Sleeve Lace Trim O-Neck A Line Tunic...

★★★★½ 979

2-day shipping

Time and Tru Women's Flannel Shirt

★★★★☆ 67

Pickup   Delivery

3+ day shipping

## More items to explore





$19.99

Anyjoin Womens Summer Casual T Shirt Strappy Cold Shoulde...

★★★★½ 926

2-day shipping

$15.76

JWD Summer Ruffle Short Sleeve Knit Tunic Tops Shirts Tank Tee...

★★★★½ 648

2-day shipping

$23.99

ZHENWEI Womens Summer V Neck Cold Shoulder Tops T Shirts...

3+ day shipping

## Recently viewed items

Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL



Women Short Sleeve Kaftan Blouse T Shirts Summer Love Print Loose Baggy O-Neck Pullover Tops Blouse Basic Tee Plus Size S-3XL



## Related pages

Pioneer Shirt

Amado S

Womens Plus

The Pioneer Woman Blouses

Make T

Fun Dress Shirts

Womens Plus Savings

The Pioneer Woman Clothing

💬 **Notice unusual marketplace activity?** Report

We'd love to hear what you think!

Give feedback

# Defendant No.: **6**

## Store Name:

## **TBLP**

## More seller options



Sexy Dance Large Capacity Leather Purses and Handbags for Women Crossbody Shoulder Bags...

Shipping to Wilton Manors, 33334

**$36.97** One-time purchase
+ free shipping

**Arrives by Mon, Jan 16**
Sold and shipped by **TBLP**

Not returnable  Details

**Add to cart**

**$36.98** One-time purchase
+ free shipping

**Arrives by Wed, Jan 18**
Sold and shipped by Kolopland Industrial Trading Group Ltd

Free 30-Day returns  Details

**Add to cart**

**$46.26** One-time purchase
+ free shipping

**Arrives by Fri, Jan 13**
Sold and shipped by Zhuoshengben., Ltd

---

s shop    Up to 50% off Toys    Deals    Gift find

Sexy Dance

**Sexy Dance Large Capacity Leather Purses and Handbags for Women Crossbody Shoulder Bags Pocketb Satchels for Mothers Day Gift - Bla**

★★★★★ (5.0) 2 reviews

# $36.97

Price when purchased online ⓘ

**Buy now**        **Add to cart**

**Actual Color:** Black

$36.97    $35.39    $36.97    $36.97    $3

$36.97

Free shipping, **arrives by Mon, Jan 16** to
2773 NE 14th Ave
More options

Sold and shipped by **TBLP**
View seller information



Cart (1 item)

Free shipping, arrives Mon, Jan 16

2773 NE 14th Ave

Sold and shipped by TBLP

Sexy Dance Large Capacity Leather Purses and Handbags
for Women Crossbody Shoulder Bags Pocketbooks...

Actual Color: Black

Remove    Save for later

$36.97

− 1 +

Continue to checkout

Subtotal (1 item)        $36.97

Shipping                    Free

Taxes          Calculated at checkout

Estimated total        $36.97

Walmart+    Want to save on grocery delivery, gas &
more?

☐ Try W+ free for 30 days!

Earn 5% cash back on Walmart.com
See if you're pre-approved with no
credit risk. Learn how

# Review Order

## Free shipping, arrives by Mon, Jan 16

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 3985                                           $39.56

---

### Place order for $39.56

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                    $36.97

Shipping                                                 Free

**Estimated taxes**                                      $2.59

**Estimated total**                                      $39.56

Have a promo code?



Thanks for your order!

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

We'll email details to barnettcri@yahoo.com
Order #20000636907459 | $39.56

sparkgood   Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Start Free Trial

## Shipping, arrives by Mon, Jan 16

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **7**

## Store Name:

## **guangzhoudingdingshangmaoyou**

‹ Back to order details

# DQW Co.ltd



★★★★★
5 stars out of 5        See all 1 review

**100%**   Overall Positive Rating

🏠  Business Name: guangzhoudingdingshangmaoyouxiangongsi

✉  Contact seller

📞  (+86) 18938910541

📍  guangdongshengguangzhoushibaiyunqu
   jiangxiaxuexiaobeilu1hao403shi
   guangzhoushi, Guangdong 510450, China

About seller

## More items from this seller



$17.01

Puntoco Summer dresses for women clearance, Women Dress Slimming Draw Back Printed Short Sleeves Cold Shoulder Dress Blue

★★★☆☆ 4



$17.97  $21.99

Kupretty Womens Vintage Cotton Linen A-line Dress Summer Casual Button Down V-neck Midi Dress Plus Size

★★★★☆ 6



$7.75  $9.36

Pet Grooming Dematting Comb,P Rake Dog Brush Dematting Comb Loose Undercoat,Blue

★★★★⯪ 15

## Seller reviews

**5** out of **5**

★★★★★ (1 review)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

## More seller options

Clearance    New Year reset    Tech    H...



Sexy Dance Womens Man Checkered
Luggage Bag,Lage Duffel Bag,Travel
Tote-Carry On Bag,Holiday Weekend...

Sexy Dance

**Sexy Dance** Womens Man Checkered
Luggage Bag,Lage Duffel Bag,Travel
Carry On Bag,Holiday Weekend
Overnight Bag,Oversized Sport Gy...
Bag,PU Leather Handbag,Fashion
Shoulder Satchel Bag

★★★☆☆ (3.0) 2 reviews

## $38.97

Price when purchased online ⓘ

Buy now    Add to cart

**Actual Color:** Black Floral


$38.99


**$38.97**


$38.99


$38.98


$3...

**Pattern:** Small Size:18.11x10.24x10.63"

Small Size:18.11x10.24x10.63"

Large Size:20.87x10.24x11.02"

Free shipping, **arrives by Thu, Feb 2** to
2773 NE 14th Ave

---

Shipping to Wilton Manors, 33334

**$38.97** One-time purchase
+ free shipping

**Arrives by Thu, Feb 2**

Sold and shipped by chengduyanyijiangshangmaoltd

Not returnable  Details

Add to cart

**$38.98** One-time purchase
+ free shipping

**Arrives by Wed, Jan 18**

Sold and shipped by guangzhoudingdingshangmaoyou

Not returnable  Details

Add to cart

**$38.99** One-time purchase
+ free shipping

**Arrives by Thu, Feb 2**

Sold and shipped by Angyue,, Ltd

Free 30-Day returns  Details





## Review Order

### Free shipping, arrives by Wed, Jan 18

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

**Delivery instructions**

Add gate codes or other useful information.

Add

**Items details**

1 item

View details

### Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9660

$41.71

---

**Place order for $41.71**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $38.98 |
| Shipping | Free |
| Estimated taxes | $2.73 |
| **Estimated total** | **$41.71** |

Have a promo code? >



Thanks for your order!

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

We'll email details to christophercadengsu@yahoo.com
Order #2000106-48192341 | $41.71

sparkgood  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Shipping, arrives by Wed, Jan 18

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

1 item

Start Free Trial

Search everything at Walmart online and in store

Departments   Services   Reorder My Items   Hi, Adaia A Account

# Defendant No.: **8**

## Store Name:

## **Bag shop**

**More seller options**



Clearance    New Year reset    Tech    Hi



Sexy Dance Womens Checkered Tote
Shoulder Bag Purse With Inner Pouch -
PU Vegan Leather Shoulder Satchel...

Sexy Dance

**Sexy Dance** Womens Checkered To
Shoulder Bag Purse With Inner Pou
PU Vegan Leather Shoulder Satche
Fashion Bags

Shipping to Wilton Manors, 33334

**$29.95** One-time purchase
+ free shipping

## $29.95

Price when purchased online ⓘ

Arrives by Thu, Jan 26

Sold and shipped by Bag shop

🚚 Not returnable  Details

Buy now    Add to cart

**Add to cart**

**Actual Color:** Brown Checkered

      

$29.96   $29.99   $29.95   $29.99   $2

**$29.97** One-time purchase
+ free shipping

Arrives by Wed, Feb 1

Sold and shipped by chengduyanyijiangshangmaoltd

🚚 Free shipping, **arrives by Thu, Jan 26** to
2773 NE 14th Ave
More options

🚚 Not returnable  Details

🏪 Sold and shipped by **Bag shop**
View seller information

**Add to cart**

**$29.99** One-time purchase
+ free shipping

♡  Add to list       🎁  Add to registry

Arrives by Thu, Feb 2

Sold and shipped by Angyue., Ltd

**More seller options (2)**

🚚 **Free 30-Day returns**  Details



Cart (1 item)

Free shipping, arrives Thu, Jan 26

2773 NE 14th Ave

Sold and shipped by Bag shop

Sexy Dance Womens Checkered Tote Shoulder Bag Purse
With Inner Pouch - PU Vegan Leather Shoulder Satchel...

Actual Color: Brown Checkered

Remove    Save for later

$29.95

−  1  +

Continue to checkout

Subtotal (1 item)              $29.95

Shipping                          Free

Taxes              Calculated at checkout

Estimated total              $29.95

×

Walmart+  Want to save on grocery delivery, gas &
more?

☐ Try W+ free for 30 days!

×

Earn 5% cash back on Walmart.com
See if you're pre-approved with no
credit risk. Learn how.

## Review Order

### Free shipping, arrives by Thu, Jan 26

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

**Delivery instructions**
Add gate codes or other useful information.

Add

**Items details**

View details

1 item

### Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

$32.05

Ending in 9660

---

**Place order for $32.05**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $29.95 |
| Shipping | Free |
| Estimated taxes | $2.10 |
| **Estimated total** | **$32.05** |

Have a promo code? >

Search everything at Walmart online and in store

Walmart

Departments

Services

Reorder
My Items

Hi, Adabi A
Account

Thanks for your order!

Walmart+ Join Today
Members can save $1,300/year with free shipping and delivery*

Start Free Trial

We'll email details to **christophercadengsu@yahoo.com**
Order #2000106944427884 | $32.05

sparkgood  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Shipping, arrives by Thu, Jan 26

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

 Back to order details

# TF

★★★½☆  See all 8 reviews
3.4 stars out of 5

 **63%**  Overall Positive Rating

---

🏠  Business Name: HAIKOUSHIXIANGBAITONGSHANGMAOYOUXIANGONGSI

✉️  Contact seller

📞  (213) 348-8267

📍  HAINANSHENGHAIKOUSHIXIUYINGQU
XIULILU96HAOZHONGXINHUAYUAN1501
HAIKOU, Hainan 570100, China

---

About seller

---

## More items from this seller







+ Add | + Add | + Add

$34.98

TWENTY FOUR Womens Checkered Tote Shoulder Bag With Inner Pouch - PU Vegan Leather Shoulder Satchel Fashion Bags

★★★★☆ 322

$29.99

TWENTY FOUR Checkered Tote Shoulder Bag with Inner Pouch - PU Vegan Leather Shoulder Handbags Fashion Ladies Purses Satchel Messenger Bags(Brown)

★★★★½ 135

$22.98

Leather Handbag and Tote Purse fo Women PU Shoulder Bag Adjustab

★★★★☆ 105

---

## Seller reviews

# 3.4 out of 5

★★★½☆ (8 reviews)

| | |
|---|---|
| 5 stars | 4 |
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 3 |

# Defendant No.: **9**

## Store Name:

## **Frozen**

Sexy Dance

# Sexy Dance Women Belt Bags Checkered Fanny Pack Men Women Crossbody Fanny Pack Waist Bags,Bum Bags,Sling Fanny Packs,Fashion Pouch Pocket Travel Sport Checkered Mens Womens Bags Brown Checkered

★★★★★ (5.0) 1 review

## $25.89

Price when purchased online ⓘ

Buy now          Add to cart

**Actual Color:** Brown Checkered



$25.89   $27.99   $27.99   $25.89   $27.99

$27.99   $25.89   $27.99

Free shipping, **arrives by Thu, Feb 9** to
2773 NE 14th Ave
More options

Sold and shipped by **Frozen**
View seller information



Cart (1 item)

Pickup and delivery options ∨

Free shipping, arrives Thu, Feb 9
2773 NE 14th Ave

Sold and shipped by Frozen

Sexy Dance Women Belt Bags Checkered Fanny Pack Men
Women Crossbody Fanny Pack Waist Bags,Bum Bags,Slim...
Actual Color: Brown Checkered

Remove    Save for later

$25.89

−  1  +

Continue to checkout

Subtotal (1 item)          $25.89
Shipping                     Free
Taxes              Calculated at checkout

Estimated total            $25.89

Walmart+  Want to save on grocery delivery, gas &
more?

☐ Try W+ free for 30 days!

Earn 5% cash back on Walmart.com
See if you're pre-approved with no
credit risk. Learn how

**Review Order**

🚚 **Free shipping, arrives by Thu, Feb 9**

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334    Edit

**Delivery instructions**    Add

Add gate codes or other useful information.

**Items details**    View details

1 Item

🖱️

📋 **Payment method**

🔵 **We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 0604    $27.70



**Place order for $27.70**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)    $25.89

Shipping    Free

**Estimated taxes**    $1.81

**Estimated total**    $27.70

Have a promo code?



Thanks for your order!

Walmart+ Join Today
Members can save $1,300/year with free shipping and delivery*

We'll email details to **stephen.mendel@outlook.com**
Order #20001073660426I | $2770

sparkgood **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Shipping, arrives by Thu, Feb 9

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Start Free Trial

Search everything at Walmart online and in store

Walmart
≡ Departments    88 Services    ✦ Reorder My Items    Hi, Stephen M Account

‹ Back to order details

# Frozen 2

 See all 6 reviews

3.3 stars out of 5

 **50%** Overall Positive Rating

---

⌂  Business Name: Kunmingyushengtudianzishangwuyouxiangongsi

✉  Contact seller

📞  (213) 348-8267

📍  Yunnanshengkunmingshiwuhuaqu
Qingnianlu371haowenhuakejidalou4lou403shi
Kunming, Yunnan 650032, China

---

About seller

## Seller reviews

# 3.3 out of 5

★★★☆☆ (6 reviews)

| | |
|---|---|
| 5 stars | 2 |
| 4 stars | 1 |
| 3 stars | 1 |
| 2 stars | 1 |
| 1 star | 1 |

# Defendant No.: **10**

## Store Name:

# **MrYGroup TBD**

**More seller options**

Valentine's Day   Game Time   Black History M



Women Turtleneck Asymmetrical Ta
Knitted Sweater Pullover Jumper C
Batwing Sleeve Poncho Shawl Coat
Outwear Ladies Loose Cloak Knitw

★★★★☆ (4.2) 5 reviews

## $21.40

Price when purchased online ⓘ

( **Buy now** )   ( **Add to cart** )

**Color:** Khaki


$21.40

**Clothing Size:** One Size    Size guide

[ **One Size** ]

🚚 Free shipping, **arrives by Mon, Mar 6** to
2773 NE 14th Ave
More options

🏬 Sold and shipped by **Dgu Group Inc**
★★☆☆☆ 418 seller reviews
View seller information

🔄 Free 30-day returns  Details



Women Turtleneck Asymmetrical
Tassel Knitted Sweater Pullover
Jumper Casual Batwing Sleeve Ponch...

Shipping to Wilton Manors, 33334

**$21.40** One-time purchase
+ free shipping

**Arrives by Mon, Mar 6**

Sold and shipped by Dgu Group Inc

🔄 Free 30-day returns  Details

**Add to cart**

**$21.42** One-time purchase
+ free shipping

**Arrives by Wed, Mar 8**

Sold and shipped by MrYGroup TBD

🔄 Not returnable  Details

**Add to cart**

**$40.99** One-time purchase
+ free shipping

**Arrives by Tue, Mar 7**

Sold and shipped by Yinsihan

🔄 Free 30-day returns  Details



**Review Order**



## Free shipping, arrives by Wed, Mar 8

harold osmon
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add

Add gate codes or other useful information.

### Items details

1 Item

View details

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.



---

**Place order for $22.92**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)          $21.42

Shipping                        Free

**Estimated taxes**           $1.50

**Estimated total**           $22.92

Have a promo code?





Thanks for your order!

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

Start Free Trial

We'll email details to morriseof@yahoo.com
Order #2000107966880076 | $22.92

sparkgood · Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Shipping, arrives by Wed, Mar 8

harold osmon
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **11**

## Store Name:

## **shenzhenmairuisidianziyouxianzerengongsi**

# shanxijiexinmeishiwang

☆☆☆☆☆

No reviews yet

---

🏠  Business Name: shanxijiexinmeishiwangluokejiyouxiangongsi

✉  Contact seller

📞  (+86) 13163792782

📍  xixianxinqukonggangxinchengtianxinglu39hao
    xi an shi, Shaanxi 710000, China

---

## Seller reviews

This seller doesn't have any reviews yet.



Sexy Dance

# Sexy Dance Checkered Purse Bag Wallet

## $14.98

Price when purchased online ⓘ

**Buy now**          **Add to cart**

**Actual Color:** White Checkered

$14.99          $14.98

🚚 Free shipping, **arrives by Wed, Feb 22** to
2773 NE 14th Ave
More options

🏪 Sold and shipped by
**shenzhenmairuisidianziyouxianzerengongsi**
View seller information

♡ Add to list          🎁 Add to registry

Best seller

Sponsored

## $18.99

SENDEFN Small Women
Wallet Genuine Leather Bifol...

2-day shipping



## Review Order

Place order for $16.03

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $14.98 |
|---|---|
| Shipping | Free |
| Estimated taxes | $1.05 |
| **Estimated total** | **$16.03** |

Have a promo code?

---

🚚 **Free shipping, arrives by Wed, Feb 22**

Steven Ivy                                                                    Edit
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions**                                                     Add

Add gate codes or other useful information.

**Items details**                                                            View details

1 item

---

📋 **Payment method**

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

Ending in 3326                                                               $16.03



# Thanks for your order!

**Walmart+** · Join Today
**Members can save $1,300/year with free shipping and delivery***

Start Free Trial

We'll email details to **chamberlainldmo@yahoo.com**

Order #2000009429366 | $16.03

**spark**good · **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Wed, Feb 22

Steven Ivy
2773 NE 14th Ave, Wilton Manors, FL 33334

Search everything at Walmart online and in store

Walmart

☰ Departments   ☷ Services

⊘ Reorder   **My Items**

ꝏ Hi, Rafael L.   **Account**

# Defendant No.: **12**

## Store Name:

## **EEIRLJQD**

Sexy Dance

# Sexy Dance Checkered Purse Bag,PU Leather Wallet

★★★★☆ (4.0) 4 reviews

## $14.98

Price when purchased online ⓘ

**Buy now**       **Add to cart**

**Actual Color:** Black Checkered

$14.98       $14.98

🚚 Free shipping, **arrives by Wed, Feb 22** to
2773 NE 14th Ave
More options

🏪 Sold and shipped by **EEIRLJQD**
★★★★★ 1 seller review
View seller information

🔄 Free 30-day returns   Details

♡ Add to list       🎁 Add to registry

## More seller options (1)

Starting from $14.99



Review Order

## Free shipping, arrives by Wed, Feb 22

Edit

Steven Smith
2773 NE 14th Ave, Wilton Manors, FL 33334

Add

### Delivery instructions

Add gate codes or other useful information.

View details

### Items details

1 item

## Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

$16.03

Ending in 3791

---

Place order for $16.03

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $14.98 |
| Shipping | Free |
| **Estimated taxes** | $1.05 |
| **Estimated total** | **$16.03** |

Have a promo code?



Search everything at Walmart online and in store

Walmart+ Join Today
Members can save $1,300/year with free shipping and delivery*

# Thanks for your order!

We'll email details to **mathildathlu@yahoo.com**
Order #2000108729759601 | $16.03

spark good Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⊕

## Shipping, arrives by Wed, Feb 22

Steven Smith
2773 NE 14th Ave, Wilton Manors, FL 33334

Start Free Trial

# Defendant No.: **13**

## Store Name:

## **VKIYO**

# VKIYO



1 stars out of 5    See all 1 review

**0%**    Overall Positive Rating

---

🏠  Business Name: Guangzhoushi Dailishipin Youxiangongsi

✉️  Contact seller

📞  (+86) 15602977213

📍  tianhequguangtangxihenglu5hao530-84fang
Guangzhou, Guangdong 510000, China

---

About seller

---

Tax policy

## More items from this seller







**$9.98**

79FT 12 Strands Artificial Flowers Silk Fake Ivy Leaves Greenery Hanging Vine Ivy Plants Leaf Garland for Wedding party outdoor garden season vine decoration

⭐⭐⭐⭐ 7

**$7.46**

TIMIFIS Ladies Crystal Butterfly Necklace Sterling Silver Necklaces Gift for Women Teen Girls Friends Personalized Couples Pendant Necklace

⭐⭐⭐⭐⭐ 7

**$3.44**  $7.43

Telescopic Fly Swatters, Durable P Set, Telescopic Flyswatter with Sta Indoor/Outdoor(2 Pack)

⭐⭐⭐⭐⭐ 60

---

## Seller reviews

**1** out of **5**

⭐ (1 review)

| 5 stars | 0 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |

**More seller options**



Women Gradient Color Shirt Tunic Top Rainbow Color Block Striped Print Short Sleeve T-Shirt Round Neck...

Shipping to Wilton Manors, 33334

**$20.11** One-time purchase
+ free shipping

**Arrives by Fri, Mar 10**
Sold and shipped by shuangguoba co.,ltd

Free 30-day returns Details

**Add to cart**

**$16.41** One-time purchase
+ $4.00 shipping

**Arrives by Wed, Feb 22**
Sold and shipped by VKIYO

Not returnable Details

**Add to cart**

**$20.69** One-time purchase
+ free shipping

**Arrives by Fri, Mar 10**
Sold and shipped by JenniferLiz

Not returnable Details



Sexy Dance

# Women Gradient Color Shirt Tunic Rainbow Color Block Striped Print Sleeve T-Shirt Round Neck Summe Casual Loose Basic Tee Tops

★★☆☆☆ (2.2) 51 reviews

## $20.11

Price when purchased online �घ

**Buy now**    **Add to cart**

**Color:** Lake Blue

$21.49    $20.76    **$20.11**    $19.35    $2

$20.76    $20.55

**Clothing Size:** XL    Size guide

Item Runs True to size

| S | M | L |
| XL | XXL | 3XL |
| 4XL | | |



**Review Order**

### Shipping, arrives by Wed, Feb 22

Steven Smith
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

**Delivery instructions**

Add

Add gate codes or other useful information.

**Items details**

1 item

View details



### Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.



Ending in 3791

$21.84

---

## Place order for $21.84

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item) $16.xx

Seller shipping $4.00

Estimated taxes $1.4x

**Estimated total** $21.84

Have a promo code?



Search everything at Walmart online and in store

Thanks for your order!

**Walmart+** Join Today
Members can save $1,300/year with free shipping and delivery*

Start Free Trial

We'll email details to **mathildathlu@yahoo.com**

Order #2000008I6376I89 | $21.84

**spark**good. Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Shipping, arrives by Wed, Feb 22

Steven Smith
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **14**

## Store Name:

## **Moonwalker**

**More seller options**



Women Long Sleeve Round Neck T Shirts Solid Color Button Down Causal Blous Tops Ladies Stylish Pleated Tuni...

Shipping to Leesville, 71446

**$21.94** One-time purchase

+ free shipping

**Arrives by Mon, Mar 6**

Sold and shipped by Jiwenxiang

⊟ Free 30-day returns  Details

**Add to cart**

**$21.95** One-time purchase

+ free shipping

**Arrives by Tue, Mar 14**

Sold and shipped by Moonwalker

⊟ Free 30-day returns  Details

**Add to cart**

**$25.76** One-time purchase

+ free shipping

**Arrives by Mon, Mar 6**

Sold and shipped by Caihui

⊟ Free 30-day returns  Details

---

Valentine's Day    Game Time    Black History M

Sexy Dance

# Women Long Sleeve Round Neck T Solid Color Button Down Causal Bl Tops Ladies Stylish Pleated Tunic To Shirt

★★★★☆ (4.0) 2 reviews

## $21.94

Buy now    Add to cart

Color: Purple

   

$20.43    $21.98    $25.76    $21.94

Clothing Size: M    Size guide

🎯 Fit Predictor Your suggested size **S** ⓘ

| S | M | L |
|---|---|---|
| XL | XXL | 3XL |



⊟ Free shipping, **arrives by Mon, Mar 6** to
2773 NE 14th Ave
More options

🏪 Sold and shipped by **Jiwenxiang**
View seller information

🔵 Free 30-day returns  Details





**Review Order**

## Free shipping, arrives by Tue, Mar 14

STEVE ERLY                                                          Edit
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions**                                          Add

Add gate codes or other useful information.

**Items details**                                          View details

1 Item

## Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 8003                                                    $23.49

---

### Place order for $23.49

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $21.95 |
| Shipping | Free |
| **Estimated taxes** | $1.54 |
| **Estimated total** | $23.49 |

Have a promo code?



# Defendant No.: **15**

## Store Name:

# **Qionghaishimoyanzhan**

‹ Back to order details

# Satisfied

☆☆☆☆☆

No reviews yet

---

🏠  Business Name: Qionghaishimoyanzhanshangmaoyouxiangongsi

✉  Contact seller

📞  (+86) 18122053740

📍  Hainanshengqionghaishitanmenzhenjiatanjie13hao304fang
Qionghai, Hainan 571400, China

---

About seller

---

## More items from this seller



$15.35

No.7 Leave In Repair Bonding Oil 1oz/ 30ml - Boosts Shine

★★★★☆ 23



+ Add

$6.14  $7.43

Medium Coffin Press on Nails, Blue Gradient Fake Nails, Glitter Artificial False Nails with Double Side Adhesive Tabs for Women & Girls (24pcs)

★★★★½ 80



+ Add

$7.66

Coolmade 3 Pack 100% Natural O... Large Exfoliating Shower Loofah B... Skin for Smoother, More Radiant A...

★★★★☆ 36

---

## Seller reviews

This seller doesn't have any reviews yet.

## About seller

ⓘ

This seller may also engage in manufacturing, importing or reselling consumer products.

1

---



Sexy Dance

# Sexy Dance Womens PU Leather Tote Shoulder Bags Retro Handbags and Purses Zipper Work Tote for Ladies Large Purse Crossbody Hobo Bags

★★★☆☆ (3.5) 2 reviews

## $29.86

Price when purchased online ⓘ

**Buy now**     **Add to cart**

Actual Color: Brown

| $29.86 | $29.86 | $29.86 | $29.86 | $29.86 |

| $29.89 | $29.86 |

Free shipping, **arrives by Tue, Feb 28** to
2773 NE 14th Ave
More options

Sold and shipped by **Qionghaishimoyanzhan**
View seller information

♡ Add to list     🎁 Add to registry



# Review Order



## Free shipping, arrives by Tue, Feb 28

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details



## Payment method

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

Ending in 8003

$31.95



---

**Place order for $31.95**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                     $29.86

Shipping                                   Free

**Estimated taxes**                       $2.09

**Estimated total**                       $31.95

Have a promo code?



Thanks for your order!

Walmart+ Join Today
Members can save $1,300/year with free shipping and delivery*

We'll email details to wesleyyuew@yahoo.com
Order #20000779903601 | $31.95

sparkgood  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Tue, Feb 28

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **16**

## Store Name:

## **luoheailoushangmaoyouxiangongsi**

Valentine's Day    Game Time    Black History M

Sexy Dance

**Bellella Women Long Sleeve Oversi**
**Vintage Plaid Pullover V Neck Top**
**Blouse Ladies Casual Winter Autum**
**Popover Color Block Checked Bagg**
**Shirt Tops Blouse Plus Size S-5XL**

★★☆☆☆ (21) 21 reviews

## $18.04

Price when purchased online ⓘ

Buy now    Add to cart

**Color:** Gray

$19.00    $18.04    $20.95    $20.96    $2

$19.30

**Clothing Size:** S    Size guide

🛈 Fit Predictor Calculate your size

| S | M | L |
| XL | 2XL | 3XL |
| 4XL | 5XL | |

**More seller options**

🔲 Free 30-day returns  Details

Add to cart

**$18.07** One-time purchase
+ free shipping

**Arrives by Wed, Mar 8**

Sold and shipped by lantianshangcheng Co. ltd

🔲 Not returnable  Details

Add to cart

**$18.13** One-time purchase
+ free shipping

**Arrives by Tue, Feb 28**

Sold and shipped by luoheailoushangmaoyouxiangongsi

🔲 Free 30-day returns  Details

Add to cart

**$25.31** One-time purchase
+ free shipping

**Arrives by Mon, Mar 13**

Sold and shipped by shuangguoba co.,ltd

🔲 Free 30-day returns  Details

Add to cart



Cart (1 item)

Free shipping, arrives Tue, Feb 28

2773 NE 14th Ave

Sold and shipped by lucheailoughingmaoqoulanjsofgj

Bellella Women Long Sleeve Oversized Vintage Plaid
Pullover V-Neck Top Shirt Blouse Ladies Casual Winter...

Actual Color: Gray
Clothing Size: S

Remove    Save for later

$18.13

−  1  +

Recommended with your order

$23.99    $16.02    $14.94    $17.53    $19.98

+ Add    + Add    + Add    + Add    + Add

Best seller

Continue to checkout

Subtotal (1 item)    $18.13
Shipping    Free
Taxes    Calculated at checkout

Estimated total    $18.13

Walmart+  Want to save on grocery delivery, gas & more?

☐ Try W+ free for 30 days!

Earn 5% cash back on Walmart.com
See if you're pre-approved with no
credit risk. Learn how

# Review Order



## Free shipping, arrives by Tue, Feb 28

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.



Ending in 9660

$19.40



---

**Place order for $19.40**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                    $18...
Shipping                                  Free

**Estimated taxes**                       $1.2...

**Estimated total**                       $19.40

Have a promo code?



## Thanks for your order!

**Walmart+**   Join Today

Members can save $1,300/year with free shipping and delivery*

We'll email details to **christophercadengsu@yahoo.com**

Order #2000107380247322 | $19.40

**spark**good   **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out.   Select a local charity ⊕

**Start Free Trial**

### Shipping, arrives by Tue, Feb 28

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

‹ Back to order details

# Home Store Co.,Ltd

 ★★★☆☆    See all 2 reviews
3 stars out of 5

 **50%**    Overall Positive Rating

---

🏠 Business Name: luoheailoushangmaoyouxiangongsi

✉️ Contact seller

📞 (+86) 15361496210

📍 henanshengluoheshiyuanhuiqu
kongzhongguoxiangyegangcun2zu11hao
luoheshi, Henan 462000, China

---

About seller

## More items from this seller



+ Add

$6.83

essence | Lash Princess False Lash Effect Mascara | Gluten & Cruelty Free

★★★★☆ 6

+ Add

$8.99

RC280 Remote for TCL ROKU Smart TV with Hulu Vudu Netflix Sling App Key 28S305 32S305 40S305 43S305 49S305 28S3750 32S3750 40FS3750 48FS3750 55FS3750 32S3700 32S3800

★★★★☆ 269



+ Add

$7.06

Lip Sleeping Mask for Very Dry, Ch Lip Care Treatment Mask Skin for I

★★★★★ 2

---

## Seller reviews

# 3 out of 5

★★★☆☆ (2 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 1 |

# Defendant No.: **17**

## Store Name:

## **lantianshangcheng Co. ltd**

**More seller options** 

Valentine's Day    Game Time    Black History N



Sexy Dance

**Bellella Women Long Sleeve Oversi**
**Vintage Plaid Pullover V Neck Top !**
**Blouse Ladies Casual Winter Autum**
**Popover Color Block Checked Bagg**
**Shirt Tops Blouse Plus Size S-5XL**

★★☆☆☆ (2.1) 21 reviews

## $18.04

Price when purchased online ⓘ

**Buy now**    **Add to cart**

**Color:** Gray

 $19.00   $18.04   $20.95   $20.96  $2

 $19.30

**Clothing Size:** S    Size guide

🎯 Fit Predictor Your suggested size **XL** ⑦

| S | M | L |
|---|---|---|
| XL | 2XL | 3XL |

---

Bellella Women Long Sleeve Oversized
Vintage Plaid Pullover V Neck Top
Shirt Blouse Ladies Casual Winter...

Shipping to Wilton Manors, 33334

**$18.04** One-time purchase
+ free shipping

**Arrives by Tue, Mar 14**
Sold and shipped by Dgu Group Inc

🔁 Free 30-day returns Details

**Add to cart**

**$18.07** One-time purchase
+ free shipping

**Arrives by Wed, Mar 8**
Sold and shipped by lantianshangcheng Co. ltd

🔁 Not returnable Details

**Add to cart**

**$18.13** One-time purchase
+ free shipping

**Arrives by Tue, Feb 28**
Sold and shipped by luohealloushangmaoyouxiangongsi

🔁 Free 30-day returns Details



**Review Order**

## Free shipping, arrives by Wed, Mar 8

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 Item

View details

## Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.



Ending in 8003



$19.33

---

### Place order for $19.33

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $18.0... |
| Shipping | Free |
| **Estimated taxes** | $1.2... |
| **Estimated total** | **$19.33** |

Have a promo code?



Thanks for your order!

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

Start Free Trial

We'll email details to wesleyuew@yahoo.com

Order #2000107047726679 | $19.33

sparkgood  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Shipping, arrives by Wed, Mar 8

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **18**

## Store Name:

## **QHMYZ Co.Ltd**

‹ Back to order details

# Satisfied

☆ ☆ ☆ ☆ ☆

No reviews yet

⌂  Business Name: Qionghaishimoyanzhanshangmaoyouxiangongsi

✉  Contact seller

☎  (+86) 18122053740

◎  Hainanshengqionghaishitanmenzhenjiatanjie13hao304fang
    Qionghai, Hainan 571400, China

About seller

## More items from this seller



+ Add



+ Add



+ Add

**$15.35**

No.7 Leave In Repair Bonding Oil 1oz/ 30ml - Boosts Shine

★★★★☆ 23

**$6.14** $7.43

Medium Coffin Press on Nails, Blue Gradient Fake Nails, Glitter Artificial False Nails with Double Side Adhesive Tabs for Women & Girls (24pcs)

★★★★½ 80

**$7.66**

Coolmade 3 Pack 100% Natural Or Large Exfoliating Shower Loofah B Skin for Smoother, More Radiant A

★★★★☆ 36

## Seller reviews

This seller doesn't have any reviews yet.

## About seller

ⓘ

This seller may also engage in manufacturing, importing or reselling consumer products.

1

## More seller options



Sexy Dance Tassel Tote Leather Bag for Women, Ladies Large Capacity Fashion Shoulder Handbag Bag Purse...

Shipping to Lehigh Acres, 33976

**$14.51** One-time purchase
+ free shipping

**Arrives by Thu, Mar 16**

Sold and shipped by oudi co.,ltd

Not returnable  Details

**Add to cart**

**$14.52** One-time purchase
+ free shipping

**Arrives by Thu, Mar 2**

Sold and shipped by QHMYZ Co.Ltd

Free 30-day returns  Details

**Add to cart**

**$16.99** One-time purchase
+ free shipping

**Arrives by Wed, Mar 15**

Sold and shipped by Kolopland Industrial Trading Group Ltd

---

Valentine's Day        Black History Month        G



Sexy Dance

**Sexy Dance Tassel Tote Leather Bag Women, Ladies Large Capacity Fasl Shoulder Handbag Bag Purses Sate Messenger Bags for Woman Work Shopping - Khaki**

★★★★½ (4.6) 48 reviews

## Now $14.51 $16.99 ⓘ

Price when purchased online ⓘ

Buy now          Add to cart

**Actual Color:** Khaki

| $17.98 | $15.92 | $17.95 | $17.95 | $17 |
| $17.95 | **$14.51** | $18.98 | $15.47 | |

Free shipping, **arrives by Thu, Mar 16** to
2773 NE 14th Ave
More options

Sold and shipped by **oudi co.,ltd**
★★★☆☆ 3 seller reviews
View seller information



Review Order

Free shipping, arrives by Thu, Mar 2

clyde murray
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

Delivery instructions

Add

Add gate codes or other useful information.

Items details

View details

1 item

Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9507

$15.54

Place order for $15.54

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $16.99 |
| Savings | -$2.47 |
| | $14.52 |
| Shipping | Free |
| Estimated taxes | $1.02 |
| **Estimated total** | **$15.54** |

Have a promo code?

>



Thanks for your order!

Walmart+ Join Today
Members can save $1,300/year with free shipping and delivery*

Start Free Trial

We'll email details to congrevepb@yahoo.com
Order #20001081509768 | $15.54

sparkgood Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

✓ Yay! You just saved $2.47 from discounts

Shipping, arrives by Thu, Mar 2

clyde murray
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **19**

## Store Name:

## **Sweet shop**

More seller options

Sexy Dance

**Sexy Dance** Leather Handbag for W
Zipper Hobo Tote Shoulder Crossbo
Bags Ladies Fashion Large Travel
Shopping Satchel Purse for Mother
Girlfriend Birthday Christmas Gifts
Brown

★★★★★ (4.9) 196 reviews

## $30.98

Price when purchased online ⓘ

Buy now    Add to cart

Actual Color: Brown

| $30.64 | $30.98 | $30.35 | $30.28 | $2 |

| $28.99 | $28.99 |

🚚  Shipping, **arrives by Thu, Feb 16** to 2773 NE 14

🏬  Sold by **Zhuoshengben., Ltd**
     **Fulfilled by Walmart**
     ★★★☆☆  14 seller reviews
     View seller information

---

**$30.86** One-time purchase
+ free shipping

**Arrives by Thu, Mar 2**

Sold and shipped by QHMYZ Co.Ltd

🔲  Not returnable   Details

Add to cart

**$30.96** One-time purchase
+ free shipping

**Arrives by Thu, Mar 9**

Sold and shipped by Sweet shop

🔲  Free 30-day returns   Details

Add to cart

**$33.98** One-time purchase
+ free shipping

**Arrives by Thu, Mar 16**

Sold and shipped by Kolopland Industrial Trading Group
Ltd

🔲  Free 30-day returns   Details

Add to cart



Review Order

## Free shipping, arrives by Thu, Mar 9

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9462

$33.13

---

Place order for $33.13

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $30.96 |
| Shipping | Free |
| **Estimated taxes** | $2.17 |
| **Estimated total** | **$33.13** |

Have a promo code?



Walmart Services Departments

Search everything at Walmart online and in store

Reorder My Items

Hi, Barnett C Account

Thanks for your order!

Walmart+ Join Today
Members can save $1,300/year with free shipping and delivery*

Start Free Trial

We'll email details to barnettonl@yahoo.com
Order #200010844234214 . 53313

spark good  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Shipping, arrives by Thu, Mar 9

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **20**

## Store Name:

# **Kunmingmiushuo**



Sexy Dance

# O-neck Shirt Dress for Women Ladies Loose Comfy Pockets Midi Dress Casual Baggy Tunic Dress

★★☆☆☆ (1.6) 22 reviews

## $24.55

Price when purchased online ⓘ

**Buy now**     **Add to cart**

**Color:** Dark blue

$24.55     $24.55     $24.55

**Clothing Size:** XXL     Size guide

*f* Fit Predictor Your suggested size **S** �ⓘ

| S | M | L |
|---|---|---|
| XL | **XXL** | 3XL |
| 4XL | 5XL | |

🚚  Free shipping, **arrives by Wed, Mar 1** to
2773 NE 14th Ave
More options

🏪  Sold and shipped by **Kunmingmiushuo**
View seller information



# Review Order



## Free shipping, arrives by Wed, Mar 1

clyde murray
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.



Ending in 9507



$26.27

---

### Place order for $26.27

By placing this order, you agree to our Privacy Policy and Terms of Use.

**Subtotal** (1 item)     $24.55

Shipping     Free

**Estimated taxes**     $1.72

**Estimated total**     $26.27

Have a promo code?



Thanks for your order!

Walmart+ Join Today
Members can save $1,300/year with free shipping and delivery*

We'll email details to congreveybaca@yahoo.com
Order #2000107377605711 | $26.27

sparkgood  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Start Free Trial

Shipping, arrives by Wed, Mar 1

clyde murray
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **21**

## Store Name:

## **Suosheng**

# Suosheng



No reviews yet

---

🏠 Business Name: shenzhenshisuoshengdianziyouxiangongsi

✉ Contact seller

📞 (+86) 13066914443

📍 shenzhenshilonggangqubujijiedaoxihuanludapotou
beierxiang12hao
shenzhenshi, Guangdong 518100, China

---

About seller

## Seller reviews

This seller doesn't have any reviews yet.

## About seller

ⓘ
This seller may also engage in manufacturing, importing or reselling consumer products.

Lucky every day!



Sexy Dance

# Women Autumn Long Sleeve Casual Loose Blazer Suit Jacket Coat Ladies Slim Fit Lapel Office Work Long Sleeve Open Front Blazer Thin Overcoat Outwear

★★★★½ (4.6) 85 reviews

## $27.99

Price when purchased online ⓘ

**Buy now**    **Add to cart**

Color: 1-White

$27.99    $27.99    $26.99    $26.97    $26.97

$26.99

Clothing Size: XL    Size guide

ⓕ Fit Predictor Your suggested size S ⓘ

| S | M | L |
| XL | 2XL | 3XL |

🚚 Free shipping, **arrives by Mon, Feb 27** to
2773 NE 14th Ave
More options

🏪 Sold and shipped by **Suosheng**
View seller information



Cart (1 item)

Free shipping, arrives Mon, Feb 27

2773 NE 14th Ave

Sold and shipped by Surebag

Women Autumn Long Sleeve Casual Loose Blazer Suit Jacket Coat Ladies Slim Fit Lapel Office Work Long Sleeve Open...

Actual Color: 1-White
Clothing Size: XL

Remove    Save for later

$27.99

−  1  +

Tax preparation made easy

Subtotal (1 item)          $27.99

Shipping                    Free

Taxes          Calculated at checkout

Estimated total           $27.99

Continue to checkout

Want to save on grocery delivery, gas & more?

☐ Try W+ free for 30 days¹

Earn 5% cash back on Walmart.com
See if you're pre-approved with no
credit risk. Learn how

# Review Order

## Free shipping, arrives by Mon, Feb 27

Edit

clyde murray
2773 NE 14th Ave, Wilton Manors, FL 33334

Add

### Delivery instructions

Add gate codes or other useful information.

View details

### Items details

1 item

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9507

$29.95

### Place order for $29.95

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $27.99 |
| Shipping | Free |
| **Estimated taxes** | $1.96 |
| **Estimated total** | **$29.95** |

Have a promo code?



Thanks for your order!

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

Start Free Trial

We'll email details to congreveybo@yahoo.com
Order #200010754541801 | $29.95

sparkgood   Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Shipping, arrives by Mon, Feb 27

clyde murray
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **22**

## Store Name:

## **Goat**

**Deals**    **Black History Month**    Grocery &

More seller options



Sexy Dance

Niuer Womens Yoga Lounge Dress
Work Office Business Casual Slacks
Stretch Regular Straight Leg Pants
Buttons

★★★★☆ (3.9) 79 reviews

## $20.63

Price when purchased online ⓘ

**Buy now**    **Add to cart**

Color: Black


$20.63


$18.65


$20.62


$20.62


$2

Clothing Size: M    Size guide

ⓕ Fit Predictor Your suggested size 2XL ⑦

| S | M | L |
|---|---|---|
| XL | 2XL | |

🚚 Shipping, **arrives by Mon, Feb 20** to 2773 NE

🏬 Sold by Zhuoshengben., Ltd
   **Fulfilled by Walmart**
   ★★★☆☆ 18 seller reviews
   View seller information

---

### More seller options



Niuer Womens Yoga Lounge Dress
Pants Work Office Business Casual
Slacks Stretch Regular Straight Leg...

Shipping to Wilton Manors, 33334

**$20.63** One-time purchase
+ free shipping

**Arrives by Mon, Feb 20**

Sold by Zhuoshengben., Ltd
**Fulfilled by Walmart**

🔄 Not returnable  Details

**Add to cart**

**$17.53** One-time purchase
+ free shipping

**Arrives by Mon, Mar 6**

Sold and shipped by Goat

🔄 Free 30-day returns  Details

**Add to cart**

**$20.62** One-time purchase
+ free shipping

**Arrives by Wed, Mar 15**

Sold and shipped by Dgu Group Inc



## Review Order

### Free shipping, arrives by Mon, Mar 6

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334    Edit

**Delivery instructions**

Add gate codes or other useful information.    Add

**Items details**    View details

1 item

### Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9660    $18.76

---

**Place order for $18.76**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $~~20.63~~ |
| **Savings** | -$3.10 |
| | $17.53 |
| Shipping | Free |
| **Estimated taxes** | $1.23 |
| **Estimated total** | $18.76 |

Have a promo code?    >

Departments   Services

Search everything at Walmart online and in store

Reorder My Items

Hi, Adele A Account

Thanks for your order!

Order# 2000107565I7256

sparkgood   Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

⊘ Yay! You just saved $3! from discounts

Shipping, arrives by Mon, Mar 6

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **23**

## Store Name:

# **Young**

Sexy Dance

## Sexy Dance Women's Long Sleeve Twist Cable Knit Sweater Open Front Cardigan Coat Button Loose Outerwear With Pocket

★★★★★ (4.5) 11 reviews

## $33.20

Price when purchased online ⓘ

**Buy now**          **Add to cart**

Color: Black

| $31.25 | $33.20 | $31.51 | $31.72 | $32.94 |
|--------|--------|--------|--------|--------|

| $32.37 | $32.51 | $32.34 |
|--------|--------|--------|

Clothing Size: L          Size guide

🅕 Fit Predictor Your suggested size L ⑦

| S | M | L |
|---|---|---|

| XL |
|----|

🚚 Free shipping, **arrives by Thu, Feb 23** to
2773 NE 14th Ave
More options

🏪 Sold and shipped by **Young**
View seller information

◎ Free 30-day returns Details





Cart (1 item)

**Free shipping, arrives Thu, Feb 23**

2773 NE 14th Ave

Sold and shipped by Young

Sexy Dance Women's Long Sleeve Twist Cable Knit Sweater Open Front Cardigan Coat Button Loose Outerwear With...

Actual Color: Black
Clothing Size: L

Free 30-day returns

Remove    Save for later

$33.20

−  1  +

**Tax preparation made easy**

Continue to checkout

Subtotal (1 item)                $33.20
Shipping                            Free
Taxes              Calculated at checkout
Estimated total                  $33.20

Walmart+ Want to save on grocery delivery, gas & more?
Try W+ free for 30 days!

Earn 5% cash back on Walmart.com
See if you're pre-approved with no
credit risk. Learn how

Review Order

## Free shipping, arrives by Thu, Feb 23

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

### Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9462

$35.52

---

### Place order for $35.52

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $33.20 |
| Shipping | Free |
| **Estimated taxes** | $2.32 |
| **Estimated total** | **$35.52** |

Have a promo code?



Thanks for your order!

Order# 2000106087I819

sparkgood   **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out.   Select a local charity ⓘ

## Shipping, arrives by Thu, Feb 23

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

1 item




# Defendant No.: **24**

## Store Name:

## **SEVCHE LLC**

# SEVCHE LLC

 See all 7 reviews

3.4 stars out of 5

 **57%** Overall Positive Rating

---

🏠 Business Name: Guangzhou hongfengzhongbiao youxiangongsi

✉ Contact seller

📞 (+86) 18576403341

📍 Tianhequ Zhujiangxilu5hao2504fang
   Guangzhoushi, Guangdong 510000, China

---

About seller

## Seller reviews

# 3.4 **out of** 5

★★★☆☆ (7 reviews)

| | |
|---|---|
| 5 stars | 3 |
| 4 stars | 1 |
| 3 stars | 1 |
| 2 stars | 0 |
| 1 star | 2 |

---

**7 reviews**   Sort by │ Most Relevant ▾

---



Sexy Dance

# Women Summer Spaghetti Strap Maxi Dress Ladies Casual Sleeveless Sundress Party Holiday V Neck Long Dress Womens Print Boho Dress

★★★☆☆ (3.0) 34 reviews

## $19.51

Price when purchased online ⓘ

Buy now        Add to cart

Color: Pink

| $19.97 | $20.19 | $19.54 | $17.86 | $19.51 |

| $19.54 | $22.55 |

Clothing Size: XL        Size guide

𝑓 Fit Predictor Your suggested size M �ⓘ

| S | M | L |
| XL | XXL | 3XL |
| 4XL | 5XL |

Freight shipping, **arrives by Tue, Mar 14** to
2773 NE 14th Ave  Details
More options

Sold and shipped by **SEVCHE LLC**
★★★☆☆ 5 seller reviews



← Cart

## Shipping

Arrives **Tue, Mar 14**

2773 NE 14th Ave

Sold and shipped by SEVCHE LLC

Women Summer Spaghetti Strap Maxi Dress Ladies Casual Sleeveless Sundre...   **$19.51**

Actual Color: Pink
Clothing Size: XL

Remove          Save for later          − 1 +

Walmart+ **Get free grocery delivery and more!**          ✕

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com          ✕
Learn how

**Estimated total $19.51**

Continue to checkout

## Review Order

 Shipping, arrives by

# Tue, Mar 14

Skylar Muth
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**          Add

Add gate codes or other useful information

**Item details**                              View

1 item



 **Payment method**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Place order $20.88**



Search Walmart

$0.00

✓

# Thanks for your order!

Order #200010825695718   $20.88

 **Shipping, arrives by**

## Tue, Mar 14

Your items may arrive in Walmart bags or original packaging

Skylar Muth

2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Tue, Mar 14**

1 item



**Continue Shopping**

# Defendant No.: **25**

## Store Name:

## **CrazyX**

# CrazyX


★★⯨☆☆
2.4 stars out of 5    [See all 5 reviews](#)


**20%**    Overall Positive Rating

---

⌂  Business Name: shenzhenshihuabintaidianziyouxiangongsi

✉  [Contact seller](#)

☎  [(180) 287-4459](#)

⌖  shenzhenshibaoanqufuyongjiedaojufushequfuyongchezhanfuhuadasha2danyuan405
shenzhen, Guangdong 518000, China

---

[About seller](#)

## More items from this seller


+ Add


+ Add


+ Add

**$10.16**

Wireless High-definition Night Vision Camera Home WIFI Security Magnetic-absorbing Camera

★★★★☆ 33

**$9.06**

Xameyia Wireless Mini Camera, WiFi Wireless Video Camera 1080P HD Small Home Security Cameras for Car Home Outdoor Indoor

★★★★⯨ 387

**$11.79**

Home Art Decor,Set of 5 Abstract Background Wall Decorative Paint Room Decor,By BOOBEAUTY

★★★☆☆ 23

---

## Seller reviews

# 2.4 out of 5

★★⯨☆☆ (5 reviews)

| | |
|---|---|
| [5 stars](#) | 1 |
| [4 stars](#) | 0 |
| [3 stars](#) | 1 |
| [2 stars](#) | 1 |
| [1 star](#) | 2 |

---



**More seller options**



Plus Size New Fashion V Neck Plaid Pullover Tops Bouse For Women Autumn Winter Thin Casual Loose...

Shipping to Wilton Manors, 33334

**$17.57** One-time purchase
+ free shipping

**Arrives by Tue, Mar 21**
Sold and shipped by shuangguoba co.,ltd

Free 30-day returns  Details

**Add to cart**

**$19.98** One-time purchase
+ free shipping

**Arrives by Thu, Mar 9**
Sold and shipped by CrazyX

Free 30-day returns  Details

**Add to cart**

**$19.99** One-time purchase
+ free shipping

**Arrives by Thu, Mar 23**
Sold and shipped by JenniferLiz

Free 30-day returns  Details



## Shipping

Arrives **Wed, Mar 8**

2773 NE 14th Ave

Sold and shipped by CrazyX

Plus Size New Fashion V Neck Plaid Pullover Tops Bouse For Women Autu...

Actual Color: A-Green
Clothing Size: S

$19.98

Remove     Save for later     — 1 +



**Walmart+** Get free grocery delivery and more!     ✕

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com
Learn how     ✕

Estimated total $19.98

Continue to checkout

**‹** **Review Order**

 Shipping, arrives by

# Wed, Mar 8

John Delance
2773 NE 14th Ave, Wilton Manors, FL 33334

## Delivery instructions (optional)                    Add

Add gate codes or other useful information

## Item details                                        View

1 item



 **Payment method**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Place order $21.38**



Q Search Walmart

$0.00



# Thanks for your order!

Order #200010817665092 | $21.38

 **Shipping, arrives by**

## Wed, Mar 8

Your items may arrive in Walmart bags or original packaging

John Delance
2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Wed, Mar 8**

1 item



**Continue Shopping**

# Defendant No.: **26**

## Store Name:

## **Kujoy Co.Ltd**

## More seller options



Sexy Dance

Women's Long Swim Shorts Bike Sp
Swim Bottoms Boardshorts UPF 50
Tankini Pants Rash Guard Swimwea
Size M-4XL Navy Blue L

★★★★☆ (3.9) 33 reviews

## $16.94

Price when purchased online ⓘ

Buy now    Add to cart

Color: Navy Blue

$16.94

Clothing Size: L    Size guide

ⓕ Fit Predictor Calculate your size

| M | L | XL |
|---|---|---|
| XXL | 3XL | 4XL |

🚚 Free shipping, arrives by Wed, Mar 22 to
2773 NE 14th Ave
More options

🏬 Sold and shipped by **oudi co.,ltd**
★★★☆☆ 4 seller reviews
View seller information



Women's Long Swim Shorts Bike Sport
Swim Bottoms Boardshorts UPF 50+
Tankini Pants Rash Guard Swimwear Plu...

Shipping to Wilton Manors, 33334

**$16.94** One-time purchase
+ free shipping

**Arrives by Wed, Mar 22**
Sold and shipped by oudi co.,ltd

🔲 Free 30-day returns  Details

Add to cart

**$16.96** One-time purchase
+ free shipping

**Arrives by Tue, Mar 7**
Sold and shipped by Kujoy Co.Ltd

🔲 Free 30-day returns  Details

Add to cart



## Cart (1 item)

**Free shipping, arrives Tue, Mar 7**

2773 NE 14th Ave

Sold and shipped by Kslov Co.,Ltd

Women's Long Swim Shorts Bike Sport Swim Bottoms Boardshorts UPF 50+ Tankini Pants Rash Guard Swimwear...

Actual Color: Navy Blue
Clothing Size: L

Free 30-day returns

Remove | Save for later

$16.96

− 1 +

### Tax preparation made easy

Best seller — H&R BLOCK Deluxe + State — + Add — $34.97

Best seller — turbotax Deluxe — + Add — $59.00

Best seller — H&R BLOCK Deluxe — + Add — $24.97

H&R BLOCK Basic — + Add — $14.97

turbotax Premier — + Add — $70.00

**Continue to checkout**

Subtotal (1 item)          $16.96
Shipping                   Free
Taxes            Calculated at checkout
Estimated total            $16.96

Walmart+ **Want to save on grocery delivery, gas & more?**
Try W+ free for 30 days!

Earn 5% cash back on Walmart.com
See if you're pre-approved with no credit risk. Learn how

**Review Order**

🚚 **Free shipping, arrives by Tue, Mar 7**

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

**Delivery instructions**

Add gate codes or other useful information.

Add

**Items details**

1 item

View details

📇 **Payment method**

🔲 **We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9660                                    $18.15

---

**Place order for $18.15**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $16.96 |
| Shipping | Free |
| **Estimated taxes** | $1.19 |
| **Estimated total** | **$18.15** |

Have a promo code?

Walmart

Departments   Services   Search everything at Walmart online and in store   My Items   Account

# Thanks for your order!

Order# 2000107364299391

sparkgood  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Tue, Mar 7

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

1 item



# Defendant No.: **27**

## Store Name:

## **EAGLE**

# EAGLE



See all 3 reviews

3.3 stars out of 5



Overall Positive Rating

🏠 Business Name: jiangsukeguanjianzhugongchengcailiaoyouxiangongsi

✉️ Contact seller

📞 (+86) 13266785736

📍 suqianshisuyuqulujizhenhanlinjiayuanshangyejieBqu-79hao
suqianshi, Jiangsu 223804, China

About seller

## Seller reviews

# 3.3 out of 5

★★★☆☆ (3 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 1 |

**3 reviews**    Sort by |  Most Relevant ▾

**Deals**   **Black History Month**   **Grocery &**


Sexy Dance

# Niuer Summer Ruffle Sleeve Tiered Babydoll Dress for Women Flowy Sy Mini Dress Boho Flowy Pleated Dre

★☆☆☆☆ (1.0) 2 reviews

# $28.89

Price when purchased online 

( **Buy now** )   ( **Add to cart** )

Color: Pink


$28.89

Clothing Size: L    Size guide

🝚 Fit Predictor Your suggested size M ⍰

[ L ]

🖶 Free shipping, **arrives by Mon, Mar 13** to
2773 NE 14th Ave
More options

🏪 Sold and shipped by **Shunxy Tore Inc**
★★⯪☆☆ 215 seller reviews
View seller information

↺ Free 30-day returns  Details

## More seller options

   Niuer Summer Ruffle Sleeve Tiered Babydoll Dress for Women Flowy Swing Mini Dress Boho Flowy Pleate...

Shipping to Wilton Manors, 33334

**$28.89** One-time purchase
+ free shipping

**Arrives by Mon, Mar 13**
Sold and shipped by Shunxy Tore Inc

🔛 **Free 30-day returns** Details

( **Add to cart** )

**$28.89** One-time purchase
+ free shipping

**Arrives by Thu, Mar 2**

Sold and shipped by EAGLE

🔛 **Free 30-day returns** Details

( **Add to cart** )

**$32.89** One-time purchase
+ free shipping

**Arrives by Wed, Mar 22**
Sold and shipped by JenniferLiz

🔛 **Free 30-day returns** Details



## Review Order

### Free shipping, arrives by Thu, Mar 2

Lisa Peters
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 Item

View details

### Payment method

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

Ending in 3408                                          $30.91

---

**Place order for $30.91**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $28.89 |
| Shipping | Free |
| **Estimated taxes** | $2.02 |
| **Estimated total** | $30.91 |

Have a promo code?   >



# Defendant No.: **28**

## Store Name:

## **ILUGU**

**More seller options**

✕

Deals    Black History Month    Grocery &

Sexy Dance

Niuer Women Casual Summer Mid
Stretchy Denim Jean Shorts Junior
Up Fitting Tassels Short Jeans Dark
S(US 2-4)

★★★★★ (5.0) 5 reviews

**$16.76**

Price when purchased online ⓘ

Buy now     **Add to cart**

**Color:** Dark Blue

$16.76    $19.90    $18.03    $25.99

$25.39

**Clothing Size:** S(US 2-4)    Size guide

S(US 2-4)    M(US 6-8)    L(US 10-1

XL(US 12-14)    XXL(US 14-16)

Free shipping, **arrives by Wed, Mar 22** to
2773 NE 14th Ave
More options

**Add to cart**

**$16.78** One-time purchase
+ free shipping

Arrives by Thu, Mar 16

Sold and shipped by KunMingQiuTongShang

Not returnable  Details

**Add to cart**

**$16.98** One-time purchase
+ free shipping

Arrives by Tue, Mar 7

Sold and shipped by ILUGU

Not returnable  Details

**Add to cart**

**$21.99** One-time purchase
+ free shipping

Arrives by Wed, Mar 22

Sold and shipped by Yinsihan

Free 30-day returns  Details

**Add to cart**



## Shipping

Arrives **Tue, Mar 7**

2773 NE 14th Ave

Sold and shipped by **ILUGU**

Niuer Women Casual Summer Mid
Waist Stretchy Denim Jean Shorts Jun...

**$16.98**

Actual Color: Dark Blue
Clothing Size: S(US 2-4)

Remove     Save for later     —     1     +



**Walmart**+ **Get free grocery delivery and more!**   ✕

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com   ✕
Learn how

**Estimated total $16.98**

**Continue to checkout**

## Review Order

 **Shipping, arrives by**

# Tue, Mar 7

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)** Add

Add gate codes or other useful information

**Item details** View

1 item



 **Payment method**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Place order $18.17**



Search Walmart

$0.00

Thanks for your order!

Order #200010810381741   $18.17

 **Shipping, arrives by**

## Tue, Mar 7

Your items may arrive in Walmart bags or original packaging

STEVE ERLY

2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Tue, Mar 7**

1 item



**Continue Shopping**

# Defendant No.: **29**

## Store Name:

## **Muheng**

# Mughing

 See all 13 reviews

1.8 stars out of 5



**15%**    Overall Positive Rating

---

⌂  Business Name: shen zhen shi xiao mei sen shi pin you xian gong si

✉  Contact seller

☎  (+86) 13148851731

📍  nan shan qu nan shan jie dao
li wan she qu li wan yan shan lu 8hao li shan gong ye qu 7dong 603
shen zhen shi, Guangdong 518066, China

---

About seller

Tax policy

## Seller reviews

# 1.8 out of 5

★★☆☆☆ (13 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 3 |
| 1 star | 8 |

---

## More seller options

Deals    Black History Month    Grocery &



Tankini Set for Women, Two Piece Swimsuit Lotus Swimwear High Waist Beachwear Floral Print Push-Up Bra...

Sexy Dance

Tankini Set for Women, Two Piece Swimsuit Lotus Swimwear High Wa Beachwear Floral Print Push-Up Bra Padded Braces Swimming Bathing !

★★★★☆ (4.0) 69 reviews

## $22.98

Price when purchased online ⓘ

**Buy now**    **Add to cart**

Color: Blue

Shipping to Wilton Manors, 33334

**$22.98** One-time purchase
+ free shipping

**Arrives by Wed, Mar 22**
Sold and shipped by oudi co.,ltd

🔲 **Free 30-day returns** Details

**Add to cart**


$24.71


$22.98




$2


$22.98


$22.98


$22.98

**$25.92** One-time purchase
+ free shipping

**Arrives by Thu, Mar 2**
Sold and shipped by Muheng

🔲 **Free 30-day returns** Details

**Add to cart**

Clothing Size: US XL=Tag 2XL    Size guide

US L=Tag XL    US M=Tag L    US S=Tag

US XL=Tag 2XL

🚚 Free shipping, **arrives by Wed, Mar 22** to
2773 NE 14th Ave
More options



## Shipping

Arrives **Thu, Mar 2**

<u>2773 NE 14th Ave</u>

Sold and shipped by <u>Muheng</u>

Tankini Set for Women, Two Piece Swimsuit Lotus Swimwear High Waist ...    **$29.59**

Actual Color: Black+Blue Flower
Clothing Size: M

<u>Remove</u>        <u>Save for later</u>        ⊖    1    ⊕

**Walmart+**  Get free grocery delivery and more!    ✕

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com
Learn how    ✕

**Estimated total $29.59**

**Continue to checkout**

Search Walmart



$0.00



# Thanks for your order!

Order #200010905853361   $31.66

 **Shipping, arrives by**

## Thu, Mar 2

Your items may arrive in Walmart bags or original packaging

Joseph Leister
2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Thu, Mar 2**

1 item



**Continue Shopping**

# Defendant No.: **30**

## Store Name:

## **ANGUYU STORE**



# ANGUYU STORE

  See all 53 reviews

2.7 stars out of 5

  Overall Positive Rating

---

⌂  Business Name: ANGUYU TECHNOLOGY INC

✉  Contact seller

☎  (626) 416-4811

📍  18351 Colima Road Num 97,Los Angeles County
Rowland Heights, California 91748, United States

---

About seller

Tax policy

## Seller reviews

# 2.7 out of 5

★★⯪☆☆ (53 reviews)

| | |
|---|---|
| 5 stars | 17 |
| 4 stars | 2 |
| 3 stars | 6 |
| 2 stars | 3 |
| 1 star | 25 |

---

**Deals**    **Black History Month**    **Grocery &**

**More seller options**

Sexy Dance

## Summer Women's Lounge Beach Sh
## Casual Cotton And Linen Elastic W
## Knee-Length Straight-leg Pants Be
## Shorts

★★★½☆ (3.7) 3 reviews

# $18.57

Price when purchased online ⓘ

**Buy now**    **Add to cart**

**Color:** Black

$18.58    **$18.57**    $18.57    $18.57

$18.57

**Clothing Size:** XXL    Size guide

🌀 Fit Predictor Calculate your size

| S | M | L |
| XL | **XXL** | 3XL |
| 4XL |

**Add to cart**

**$18.58** One-time purchase
+ free shipping

Arrives by Wed, Mar 22
Sold and shipped by Dgu Group Inc

📇 Free 30-day returns  Details

**Add to cart**

**$18.59** One-time purchase
+ free shipping

Arrives by Tue, Mar 14
Sold and shipped by ANGUYU STORE

📇 Free 30-day returns  Details

**Add to cart**

**$22.16** One-time purchase
+ free shipping

Arrives by Wed, Mar 22
Sold and shipped by Hongjiuus

📇 Free 30-day returns  Details

**Add to cart**



## Shipping

Arrives **Tue, Mar 14**

<u>2773 NE 14th Ave</u>

Sold and shipped by <u>ANGUYU STORE</u>

Summer Women's Lounge Beach Shorts Casual Cotton And Linen Elast...

Actual Color: Blue
Clothing Size: XL

**$20.72**

<u>Remove</u>     <u>Save for later</u>          −     1     +

---

**Walmart** Get free grocery delivery and more!          ✕

☐ Try W+ free for 30 days. Terms apply.

---

**Earn 5% cash back** on Walmart.com
<u>Learn how</u>          ✕

**Estimated total $20.72**

**Continue to checkout**

## Review Order

 Shipping, arrives by

## Tue, Mar 14

Amirbahador Zandi
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**          Add

Add gate codes or other useful information

**Item details**          View

1 item



---

## Payment method

By placing this order, you agree to our Privacy Policy and Terms of Use


**Place order $22.17**

 

Search Walmart

$0.00



# Thanks for your order!

Order #200010804542872 | $22.17



## Shipping, arrives by

## Tue, Mar 14

Your items may arrive in Walmart bags or original packaging

Amirbahador Zandi
2773 NE 14th Ave, Wilton Manors, FL 33334

### Arrives by Tue, Mar 14

1 item



**Continue Shopping**

# Defendant No.: **31**

## Store Name:

## **KunMingQiuTongShang**

## More seller options



Niuer Women Casual Summer Mid Waist Stretchy Denim Jean Shorts Junior Lace Up Fitting Tassels Short...

Sexy Dance



Niuer Women Casual Summer Mid
Stretchy Denim Jean Shorts Junior
Up Fitting Tassels Short Jeans Dark
M(US 6-8)

★★★★★ (5.0) 5 reviews

# $18.83

Price when purchased online ⓘ

**Buy now**     **Add to cart**

**Color:** Dark Blue


$18.83


$19.99


$19.63


$25.30

$2


$23.30

**Clothing Size:** M(US 6-8)     Size guide

S(US 2-4)     M(US 6-8)     L(US 10-1

XL(US 12-14)     XXL(US 14-16)

 Free shipping, **arrives by Wed, Mar 22** to
2773 NE 14th Ave
More options

Shipping to Wilton Manors, 33334

**$18.83** One-time purchase
+ free shipping

**Arrives by Wed, Mar 22**
Sold and shipped by Dgu Group Inc

🔄 Free 30-day returns  Details

**Add to cart**

**$18.84** One-time purchase
+ free shipping

**Arrives by Thu, Mar 16**
Sold and shipped by KunMingQiuTongShang

🔄 Free 30-day returns  Details

**Add to cart**

**$21.99** One-time purchase
+ free shipping

**Arrives by Wed, Mar 22**
Sold and shipped by Yinsihan

🔄 Free 30-day returns  Details



‹ **Cart**

### Shipping

Arrives **Thu, Mar 16**

2773 NE 14th Ave

Sold and shipped by KunMingQiuTongShang

Niuer Women Casual Summer Mid Waist Stretchy Denim Jean Shorts Ju...

**$18.84**

Actual Color: Dark Blue
Clothing Size: L(US 10-12)

Remove          Save for later          −  **1**  +

**Walmart**+  **Get free grocery delivery and more!**          ✕

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com
Learn how          ✕

**Estimated total $18.84**

**Continue to checkout**

 **Review Order**

 **Shipping, arrives by**

## Thu, Mar 16

Elroy Kendall
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**          Add

Add gate codes or other useful information

**Item details**          View

1 Item



 **Payment method**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Place order $20.16**



Q Search Walmart                                    $0.00



# Thanks for your order!

Order #200010774754715 | $20.16

 **Shipping, arrives by**

## Thu, Mar 16

Your items may arrive in Walmart bags or original packaging

Elroy Kendall
2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Thu, Mar 16**

1 item



**Continue Shopping**

# Qieyoud Co.Ltd

 See all 3 reviews

2 stars out of 5

 **33%**  Overall Positive Rating

---

🏠  Business Name: KunMingQiuTongShangMaoYouXianGongSi

✉️  Contact seller

📞  (+86) 8615252146295

📍  PanLongQuLianMengLuYuWanHongLuJiaoHuiChu
WanHongJiaYuanFengYuan(DiKuaiSan)BZuo8Ceng804Hao
KunMingShi, Yunnan 650051, China

---

About seller

---

## Seller reviews

# 2 out of 5

★★☆☆☆ (3 reviews)

| | |
|---|---|
| 5 stars | 0 |
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 2 |

---

**3 reviews**    Sort by  |  Most Relevant ▾

---

# Defendant No.: **32**

## Store Name:
## **TEN10CENT**



Sexy Dance

## Sexy Dance Womens Checkered Tote Shoulder Bag with inner pouch - PU Vegan Leather Shoulder Satchel Fashion Bags

★★★★⯪ (4.7) 6 reviews

## $27.68

Price when purchased online ⓘ

**Buy now**      **Add to cart**

**Actual Color:** White Checkered


$27.99


$28.99


$27.99


$27.68

📦 Free shipping, **arrives by Sat, Mar 4** to
2773 NE 14th Ave
More options

🏪 Sold and shipped by **TEN10CENT**
★★★☆☆ 14 seller reviews
View seller information

🔄 Free 30-day returns  Details

♡  Add to list      🎁  Add to registry



Cart (1 item)

Free shipping, arrives Sat, Mar 4

2773 NE 14th Ave

Sold and shipped by TENIOCENT

Sexy Dance Womens Checkered Tote Shoulder Bag with inner pouch - PU Vegan Leather&nbspShoulder Satchel...

Actual Color: White Checkered

Free 30-day returns

Only 3 left

Remove    Save for later

$27.68

−  1  +

Recommended with your order

Best seller    Best seller    Best seller

+ Add    + Add    + Add    + Add

$10.79    $17.97    $27.81    $42.00    $17.47

Continue to checkout

Sexy Dance Womens Checkered...Is selling fast! Check out soon before it's sold out.    ×

$27.68

Subtotal (1 item)    $27.68

Shipping    Free

Taxes    Calculated at checkout

Estimated total    $27.68

Walmart+  Want to save on grocery delivery, gas & more?    ×

☐ Try W+ free for 30 days!

Earn 5% cash back on Walmart.com    ×
See if you're pre-approved with no credit risk. Learn how



# Review Order

### Free shipping, arrives by Sat, Mar 4

Edit

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions**                                        Add

Add gate codes or other useful information.

**Items details**                                               View details

1 item

---

## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9660                                                  $29.62




---

## Place order for $29.62

By placing this order, you agree to our Privacy Policy and Terms of
Use

**Subtotal** (1 item)                                           $27.68
Shipping                                                        Free

**Estimated taxes**                                             $1.94

**Estimated total**                                             $29.62

Have a promo code?                                              >

Walmart

Departments   Services

Search everything at Walmart online and in store

Reorder
My Items

Hi, Adela A
Account

Thanks for your order!

Order# 2000109033322

sparkgood   Small acts lead to big impact in your community

Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Shipping, arrives by Sat, Mar 4

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

1 item

# TEN10CENT



3.4 stars out of 5

<u>See all 17 reviews</u>

**59%** Overall Positive Rating

🏠 Business Name: guangzhoushijiaodunguojimaoyiyouxiangongsi

✉ <u>Contact seller</u>

📞 <u>(+86) 13241914484</u>

📍 tianhequhanjinglu1hao1501fangzibianD2H2 GEFbuweiA-201
guangzhou, Guangdong 510000, China

<u>About seller</u>

<u>Tax policy</u>

## Seller reviews

# 3.4 out of 5

★★★½☆ (17 reviews)

| | |
|---|---|
| <u>5 stars</u> | 8 |
| <u>4 stars</u> | 2 |
| <u>3 stars</u> | 0 |
| <u>2 stars</u> | 2 |
| <u>1 star</u> | 5 |

**Most helpful positive review**                    **Most helpful negative review**

# Defendant No.: **33**

## Store Name:

# **Wuzhisen E-commerce Co., Ltd**

## More seller options

Sexy Dance Womens L-5X Plus Size
Dresses Summer Maxi Dress Short
Sleeves Crewneck Long Dresses with...

Shipping to Wilton Manors, 33334

**$20.79** One-time purchase
+ free shipping

**Arrives by Fri, Mar 24**
Sold and shipped by Yinsihan

Free 30-day returns  Details

**Add to cart**

**$20.79** One-time purchase
+ free shipping

**Arrives by Thu, Mar 23**
Sold and shipped by shuangguoba co.,ltd

Free 30-day returns  Details

**Add to cart**

**$20.89** One-time purchase
+ free shipping

**Arrives by Wed, Mar 15**
Sold and shipped by Wuzhisen E-commerce Co., Ltd

Free 30-day returns  Details

---

Sexy Dance

# Sexy Dance Womens L-5X Plus Size Dresses Summer Maxi Dress Short Sleeves Crewneck Long Dresses with Pockets Holiday Party Daily Wear

★★★★☆ (4.0)  4 reviews

## Now $20.79  $27.01 ⓘ

Price when purchased online ⓘ

**Buy now**     **Add to cart**

**Color:** Navy Blue

| $21.50 | $20.79 | $20.79 |

**Clothing Size:** XL    Size guide

 Fit Predictor Your suggested size M ⓘ

| L | XL | XXL |
| 3XL | 4XL | 5XL |

 Free shipping, **arrives by Fri, Mar 24** to
2773 NE 14th Ave
More options

 Sold and shipped by **Yinsihan**
★★½☆☆ 12 seller reviews
View seller information



# Review Order



## Free shipping, arrives by Wed, Mar 15

clyde murray
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

**We found a smart way to pay**
Based on the eligible items in your cart, we suggest using these payment methods.

Ending in 9593                                              $14.88

---

### Place order for $22.35

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)          $20.89
Shipping                        Free
**Estimated taxes**            $1.46

**Estimated total**           $22.35

Have a promo code?



Thanks for your order!

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

We'll email details to **congreveybc@yahoo.com**

Order #2000107130449683 | $22.35

spark**good**  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Start Free Trial

### Shipping, arrives by Wed, Mar 15

clyde murray
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **34**

## Store Name:

## **YYNKM**

**More seller options**

Deals   Easter   Black History Month   G

Sexy Dance

**Women Casual Sleepwear Solid Sat Babydoll Pajamas Set Sexy Lingerie Nightwear Ladies Home Dailywear Lounge Wear**

★★☆☆☆ (2.2) 50 reviews

# Now $5.58 ~~$6.37~~ ⓘ

Price when purchased online ⓘ

**Buy now**     **Add to cart**

**Color:** Gray

 $18.10   $18.10   $13.57   $18.10  $18

 $12.78   $5.58   $5.79  $12.31

**Clothing Size:** L   Size guide

🎯 Fit Predictor Your suggested size XL ⑦

| S | M | L |

| XL |

🚚 Freight shipping for $3.86, **arrives by Fri, Mar**
2773 NE 14th Ave Details

---

 Women Casual Sleepwear Solid Satin Babydoll Pajamas Set Sexy Lingerie Nightwear Ladies Home Dailywear...

Shipping to Wilton Manors, 33334

**$5.58** One-time purchase
+ $3.86 shipping

**Arrives by Fri, Mar 10**
Sold and shipped by Botrong

📷 Free 30-day returns  Details

**Add to cart**

**$5.50** One-time purchase
+ $3.99 shipping

**Arrives by Thu, Mar 9**
Sold and shipped by YYNKM

📷 Free 30-day returns  Details

**Add to cart**

**$9.70** One-time purchase
+ free shipping

**Arrives by Thu, Mar 23**
Sold and shipped by shuangguoba co.,ltd

📷 Free 30-day returns  Details



# Review Order

## Shipping, arrives by Thu, Mar 9

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 8003

$10.15

---

**Place order for $10.15**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $6.37 |
| **Savings** | -$0.87 |
| Seller shipping | $5.50 |
| **Estimated taxes** | $3.99 |
| | $0.66 |
| **Estimated total** | $10.15 |

Have a promo code? >



# YYNKM

 See all 11 reviews

2 stars out of 5

 **27%** Overall Positive Rating

---

🏠 Business Name: wu han shi meng zhi xue ke ji you xian gong si

✉️ Contact seller

📞 (351) 080-1405

📍 Floor 1-2, Building 3, Mould Community, Qianchuan Avenue, Qianchuan Street, Huangpi District wuhan, Hubei 430399, China

---

About seller

## Seller reviews

# 2 out of 5

★★☆☆☆ (11 reviews)

| | |
|---|---|
| 5 stars | 2 |
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 8 |

**11 reviews**   Sort by  |  Most Relevant ▾

---

# Defendant No.: **35**

## Store Name:

## **Ostrich**

## More seller options

Fulfilled by Walmart

Free 90-day returns  Details

**Add to cart**

**$17.52** One-time purchase
+ free shipping

**Arrives by Wed, Mar 22**

Sold and shipped by Dgu Group Inc

Free 30-day returns  Details

**Add to cart**

**$17.53** One-time purchase
+ free shipping

**Arrives by Fri, Mar 10**

Sold and shipped by Ostrich

Not returnable  Details

**Add to cart**

**$22.95** One-time purchase
+ free shipping

**Arrives by Mon, Mar 20**

Sold and shipped by Shunxy Tore Inc

Free 30-day returns  Details

---

Deals    Easter    Black History Month    G

Sexy Dance

# Niuer Womens Yoga Lounge Dress
# Work Office Business Casual Slacks
# Stretch Regular Straight Leg Pants
# Buttons

★★★★☆ (3.8) 80 reviews

## $20.63

Price when purchased online ⓘ

( Buy now )    ( Add to cart )

**Color:** Black

$20.63    $18.65    $20.62    $20.62    $2

**Clothing Size:** M    Size guide

Fit Predictor Your suggested size L ⓘ

| S | M | L |

| XL | 2XL |

Shipping, **arrives by Tue, Feb 28** to 2773 NE 1

Sold by **Zhuoshengben., Ltd**
 Fulfilled by Walmart
★★★☆☆ 21 seller reviews
View seller information



Review Order

🚚 **Free shipping, arrives by Fri, Mar 10**

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

**Delivery instructions**

Add gate codes or other useful information.

Add

**Items details**

1 item

View details

📬 **Payment method**

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9660                                                $18.76

---

**Place order for $18.76**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $17.53 |
| Shipping | Free |
| **Estimated taxes** | $1.23 |
| **Estimated total** | **$18.76** |

Have a promo code? ›



# Ostrich

 See all 7 reviews

4.3 stars out of 5

 Overall Positive Rating

⌂ Business Name: BENG BU HUI SU DIAN ZI SHANG WU YOU XIAN GONG SI

✉ Contact seller

☎ (+86) 13016057707

⌖ Room 1616, Ziyang Building, 99 Mingzhu Road, Huaishang District, Bengbu City, Anhui Province
Bengbu, Anhui 233000, China

About seller

## Seller reviews

# 4.3 out of 5

★★★★½ (7 reviews)

| | |
|---|---|
| 5 stars | 5 |
| 4 stars | 0 |
| 3 stars | 1 |
| 2 stars | 1 |
| 1 star | 0 |

**7 reviews**    Sort by  |  Most Relevant ▾

# Defendant No.: **36**

## Store Name:

## **Pro Seller**

Seller Pro Seller



Plus Size Fashion Women Long Sleeve Blazer Suit Ladies Lapel Cardigan Casual Slim Fit Jacket Suit Winter Autumn Women Stylish Casual Business Blazer Coats Collared Outwear Top Size S-5XL



Plus Size Fashion Women Long Sleeve Blazer Suit Ladies Lapel Cardigan Casual Slim Fit Jacket Suit Winter Autumn Women Stylish Casual Business Blazer Coats Collared Outwear Top Size S-5XL



Plus Size Fashion Women Long Sleeve Blazer Suit Ladies Lapel Cardigan Casual Slim Fit Jacket Suit Winter Autumn Women Stylish Casual Business Blazer Coats Collared Outwear Top Size S-5XL



## About this item

### Product details

**Description:**
Gender:Women Woman,Ladies Lady,Female
Style:Casual Lapel Blazer Suit Jacket Top Coat Outwear,Women Shawl Collar Casual Work Office Blazer Cardigan Jacket
Pattern Type:Solid Color,Plain,Draped neck,Shawl Collar,Open Front,Long Sleeve
Sleeve Length:Long Sleeve
Color:Black,White,Khaki,Gray,Apricot,Blue
Season:Autumn,Winter,Spring
Material:90% polyester + 10% cotton
Neckline:Lapel Suit Collar
Occasions:Casual,Party,Holiday,Evening,Cocktail,Daily,Work, Business trips, Meetings, Dinner dates, and hangouts

**Features:**
1.1.Women Shawl Collar Casual Work Office Blazer Jacket,Women Cardigan Suit .
1.This work suit set,simple but classy, the design is the most popular and classic at the moment,which looks really fashionable and elegant.You are at the forefront of fashion trends when you put it on.Nice womens office suit set !
2.The suit set is really elegant. As you see,it's simple and classy,matched with nice leather shoes and will really make you look much attractive. You can definitely wear this in multiple occasions and quickly become the focus of the crowd.
3.Occasions:daily life, wear to work, family gathering, casual, dinner,beach, dating or leisure ect.

**Notes:**

Plus Size Fashion Women Long Sleeve Blazer Suit Ladies Lapel Cardigan Casual Slim Fit Jacket Suit Winter Autumn Women Stylish Casual Business Blazer Coats Collared Outwear Top Size S-5XL



Notes:

1. Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures.

2. Slightly color/pattern differences between batches.

3. Size doesn't fit all, please carefully check size chart and select the size based on your real size.

Package Included:
1 x Women Suit Jacket Coat

- Women Shawl Collar Casual Work Office Blazer Jacket,Women Cardigan Suit ,
- This work suit set,simple but classy, the design is the most popular and classic at the moment,which looks really fashionable and elegant.You are at the forefront of fashion trends when you put it on.Nice womens office suit set !
- The suit set is really elegant. As you see,it's simple and classy,matched with nice leather shoes and will really make you look much attractive. You can definitely wear this in multiple occasions and quickly become the focus of the crowd.
- Occasionsdaily life, wear to work, family gathering, casual, dinner,beach, dating or leisure ect.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications                                                          ⌃

**Country of Origin - Textiles**
Imported

**Assembled Product Dimensions (L x W x H)**
0.98 x 0.80 x 0.31 Feet

💬  Report incorrect product information

## Save more with Walmart brands
Same great quality, lower price

Plus Size Fashion Women Long Sleeve Blazer Suit Ladies Lapel Cardigan Casual Slim Fit Jacket Suit Winter Autumn Women Stylish Casual Business Blazer Coats Collared Outwear Top Size S-5XL



Plus Size Fashion Women Long Sleeve Blazer Suit Ladies Lapel Cardigan Casual Slim Fit Jacket Suit Winter Autumn Women Stylish Casual Business Blazer Coats Collared Outwear Top Size S-5XL



## Customer reviews & ratings

### 3.2 out of 5

★★★☆☆ (66 reviews)

| | |
|---|---|
| 5 stars | 29 |
| 4 stars | 8 |
| 3 stars | 2 |
| 2 stars | 1 |
| 1 star | 26 |

[See all reviews]   [Write a review]



**Most helpful positive review**

★★★★★

**Wow ! Gorgeous**

My blazer arrived in a plastic bag all balled up and sat outside in the sun all afternoon. I figured it would be a mess when i pulled it out of the sack. It came out looking perfect! No wrinkles at all , this blazer is beautifully made has great detail and fits perfect. I intend to wear mine with tight jeans , a white tee shirt and black ankle boots. It is very cool . Buy it! You will love it .I'm 5'1 117 lbs i got the small.

Nikolas Bashirian
Written by a sexy-dance.myshopify.com customer

**VS**

**Most helpful negative review**
1 customer found this helpful

★☆☆☆☆  Verified Purchaser

**Low quality**

Very disappointed in this product. Very low quality material, thin, more like a shirt than a jacket of any kind. Buttons are all barely on with thread hanging off everywhere. However, I will say that the color blue is nice, and the size was true. Would not recommend. Looks nothing like the picture. CHEAP

Julia

Plus Size Fashion Women Long Sleeve Blazer Suit Ladies Lapel Cardigan Casual Slim Fit Jacket Suit Winter Autumn Women Stylish Casual Business Blazer Coats Collared Outwear Top Size S-5XL



Plus Size Fashion Women Long Sleeve Blazer Suit Ladies Lapel Cardigan Casual Slim Fit Jacket Suit Winter Autumn Women Stylish Casual Business Blazer Coats Collared Outwear Top Size S-5XL



Plus Size Fashion Women Long Sleeve Blazer Suit Ladies Lapel Cardigan Casual Slim Fit Jacket Suit Winter Autumn Women Stylish Casual Business Blazer Coats Collared Outwear Top Size S-5XL



# Defendant No.: **37**

## Store Name:

## **JZ Co.ltd**

Seller JZ Co.ltd



Sexy Dance Large Leather Hobo Handbag for women,Fashion Retro Zipper Large Leather Tote Satchel Shoulder Crossbody Bags 2pcs Purses Wallets Set,Khaki



Sexy Dance Large Leather Hobo Handbag for women,Fashion Retro Zipper Large Leather Tote Satchel Shoulder Crossbody Bags 2pcs Purses Wallets Set,Khaki



Sexy Dance Large Leather Hobo Handbag for women,Fashion Retro Zipper Large Leather Tote Satchel Shoulder Crossbody Bags 2pcs Purses Wallets Set,Khaki



**About this item**

Product details

Specifications:
Color: Khaki, Coffee, Brown, Gray, Beige, Claret, Black (Optional)
Material: PU Leather+Fabric
Size: 33x13x33cm/12.99x5.12x12.99"
Handle Height: 25cm/9.84"
Weight: 745g
Pattern: Solid Color
Gender: Women, Ladies
Closure: Zipper
Season: Spring, Summer, Autumn, Winter

Package Included:
1 x Handbag / 1 x Small Pouch / 1 x Handbag With Pouch (Other Accessories are not included)

- Quality Materia - High Quality Anti-Scratch PU Leather Hobo Tote Womens Purse Handbag.
- Distinctive Design: Zipper Closure ( Hardware is Gold Silver color) & Adjustable and Removable Shoulder Strap.
- DIMENSION - 1.Tote Bag Size: 13" at Bottom and top x 13" x 5.1"(W x H x D) 2.Wallet Clutch: 6.7" x 4.7"(W x H). Please refer to the size before you purchasing. Thanks for your kindly.
- Bag Structure - 1 Divide Main Compartment & Multi Inner Pocket for Organizing, 1 Big Zipper Pocket in the Middle, 1 Small Zipper Pocket and 2 Small Open Pocket for Your Phone or Key, 1 Big Zipper Pocket on teh front and 1 Small Zipper Pocket on the back.
- ELEGANT & SIMPLE DESIGN - Elegant and stylish large capacity tote shoulder bag with a purse. Great for casual or many other occasions such as travel, business, work, gym, beach, etc. And it also a wonderful present for Birthday, Valentine's Day,

Sexy Dance Large Leather Hobo Handbag for women,Fashion Retro Zipper Large Leather Tote Satchel Shoulder Crossbody Bags 2pcs Purses Wallets Set,Khaki



Sexy Dance Large Leather Hobo Handbag for women,Fashion Retro Zipper Large Leather Tote Satchel
Shoulder Crossbody Bags 2pcs Purses Wallets Set,Khaki



Sexy Dance Large Leather Hobo Handbag for women,Fashion Retro Zipper Large Leather Tote Satchel Shoulder Crossbody Bags 2pcs Purses Wallets Set,Khaki



Sexy Dance Large Leather Hobo Handbag for women,Fashion Retro Zipper Large Leather Tote Satchel Shoulder Crossbody Bags 2pcs Purses Wallets Set,Khaki



Sexy Dance Large Leather Hobo Handbag for women,Fashion Retro Zipper Large Leather Tote Satchel Shoulder Crossbody Bags 2pcs Purses Wallets Set,Khaki



Sexy Dance Large Leather Hobo Handbag for women,Fashion Retro Zipper Large Leather Tote Satchel Shoulder Crossbody Bags 2pcs Purses Wallets Set,Khaki



## Related pages

Purses & Handbags for Women

leather purse bags

Ladies Leather Briefcases

Leather Crossbody Bags

Womens Hobo Bags

Womens Tote Bags

Womens Satchels

Accessories Character Shop

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

# JZ Co.ltd  Pro Seller

☆ ☆ ☆ ☆ ☆

No reviews yet

---

## What makes a Pro seller

- Quality service provider
- Consistent on-time delivery
- Free online or in-store returns

---

⌂   Business Name: jing de zhen mi ya dian zi shang wu you xian gong si

✉   Contact seller

📞   (+86) 15396152167

📍   Jingdezhen City, Jiangxi Province
     13-1-301 Kaixuan Huafu, Leping City
     Jingdezhen, Jiangxi 333399, China

---

About seller

---

## More items from this seller



+ Add



+ Add

# Defendant No.: **38**

## Store Name:

## **Botrong**

Seller Botrong



Women Casual Sleepwear Solid Satin Babydoll Pajamas Set Sexy Lingerie Nightwear Ladies Home Dailywear Lounge Wear



Women Casual Sleepwear Solid Satin Babydoll Pajamas Set Sexy Lingerie Nightwear Ladies Home Dailywear Lounge Wear



Women Casual Sleepwear Solid Satin Babydoll Pajamas Set Sexy Lingerie Nightwear Ladies Home Dailywear Lounge Wear



## About this item

### Product details ⌃

Description:
Type: Women Lounge Set,Cami Shorts Set,Babydoll Sleepwear Pajama
Gender: Women,Ladies,Female,Girl
Material: 100% polyester
Color:Black,Gray,Black,Pink
Size:S M L XL
Occasions: Honeymoon, Wedding night, lingerie Party, sleepwear,Valentine's Day.etc

Package:
1 x Women pajamas set

Notes:
1. Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures.
2. Slightly color/pattern differences between batches.
3. Size doesn't fit all, please carefully check size chart and select the size based on your real size.

- Sexy Lingerie Set / Stain Pajamas Sleepwear / Cami Shorts Sets / Woman Pajamas / Strap Nightwear , Solid Color.Fine condole belt, leak the back of half, tie-in shorts, the cute and sexy 2 piece cami sleep sets for women.Popular designs and lightweight fabrics make your family wander more comfortable and elegant.

Women Casual Sleepwear Solid Satin Babydoll Pajamas Set Sexy Lingerie Nightwear Ladies Home Dailywear Lounge Wear



Women Casual Sleepwear Solid Satin Babydoll Pajamas Set Sexy Lingerie Nightwear Ladies Home Dailywear Lounge Wear



Women Casual Sleepwear Solid Satin Babydoll Pajamas Set Sexy Lingerie Nightwear Ladies Home Dailywear Lounge Wear



Women Casual Sleepwear Solid Satin Babydoll Pajamas Set Sexy Lingerie Nightwear Ladies Home Dailywear Lounge Wear



Women Casual Sleepwear Solid Satin Babydoll Pajamas Set Sexy Lingerie Nightwear Ladies Home Dailywear Lounge Wear



| Now $15.99 ~~$27.99~~ | $35.99 | $32.83 | Now $14.99 |
|---|---|---|---|
| RSLOVE Christmas Lingerie for Women Sexy Santa Lingerie S... | Uncia Active Womens Lingerie Set 2pcs Lace Trim Chemise Babydo... | Sunm Boutique 20 Pack Cotton Womens Thong Underwear,... | Curve Muse Womens Plus Size 100% Cotton High Waist Hipster... |
| ★★★★★ 7 | ★★★★☆ 1 | 3+ day shipping | 3+ day shipping |
| 2-day shipping | 2-day shipping | | |

## Related pages

Sexy Gifts

Lace Lingerie Sets

Lingerie Shop All

Womens Plus Lingerie

Sexy Lingerie

Babydoll Lingerie

Womens Lingerie

Sleepwear & Lingerie

💬 Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

## Botrong

 3.5 stars out of 5 — [See all 90 reviews](#)

**59%** Overall Positive Rating

🏠 Business Name: shanxifabaozhouqishangmaoyouxiangongsi

✉️ [Contact seller](#)

📞 [(+86) 13049430358](#)

📍 xixianxinquqinhanxinchengzhengyangjiedaoban
baimiaocun1zu39hao
xian, Shaanxi 712000, China

[About seller](#)

### More items from this seller



Clearance

➕ Add

**$4.82** $6.96

Lenago Women's Plus Size Summer Dresses Fashion Holiday Summer Solid Color Sleeveless Party Beach Dress on Clearance

⭐⭐⭐ 96



Clearance

➕ Add

**$7.70** $9.96

Lenago Women's Summer Dress Plus Size Deep V-Neck Standard-Fit Short Sleeve Solid Maxi Party Dress

⭐⭐⭐⭐ 57

➕ Add

**$5.43**

CHGBMOK Bras for Women Com Underwear Plus Size Bra on Cleara

⭐⭐⭐ 47

### Seller reviews

# 3.5 out of 5

⭐⭐⭐ (90 reviews)

| | |
|---|---|
| [5 stars](#) | 48 |
| [4 stars](#) | 5 |
| [3 stars](#) | 7 |
| [2 stars](#) | 6 |
| [1 star](#) | 24 |

# Defendant No.: **39**

## Store Name:

## **Erji Network Technology Co., Ltd.**

Seller Erji Network Technology Co., Ltd.



Casual Sport Shorts for Women Yoga Shorts Lounge Fitness Gym Activewear Ladies Beach Shorts Running Jogging Hot Pants



Casual Sport Shorts for Women Yoga Shorts Lounge Fitness Gym Activewear Ladies Beach Shorts Running Jogging Hot Pants



Roll over image to zoom in

## About this item

Product details

Ladies Yoga Shorts Fitness Sports Gym Activewear Running Jogging Casual Lounge Hot Pants

Stylish design,100% brand new,high quality!
Gender: Women Woman,Ladies Lady,Female

Casual Sport Shorts for Women Yoga Shorts Lounge Fitness Gym Activewear Ladies Beach Shorts Running Jogging Hot Pants



Style: Yoga Short Pants,Casual Shorts,Sports Shorts,Hot Pants
Pattern Type:  Striped,Solid Color,Shorts Hot Pants,Low Waist
Waist: Low Waist
Length: Shorts
Color:Black,Green,Wine red,Rose red,Orange,Pink,Sky blue,Red,Blue,Gray
Size:S,M,L,XL
Season: Spring,Summer,Autumn,Fall,Winter
Material: 90% Polyester,10% Cotton
Occasions: Fitness,Yoga,Gymnastics,Zumba,Running,Jogging,Gym Exercise,Casual,Sports

Features:

1. Material: 90% Polyester,10% Cotton. Soft and comfortable to wear
2. Design:Striped,Solid Color,Shorts Hot Pants,Low Waist
3. Perfect for Fitness,Yoga,Gymnastics,Zumba,Running,Jogging,Gym Exercise,Casual,Sports, or everyday use.
4.Size:S,M,L,XL,please choose the size according to the measurement we provided(pictures)

Notes:

1. Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures.
2. Slightly color/pattern differences between batches.
3. Size doesn't fit all, please carefully check size chart and select the size based on your real size.

Package Included:

1 x Yoga Short Pants

- Material: 90% Polyester,10% Cotton. Soft and comfortable to wear
- Design:Striped,Solid Color,Shorts Hot Pants,Low Waist
- Perfect for Fitness,Yoga,Gymnastics,Zumba,Running,Jogging,Gym Exercise,Casual,Sports, or everyday use
- Size:S,M,L,XL,please choose the size according to the measurement we provided(pictures)

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

Specifications ⌄

**Features**

Casual

Casual Sport Shorts for Women Yoga Shorts Lounge Fitness Gym Activewear Ladies Beach Shorts Running Jogging Hot Pants



Casual Sport Shorts for Women Yoga Shorts Lounge Fitness Gym Activewear Ladies Beach Shorts Running Jogging Hot Pants



| Search everything at Walmart online and in store |

Fort Lauderdale Supercenter

★★★☆☆ 1                    ★★★★★ 48              3+ day shipping              ★★★☆☆ 8

3+ day shipping           3+ day shipping                                      3+ day shipping

## Customers also considered

**From $7.06**          **$15.99** ~~$18.00~~     **From $7.63**            **$14.49**

Athletic Workout Gym    Charmo Women           Fast Drying Drawstring    (2 Pack) Women Yoga
Yoga Running Fitness    Swimsuit Bottoms       Women's Running           Shorts Side Striped
Sports Shorts for...    Swim Shorts Workout... Workout Shorts, Yoga...   Fitness Sports Gym...

3+ day shipping         ★★★★☆ 7                ★★☆☆☆ 7                   ★★★★☆ 3

                        2-day shipping         3+ day shipping            3+ day shipping

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk.   Learn more

## Products you may also like                                                      Spons

Casual Sport Shorts for Women Yoga Shorts Lounge Fitness Gym Activewear Ladies Beach Shorts Running Jogging Hot Pants



Casual Sport Shorts for Women Yoga Shorts Lounge Fitness Gym Activewear Ladies Beach Shorts Running Jogging Hot Pants



Casual Sport Shorts for Women Yoga Shorts Lounge Fitness Gym Activewear Ladies Beach Shorts Running Jogging Hot Pants



Casual Sport Shorts for Women Yoga Shorts Lounge Fitness Gym Activewear Ladies Beach Shorts Running Jogging Hot Pants



$15.99

RXRXCOCO Women Cross Waist Yoga Shorts 5" Workout...

3+ day shipping

$14.99

Women's Workout Running Shorts, Athletic Gym Yoga...

2-day shipping

$15.99

RXRXCOCO Women Cross Waist Yoga Shorts 5" Workout...

3+ day shipping

$15.99

RXRXCOCO Women Cross Waist Yoga Shorts 5" Workout...

2-day shipping

**Recently viewed items**

Based on your most recent browse history



From $15.63

Lumento Hawaiian Women Casual Loose Pocket Long Dress...

3+ day shipping

From $14.75

MAWCLOS Men's Button Down Dress Shirt Long Sleeve...

2-day shipping

From $18.28

Avamo Women Bootcut Yoga Pants Leggings with Pocket...

3+ day shipping

From $12.89

Womens Loose Tank Tops Summer Sleeveless Floral...

3+ day shipping

Casual Sport Shorts for Women Yoga Shorts Lounge Fitness Gym Activewear Ladies Beach Shorts Running Jogging Hot Pants



**From $15.63**

Lumento Hawaiian Women Casual Loose Pocket Long Dress...

3+ day shipping

**From $14.75**

MAWCLOS Men's Button Down Dress Shirt Long Sleeve...

2-day shipping

**From $18.28**

Avamo Women Bootcut Yoga Pants Leggings with Pocket...

3+ day shipping

**From $12.89**

Womens Loose Tank Tops Summer Sleeveless Floral...

3+ day shipping

## Related pages

Rehband Shorts

Womens Cycling Shorts

Womens Workout Shorts & Skorts

Love & Sports Activewear

Avia Women Running Shorts

Zebra Shorts

Womens Bike Shorts

Athletic Works Women's Clothing

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

# Erji Network Technology Co., Ltd.

☆ ☆ ☆ ☆ ☆

No reviews yet

---

🏠  Business Name: shanghaierjiwangluokejiyouxiangongsi

✉  Contact seller

📞  (+86) 15026930742

📍  pudongxinqudieqiaolu456nong137-138hao5ceng
   shanghai, Shanghai 200120, China

---

About seller

## More items from this seller







**$7.99**  $9.93

Swimming Goggles No Leaking Anti Fog UV Protection Swim Goggles Swimming Goggles Suit for Children Boys Girls Kids-Best Swim Goggles

★★★★☆ 11

**$20.85**

MBB Exerciser Pedal,Under Desk Mini Stepper,Relieves Varicose Veins，Gray Color

★★★☆☆ 14

**$9.99**

Lollipop Stand 20 Holes Lollipop H Transparent Lollipop Display Curve Wedding Baby Shower Birthday Pa

★★★★☆ 23

## Seller reviews

This seller doesn't have any reviews yet.

## About seller

ⓘ
This seller may also engage in manufacturing, importing or reselling consumer products.

Customer first

# Defendant No.: **40**

## Store Name:

# **JUST LIKE FISHION**

Seller JUST LIKE FISHION



Nightgown for Womens Sleepwear Pockets Loose Long Dress Comfy Loungewear Nightshirts Pajama Dress Purple 3XL



Nightgown for Womens Sleepwear Pockets Loose Long Dress Comfy Loungewear Nightshirts Pajama Dress Purple 3XL



Nightgown for Womens Sleepwear Pockets Loose Long Dress Comfy Loungewear Nightshirts Pajama Dress Purple 3XL



| $8.99 $17.99 | $14.99 | $15.99 | From $18.97 |
|---|---|---|---|
| Women's Nightgown Short Sleeve Sleepwear Soft Ragla... | Multitrust Womens Satin Long Nightdress Silk Lace Lingerie... | Up2date Fashion's Women's Caftan / Kaftan / Muumuu /... | Wuffmeow Zipper Front Housecoat Short Sleeve & Half Sleeve... |
| ★★★★★ 8 | ★☆☆☆☆ 23 | ★★★★☆ 10 | ★★☆☆☆ 5 |
| 3+ day shipping | 3+ day shipping | 3+ day shipping | 3+ day shipping |

## About this item

### Product details

Description:
Gender: Women Woman, Ladies Lady, Female
Style: Women Long Maxi Dress, Women Basic Solid Dress,  Women Casual Loose Dress, Womens Summer Beach Dress, Women Sun Dress, Women Short Sleeve Round Neck Tshirts Dress Pattern Type: Solid Color, Plain, Pockets
Color: Yellow, Blue, Rose Red, Light Green, Fluorescent Green, Black, Gray, Purple, Wine Red, Orange (Optional)
Size: S, M, L, XL, XXL, 3XL, 4XL, 5XL (Follow the size chart to select please)
Material: 95%Polyester, 5%Spandex
Neckline: U Neck
Dress Length: Maxi
Sleeve Length: Short Sleeve
Season: Spring, Summer
Occasions: Beach, Casual, Traveling, Vacation, Working, Party, Everyday, Dates, Movies

Features:
1. Short sleeve tshirts dress which gives extra soft touch, premium fabric, stretch and rich material for extra comfort.
2. Wear this dress for any occasion, work, business or everyday that gives relaxed fit. An essential dress for spring, summer and occasions.
3. Fashionable style makes you sexy and eye-catching in the crowd.
4. Simple, versatile design makes this dress perfect for daily.

Package Content:

Nightgown for Womens Sleepwear Pockets Loose Long Dress Comfy Loungewear Nightshirts Pajama Dress Purple 3XL



Search everything at Walmart online and in store

Fort Lauderdale Supercenter

1 x Dress (Other Accessories are not included)

Tips:
1. Please compare the detail sizes with yours before you buy!!!
2. Colors may be slightly different depending on computer and monitor settings.
3. Please allow 1-3cm differs due to manual measurement, thanks. (All measurement in cm and please note 1cm=0.39inch, 1inch=2.54cm)

- Features Solid Color, Short Sleeve, Two Side Pockets, Round Neck, Floor Length, Casual Style, Loose, Comfy, Stretchy, Women Sun Dress
- Material: 95%Polyester 5%Spandex Lightweight, Breathable, Elastic, Very Comfortable.
- Style: Women Summer Dress, Women Beach Dress, Women Long Maxi Dress, Women Casual Loose Dress
- Occasion: Long Maxi Dress for Women Casual, Beach, Party, Daily, Office, Formal, Home, Vacation, Dinner Dating
- It Looks Great with Sandals/boots and Long Necklace,offer Fashion Look for You.
- [Attention]: Please Measure Your Body Size and Refer To The Size Chart In The Second Picture Before Ordering.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications

**Country of Origin - Textiles**

Imported

**Clothing Size**

3XL

**Fabric Content**

5% Spandex

**Gender**

Female

**Brand**

Sexy Dance

**Color**

Purple

Warnings

⚠ WARNING - California Proposition 65

Nightgown for Womens Sleepwear Pockets Loose Long Dress Comfy Loungewear Nightshirts Pajama Dress Purple 3XL



Nightgown for Womens Sleepwear Pockets Loose Long Dress Comfy Loungewear Nightshirts Pajama Dress Purple 3XL



Nightgown for Womens Sleepwear Pockets Loose Long Dress Comfy Loungewear Nightshirts Pajama Dress Purple 3XL



Nightgown for Womens Sleepwear Pockets Loose Long Dress Comfy Loungewear Nightshirts Pajama Dress Purple 3XL



Nightgown for Womens Sleepwear Pockets Loose Long Dress Comfy Loungewear Nightshirts Pajama Dress Purple 3XL



Nightgown for Womens Sleepwear Pockets Loose Long Dress Comfy Loungewear Nightshirts Pajama Dress Purple 3XL



**Related pages**

Woman Gown

Yoni Gown

Womens Plus Nightshirts & Gowns

Womens Pajamas

Vestido De Noche

Dresses Gown Clothing

Womens Plus Pajamas & Loungewear

Womens Savings Sleepwear & Loungewear

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

Sexy Dance Womens One Piece Swimsuit Solid Color Ruched Tummy Control Swim Dress Ruched Bathing Suit



## About this item

### Product details

Womens One-Piece Skirted Tankini Swimwear Swim Dress Bikini Swimsuit Push-up Bra S M L XL XXL

Specifications:

Sexy Dance Womens One Piece Swimsuit Solid Color Ruched Tummy Control Swim Dress Ruched Bathing Suit

Search everything at Walmart online and in store

Fort Lauderdale Supercenter

- Condition: New with tags: A brand-new, unused, and unworn item in the original package (such as the original box and bag) and/or with the original tags attached.

- Style: One Piece Swimwear

- Size(Women's): S M L XL XXL (Follow the size chart to select please)

- Garment Care: Machine Washable

- Pattern: Solid

- Support: Wire Free

- Main Color: Black, Navy Blue, Green, Red (Optional)

- Material: 88% Nylon + 12% Spandex

- Gender: Women, Ladies, Female

- Activities: Surfing, Swimming, Bathing

- Features: One Piece, Push Up Padded, Without Underwire

- Occasion: Beach, Summer Holiday, Gymnastics, Summer Essentials, Pool

- Other: Unused, Comfortable, Soft Material, Elasticity, Easy to wash

Features:

- Fashion design, 100% brand new, high quality!

- Highly stretch and breathable fabric with fine sewing craft swimwear.

- Designed with chest pads, without underwire.

- Great Cups Support: The padded provides support and coverage.

- This swimsuit is fitting on any body shape.

- Perfect for surfing, diving, yoga, fitness, swimwear, beach seaside, swimming pool etc.

- Printed sw

- This is our cute and elegant one-piece swimsuit with a flowy hem and solid color design for youthful fashion.The retro high waist design makes the swimsuit more fashionable and classic, suitable for all ages.
- Solid colors paired with high-quality fabrics, this is a captivating swimwear that will make you glamorous and show your elegance.
- One piece swimsuit set for your upcoming vacation/beach getaway/summer/spring and more and you will be the glamorous star in the crowd.
- The ruched details are great for a tummy tuck and also shape your figure, making you look slimmer, more attractive and flattering.

Sexy Dance Womens One Piece Swimsuit Solid Color Ruched Tummy Control Swim Dress Ruched Bathing Suit



Sexy Dance Womens One Piece Swimsuit Solid Color Ruched Tummy Control Swim Dress Ruched Bathing Suit



Sexy Dance Womens One Piece Swimsuit Solid Color Ruched Tummy Control Swim Dress Ruched Bathing Suit





Sexy Dance Womens One Piece Swimsuit Solid Color Ruched Tummy Control Swim Dress Ruched Bathing Suit



Sexy Dance Womens One Piece Swimsuit Solid Color Ruched Tummy Control Swim Dress Ruched Bathing Suit



### Related pages

Womens One Piece Swimsuits

Bathing Suit French

Womens One-Piece Swimsuits

Time and Tru Swimsuits

Womens One Piece Swimsuits One Pieces ONeill

Blouson One Swimsuit

Womens One-Piece Swimsuits

Womens Plus Swimsuits

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback



# JUST LIKE FISHION

★★⯪☆☆   <u>See all 6 reviews</u>

2.3 stars out of 5



**17%**   Overall Positive Rating

---

🏠   Business Name: shenzhenyouguangmaoyiyouxiangongsi

✉   <u>Contact seller</u>

📞   <u>(+86) 19925157024</u>

📍   shenzhenshifutianqushatoujiedaoxinzhoushequxinzhoubeicun38hao201
shenzhen, Guangdong 518000, China

---

<u>About seller</u>

## Seller reviews

# 2.3 out of 5

★★⯪☆☆ (6 reviews)

| | |
|---|---|
| <u>5 stars</u> | 0 |
| <u>4 stars</u> | 1 |
| <u>3 stars</u> | 2 |
| <u>2 stars</u> | 1 |
| <u>1 star</u> | 2 |

**6 reviews**   Sort by | <u>Most Relevant</u> ▾

# Defendant No.: **41**

## Store Name:

# **HUAIKANG CO., LTD.**

Seller HUAIKANG CO., LTD.



Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic T Shirt Blouse



Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic T Shirt Blouse



Roll over image to zoom in

## Similar items you might like

Based on what customers bought

     

Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach
Casual Camisole Women Boho Loose Tunic T Shirt Blouse



## About this item

### Product details

Stylish design, 100% brand new high quality!

Gender: Women Woman,Ladies Lady,Female

Style:Daily,Beach, Cocktail Evening Party ,Holiday,Cruise ship,Tourism,Spa,Sports

Type:Boho Casual Cami,Vintage Cami Vest Top,Sleeveless Stretch Floral Cami Vest,Trendy Basic Summer Tank Top,Pyjama Vest
Top,Gym Top Tank

Design:Tank Top, Floral Printed,Sleeveless,Cami Vest,Vintage T-shirt,Boho Vest,Kaftan Stretchy Tank

Sleeve Style: Sleevesless

Size: S,M,L,XL,2XL,3XL,4XL,5XL

Season: Spring,Summer,Autumn,Fall

Material:95% polyester,5% spandex

Occasions:Beach,Holiday,Tourism,Casual,Dating,Cruise Ship,Club,Dinner,Holiday,Shopping,Work,Basic,Party,Outdoor,School,
Daily Wear,Travel,Cinema

Features:

1.Great for many occasions.It's super comfortable and lightweight,cool feeling,comfortable wear,show skinny, long legs,womanly
curves,femininity sexy and sophisticated

2.The tops made of  cotton.Soft,stretchy and comfortable to wear,Show your best curve.Comfortable and soft material caring
for you like a baby

3.With exquisite craft and durable material,These casual Romper have a long service life and do not fade easily.

4.Refined quality – lightweight,soft and comfy,nice touch material that transition seamlessly from the office to casual
wear.Easily create beautiful female figure

Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic T Shirt Blouse



5.Unique design makes this Cami Vest more fashion and beauty.

Notes:

1. Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures.

2. Slightly color/pattern differences between batches.

3. Size doesn't fit all, please carefully check size chart and select the size based on your real size.

Package Included:

1 x Cami Vest

- Great for many occasions.It's super comfortable and lightweight,cool feeling,comfortable wear,show skinny,long legs,womanly curves,femininity sexy and sophisticated
- The tops made of cotton.Soft,stretchy and comfortable to wear.Show your best curve.Comfortable and soft material caring for you like a baby
- With exquisite craft and durable material,These casual Romper have a long service life and do not fade easily.
- Refined quality – lightweight,soft and comfy,nice touch material that transition seamlessly from the office to casual wear.Easily create beautiful female figure
- Unique design makes this Cami Vest more fashion and beauty.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications                                                                    ⌃

**Country of Origin - Textiles**

Imported

**Clothing Size**

XL

**Brand**

Sexy Dance

**Gender**

Female

**Color**

#1-Pink

**Manufacturer**

Sexy Dance

Warnings                                                                          ⌃

Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic T Shirt Blouse



Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic T Shirt Blouse



Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic T Shirt Blouse



Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic T Shirt Blouse



Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic T Shirt Blouse



Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic T Shirt Blouse



## Related pages

| | |
|---|---|
| Built Bra | R3 Tank |
| Womens Tank Tops | Tanked |
| Womens Savings Coats & Jackets | Tie Dye Tank Tops |
| Womens Savings Tops & T-Shirts | Womens Tie Dye Clothing |

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

# HUAIKANG CO., LTD.



★★★★☆    [See all 1 review](#)
4 stars out of 5

 Overall Positive Rating

---

🏠  Business Name: SONGYUANSHIHUAIKANGKEJIYOUXIANGONGSI

✉  [Contact seller](#)

📞  [(+86) 18375560439](#)

📍  ningjiangqupingxiangjiehuananxiaoqu12zhuang4danyuan204
Songyuan, Jilin 138000, China

---

[About seller](#)

## More items from this seller



| | |  |

**$15.92**

Women Blouses Summer Cotton Blouse Solid Color Leisure Hollow U-Neck 3/4 Sleeve Lace Women Shirt

★☆☆☆☆ 10

**$14.38** ~~$17.17~~

Women s Plus Size Floral Sleeveless Loose Boho Casual Short Dresses

★★½☆☆ 210

**$12.84**

Musuos Women Casual Loose T Sh Plus Size

★★☆☆☆ 42

## Seller reviews

# 4 out of 5

★★★★☆ (1 review)

| | |
|---|---|
| [5 stars](#) | 0 |
| [4 stars](#) | 1 |
| [3 stars](#) | 0 |
| [2 stars](#) | 0 |
| [1 star](#) | 0 |

---

**1 review**    Sort by | Most Relevant ▾

# Defendant No.: **42**

## Store Name:

## **Farer W Stores**

Seller Farer W Stores



Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece Padded Bathing Suit Black



Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece Padded Bathing Suit Black



Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece Padded Bathing Suit Black



## About this item

### Product details

Modest swimdress swimsuit with a built-in bottom, creates a comfortable, breathable look for a day at the beach or pool. Perfect for Tropical Vacations, Summer, Beach and Pool with unique and chic pattern.

- **Features:**
- 100% brand new and high quality!
- The latest Print Design makes it the very eye-catching one
- The visual effect is more three-dimensional
- Designed with chest pads, with underwire
- Professional version of the division of the three-dimensional cutting, comfortable to wear
- Exquisite workmanship, from the famous factory
-
- **Specifications:**
- Style: Swimdress
- Size Type: Regular
- Size: (Women's): L XL XXL 3XL 4XL 5XL
- Material: 82% Polyester+18% Spandex
- Garment Care: Machine Washable
- Type: Swimsuit, Bathing Suit, Swimwear, Beachwear,Swimming Costume, Swim Top+Shorts
- Occasion: Beach, Pool, Holiday, Summer Essentials
- Design: Push-up Bra; With Underwire; Braces
- Gender: Women Female Lady
- Activities: Swimming Surfing Hot Spring
- Package included: 1 x Swimsuit

Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece Padded Bathing Suit Black



Note: Please allow 1-3 cm difference due to manual measurement. Besides different computers display colors differently, the color of the actual item may vary slightly from the below images, thanks for your understanding(1 inch = 2.54 cm)

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Specifications

**Features**
Underwire, Breathable

**Country of Origin - Textiles**
USA or Imported

**Clothing Size**
M

**Brand**
Sexy Dance

**Fabric Content**
82% Polyester

**Gender**
Female

**Color**
Dark Blue

**Assembled Product Dimensions (L x W x H)**
5.12 x 2.56 x 6.69 Inches

## Warnings

⚠ WARNING - California Proposition 65
None

💬 Report incorrect product information

## Customers also considered

Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece Padded Bathing Suit Black



Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece Padded Bathing Suit Black



Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece Padded Bathing Suit Black



Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece Padded Bathing Suit Black



Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece Padded Bathing Suit Black



## Related pages

Plus Size Swimwear Tops

Maillot De Bain

Womens Plus Swimsuits

Womens One-Piece Swimsuits

Plus Size Bathing Suits

Plus Size Swim Dresses

Womens Plus Savings Swimwear

Womens Plus Tankinis

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

# Defendant No.: **43**

## Store Name:

## **LUOCO**

Seller LUOCO



Sexy Dance Women's Gradient Color One Piece Swimsuits Swimwear Cross Back Monokini Tummy Control Athletic Training Swimming Bathing Suits Size Large US 8-10



Sexy Dance Women's Gradient Color One Piece Swimsuits Swimwear Cross Back Monokini Tummy Control Athletic Training Swimming Bathing Suits Size Large US 8-10



Sexy Dance Women's Gradient Color One Piece Swimsuits Swimwear Cross Back Monokini Tummy Control Athletic Training Swimming Bathing Suits Size Large US 8-10



**$13.99**

New Womens One Piece Swimsuit Padded Bikini Swimwear...

3+ day shipping

**$38.99**

Hilor Women's One Piece Swimsuits Tummy Control...

★★★★★ 3

2-day shipping

**From $16.96**

【WOJER】Tummy Control Swimwear Black Halter One...

★★★★☆ 6

3+ day shipping

**From $11.79**

Tuscom Women Swimming Costume Padded Monokini...

★★☆☆☆ 86

3+ day shipping

## About this item

### Product details

Specifications:

- Condition: New with tags: A brand-new, unused, and unworn item in the original package (such as the original box and bag) and/or with the original tags attached.
- Style: Monokinis
- Size(Women's): S M L XL XXL(Follow the size chart to select please)
- Garment Care: Machine Washable
- Pattern: Shown as the pictures
- Support: Wire Free
- Color: Dark Blue, Blue, Pink, Purple, Black
- Material: 82% Polyester+18% Spandex
- Gender: Women, Ladies, Female
- Activities: Surfing, Swimming, Bathing
- Features: One Piece, Push Up Padded, Backless, Without Underwire
- Occasion: Beach, Summer Holiday, Gymnastics, Summer Essentials, Bathing, Seaside, Pool
- Other: Unused, Comfortable, Soft Material, Elasticity, Easy to wash

Features:

- Fashion design, 100% brand new, high quality!
- Design with chest pads, without underwire.
- Great Cups Support: The padded provides support and coverage.
- Backless design in the back keep the one piece bathing suit looks flattering and fun, accentuate your curves.

Sexy Dance Women's Gradient Color One Piece Swimsuits Swimwear Cross Back Monokini Tummy Control Athletic Training Swimming Bathing Suits Size Large US 8-10



- Perfect for surfing, diving, yoga, fitness, swimwear, beach seaside, swimming pool, etc.
- Made of soft quick-drying high quality fabric, good elasticity and permeability, comfortable and durable for long time use.

Note:

- Please allow 1-3 cm difference due to manual measurement. Besides different computers display colors differently, the color of the actual item may vary slightly from the below images, thanks for your understanding. (1 inch = 2.54 cm)

Package included:

- 1 x Women's Swimwear

- Color: Dark Blue, Blue, Pink, Purple, Black; Size: S M L XL XXL;
- Features: One Piece, Push Up Padded, Backless, Without Underwire
- Backless design in the back keep the one piece bathing suit looks flattering and fun, accentuate your curves.
- Designed with chest pads, without underwire.
- Occasion: Perfect for surfing, diving, yoga, fitness, swimwear, beach seaside, swimming pool

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications                                                                    ⌃

**Features**
Tummy Control, Quick Dry, Durable

**Brand**
Sexy Dance

**Gender**
Female

Warnings                                                                          ⌃

⚠ WARNING - California Proposition 65
None

💬 Report incorrect product information

## Customers also considered

Sexy Dance Women's Gradient Color One Piece Swimsuits Swimwear Cross Back Monokini Tummy Control Athletic Training Swimming Bathing Suits Size Large US 8-10



Sexy Dance Women's Gradient Color One Piece Swimsuits Swimwear Cross Back Monokini Tummy Control Athletic Training Swimming Bathing Suits Size Large US 8-10



Sexy Dance Women's Gradient Color One Piece Swimsuits Swimwear Cross Back Monokini Tummy Control Athletic Training Swimming Bathing Suits Size Large US 8-10



Search everything at Walmart online and in store

Sacramento Supercenter

★★★★★ Verified Purchaser                                      6/23/2021

Great suit for Water Aerobics, the chest area is well
covered for when you are jumping in the pool. I took the
pads out and the suit feels secure in the chest area.

LimeyLeigh

👍 0    👎 0

★★★★★ Verified Purchaser                                      1/1/2021

**I wanted to save it , it wouldn't let me**

I want this but I can't buy it lol nail the 5th of January. I
looove this

Catherine

👍 0    👎 0

★★★★★                                                         4/3/2022

**Nice Swimsuit**

Exactly as pictured & true to size.

Natasha McDaniels

👍 0    👎 0
Written by a sexy-dance.myshopify.com customer

★★★★★                                                         10/22/2021

**This is for Aquatics class now 6 or more of us wear**

Very flattering. Fits nice just little tight on boobs. 6 or
more of us in Aquatics class have this bathing suit. Should
do a commercial!

Eileen y.

👍 0    👎 0
Written by a sexy-dance.myshopify.com customer

★★★★☆ Verified Purchaser                                     11/21/2022

**Perfect for AquaFit, water aerobics, water walking**

The pads in the swimsuit move around swimsuit would be
perfect without the pads

Janice

👍 0    👎 0

( See all reviews )

## Customers say these are comfortable

Based on customer reviews

Sexy Dance Women's Gradient Color One Piece Swimsuits Swimwear Cross Back Monokini Tummy Control Athletic Training Swimming Bathing Suits Size Large US 8-10



Sexy Dance Women's Gradient Color One Piece Swimsuits Swimwear Cross Back Monokini Tummy Control Athletic Training Swimming Bathing Suits Size Large US 8-10





(2 Pack) Women Yoga Shorts Side Striped Fitness Sports Gym Activewear Running Jogging Summer Beach Shorts Casual Lounge Hot Pants



(2 Pack) Women Yoga Shorts Side Striped Fitness Sports Gym Activewear Running Jogging Summer Beach Shorts Casual Lounge Hot Pants



## About this item

Product details

Ladies Yoga Shorts Fitness Sports Gym Activewear Running Jogging Casual Lounge Hot Pants

Stylish design,100% brand new,high quality!
Gender: Women Woman,Ladies Lady,Female
Style: Yoga Short Pants,Casual Shorts,Sports Shorts,Hot Pants
Pattern Type:  Striped,Solid Color,Shorts Hot Pants,Low Waist
Waist: Low Waist

(2 Pack) Women Yoga Shorts Side Striped Fitness Sports Gym Activewear Running Jogging Summer Beach Shorts Casual Lounge Hot Pants



Search everything at Walmart online and in store

Fort Lauderdale Supercenter

Length: Shorts
Color:Black,Green,Wine red,Rose red,Orange,Pink,Sky blue,Red,Blue,Gray
Size:S,M,L,XL
Season: Spring,Summer,Autumn,Fall,Winter
Material: 90% Polyester,10% Cotton
Occasions: Fitness,Yoga,Gymnastics,Zumba,Running,Jogging,Gym Exercise,Casual,Sports

Features:

1. Material: 90% Polyester,10% Cotton. Soft and comfortable to wear
2. Design:Striped,Solid Color,Shorts Hot Pants,Low Waist
3. Perfect for Fitness,Yoga,Gymnastics,Zumba,Running,Jogging,Gym Exercise,Casual,Sports, or everyday use.
4.Size:S,M,L,XL,please choose the size according to the measurement we provided(pictures)

Notes:

1. Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures.
2. Slightly color/pattern differences between batches.
3. Size doesn't fit all, please carefully check size chart and select the size based on your real size.

Package Included:

2 x Yoga Short Pants

- Material: 90% Polyester,10% Cotton. Soft and comfortable to wear
- Design:Striped,Solid Color,Shorts Hot Pants,Low Waist
- Perfect for Fitness,Yoga,Gymnastics,Zumba,Running,Jogging,Gym Exercise,Casual,Sports, or everyday use
- Size:S,M,L,XL,please choose the size according to the measurement we provided(pictures)

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications ∧

**Country of Origin - Textiles**
Imported

**Gender**
Female

(2 Pack) Women Yoga Shorts Side Striped Fitness Sports Gym Activewear Running Jogging Summer Beach Shorts Casual Lounge Hot Pants



(2 Pack) Women Yoga Shorts Side Striped Fitness Sports Gym Activewear Running Jogging Summer Beach Shorts Casual Lounge Hot Pants



(2 Pack) Women Yoga Shorts Side Striped Fitness Sports Gym Activewear Running Jogging Summer Beach Shorts Casual Lounge Hot Pants





(2 Pack) Women Yoga Shorts Side Striped Fitness Sports Gym Activewear Running Jogging Summer Beach Shorts Casual Lounge Hot Pants



(2 Pack) Women Yoga Shorts Side Striped Fitness Sports Gym Activewear Running Jogging Summer Beach Shorts Casual Lounge Hot Pants



(2 Pack) Women Yoga Shorts Side Striped Fitness Sports Gym Activewear Running Jogging Summer Beach Shorts Casual Lounge Hot Pants



(2 Pack) Women Yoga Shorts Side Striped Fitness Sports Gym Activewear Running Jogging Summer Beach Shorts Casual Lounge Hot Pants



# LUOCO

 **See all 5 reviews**

3.8 stars out of 5

 Overall Positive Rating

---

🏠 Business Name: Henan Meowshi Network Technology Co., Ltd.

✉️ Contact seller

📞 (+86) 19128628116

📍 No. C07, 2nd Floor, Unit 4, Building 1, Baicaoyuan Community, No. 6, Yuying Road, Guancheng Hui District,Zhengzhou City, Henan Province
Zhengzhou, Henan 450000, China

---

About seller

## Seller reviews

# 3.8 out of 5

★★★★☆ | (5 reviews)

| | |
|---|---|
| 5 stars | 3 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 2 |
| 1 star | 0 |

**5 reviews**    Sort by  |  Most Relevant ▾

# Defendant No.: **44**

## Store Name:

## **shenzhenxuanweijiajuCo. ltd**

Seller shenzhenxuanweijiajuCo. ltd



Sexy Dance Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Ladies Swimwear Tummy Control Beachwear Bathing Suit L-XXXXXL



Sexy Dance Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Ladies Swimwear Tummy Control Beachwear Bathing Suit L-XXXXXL



Sexy Dance Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Ladies Swimwear Tummy Control Beachwear Bathing Suit L-XXXXXL



| | | | |
|---|---|---|---|
| +18 options | +44 options | | +8 |
| **From $20.87** | **From $20.84** | **From $26.95** | **From $54.05** |
| Hhchenyulemon Women Plus Size Push-Up Padded Bikini... | Bowanadacles Women Plus Size Swimsuit Contrast Color... | Plus Size Ladies Women Swimdress One Piece Swimwear... | Swimsuits For All Women's Plus Size Handkerchief-Hem... |
| ★★☆☆☆ 18 | ★☆☆☆☆ 10 | ★★★★☆ 18 | ★★★☆☆ 74 |
| 3+ day shipping | 3+ day shipping | 3+ day shipping | 3+ day shipping |

## About this item

Product details

Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Costume

Specifications:

- Condition: New with tags: A brand-new, unused, and unworn item in the original package (such as the original box and bag) and/or with the original tags attached.
- Style: Swimdress
- A set of 1pc: Swimdress + Swim Briefs
- Size(Women's): L, XL, XXL, 3XL, 4XL, 5XL (Follow the size chart to select please)
- Garment Care: Machine Washable
- Size Type: Plus Size
- Pattern: Shown as the pictures
- Main Color: Blue
- Material: 82% Polyester, 18% Spandex
- Gender: Women, Lady, Female, Girls
- Activities: Surfing, Swimming, Bathing, etc.
- Design Features: One Piece with briefs under the skirt/Tummy control/Push Up Padded
- Occasion: Beach, Summer Holiday, Gymnastics, Summer Essentials, Pool, Seaside, etc.
- Other: Unused, Comfortable, Soft Material, Elasticity, Easy to wash

Features:

Sexy Dance Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Ladies Swimwear Tummy Control Beachwear Bathing Suit L-XXXXXL



Search everything at Walmart online and in store

Fort Lauderdale Supercenter

- Fashion design, 100% brand new, high quality!
- Modest swimdress with briefs, this conservative design good coverage all over.
- Bra padded with underwire, Perfect for surfing, diving, yoga, fitness, swimwear, beach seaside, swimming pool etc.
- The swimming costume is suitable for different shapes. It covers everything you want and leaves a bit of flesh to feel a little sexy.
- Great Cups Support: The padded provides support and coverage.
- 82% Polyester, 18% Spandex, Soft and skin-friendly, good texture, ultra-fine fabrics.
- Suitable for swimming, bathing, surfing, etc.
- Environmental protection, intimate guard your health.

Package included: 1 x Women's Swimwear

Note: Please allow 1-3 cm difference according to manual measurement. Please check the measurement chart carefully before you buy the item. Thanks for your cooperation. (1 inch = 2.54 cm)

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Specifications

**Features**
Underwire, Tummy Control

**Country of Origin - Textiles**
USA or Imported

**Clothing Size**
XXL

**Brand**
Sexy Dance

**Gender**
Female

**Color**
Blue

**Manufacturer**
Sexy Dance

**Assembled Product Dimensions (L x W x H)**
5.12 x 2.56 x 6.69 Inches

Sexy Dance Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Ladies Swimwear Tummy Control Beachwear Bathing Suit L-XXXXXL



Sexy Dance Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Ladies Swimwear Tummy Control Beachwear Bathing Suit L-XXXXXL



Sexy Dance Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Ladies Swimwear Tummy Control Beachwear Bathing Suit L-XXXXXL



Sexy Dance Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Ladies Swimwear Tummy Control Beachwear Bathing Suit L-XXXXXL



Sexy Dance Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Ladies Swimwear Tummy Control Beachwear Bathing Suit L-XXXXXL



JustVH Women's Plus Size 2 Piece Bathing Suit Floral Tankini...
★★★☆☆ 35
3+ day shipping

Swimsuits For All Women's Plus Size Tiered Swimdress 8...
★★★★☆ 9
3+ day shipping

Swimsuits For All Women's Plus Size Cup Sized Tie Front...
★★★★☆ 23
3+ day shipping

Swimsuits For All Women's Plus Size Chlorine Resistant Zip...
★★★★☆ 128
3+ day shipping

## More items to explore

$23.98
RXRXCOCO Women V Neck One Piece Swimsuits Sexy Tumm...
3+ day shipping

$35.99
Inadays Women Plus Size One Piece Swimsuit Flower...
★★★★★ 1
2-day shipping

$35.99
Inadays Women Plus Size One Piece Swimsuit Flower...
2-day shipping

$29.99
Sexy Dance Ladies Women One Piece Swimsuit Swimdress...
2-day shipping

## Recently viewed items
Based on your most recent browse history

Best seller

Sexy Dance Womens Plus Size Blue Vintage Bathing Suit Fashion Retro Print Swimdress One Piece Swimsuit Swimming Ladies Swimwear Tummy Control Beachwear Bathing Suit L-XXXXXL



### Related pages

Rose Marie Reid Swim Dress

Swimdress Swimsuit

Womens Plus One-piece Swimsuits

Womens One-Piece Swimsuits

Swimsuits All Dresses

Maxine Swimdress

Womens Plus Swimsuits

Womens One-piece Swimsuits

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

Plus Size Ladies Women Maternity Swimsuit Pregnancy Swimwear Ruffle Beachwear Swimming Bathing Suit One Piece Push Up Padded



Plus Size Ladies Women Maternity Swimsuit Pregnancy Swimwear Ruffle Beachwear Swimming Bathing Suit One Piece Push Up Padded



## About this item

Product details

Specifications:

Condition: New with tags: A brand-new, unused, and unworn item in the original package (such as the original box and bag)

Plus Size Ladies Women Maternity Swimsuit Pregnancy Swimwear Ruffle Beachwear Swimming Bathing Suit One Piece Push Up Padded

Search everything at Walmart online and in store

Fort Lauderdale Supercenter

Condition: New with tags: A brand-new, unused, and unworn item in the original package (such as the original box and bag) and/or with the original tags attached.

Style: One Piece Swimsuit/Maternity Pregnancy Swimsuit

Garment Care: Machine Washable

Size Type: Plus Size

Pattern: Solid

Main Color: Black, Blue, Red

Design Features: Push Up Padded/Off Shoulder/Ruffle

Size (Women's): S M L XL XXL 3XL 4XL 5XL(Follow the size chart to select please)

Material: 82% Polyester, 18% Spandex

Gender: Women, Lady, Female

Activities: Surfing, Swimming, Bathing, etc.

Occasion: Beach, Summer Holiday, Gymnastics, Summer Essentials, Seaside, Pool, etc.

Other: Unused, Comfortable, Soft Material, Elasticity, Easy to wash

Features:

Fashion design, 100% brand new, high quality!

Featured with padded cups on bust and adjustable shoulder straps for all-round support, and ruched sides to flatter your growing baby belly.

Our maternity swimsuits are made of soft, comfortable, safety fabric, can direct contact to skin.

The swimsuits with off-shoulder style, ruffle design, very sexy and unique.

The swimming costume is suitable for different shapes. It covers everything you want and leaves a bit of flesh to feel a little sexy.

Bra padded without underwire, perfect for surfing, diving, yoga, fitness, swimwear, beach seaside, swimming pool etc.

Environmental protection, intimate guard your health.

Note:

Please allow 1-3 cm difference due to manual measurement. Besides different computers display colors differently, the color of the actual item may vary slightly from the below images, thanks for your understanding. (1 inch = 2.54 cm)

Package included:

Plus Size Ladies Women Maternity Swimsuit Pregnancy Swimwear Ruffle Beachwear Swimming Bathing Suit One Piece Push Up Padded



Plus Size Ladies Women Maternity Swimsuit Pregnancy Swimwear Ruffle Beachwear Swimming Bathing Suit One Piece Push Up Padded



Plus Size Ladies Women Maternity Swimsuit Pregnancy Swimwear Ruffle Beachwear Swimming Bathing Suit One Piece Push Up Padded



**LOVE**

I rarely find a bathing suit online that fits and that I like, nevermind a maternity one! We are going to Disney in a few weeks and I needed a bathing suit. I didn't want to spend a fortune considering I will only be wearing this for a few months AND this is my last baby. This is SO cute, the color is gorgeous, and it fits and is flattering! I just hope that it still fits in a few weeks on our trip LOL!

ica1080

Written by a **sexy-dance.myshopify.com** customer

**Runs short, legs tight and high.**

I wish this swimsuit had more length to it. And the elastic for the leg holes is really uncomfortable. And they also rise up kinda high which isn't as flattering as they could be if they were set a little lower. I tried 2 sizes and kept the L for added length, but it's not my go-to swimsuit.

Jules Whitman

Written by a **sexy-dance.myshopify.com** customer

**Frequent Mentions**

| Fit (17) | Quality (4) | Comfort (4) | Room (4) | Price (3) | Material (3) |

| Color (3) | Coverage (3) |

★★★★★  4/27/2022

**LOVE**

I rarely find a bathing suit online that fits and that I like, nevermind a maternity one! We are going to Disney in a few weeks and I needed a bathing suit. I didn't want to spend a fortune considering I will only be wearing this for a few months AND this is my last baby. This is SO cute, the color is gorgeous, and it fits and is flattering! I just hope that it still fits in a few weeks on our trip LOL!

ica1080

👍 0   👎 0

Written by a **sexy-dance.myshopify.com** customer

★★★★★  4/9/2022

**Perfect!**

I really like it! I am around 6 months now and can wear it, and I think I'll be able to wear this as I grow. The material is nice and it is cute. The inner boob pads are kinda a weird shape/size, but I might just take them out.

Alexis

👍 0   👎 0

Written by a **sexy-dance.myshopify.com** customer

★★★★★  4/13/2022

Plus Size Ladies Women Maternity Swimsuit Pregnancy Swimwear Ruffle Beachwear Swimming Bathing Suit One Piece Push Up Padded



Plus Size Ladies Women Maternity Swimsuit Pregnancy Swimwear Ruffle Beachwear Swimming Bathing Suit One Piece Push Up Padded



### Related pages

Maternity Tankini Swimsuits

Pregnant Woman Pictures

Time and Tru Maternity

Motherhood Maternity

Maternity Bikini Swimsuits

Time Pieces

Maternity Plus Swimwear

Time and Tru Swimsuits

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

# shenzhenxuanweijiajuCo. ltd

 See all 5 reviews

4 stars out of 5

 Overall Positive Rating

---

🏠 Business Name: shenzhenxuanweijiajuyouxiangongsi

✉ Contact seller

📞 (133) 164-9331

📍 shenzhenshinanshanqutaoyuanjiedaofuguangshequliuxiandadao3888haochongwenhuayuan12dong304
shenzhen, Guangdong 518000, China

---

About seller

## Seller reviews

# 4 out of 5

★★★★☆ (5 reviews)

| | |
|---|---|
| 5 stars | 3 |
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 1 |

---

**5 reviews**     Sort by | Most Relevant ▾

---

# Defendant No.: **45**

## Store Name:

## **TNC**

Seller TNC



Women Casual Loose T Shirts Short Sleeve Henley Tops Summer Beach Boho Kaftan T-shirt Ladies Leisure Button V Neck Tee With Pocket



Women Casual Loose T Shirts Short Sleeve Henley Tops Summer Beach Boho Kaftan T-shirt Ladies Leisure Button V Neck Tee With Pocket



Women Casual Loose T Shirts Short Sleeve Henley Tops Summer Beach Boho Kaftan T-shirt Ladies Leisure Button V Neck Tee With Pocket



**About this item**

Product details

Women Short Sleeve Button Henley V Neck Tops Loose Casual T Shirts Ladies Fashion T-shirt Tunic Shirts Blouse

Description:
Condition: 100% Brand New and High Quality
Gender: Women Woman, Ladies Lady, Female
Style: Women Casual Tops, Women Pullover Tops, Ladies Loose Pocket T-Shirt, Women Henley V Neck Tops Blouses
Pattern Type: Solid Color, Loose, Pocket Decoration, Comfortable
Color: Green, Gray, Violet, Pink, Khaki, Blue, Claret, Black, Brown (Optional)
Size: S, M, L, XL, XXL, 3XL (Follow the size chart to select please)
Material: 65%Polyester 30%Cotton 5%Spandex
Length: Hips Length
Neckline: V Neck
Sleeve Length: Short Sleeves
Season: Spring, Summer,Autumn and Winter
Occasions: Casual, Traveling, Vacation, Working, Party, Everyday, Dates, Movies

Features:
1. Lightweight, ultra soft and stretch fabric, the short sleeves are comfy to wear in summer.
2. This women's top is so trendy and cute, you can pair this twist knot shirts with jeans and sneakers/sandals, such a comfy Spring/ Summer look!
3. This soild comfy top is suitable for casual, back to school, leisure, going out, office, daily wear, spring, summer etc.

Women Casual Loose T Shirts Short Sleeve Henley Tops Summer Beach Boho Kaftan T-shirt Ladies Leisure Button V Neck Tee With Pocket

Search everything at Walmart online and in store

Fort Lauderdale Supercenter

Package Content:

1 x Top (Other Accessories are Not Included)

Tips:

1. Please compare the detail sizes with yours before you buy!!!

2. Colors may be slightly different depending on computer and monitor settings.

3. Please allow 1-3cm differs due to manual measurement, thanks. (All measurement in cm and please note 1cm=0.39inch, 1inch=2.54cm)

- Design: Short Sleeve,Button V Neck, Henley Shirts,Solid Color, Pocket Decoration,Loose Fit,Comfy T Shirts for Women.Suitable for Summer,Spring and Autumn.
- The fabric is very soft, flowing, cozy and won't cling on your skin
- Easily pairing with jeans or leggings for most occasions, wearing all day long.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications

**Country of Origin - Textiles**

Imported

**Sleeve Length Style**

Short Sleeve

**Fabric Content**

65% Polyester, 30% Cotton

**Pattern**

Solid Color, Loose, Pocket

**Gender**

Female

**Clothing Neck Style**

V-Neck

**Brand**

Sexy Dance

**Manufacturer**

Sexy Dance

Women Casual Loose T Shirts Short Sleeve Henley Tops Summer Beach Boho Kaftan T-shirt Ladies Leisure Button V Neck Tee With Pocket



Women Casual Loose T Shirts Short Sleeve Henley Tops Summer Beach Boho Kaftan T-shirt Ladies Leisure Button V Neck Tee With Pocket



Women Casual Loose T Shirts Short Sleeve Henley Tops Summer Beach Boho Kaftan T-shirt Ladies Leisure Button V Neck Tee With Pocket



Women Casual Loose T Shirts Short Sleeve Henley Tops Summer Beach Boho Kaftan T-shirt Ladies Leisure Button V Neck Tee With Pocket



Women Casual Loose T Shirts Short Sleeve Henley Tops Summer Beach Boho Kaftan T-shirt Ladies Leisure Button V Neck Tee With Pocket



Women Casual Loose T Shirts Short Sleeve Henley Tops Summer Beach Boho Kaftan T-shirt Ladies Leisure Button V Neck Tee With Pocket



# Defendant No.: **46**

## Store Name:

## **Prominence store**



# Romance Maker Co.1td

★★⯪☆☆
2.3 stars out of 5

See all 7 reviews



**14%**    Overall Positive Rating

---

🏠  Business Name: shenzhenshiandexinjiajuyouxiangongsi

✉  Contact seller

📞  (+86) 14750504874

📍  shenzhenshibaoanquxixiangjiedaoguxingshequshangwenyuanxincunsanxiang13hao201
shenzhen, Guangdong 518000, China

---

About seller

## More items from this seller



+ Add

$15.66  $19.07

Julycc Women Cotton Linen Striped Wide Leg Jumpsuit Dungarees Casual Playsuit Overalls

★⯪☆☆☆ 52



+ Add

$17.48

Women Dungarees Harem Strap Loose Jumpsuit Baggy Trouser Overall Pants Plus Size

★★☆☆☆ 34



+ Add

$15.86  $20.00

CFXNMZGR Dresses For Women Summer Cotton And Linen Yarn D...

★★⯪☆☆ 6

---

## Seller reviews

# 2.3 out of 5

★★⯪☆☆ (7 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 1 |
| 2 stars | 3 |
| 1 star | 2 |

**More seller options**

Deals   Easter   Grocery &



Sexy Dance

# Women Loose Cotton Linen Jumpsuit Dungarees Playsuit Straps Overalls Trousers Ladies Sleeveless Baggy Po Long Pants

★★★☆☆ (3.2) 127 reviews

## $15.94

Price when purchased online ⓘ

Buy now     Add to cart

**Color:** Blue

$17.69   $17.75   $15.94   $19.36   $17

**Clothing Size:** L     Size guide

🗣 Fit Predictor Your suggested size **S** ⓘ

| S | M | L |
|---|---|---|
| XL |

🖵 Free shipping, **arrives by Thu, Apr 13** to
2773 NE 14th Ave
More options

🏬 Sold and shipped by **Dgu Group Inc**
★★½☆☆  463 seller reviews
View seller information



Women Loose Cotton Linen Jumpsuit Dungarees Playsuit Straps Overalls Trousers Ladies Sleeveless Baggy...

Shipping to Wilton Manors, 33334

**$15.94** One-time purchase
+ free shipping

**Arrives by Thu, Apr 13**
Sold and shipped by Dgu Group Inc

🔁 Free 30-day returns  Details

Add to cart

**$15.96** One-time purchase
+ free shipping

**Arrives by Wed, Mar 22**
Sold and shipped by Prominence store

🔁 Free 30-day returns  Details

Add to cart

**$16.06** One-time purchase
+ free shipping

**Arrives by Wed, Apr 5**
Sold and shipped by shuangguoba co.,ltd

🔁 Free 30-day returns  Details



# Review Order

## Free shipping, arrives by Wed, Mar 22



Bobby Shearer
2773 NE 14th Ave, Wilton Manors, FL 33334                    Edit

### Delivery instructions

Add gate codes or other useful information.                   Add

### Items details

1 item                                                      View details

## Payment method

### We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.



Ending in 4058                                              $17.08



### Place order for $17.08

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                       $15.96

Shipping                                                    Free

**Estimated taxes**                                         $1.12

**Estimated total**                                         $17.08

Have a promo code?                                          >



Order confirmed

## Thanks for your order!

**Walmart+** Join Today
Members can save $1,300/year with free shipping and delivery*

We'll email details to **tylerqxsm@yahoo.com**

Order #2000008599505087 / $17.08

**spark**good  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Start Free Trial

### Shipping, arrives by Wed, Mar 22

Bobby Shearer
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **47**

## Store Name:

## **Jingyijia Home**



Sexy Dance

## Dresses for women Summer Sleeveless Tank Dress Plain Pleated Vest T Shirt Dress Casual Loose Mini Dress Sundress Beach Bikini Swimsuit Cover Up Dark Blue S

★★★☆☆ (2.8) 90 reviews

### $16.98

Price when purchased online ⓘ

Buy now      Add to cart

Color: Navy Blue

| $17.97 | $17.93 | $17.97 | $17.93 | $17.93 |
| $16.98 | $17.93 | $17.97 | $17.97 | $17.97 |

Clothing Size: S      Size guide

Fit Predictor Calculate your size

| S | M | L |
| XL | | |

Free shipping, **arrives by Thu, Mar 23** to
2773 NE 14th Ave
More options

Sold and shipped by **Jingyijia Home**
View seller information



# Review Order

### Free shipping, arrives by Thu, Mar 23

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

#### Delivery instructions

Add

Add gate codes or other useful information.

#### Items details

1 item

View details

## Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9660                                              $18.17



---

**Place order for $18.17**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $16.98 |
| Shipping | Free |
| **Estimated taxes** | $1.19 |
| **Estimated total** | $18.17 |

Have a promo code?

Walmart

Departments    Services

Search everything at Walmart online and in store

Reorder
My Items

Hi, Adalia A
Account

Order confirmed

# Thanks for your order!

Order# 2000108176832456

sparkgood  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Thu, Mar 23

STEVEERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

1 item

Deals    Easter    Grocery & €

Sexy Dance

**Sexy Dance Womens Swimsuits Tun**
**Control Swim Dress One Piece Swi**
**Plus Size Swimwear Round Neck Ba**
**Suits Swim Dress**

★★★★☆ (4.2) 1226 reviews

# $28.86

Price when purchased online  ⓘ

| Buy now | Add to cart |

**Color:** Black And White

    
$26.22      $28.86      $28.84

**Clothing Size:** 2XL     Size guide

ⓕ Fit Predictor  Calculate your size

| S | M | L |
| XL | 2XL |

🖙 Free shipping, **arrives by Tue, Apr 11** to
   2773 NE 14th Ave
   More options

🏬 Sold and shipped by **Kolopland Industrial Trad**
   **Group Ltd**
   ★★★☆☆ 178 seller reviews

## More seller options                                        ✕

   Sexy Dance Womens Swimsuits
                       Tummy Control Swim Dress One Piece
                       Swimsuit Plus Size Swimwear Round...

Shipping to Wilton Manors, 33334

**$28.86** One-time purchase
+ free shipping

**Arrives by Tue, Apr 11**

Sold and shipped by Kolopland Industrial Trading Group
Ltd

🔄 **Free 30-day returns** Details

| Add to cart |

**$28.87** One-time purchase
+ free shipping

**Arrives by Wed, Mar 29**

Sold and shipped by Jingyijia Home

🔄 **Free 30-day returns** Details

| Add to cart |

**$28.88** One-time purchase
+ free shipping

**Arrives by Thu, Apr 6**

Sold and shipped by oudi co.,ltd

🔄 **Free 30-day returns** Details



**Review Order**

## Free shipping, arrives by Wed, Mar 29

Joshua Corkill
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

**Delivery instructions**

Add gate codes or other useful information.

Add

**Items details**

1 item

View details

## Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 5818

$30.89

---

### Place order for $30.89

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $28.87 |
| Shipping | Free |
| **Estimated taxes** | $2.02 |
| **Estimated total** | **$30.89** |

Have a promo code?

Order confirmed

# Thanks for your order!

Order # 2000108401871140

sparkgood  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out.  Select a local charity ⓘ

## Shipping, arrives by Wed, Mar 29

Joshua Corkill
2773 NE 14th Ave, Wilton Manors, FL 33334

1 item



# Defendant No.: **48**

## Store Name:

## **BESTS llc**



Sexy Dance

## Cindysus Women Workout Set Short Sleeve Tops Long Pants 2 Piece Outfit Lounge Sets Gradient Fitness Tracksuit Blue M

★★★½☆ (3.4) 5 reviews

**Now $17.57** ~~$22.83~~ ⓘ

Price when purchased online ⓘ

**Buy now**     **Add to cart**

Actual Color: Blue

$17.57  $17.57  $17.57  $17.57  $22.04

$18.98  $22.37  $22.81  $22.73

Clothing Size: M    Size guide

| S | M | L |
| --- | --- | --- |
| XL | 2XL | 3XL |
| 4XL | 5XL | |

🚚 Free shipping, **arrives by Tue, Mar 21** to
2773 NE 14th Ave
More options

🏬 Sold and shipped by **BESTS llc**
View seller information



Walmart

Departments    Services    Search everything at Walmart online and in store    Reorder My Items    Hi, Timara M Account

Cart (1 item)

Pickup and delivery options ⌄

Free shipping, arrives Tue, Mar 21

2773 NE 14th Ave

Sold and shipped by BESTS llc

Best seller

Cindysus Women Workout Set Short Sleeve Tops Long Pants 2 Piece Outfit Lounge Sets Gradient Fitness Tracksuit Blue...

Actual Color: Blue
Clothing Size: M

Remove    Save for later

$17.57
$22.83
YOU SAVE $5.26

−  1  +

Continue to checkout

Items in your cart have reduced prices. Check out now for extra savings!    ×

Subtotal (1 item)                        $22.83

Savings                                  −$5.26

                                          $17.57

Shipping                                   Free

Taxes                          Calculated at checkout

Estimated total                          $17.57

# Review Order

## Free shipping, arrives by Tue, Mar 21

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334                    Edit

### Delivery instructions                                    Add

Add gate codes or other useful information.

### Items details

1 item                                                       View details

## Payment method

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

  Ending in 1328                          $18.80



---

### Place order for $18.80

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $22.99 |
| **Savings** | -$5.26 |
| | $17.57 |
| Shipping | Free |
| **Estimated taxes** | $1.23 |
| **Estimated total** | $18.80 |

Have a promo code?                                    >



# Defendant No.: **49**

## Store Name:

## **FreshLook Co,Ltd.**

# FreshLook Co,Ltd.



★★½☆☆    [See all 8 reviews](#)
2.4 stars out of 5

**25%**  Overall Positive Rating

---

🏠  Business Name: shenzhenshi XINGYI fushiyouxiangongsi

✉️  [Contact seller](#)

📞  [(+86) 15361557534](#)

📍  Guangdongsheng Shenzhenshi nanshanqu xilijiedao xinweishequ liuxiandongdasha602
Shenzhenshi, Guangdong 518055, China

---

[About seller](#)

## More items from this seller







**$13.99**

Women Casual Printing Sleeveless Sun Dress Floral Printed Tunic Dress

★½☆☆☆ 261

**$16.90**

Arttop Women Summer Short Sleeve Blouse Square Neck Solid Color Loose Tops Casual Shirt

★★★★☆ 11

**$18.00**

Julycc Womens Casual Gradient C Blouse T-shirt Tops

★★½☆☆ 24

---

## Seller reviews

# 2.4 out of 5

★★½☆☆ (8 reviews)

| | |
|---|---|
| [5 stars](#) | 2 |
| [4 stars](#) | 0 |
| [3 stars](#) | 1 |
| [2 stars](#) | 1 |
| [1 star](#) | 4 |

---



Sexy Dance

**Sexy Dance** Women Zipper V Neck Tops Summer Casual Short Sleeve T Shirt Blouses

★★★★½ (4.7) 6 reviews

## $18.23

Price when purchased online ⓘ

Buy now | Add to cart

Color: Khaki

$18.04 | $16.97 | $19.80 | $20.52 | $18.23

$16.75 | $16.97 | $20.53

Clothing Size: 2XL    Size guide

Fit Predictor Your suggested size S ⓘ

| S | M | L |
| XL | 2XL | 3XL |

Free shipping, **arrives by Tue, Mar 28** to
2773 NE 14th Ave
More options

Sold and shipped by **FreshLook Co,Ltd.**
★★½ 3 seller reviews
View seller information

Free 30-day returns Details



# Review Order

## Free shipping, arrives by Tue, Mar 28

Steven Ivy
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 3326                                          $19.51




---

### Place order for $19.51

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $18.23 |
| Shipping | Free |
| **Estimated taxes** | $1.28 |
| **Estimated total** | **$19.51** |

Have a promo code?



Order confirmed

# Thanks for your order!

Walmart+ Join Today
Members can save $1,300/year with free shipping and delivery*

Start Free Trial

We'll email details to **chamberlaindmo@yahoo.com**

Order #2000108891552211 | $19.51

sparkgood  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Tue, Mar 28

Steven Ivy
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **50**

## Store Name:

# **Wonderful Life Co. Ltd**

## Wonderful Life Co. Ltd

★★☆☆☆    See all 4 reviews
2 stars out of 5

**0%**    Overall Positive Rating

⌂  Business Name: Taiyuaneyouguanwangluokejiyouxiangongsi

✉  Contact seller

☎  (+86) 17003610221

📍  Shanxizhuanxingzonghegaigeshifanquxuefuchanyeyuanzhongxinbeijie10haoAzuo15ceng1503hao
Taiyuan, Shanxi 030000, China

About seller

Tax policy

### More items from this seller







**$23.09**

Hunpta Women Casual Loose Round Neck Bohemian Floral Dress Short Sleeve Maxi Summer Beach Swing Dress

**$20.39**

Hunpta Sweatshirt For Women Casual Floral Print Round Neck Sweatshirt Pullover Tops Fall Long Sleeve Workout Shirts Loose

★★☆☆☆ 1

**$8.15**

Vikudaty Scar Removal Scar Acne

### Seller reviews

**2** out of **5**

★★☆☆☆ (4 reviews)

| | |
|---|---|
| 5 stars | 0 |
| 4 stars | 0 |
| 3 stars | 2 |
| 2 stars | 0 |
| 1 star | 2 |



Review Order

## Free shipping, arrives by Tue, Mar 21

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 Item

View details

## Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 1024                                             $19.04

---

**Place order for $19.04**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                    $17.79
Shipping                                   Free

**Estimated taxes**                       $1.25

**Estimated total**                      $19.04

Have a promo code?                          >



Order confirmed

## Thanks for your order!

**Walmart+** _Join Today_
**Members can save $1,300/year with free shipping and delivery***

We'll email details to **mark.smithin2020@outlook.com**
Order #2000010770417877 | $19.04

sparkgood  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

### Shipping, arrives by Tue, Mar 21

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Search everything at Walmart online and in store

Start Free Trial

Reorder
My Items

Hi, mark S
Account

Departments    Services

# Defendant No.: **51**

## Store Name:

# **Fiber Boost Inc**



# Fiber Boost Inc

  [See all 65 reviews](#)

2.7 stars out of 5

  **40%**  Overall Positive Rating

---

🏠  Business Name: Fiber Boost Inc

✉️  Contact seller

📞  (626) 249-5008

📍  1441 WOODMONT LN NW NUM 433
ATLANTA, Georgia 30318, United States

---

About seller

---

Tax policy

---

**Seller reviews**

# 2.7 out of 5

★★⯪☆☆ (65 reviews)

| 5 stars | | 19 |
|---|---|---|
| 4 stars | | 7 |
| 3 stars | | 6 |
| 2 stars | | 4 |
| 1 star | | 29 |

---

**More seller options**



Niuer Long Sleeve Activewear Set for Women Tops Pants Casual Tracksuits Autumn Lounge Wear Outfits Set Gy...

Shipping to Sacramento, 95829

**$20.30** One-time purchase
+ free shipping

Arrives by Wed, Apr 5
Sold and shipped by Dgu Group Inc

Free 30-day returns  Details

**Add to cart**

**$32.29** One-time purchase
+ free shipping

Arrives by Mon, Mar 20
Sold and shipped by Fiber Boost Inc

Free 30-day returns  Details

**Add to cart**

**$32.96** One-time purchase
+ free shipping

Arrives by Mon, Apr 10
Sold and shipped by shuangguoba co.,ltd

Free 30-day returns  Details

---

Deals    Easter    Grocery &

Sexy Dance

## Niuer Long Sleeve Activewear Set for Women Tops Pants Casual Tracksuits Autumn Lounge Wear Outfits Set Gym Joggers Sweatpants Set

★★★☆☆ (3.0) 24 reviews

### Now $20.30 ~~$24.37~~ ⓘ

Price when purchased online ⓘ

**Add to cart**

Actual Color: Khaki

    

$20.00   $22.52   $20.30   $25.98   $2

Clothing Size: US M=Tags L    Size guide

US L=Tags XL    **US M=Tags L**    US S=Tags

US XL=Tags 2XL    US XS=Tags S

 Free shipping, **arrives by Wed, Apr 5** to Sacramento, 95829

Want it faster? Add an address to see options
More options

 Sold and shipped by **Dgu Group Inc**
★★½☆☆ 464 seller reviews
View seller information

🔵 Free 30-day returns  Details



## Shipping

Arrives **Mon, Mar 20**

<u>2773 NE 14th Ave</u>

Sold and shipped by <u>Fiber Boost Inc</u>

Niuer Long Sleeve Activewear Set for Women Tops Pants Casual Tracksuits ...     **$32.29**

Actual Color: Khaki
Clothing Size: US M=Tags L
Only 6 left

<u>Remove</u>          <u>Save for later</u>          −    1    +

**Walmart**☀️ **Get free grocery delivery and more!**     ✕

☐ Try W+ free for 30 days. Terms apply.

Earn **5% cash back** on Walmart.com

**Estimated total $32.29**

**Continue to checkout**

Review Order

 Shipping, arrives by

## Mon, Mar 20

Elroy Kendall
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**                    Add

Add gate codes or other useful information

**Item details**                                        View

1 item



 **Payment method**

By placing this order, you agree to our  Privacy Policy  and  Terms of Use

Place order $34.55



Search Walmart

$0.00



# Thanks for your order!

Order #200010839580128   $34.55

 **Shipping, arrives by**

## Mon, Mar 20

Your items may arrive in Walmart bags or original packaging

Elroy Kendall

2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Mon, Mar 20**

1 item



**Continue Shopping**

# Defendant No.: **52**

# Store Name:

# **YIWUSHISHUZHONG**

**More seller options**

Deals     Easter     Grocery &

Sexy Dance

Women Summer Autumn FloralPrin

Boho Skirt Dress Short Sleeve Part

Bodycon Long Maxi Dress Beach

Sundress

★★★½☆ (3.5) 182 reviews

**Now $15.98** $17.80 ⓘ

Price when purchased online ⓘ

Buy now     Add to cart

Color: Polka Dot



$16.63     $17.76     $15.98     $15.99

Clothing Size: S     Size guide

🌀 Fit Predictor Your suggested size L ⓘ

| S | M | L |
| XL | 2XL | |

🚚 Free shipping, **arrives by Wed, Apr 5** to
2773 NE 14th Ave
More options

🏪 Sold and shipped by **Dgu Group Inc**
★★½☆☆ 464 seller reviews
View seller information

**Add to cart**

**$20.99** One-time purchase
+ free shipping

**Arrives by Fri, Apr 7**
Sold and shipped by Yinsihan

🚲 Free 30-day returns   Details

**Add to cart**

**$25.26** One-time purchase
+ free shipping

**Arrives by Fri, Apr 7**
Sold and shipped by shuangguoba co.,ltd

🚲 Free 30-day returns   Details

**Add to cart**

**$29.97** One-time purchase
+ free shipping

**Arrives by Tue, Mar 28**
Sold and shipped by YIWUSHISHUZHONG

🚲 Free 30-day returns   Details

**Add to cart**



## Shipping

Arrives **Tue, Mar 28**

2773 NE 14th Ave

Sold and shipped by YIWUSHISHUZHONG

Women Summer Autumn FloralPrint Boho Skirt Dress Short Sleeve Party B...    **$29.97**

Actual Color: Polka Dot
Clothing Size: S

Remove          Save for later          — 1 +



**Walmart+** Get free grocery delivery and more!          ✕

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com
Learn how          ✕

**Estimated total $29.97**

Continue to checkout

# Review Order

 **Shipping, arrives by**

## Tue, Mar 28

Joseph Leister
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**                    Add

Add gate codes or other useful information

**Item details**                                         View

1 item



 **Payment method**

By placing this order, you agree to our  Privacy Policy  and  Terms of Use

**Place order $32.07**



Q Search Walmart

$0.00

✓

# Thanks for your order!

Order #200010720464142 | $32.07

 **Shipping, arrives by**

## Tue, Mar 28

Your items may arrive in Walmart bags or original packaging

Joseph Leister
2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Tue, Mar 28**

1 item



**Continue Shopping**

# Defendant No.: **53**

## Store Name:

# **BINGANG**

## More seller options

Deals   Easter   Grocery & 

Sexy Dance

**Sexy Dance** Plus Size Long Maxi Dr
Women Spaghetti Strap Gradient C
Dress Casual V Neck Beach Holiday
Swing Dress Sundress

★★★☆☆ (3.0) 79 reviews

## $20.99

Price when purchased online ⓘ

**Buy now**        **Add to cart**

**Color:** Green

| | | | | |
|---|---|---|---|---|
| $22.88 | $20.99 | $20.99 | $21.93 | $21 |
| $25.96 | $20.99 | $23.93 | $19.98 | |

**Clothing Size:** L    Size guide

ⓕ Item Runs True to size

| S | M | L |
|---|---|---|
| XL | XXL | 3XL |
| 4XL | 5XL | |

Shipping to Wilton Manors, 33334

**$20.99** One-time purchase
+ free shipping

**Arrives by Tue, Mar 14**
Sold by Zhuoshengben., Ltd
**Fulfilled by Walmart**

▢ Free 90-day returns   Details

**Add to cart**

**$20.97** One-time purchase
+ free shipping

**Arrives by Wed, Apr 5**
Sold and shipped by Dgu Group Inc

▢ Free 30-day returns   Details

**Add to cart**

**$20.99** One-time purchase
+ free shipping

**Arrives by Thu, Mar 30**
Sold and shipped by BINGANG

▢ Free 30-day returns   Details

**Add to cart**



Review Order

## Free shipping, arrives by Thu, Mar 30

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 1583

$22.46

---

**Place order for $22.46**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | ~~$25.97~~ |
| Savings | -$4.98 |
| | $20.99 |
| Shipping | Free |
| Estimated taxes | $1.47 |
| **Estimated total** | **$22.46** |

Have a promo code?   >



# Defendant No.: **54**

## Store Name:

## **New for Your Home**

Sexy Dance

# Women Stripe Printed Swimwear Plus Size Bathing Suit Tankini Set Beachwear Swimsuit M-3XL Two Piece Top with Swim Briefs Bottoms Swimming Bathing Suit

★★★★☆ (4.0) 2 reviews

## $24.15

Price when purchased online ⓘ

**Buy now**   **Add to cart**

**Color:** Stripe



$24.15

**Clothing Size:** M (8-10)   Size guide

| M (8-10) | L (12-14) | XL (16-18) |
|---|---|---|
| 3XL(22-24) | XXL(18-20) | |

More options

🏬 Sold and shipped by **New for Your Home**
View seller information

🔄 **Free 30-day returns** Details



# Review Order

## Free shipping, arrives by Fri, Mar 24

Steven Ivy
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details



## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.



Ending in 3326

$25.84



---

### Place order for $25.84

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $24.15 |
| Shipping | Free |
| **Estimated taxes** | $1.69 |
| **Estimated total** | $25.84 |

Have a promo code?



Order confirmed

# Thanks for your order!

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

We'll email details to **chamberlainidmo@yahoo.com**
Order #2000108279-68707 | $25.84

spark**good** · **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Start Free Trial

## Shipping, arrives by Fri, Mar 24

Steven Ivy
2773 NE 14th Ave, Wilton Manors, FL 33334

# Defendant No.: **55**

## Store Name:

## **FIUFIU Co.Ltd**



## FIUFIU Co.Ltd



★★⯪☆☆   See all 3 reviews
2.3 stars out of 5

**33%**   Overall Positive Rating

---

⌂   Business Name: shenzhenshixiaotuantuanriyongpinyouxiangongsi

✉   Contact seller

☎   (133) 803-4653

📍   shenzhenshilonghuaquminzhijiedao
minzhishequshaxialaocun20dong504
shenzhen, Guangdong 518000, China

---

About seller

---

## More items from this seller



+ Add

**$13.54**

Women's Athletic Tennis Golf Skirts Mid-Waisted Pleated Shorts With Pocket

★★★★☆ 49



+ Add

**$11.99** ~~$13.37~~

2-Piece Women's Padded Push-up Bra Bikini Swimsuit Bathing Swimwear Beachwear Summer Set

★★★☆☆ 51



+ Add

**$14.99** ~~$20.86~~

KZKR Women's Bathing Suit 3-Piece Cross Sling High Waist Short Swim

★★★★⯪ 31

---

## Seller reviews

# 2.3 out of 5

★★⯪☆☆ (3 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 2 |

---

**3 reviews**   |   Sort by   Most Relevant ▾

**More seller options**



Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece Padded Bathing Suit Black

Shipping to Sacramento, 95829

**$27.16** One-time purchase
+ free shipping

**Arrives by Wed, Apr 5**

Sold and shipped by oudi co.,ltd

Free 30-day returns  Details

**Add to cart**

**$27.20** One-time purchase
+ free shipping

**Arrives by Tue, Mar 28**

Sold and shipped by **FIUFIU Co.Ltd**

Free 30-day returns  Details

**Add to cart**

---

Sexy Dance

Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece Padded Bathing Suit Black

★★★☆☆ (3.5) 49 reviews

# $27.16

Price when purchased online ⓘ

**Add to cart**

**Color:** Dark Blue

 $27.27    $27.22    $27.16

**Clothing Size:** M    Size guide

Fit Predictor Calculate your size

| M | L | XL |
|---|---|---|
| XXL | 3XL | 4XL |
| 5XL | | |

Free shipping, **arrives by Wed, Apr 5** to Sacramento, 95829

**Want it faster?** Add an address to see options
More options

 Sold and shipped by **oudi co.,ltd**
★★★☆☆ 6 seller reviews



**Shipping**

Arrives **Tue, Mar 28**

2773 NE 14th Ave

Sold and shipped by **FIUFIU Co.Ltd**

Women Swimdress M-5XL Plus Size Swimsuit Tankini Swimwear One Piece ...

Actual Color: Dark Blue
Clothing Size: M

**$27.20**

Remove          Save for later          − 1 +

**Earn 5% cash back** on Walmart.com
Learn how

✕

**Subtotal (1 item)**                                                    $27.20

**Taxes**                                              Calculated at checkout

**Estimated total $27.20**

Continue to checkout

## Review Order

 **Shipping, arrives by**

# Tue, Mar 28

John Delance
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**     Add

Add gate codes or other useful information

**Item details**     View

1 item



## Payment method

By placing this order, you agree to our Privacy Policy and Terms of Use

**Place order $29.10**

Deals    Easter    Grocery &

Sexy Dance

Women Boho Sundress Ladies Polka
Dress Sleeveless Long Maxi Dress
Summer Casual Loose Swing Dress
Size S-5XL

★★⯪☆☆ (2.7) 37 reviews

$22.70

Price when purchased online ⓘ

Buy now    Add to cart

Color: Yellow

| $22.68 | $22.71 | $22.69 | $22.69 | $22 |

Clothing Size: M    Size guide

ⓕ Fit Predictor Your suggested size M ⓘ

| S | M | L |
| XL | XXL | 3XL |
| 4XL | 5XL | |

🚚 Free shipping, **arrives by Wed, Apr 12** to
2773 NE 14th Ave
More options

🏪 Sold and shipped by **Dgu Group Inc**

## More seller options



Women Boho Sundress Ladies Polka
Dots Dress Sleeveless Long Maxi
Dress Summer Casual Loose Swing...

Shipping to Wilton Manors, 33334

**$22.70** One-time purchase
+ free shipping

**Arrives by Wed, Apr 12**

Sold and shipped by Dgu Group Inc

🚚 Free 30-day returns  Details

Add to cart

**$22.72** One-time purchase
+ free shipping

**Arrives by Fri, Mar 31**

Sold and shipped by FIUFIU Co.Ltd

🚚 Free 30-day returns  Details

Add to cart

**$27.80** One-time purchase
+ free shipping

**Arrives by Tue, Apr 4**

Sold and shipped by UKAP TRADING L.L.C.

🚚 Free 30-day returns  Details

# Defendant No.: **56**

## Store Name:

## **Cuishifu Trading Co., Ltd**

# Cuishifu Trading Co., Ltd

★☆☆☆☆    <u>See all 1 review</u>

1 stars out of 5

**0%**    Overall Positive Rating

---

🏠    Business Name: GUANGZHOUCUISHIFUMAOYIYOUXIANGONGSI

✉    <u>Contact seller</u>

📞    <u>(+86) 18150285792</u>

📍    GUANGZHOUSHIZENGCHENGQUBAIMIAOYILU14HAO
Guangzhou, Guangdong 510000, China

---

<u>About seller</u>

## Seller reviews

# 1 out of 5

★☆☆☆☆ (1 review)

| | |
|---|---|
| <u>5 stars</u> | 0 |
| <u>4 stars</u> | 0 |
| <u>3 stars</u> | 0 |
| <u>2 stars</u> | 0 |
| <u>1 star</u> | 1 |

**1 review**    Sort by  |  <u>Most Relevant</u> ▾

---

**More seller options**

Sexy Dance Baggy Casual Blouse Tops
Shirt for Women Ladies Fall Long
Sleeve Henley Crew Neck Holiday...

Sexy Dance

**Sexy Dance** Baggy Casual Blouse To
Shirt for Women Ladies Fall Long S
Henley Crew Neck Holiday Casual
Tunic Loose Casual Tee Tops Pullove
S-3XL

★★★☆☆ (3.2) 18 reviews

## $18.64

Price when purchased online ⓘ

Shipping to Wilton Manors, 33334

**$18.64** One-time purchase
+ free shipping

**Arrives by Wed, Apr 5**

Sold and shipped by Dgu Group Inc

🚚 Free 30-day returns Details

**Add to cart**

( Buy now )  ( Add to cart )

**Color:** Pink

$18.74    $17.64    $19.64    $19.64    $19

$18.64

**$20.99** One-time purchase
+ free shipping

**Arrives by Thu, Mar 30**

Sold and shipped by Cuishifu Trading Co., Ltd

🚚 Free 30-day returns Details

**Add to cart**

**Clothing Size:** S    Size guide

🌀 Fit Predictor Your suggested size M ⓘ

| S | M | L |
| XL | 2XL | 3XL |

**$22.75** One-time purchase
+ free shipping

**Arrives by Mon, Apr 10**

Sold and shipped by Yinsihan

🚚 Free 30-day returns Details

🚚 Free shipping, **arrives by Wed, Apr 5** to



Review Order

## Free shipping, arrives by Thu, Mar 30

zach hatcher
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 1575

$22.46



---

Place order for $22.46

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $20.99 |
| Shipping | Free |
| Estimated taxes | $1.47 |
| **Estimated total** | **$22.46** |

Have a promo code?



Order confirmed

## Thanks for your order!

**Walmart+** Join Today
**Members can save $1,300/year with free shipping and delivery***

We'll email details to mondhtq@yahoo.com

Order #200010742518813 | $22.46

**spark**good  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out.  Select a local charity ⓘ

**Shipping, arrives by Thu, Mar 30**

zach hatcher
2773 NE 14th Ave, Wilton Manors, FL 33334

Start Free Trial

Search everything at Walmart online and in store

# Defendant No.: **57**

## Store Name:

## **Retro Sports Shop**

Deals   Easter   Grocery & 

Sexy Dance

# Oversize Women Kaftan Loose Blou Shirts Summer Short Sleeve Thin B Ruffled V-Neck Pullover Tops Blous Basic Tee For Women Office LO Wc Shirt Size S-5XL

★★★★☆ (4.1) 68 reviews

## $14.00

Price when purchased online ⓘ

**Buy now**    **Add to cart**

**Color:** White

| | | | | |
|---|---|---|---|---|
| $22.96 | $14.09 | $14.12 | $20.14 | $16 |

| | | |
|---|---|---|
| $20.05 | $14.00 | $20.01 |

**Clothing Size:** L    Size guide

🅕 Fit Predictor Your suggested size L ⓘ

| S | M | L |
|---|---|---|
| XL | 2XL | 4XL |
| 5XL | | |

## More seller options

🚚 Free 30-day returns  Details

**Add to cart**

**$14.03** One-time purchase
+ free shipping

**Arrives by Fri, Mar 31**

Sold and shipped by
xiangchengshiwanchuanwangluokejiyouxiangongsi

🚚 Not returnable  Details

**Add to cart**

**$14.57** One-time purchase
+ free shipping

**Arrives by Thu, Apr 6**

Sold and shipped by Retro Sports Shop

🚚 Not returnable  Details

**Add to cart**

**$14.66** One-time purchase
+ free shipping

**Arrives by Wed, Mar 29**

Sold and shipped by Prominence store

🚚 Free 30-day returns  Details



# Review Order

## Free shipping, arrives by Thu, Apr 6

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add

Add gate codes or other useful information.

### Items details

View details

1 item



## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 1583      $15.59

---

### Place order for $15.59

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)          $14.57

Shipping                       Free

**Estimated taxes**            $1.02

**Estimated total**            $15.59

Have a promo code?

Walmart

≡ Departments    ≡ Services

Search everything at Walmart online and in store

Reorder
My Items

H. Barnett C
Account

Order confirmed

# Thanks for your order!

Order# 2000108392S9607

sparkgood   **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out.  Select a local charity

## Shipping, arrives by Thu, Apr 6

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

1 item

# Defendant No.: **58**

## Store Name:

## **Rainlight**

**More seller options**

✕



Sexy Dance Women Boyshorts Swim Boxer Shorts Bikini Bottoms Board Shorts Swim Bottoms Swimsuit Ladies...

Shipping to Wilton Manors, 33334

**$18.96** One-time purchase
+ free shipping

**Arrives by Mon, Apr 10**
Sold and shipped by Kolopland Industrial Trading Group Ltd

▢ Free 30-day returns  Details

**Add to cart**

**$18.97** One-time purchase
+ free shipping

**Arrives by Wed, Mar 29**
Sold and shipped by Rainlight

▢ Free 30-day returns  Details

**Add to cart**

---

Sexy Dance

**Sexy Dance Women Boyshorts Swim Boxer Shorts Bikini Bottoms Board Swim Bottoms Swimsuit Ladies Swi Beachwear Swimming Bathing Suit Dry M-4XL**

★★★★⯪ (4.4) 200 reviews

**Now $18.96** $24.58 ⓘ

Price when purchased online ⓘ

( Buy now )  ( Add to cart )

**Color:** Black

$18.96    $18.96

**Clothing Size:** M    Size guide

🅕 Fit Predictor Your suggested size XXL �open

| M | L | XL |
| XXL | 3XL | 4XL |

🚚 Free shipping, **arrives by Mon, Apr 10** to
2773 NE 14th Ave
More options

🏬 Sold and shipped by **Kolopland Industrial Trad**



# Review Order

## Free shipping, arrives by Wed, Mar 29

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.


Ending in 9660

$20.30



### Place order for $20.30

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $24.58 |
| Savings | -$5.61 |
| Shipping | $18.97 |
| | Free |
| Estimated taxes | $1.33 |
| Estimated total | $20.30 |

Have a promo code?



Thanks for your order!
You saved $5.61
Order# 2000108058669503

sparkgood  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out.  Select a local charity

Shipping, arrives by Wed, Mar 29

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

1 item

# Defendant No.: **59**

## Store Name:

## **The Sunflower Road Co.,Ltd**

## More seller options

Deals   Easter   Grocery &

Sexy Dance

## Fashion Women Floral Print Short S T Shirt Ladies Summer Casual Top T Blouse

★★★½☆ (3.3) 15 reviews

## $17.07

Price when purchased online ⓘ

**Buy now**     **Add to cart**

**Color:** Gray

$17.89   $17.07   $16.41   $20.35   $16

$16.42

**Clothing Size:** S    Size guide

Fit Predictor Calculate your size

| S | M | L |
| XL | XXL | |

Free shipping, **arrives by Thu, Apr 6** to
2773 NE 14th Ave
More options

Fashion Women Floral Print Short
Sleeve T Shirt Ladies Summer Casual
Top Tee Blouse

Shipping to Wilton Manors, 33334

**$17.07** One-time purchase
+ free shipping

**Arrives by Thu, Apr 6**

Sold and shipped by Dgu Group Inc

Free 30-day returns Details

**Add to cart**

**$17.09** One-time purchase
+ free shipping

**Arrives by Fri, Apr 7**

Sold and shipped by The Sunflower Road Co.,Ltd

Not returnable Details

**Add to cart**

**$17.19** One-time purchase
+ free shipping

**Arrives by Tue, Apr 11**

Sold and shipped by shuangguoba co.,ltd

Free 30-day returns Details

< Review Order

 **Shipping, arrives by**

# Fri, Apr 7

Skylar Muth
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**          Add

Add gate codes or other useful information

**Item details**                              View

1 item



 **Payment method**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Place order $18.29**



Q Search Walmart

$0.00



# Thanks for your order!

Order #200010766225988   $18.29

 **Shipping, arrives by**

## Fri, Apr 7

Your items may arrive in Walmart bags or original packaging

Skylar Muth
2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Fri, Apr 7**

1 item



**Continue Shopping**

# Defendant No.: **60**

## Store Name:

## **FOUR Co.Ltd**

**More seller options**



New Casual Long Sleeve T-Shirts for Women Tunic Loose Pullover Shirts Tops Ladies Fall Winter Thin Basic Tee...

Shipping to Wilton Manors, 33334

**$18.97** One-time purchase
+ free shipping

**Arrives by Thu, Apr 6**

Sold and shipped by Dgu Group Inc

Free 30-day returns  Details

**Add to cart**

**$19.00** One-time purchase
+ free shipping

**Arrives by Tue, Mar 28**

Sold and shipped by **FOUR Co.Ltd**

Free 30-day returns  Details

**Add to cart**

**$19.04** One-time purchase
+ free shipping

**Arrives by Fri, Mar 31**

Sold and shipped by Zhuoshengben., Ltd

Free 30-day returns  Details



Sexy Dance

**New Casual Long Sleeve T-Shirts fo Women Tunic Loose Pullover Shirts Ladies Fall Winter Thin Basic Tee To Lounge Wear**

★★★★½ (4.7) 114 reviews

**$18.97**

Price when purchased online ⓘ

**Buy now**    **Add to cart**

**Color:** Green

$21.58   $19.99   $23.49   $18.97   $21

$21.04   $31.28   $21.92

**Clothing Size:** S    Size guide

Fit Predictor Your suggested size **S** ⓘ

| S | M | L |
| XL | XXL |

Free shipping, **arrives by Thu, Apr 6** to

< Cart

## Shipping

Arrives **Tue, Mar 28**

<u>2773 NE 14th Ave</u>

Sold and shipped by <u>FOUR Co.Ltd</u>

New Casual Long Sleeve T-Shirts for Women Tunic Loose Pullover Shirts To...

Actual Color: Green
Clothing Size: S

$19.00

<u>Remove</u>         <u>Save for later</u>         −  1  +

**Walmart+** **Get free grocery delivery and more!**  ✕

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com
Learn how                                          ✕

**Estimated total $19.00**

**Continue to checkout**

## Review Order

 **Shipping, arrives by**

# Tue, Mar 28

Elroy Kendall
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**          Add

Add gate codes or other useful information

**Item details**          View

1 item



 **Payment method**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Place order $20.33**



Search Walmart

$0.00



# Thanks for your order!

Order #200010766126103 | $20.33

 **Shipping, arrives by**

## Tue, Mar 28

Your items may arrive in Walmart bags or original packaging

Elroy Kendall
2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Tue, Mar 28**

1 item



**Continue Shopping**

## FOUR Co.Ltd



★☆☆☆☆     See all 1 review

1 stars out of 5

**0%**     Overall Positive Rating

🏠  Business Name: shenzhenshijinshanzidianziyouxiangongsi

✉️  Contact seller

📞  (133) 928-9430

📍  shenzhenshibaoanquxixiangjiedaoguxingshequqianhangdushigongyuAdong112
shenzhen, Guangdong 518000, China

About seller

**More items from this seller**







| | | |
|---|---|---|
| + Add | + Add | + Add |
| $13.55 | $16.21 | $11.95 |
| Laneige Lip Sleeping Mask Berry 20g | Sundresses for Women Casual Summer - Beach Dresses for Women Casual Summer Sleeveless Knee Length A Line Dress V Neck Cami Floral Vacation Tunic Dress | Love Bracelets Bangles With Scre Bracelet Women Men |
| ★★☆☆☆ 11 | ★★★★☆ 11 | ★★★★★ 8 |

**Seller reviews**

**1** **out of** **5**

★☆☆☆☆ (1 review)

| | |
|---|---|
| 5 stars | 0 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 1 |

1 review | Sort by | Most Relevant ▾

# Defendant No.: **61**

## Store Name:

## **CADI**

More seller options

Deals    Easter    Grocery & ...

Sexy Dance

New Casual Long Sleeve T-Shirts fo...
Women Tunic Loose Pullover Shirts ...
Ladies Fall Winter Thin Basic Tee To...
Lounge Wear

★★★★½ (4.7) 114 reviews

**$18.97**

Price when purchased online ⓘ

**Buy now**    **Add to cart**

Color: Green

| | | | | |
|---|---|---|---|---|
| $21.58 | $19.99 | $23.49 | **$18.97** | $21... |

| | | |
|---|---|---|
| $21.04 | $31.28 | $21.92 |

Clothing Size: S    Size guide

🌀 Fit Predictor Your suggested size L ⓘ

| S | M | L |
|---|---|---|
| XL | XXL | |

🚚 Free shipping, **arrives by Thu, Apr 6** to
2773 NE 14th Ave

**Add to cart**

**$19.04** One-time purchase
+ free shipping

**Arrives by Fri, Mar 31**

Sold and shipped by Zhuoshengben., Ltd

🔄 Free 30-day returns  Details

**Add to cart**

**$19.56** One-time purchase
+ free shipping

**Arrives by Wed, Mar 22**

Sold and shipped by CADI

🔄 Free 30-day returns  Details

**Add to cart**

**$31.29** One-time purchase
+ free shipping

**Arrives by Fri, Mar 31**

Sold and shipped by Jiwenxiang

🔄 Free 30-day returns  Details

**Add to cart**



# Review Order

## Free shipping, arrives by Wed, Mar 22

Lisa Peters
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

### We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

 Ending in 7181



$20.93

---

### Place order for $20.93

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $19.56 |
| Shipping | Free |
| **Estimated taxes** | $1.37 |
| **Estimated total** | **$20.93** |

Have a promo code?



Order confirmed

# Thanks for your order!

Walmart+ Join Today
Members can save $1,300/year with free shipping and delivery*

We'll email details to **chaucerpcfa@yahoo.com**
Order #2000108684144098 | $20.93

sparkgood Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

🚚 Shipping, arrives by Wed, Mar 22

Lisa Peters
2773 NE 14th Ave, Wilton Manors, FL 33334

# CADI

 See all 11 reviews

2.9 stars out of 5

 **45%**   Overall Positive Rating

---

🏠 Business Name: Quanzhou Yansong Trading Co., LTD

✉️ Contact seller

📞 (+86) 17306992965

📍 No.23, Hongxing Street, Bincheng Community, Donghai Street, Fengze District
Quanzhou, Fujian 362000, China

---

About seller

Tax policy

## Seller reviews

# 2.9 out of 5

★★★☆☆ (11 reviews)

| 5 stars | 3 |
|---------|---|
| 4 stars | 2 |
| 3 stars | 1 |
| 2 stars | 1 |
| 1 star | 4 |

---

**11 reviews**   Sort by | Most Relevant ▾

---

# Defendant No.: **62**

## Store Name:

# **Fengniao Overseas Store**

## More seller options



Size S-5XL Casual V-Neck Ruffle Blouse Shirts For Women Autumn Winter Long Sleeve Print Tee Tops...

Shipping to Wilton Manors, 33334

**$16.88** One-time purchase
+ free shipping

**Arrives by Wed, Apr 12**
Sold and shipped by Dgu Group Inc

Free 30-day returns  Details

**Add to cart**

**$16.91** One-time purchase
+ free shipping

**Arrives by Fri, Mar 31**
Sold and shipped by Fengniao Overseas Store

Free 30-day returns  Details

**Add to cart**

**$17.59** One-time purchase
+ free shipping

**Arrives by Fri, Mar 31**
Sold and shipped by Zhuoshengben,. Ltd

Free 30-day returns  Details

---

Deals    Easter    Grocery & 

Sexy Dance

## Size S-5XL Casual V-Neck Ruffle Bl Shirts For Women Autumn Winter L Sleeve Print Tee Tops Oversized Pul Blouse T-Shirt

★★½☆☆ (2.7) 26 reviews

# $16.88

Price when purchased online ⓘ

Buy now          Add to cart

**Color: 3-Blue**

| $19.99 | $19.43 | $16.88 | $17.62 | $17 |
| $19.43 | $16.71 | | | |

**Clothing Size:** M    Size guide

Fit Predictor Your suggested size L ⓘ

| S | M | L |
| XL | XXL | 3XL |
| 4XL | 5XL | |



# Review Order

## Free shipping, arrives by Fri, Mar 31

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details



## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 1583




$18.09

---

### Place order for $18.09

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $16.20 |
|---|---|
| Shipping | Free |
| Estimated taxes | $1.89 |
| **Estimated total** | **$18.09** |

Have a promo code?



Order confirmed

# Thanks for your order!

Order# 2000107329553I

**spark**good  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out.  Select a local charity ⊙

## Shipping, arrives by Fri, Mar 31

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

1 item

# Defendant No.: **63**

## Store Name:

# **Fengniao Store Ts**

More seller options ✕

Deals  Easter  Grocery & 

Sexy Dance

**Sexy Dance Womens Short Sleeve C Cold Shoulder Tunic Tops Loose Blo Shirts Ladies Beach Summer Plus S Neck T-shirts**

★★★★★ (5.0) 1 review

# $17.27

Out of stock

**Color:** Red

| $15.26 | $15.28 | $17.27 | $15.29 |

**Clothing Size:** 3XL    Size guide

🌀 Fit Predictor Your suggested size L ⑦

| S | M | L |
| XL | 2XL | 3XL |
| 4XL | 5XL | |

### How do you want your item?

| 🚚 Shipping Out of stock | 🚗 Pickup Not available | 🏪 Deli Not av |

Sexy Dance Womens Short Sleeve
Casual Cold Shoulder Tunic Tops Loose
Blouse Shirts Ladies Beach Summer...

Shipping to Wilton Manors, 33334

**$17.29** One-time purchase
+ free shipping

**Arrives by Mon, Apr 3**

Sold and shipped by Fengniao Store Ts

📦 Not returnable  Details

**Add to cart**

**$18.56** One-time purchase
+ free shipping

**Arrives by Wed, Apr 12**

Sold and shipped by JenniferLiz

📦 Free 30-day returns  Details

**Add to cart**

**$18.98** One-time purchase
+ free shipping

**Arrives by Wed, Apr 12**

Sold and shipped by Yinsihan

📦 Free 30-day returns  Details



# Review Order

## Free shipping, arrives by Mon, Apr 3

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 Item



View details

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.



Ending in 9660



$18.50

---

**Place order for $18.50**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)      $17.29

Shipping      Free

**Estimated taxes**      $1.21

**Estimated total**      **$18.50**

Have a promo code?



## Fengniao Store Ts



★★★★★    See all 1 review
5 stars out of 5

 **100%**  Overall Positive Rating

---

🏠  Business Name: Shenzhenfengniaotongxunkejiyouxiangongsi

✉  Contact seller

📞  (+86) 13826504148

📍  shenzhenshilonghuaqulonghuajiedaoyucuishequlongguandonglu62haobolongdasha2ceng213fang
shenzhen, Guangdong 518000, China

---

About seller

### More items from this seller



[+ Add]

$14.94  $16.93

Listenwind Womens Casual Denim Shorts Frayed Raw Hem Ripped Jeans Shorts

★★☆☆☆  14

[+ Add]

$13.35

Clearance! Women Stretch Comprion Sportswear Casual Leggings Pants with Pocket Red M

★★★☆☆  69



[+ Add]

$14.47

JustVH Women's Cold Shoulder S Loose Blouse Shirts

★★☆☆☆  945

---

### Seller reviews

# 5 out of 5

★★★★★  (1 review)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

1 review    Sort by | Most Relevant ▾

# Defendant No.: **64**

## Store Name:

## **VPPDXHL**

## More seller options

+ free shipping

**Arrives by Wed, Apr 12**

Sold and shipped by <u>Chengdujieshiying Co., Ltd.</u>

🚚 Free 30-day returns  <u>Details</u>

**Add to cart**

**$15.16** One-time purchase

+ free shipping

**Arrives by Wed, Mar 22**

Sold and shipped by <u>shanxikongjiangbuju</u>

🚚 Free 30-day returns  <u>Details</u>

**Add to cart**

**$19.75** One-time purchase

+ free shipping

**Arrives by Fri, Mar 31**

Sold and shipped by <u>VPPDXHL</u>

🚚 Free 30-day returns  <u>Details</u>

**Add to cart**

**$19.88** One-time purchase

+ free shipping

**Arrives by Fri, Apr 14**

---

Deals   Easter   Grocery &

<u>Sexy Dance</u>

**Women's Summer Dress Beach Sun
Loose Dress Maxi Dress Bohemian
Dye Short Sleeve Crewneck Dress**

★★⯪☆☆ (2.4) <u>41 reviews</u>

## Now $14.99 ~~$19.77~~ ⓘ

Price when purchased online ⓘ

**Buy now**          **Add to cart**

**Color:** Blue

$19.60    $14.99    $15.01

**Clothing Size:** 2XL    <u>Size guide</u>

🎯 Fit Predictor <u>Your suggested size</u> **S** ⓘ

| S | M | L |

| XL | 2XL |

🚚 Free shipping, **arrives by Wed, Apr 12** to
<u>2773 NE 14th Ave</u>
<u>More options</u>

🏪 Sold and shipped by **Chengdujieshiying Co., L**
★★⯪☆☆ 16 seller reviews
<u>View seller information</u>



**Review Order**

**Place order for $21.13**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $19.75 |
| Shipping | Free |
| **Estimated taxes** | $1.38 |
| **Estimated total** | $21.13 |

Have a promo code?

 **Free shipping, arrives by Fri, Mar 31**

Bobby Shearer
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

**Delivery instructions**

Add gate codes or other useful information.

Add

**Items details**

1 item

View details

**Payment method**

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.



 Ending in 4058

$21.13



Order confirmed

# Thanks for your order!

**Walmart+** Join Today
Members can save $1,300/year with free shipping and delivery*

**Start Free Trial**

We'll email details to: tylerqxsm@yahoo.com

Order #2000108109080856 | $2113

**spark**good  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Fri, Mar 31

Bobby Shearer
2773 NE 14th Ave, Wilton Manors, FL 33334

# VPPDXHL



3 stars out of 5

See all 2 reviews



**50%**  Overall Positive Rating

---

🏠  Business Name: shanxikuaijiejianshuwangluokejiyouxiangongsi

✉️  Contact seller

📞  (+86) 17640471846

📍  xixianxinqukonggangxinchengtianyusanlu181hao
xi an shi, Shaanxi 710075, China

---

About seller

## Seller reviews

# 3 out of 5

★★★☆☆ (2 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 1 |

---

**2 reviews**    Sort by  |  Most Relevant ▾

---

# Defendant No.: **65**

## Store Name:

# **SPACEZ**



Sexy Dance

**Sexy Dance** Womens Handbags Checkered Tote Shoulder Bags Fashion Large Travel Shoulder Purses With Wristlet Clutch 2 in 1 Bag Set

★★★★★ (5.0) 3 reviews

## $33.78

Price when purchased online ⓘ

Buy now     Add to cart

**Actual Color:** Brown Poker

$25.99 | $27.64 | $25.99 | **$33.78** | $25.99

🚚 Free shipping. **arrives by Tue, Mar 28** to
2773 NE 14th Ave
More options

🏪 Sold and shipped by **SPACEZ**
View seller information

🔄 Free 30-day returns  Details

♡ Add to list       🎁 Add to registry

Best seller               Sponsored



## Shipping

Arrives **Tue, Mar 28**

2773 NE 14th Ave

Sold and shipped by SPACEZ

Sexy Dance Womens Handbags Checkered Tote Shoulder Bags Fashio...

Actual Color: Brown Poker

Only 4 left

$33.78

Remove          Save for later          −   1   +

Walmart+  **Get free grocery delivery and more!**          ✕

☐  Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com          ✕
Learn how

**Estimated total $33.78**

Continue to checkout

**Review Order**

 **Shipping, arrives by**

## Tue, Mar 28

Joseph Leister
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**          Add

Add gate codes or other useful information

**Item details**                              View

1 item



 **Payment method**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Place order $36.14**



Search Walmart

$0.00



# Thanks for your order!

Order #200010939930005   |   $36.14

 **Shipping, arrives by**

## Tue, Mar 28

Your items may arrive in Walmart bags or original packaging

Joseph Leister
2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Tue, Mar 28**

1 item



**Continue Shopping**

# Defendant No.: **66**

## Store Name:

# **Ricardo M. Lu**

## More seller options



 Women's Summer Dress Beach Sundress Loose Dress Maxi Dress Bohemian Tie Dye Short Sleeve...

Shipping to Wilton Manors, 33334

**$19.32** One-time purchase
+ free shipping

**Arrives by Wed, Apr 12**
Sold and shipped by Chengdujieshiying Co., Ltd.

🔁 Free 30-day returns  Details

**Add to cart**

**$19.33** One-time purchase
+ free shipping

**Arrives by Wed, Apr 5**
Sold and shipped by Ricardo M. Lu

🔁 Free 30-day returns  Details

**Add to cart**

**$19.68** One-time purchase
+ free shipping

**Arrives by Fri, Mar 24**
Sold and shipped by shanxikongjiangbuju

🔁 Free 30-day returns  Details



# Review Order

## Free shipping, arrives by Wed, Apr 5

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item



View details

## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9660                                    $20.68





---

### Place order for $20.68

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $19.33 |
| Shipping | Free |
| **Estimated taxes** | $1.35 |
| **Estimated total** | **$20.68** |

Have a promo code?



Order confirmed

# Thanks for your order!

Order# 2000107594046

sparkgood  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Wed, Apr 5

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

1 item

# Ricardo M. Lu

★★½☆☆☆    See all 2 reviews

1.5 stars out of 5

**0%**    Overall Positive Rating

---

🏠    Business Name: shenzhenshijiayigedianziyouxiangongsi

✉️    Contact seller

📞    (+86) 8615323756137

📍    shenzhenshilonghuaquminzhijiedaoshangfenshequdiwugongyequyiqu23hao405
shenzhen, Guangdong 518000, China

---

About seller

## Seller reviews

# 1.5 out of 5

★★½☆☆☆    (2 reviews)

| 5 stars | 0 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 1 |
| 1 star | 1 |

---

**2 reviews**    Sort by  |  Most Relevant ▾

---

# Defendant No.: **67**

## Store Name:

## **shanxikongjiangbuju**

**More seller options**

Deals    Easter    Grocery & 

Sexy Dance

## Women's Summer Dress Beach Sun Loose Dress Maxi Dress Bohemian Dye Short Sleeve Crewneck Dress

★★☆☆☆ (2.4) 41 reviews

## $19.32

Price when purchased online ⓘ

Buy now    Add to cart

Color: Gray

$14.75    $19.32    $19.32

Clothing Size: S    Size guide

Ⓕ Fit Predictor Calculate your size

| S | M | L |

| XL | 2XL |

🚚 Free shipping, **arrives by Wed, Apr 12** to
2773 NE 14th Ave
More options

🏛 Sold and shipped by **Chengdujieshiying Co.,**
★★☆☆☆ 16 seller reviews
View seller information

---

Add to cart

**$19.33** One-time purchase
+ free shipping

**Arrives by Wed, Apr 5**
Sold and shipped by Ricardo M. Lu

🔲 Free 30-day returns  Details

Add to cart

**$19.68** One-time purchase
+ free shipping

**Arrives by Fri, Mar 24**
Sold and shipped by shanxikongjiangbuju

🔲 Free 30-day returns  Details

Add to cart

**$19.88** One-time purchase
+ free shipping

**Arrives by Fri, Apr 14**
Sold and shipped by Angyue,, Ltd

🔲 Free 30-day returns  Details

Add to cart





# Review Order

## Free shipping, arrives by Fri, Mar 24

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 1583                                    $21.06

---

**Place order for $21.06**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $19.68 |
| Shipping | Free |
| **Estimated taxes** | $1.38 |
| **Estimated total** | **$21.06** |

Have a promo code?

Walmart

Departments   Services

Search everything at Walmart online and in store

Reorder My Items

Hi, Barrett C
Account

Order confirmed

# Thanks for your order!

Order# 2000107995934429

sparkgood  **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out.  Select a local charity ⓘ

## Shipping, arrives by Fri, Mar 24

Stevan R
2773 NE 14th Ave, Wilton Manors, FL 33334

1 item

# Defendant No.: **68**

## Store Name:

# **shanxijiexinmeishiwang**

**More seller options**



Deals    Easter    Grocery &

Sexy Dance

**Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic Shirt Blouse**

★★★☆☆ (2.8) 14 reviews

**Now $14.70** ~~$16.99~~ ⓘ

Price when purchased online ⓘ

**Buy now**    **Add to cart**

Color: #1-Purple

$14.06    $13.50    **$14.70**    $13.47

Clothing Size: L    Size guide

ⓕ Fit Predictor Your suggested size M ⓘ

| S | M | L |
|---|---|---|
| XL | 2XL | 3XL |
| 4XL | 5XL | |

Free shipping, **arrives by Wed, Apr 12** to
2773 NE 14th Ave
More options

---



Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual...

Shipping to Wilton Manors, 33334

**$14.70** One-time purchase
+ free shipping

**Arrives by Wed, Apr 12**

Sold and shipped by Dgu Group Inc

▭ Free 30-day returns  Details

**Add to cart**

**$16.58** One-time purchase
+ free shipping

**Arrives by Thu, Mar 30**

Sold and shipped by shanxijiexinmeishiwang

▭ Not returnable  Details

**Add to cart**

**$19.80** One-time purchase
+ free shipping

**Arrives by Fri, Apr 14**

Sold and shipped by JenniferLiz

▭ Free 30-day returns  Details



**Review Order**

## Free shipping, arrives by Thu, Mar 30

Lisa Peters
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details



## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

Ending in 7181      $17.74

---

### Place order for $17.74

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $16.52 |
| Shipping | Free |
| **Estimated taxes** | $1.19 |
| **Estimated total** | **$17.74** |

Have a promo code?



Order confirmed

## Thanks for your order!

**Walmart+** Join Today
**Members can save $1,300/year with free shipping and delivery\***

We'll email details to **chaucerpcfs@yahoo.com**
Order #20000870429219 | $17.74

**spark**good  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Start Free Trial

---

🚚 **Shipping, arrives by Thu, Mar 30**

Lisa Peters
2773 NE 14th Ave, Wilton Manors, FL 33334

# shanxijiexinmeishiwang



No reviews yet

---

⌂  Business Name: shanxijiexinmeishiwangluokejiyouxiangongsi

✉  Contact seller

☎  (+86) 13163792782

⌖  xixianxinqukonggangxinchengtianxinglu39hao
xi an shi, Shaanxi 710000, China

---

## Seller reviews

This seller doesn't have any reviews yet.

# Defendant No.: **69**

## Store Name:

## **High quality mall**

**Deals**    **Easter**    **Grocery & ·**

More seller options



Twowood Casual Women Solid Color
Oversize Maxi Cotton Linen Long Shirt
Kaftan?Dress

Sexy Dance

Twowood Casual Women Solid Colo
Oversize Maxi Cotton Linen Long S
Kaftan?Dress

★★☆☆☆ (1.8) 49 reviews

Now **$18.02** $21.79 ⓘ

Price when purchased online ⓘ

**Buy now**        **Add to cart**

Color: Blue


$18.02


$17.88


$18.05


$16.37

Clothing Size: XXL        Size guide

🅕 Fit Predictor Your suggested size L ⓘ

| S | M | L |
|---|---|---|
| **XXL** | XXXL | |

🚚  Free shipping, **arrives by Wed, Apr 12** to
2773 NE 14th Ave
More options

🏬  Sold and shipped by **Chengdujieshiying Co., L**
★★☆☆☆ 16 seller reviews
View seller information

🔵  Free 30-day returns  Details

---

Shipping to Wilton Manors, 33334

**$18.02** One-time purchase
+ free shipping

**Arrives by Wed, Apr 12**
Sold and shipped by Chengdujieshiying Co., Ltd.

🔲 Free 30-day returns  Details

**Add to cart**

**$18.14** One-time purchase
+ free shipping

**Arrives by Thu, Apr 6**
Sold and shipped by High quality mall

🔲 Free 30-day returns  Details

**Add to cart**

**$19.47** One-time purchase
+ free shipping

**Arrives by Fri, Apr 14**
Sold and shipped by Angyue., Ltd

🔲 Free 30-day returns  Details



## Review Order

### Free shipping, arrives by Thu, Apr 6

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

**Delivery instructions**

Add gate codes or other useful information.

Add

**Items details**

1 item

View details

### Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 1583                                    $19.41



---

**Place order for $19.41**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $21.79 |
| **Savings** | -$3.65 |
| | $18.14 |
| Shipping | Free |
| **Estimated taxes** | $1.27 |
| **Estimated total** | $19.41 |

Have a promo code?                >



Thanks for your order!
## You saved $3.65

Walmart+ · Join Today
**Members can save $1,300/year with free shipping and delivery***

We'll email details to: **barnettcnl@yahoo.com**
Order #200010828180103 | $19.41

sparkgood · **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Thu, Apr 6

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

Start Free Trial

Search everything at Walmart online and in store

Walmart

Departments    Services    Reorder My Items    Hi, Barnett C Account

# Defendant No.: **70**

## Store Name:

## **haimuzhou**

**Deals**   **Easter**   **Grocery &**

Sexy Dance

**Colisha Solid Tracksuit Set for Wom**
**Drawstring Sports Jogger Trousers**
**Sleeve Casual Tops Pullover Active**
**Outfits Set Sweatsuit Jogging Suit**

★★★☆☆ (2.8) 6 reviews

# Now $23.96 $28.76 ⓘ

Price when purchased online ⓘ

[ Buy now ]   [ **Add to cart** ]

**Actual Color:** White

| $29.79 | $24.10 | $24.64 | $25.08 | $23 |

**Clothing Size:** US XS=Tags S    Size guide

| US L=Tags XL | US M=Tags L | US S=Tags |
| US XL=Tags 2XL | **US XS=Tags S** | |

## How do you want your item?

| Shipping Wed, Apr 12 Free | Pickup Not available | Deli Not a |

---

## More seller options                                    ✕



Colisha Solid Tracksuit Set for Women
Drawstring Sports Jogger Trousers Long
Sleeve Casual Tops Pullover Activewear...

Shipping to Wilton Manors, 33334

**$23.96** One-time purchase
+ free shipping

**Arrives by Wed, Apr 12**

Sold and shipped by Dgu Group Inc

⛶ Free 30-day returns   Details

[ **Add to cart** ]

**$23.97** One-time purchase
+ free shipping

**Arrives by Sat, Apr 1**

Sold and shipped by haimuzhou

⛶ Free 30-day returns   Details

[ **Add to cart** ]



# Review Order

## Free shipping, arrives by Sat, Apr 1

Joshua Corkill
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

Ending in 5818                                           $25.65

---

### Place order for $25.65

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $20.7 |
| Savings | -$4.79 |
| Shipping | Free |
| Estimated taxes | $1.8 |
| **Estimated total** | **$25.6** |

Have a promo code?



Thanks for your order!
## You saved $4.79

Walmart+ · Join Today
**Members can save $1,300/year with free shipping and delivery***

We'll email details to **watercork@yahoo.com**

Order #2000078599910 | $25.65

sparkgood   **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Sat, Apr 1

Joshua Corkill
2773 NE 14th Ave, Wilton Manors, FL 33334

Start Free Trial

Search everything at Walmart online and in store.

## haimuzhou



★★⯪☆☆
2.7 stars out of 5

See all 70 reviews

**41%**    Overall Positive Rating

---

🏠 Business Name: taianhaimuzhouzhuangshiyouxiangongsi

✉ Contact seller

📞 (+86) 18042376293

📍 dongpingxian dongpingjiedaoyingzicun
taianshi, Shandong 271599, China

---

About seller

Tax policy

### More items from this seller



+ Add

$8.46

Women Sexy Lingerie Plus Size Hot Erotic Underwear Babydoll Fishnet Sleepwear

★★⯪☆☆ 25

+ Add

$13.45

Womens Button V Neck Cardigan Top Loose Long Sleeve Cotton Linen Shirt

★★⯪☆☆ 70



+ Add

$6.06

Jeobest 10PCS Nylon Cleaning B Set Test Tube Bottle Straw Washi

★★★★☆ 28

### Seller reviews

**2.7** out of **5**

★★⯪☆☆ (70 reviews)

| | |
|---|---|
| 5 stars | 17 |
| 4 stars | 12 |
| 3 stars | 4 |
| 2 stars | 8 |
| 1 star | 29 |

Most helpful positive review                    Most helpful negative review

# Defendant No.: **71**

## Store Name:

## **EWQER**

**More seller options**                                                   ✕



Deals   Easter   Grocery &

Sexy Dance

**Sexy Dance** Women Strappy Tankin
**Padded Vest Swim Tops + Shorts Cr**
**Neck High Waist Swimming Suit H**

# $22.80

Price when purchased online  ⓘ

( **Buy now** )   ( **Add to cart** )

**Actual Color:** Orange

| $23.36 | $22.80 | $24.60 | $21.16 |

**Clothing Size:** XXS

🌀 **Fit Predictor** Calculate your size

| XXS | XS | S |
| M | L | XL |
| 2XL | 3XL | |

🚚 Free shipping, **arrives by Thu, Apr 13** to
2773 NE 14th Ave
More options

🏪 Sold and shipped by **Radical Grande Couch I**
★★★☆☆ 12 seller reviews
View seller information



Sexy Dance Women Strappy Tankini Sets
Padded Vest Swim Tops + Shorts Crew
Neck High Waist Swimming Suit Halter

Shipping to Wilton Manors, 33334

**$22.80** One-time purchase
+ free shipping

**Arrives by Thu, Apr 13**
Sold and shipped by Radical Grande Couch Inc

🔁 Free 30-day returns Details

( **Add to cart** )

**$22.82** One-time purchase
+ free shipping

**Arrives by Fri, Mar 31**
Sold and shipped by EWQER

🔁 Free 30-day returns Details

( **Add to cart** )



**Review Order**

## Free shipping, arrives by Fri, Mar 31

Lisa Peters
2773 NE 14th Ave, Wilton Manors, FL 33334                    Edit

### Delivery instructions                                    Add

Add gate codes or other useful information.

### Items details                                    View details

1 Item



## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.



Ending in 7181                                    $24.42



---

**Place order for $24.42**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                    $22.8

Shipping                                             Free

**Estimated taxes**                                 $1.6

**Estimated total**                                 $24.42

Have a promo code?



Order confirmed

## Thanks for your order!

Walmart+ Join Today

Members can save $1,300/year with free shipping and delivery*

We'll email details to chaucerpcfa@yahoo.com

Order #2000109208457SO | $24.42

sparkgood  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

Start Free Trial

### Shipping, arrives by Fri, Mar 31

Lisa Peters
2773 NE 14th Ave, Wilton Manors, FL 33334

Search everything at Walmart online and in store.

Walmart

:::: Departments    :::: Services

Reorder
My Items

HL Linda F
Account

# EWQER

☆☆☆☆☆

No reviews yet

---

⌂  Business Name: shenzhenshi zedadianzishangwu youxiangongsi

✉  Contact seller

☎  (+86) 13247633563

⌖  shenzhenshilonggangqu yuanshanjiedaoyinheshequ longgangdadao7108haoderongdasha zonghelou106 shenzhenshi, Guangdong 518100, China

---

About seller

Tax policy

## Seller reviews

This seller doesn't have any reviews yet.

## About seller

ⓘ

This seller may also engage in manufacturing, importing or reselling consumer products.

Our company is headquartered in Shenzhen and has a passionate design team who work hard to ensure that every product is beautifully crafted, packaged and delivered to customers flawlessly.

## Tax policy

Walmart Marketplace is required to collect and remit sales tax on behalf of all Marketplace sellers in 47 states under enacted state laws.

# Defendant No.: **72**

## Store Name:

## **Superbuy**

**More seller options**

Deals    Easter    Grocery & essentials

Sexy Dance

**Sexy Dance Ruffle Hem Flutter Sle
Dress For Women Beach Hoilday Ca
Mini Swing Shirt Dress A Line Swin
Flared Skater Cocktail Party Dress**

★★★★★ (4.6) 86 reviews

**$19.72**

Price when purchased online ⓘ

( Buy now )    ( Add to cart )

**Color:** Naxy Blue

$19.66    $19.76    $19.72    $19.76    $19

$19.76

**Clothing Size:** L    Size guide

🌀 Fit Predictor Your suggested size S ⓘ

( S )    ( M )    ( L

( XL )    ( XXL )

🚚 Free shipping, **arrives by Thu, Apr 13** to
2773 NE 14th Ave

Sexy Dance Ruffle Hem Flutter Sleeve
Dress For Women Beach Hoilday
Casual Mini Swing Shirt Dress A Line...

Shipping to Wilton Manors, 33334

**$19.72** One-time purchase
+ free shipping

**Arrives by Wed, Apr 19**

Sold and shipped by Dgu Group Inc

🔄 Free 30-day returns  Details

( Add to cart )

**$19.98** One-time purchase
+ free shipping

**Arrives by Mon, Apr 3**

Sold and shipped by Superbuy

🔄 Not returnable  Details

( Add to cart )

**$22.99** One-time purchase
+ free shipping

**Arrives by Thu, Apr 13**

Sold and shipped by Yinsihan

🔄 Free 30-day returns  Details



## Shipping

Arrives **Mon, Apr 3**

<u>2773 NE 14th Ave</u>

Sold and shipped by <u>Superbuy</u>

Sexy Dance Ruffle Hem Flutter Sleeve Dress For Women Beach Hoilday Cas...    **$19.98**

Actual Color: Naxy Blue
Clothing Size: L

<u>Remove</u>    <u>Save for later</u>    — 1 +

**Walmart+** Get free grocery delivery and more!    ✕

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com
Learn how    ✕

**Estimated total $19.98**

Continue to checkout

**‹ Review Order**

 Shipping, arrives by

# Mon, Apr 3

Elroy Kendall
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**                    Add

Add gate codes or other useful information

**Item details**                                              View

1 item



 **Payment method**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Place order $21.38**

Search Walmart 

$0.00



# Thanks for your order!

Order #200010785878755 | $21.38

 **Shipping, arrives by**

## Mon, Apr 3

Your items may arrive in Walmart bags or original packaging

Elroy Kendall

2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Mon, Apr 3**

1 item



**Continue Shopping**

# Superbuy



★★★★★

No reviews yet

---

🏠  Business Name: si chuan cai ye zhuang shi she ji you xian gong si

✉  Contact seller

📞  (+86) 13316982741

📍  chengdushiqingyangqudongmadaojie
   19hao1danyuan19lou
   chengdushi, Sichuan 610000, China

---

About seller

## More items from this seller



+ Add



+ Add



+ Add

$6.99

Skin Label Remover Powerful Skin Label Remover Essence Made From Natural Plant Extracts Painless Scar-free Suitable For Facce

$10.98

Clearance Deal!Light Up Plush Animal Hat with Moving Ears Cartoon Bunny Panda LED Earflap Cap

$11.96  $24.99

HARGLESMAN Men Sun Hat Sun Hat Waterproof Foldable Boonie

★★★★★ 6

---

## Seller reviews

This seller doesn't have any reviews yet.

## About seller

ⓘ

This seller may also engage in manufacturing, importing or reselling consumer products.

Welcome to Superbuy！ We sale wide range of product:Including home, beauty, toys, etc, mainly selling home products, including furniture, home appliances, daily necessities, etc. We're dedicated to giving you the very best quality product made in US focusing on three characteristics,ie: trustworthiness, best customer service and high quality beauty product. We now serve customers all over the world, fair trade, affordable price with quality product of the home products industry.

# Defendant No.: **73**

## Store Name:

## **The Best Choice Co.,Ltd**

## More seller options



Tunic Dress for Women Short Sleeve Casual Midi Dress Summer Plain Beach Dress Party Cocktail Holiday Dresses

Sexy Dance

# Tunic Dress for Women Short Sleeve Casual Midi Dress Summer Plain Beach Dress Party Cocktail Holiday Dress

★★☆☆☆ (2.4) 9 reviews

## $28.93

Price when purchased online ⓘ

**Buy now** | **Add to cart**

**Color:** Blue


$28.93


$28.78

$27.97

$27.18


$28

**Clothing Size:** S    Size guide

🎯 Fit Predictor Your suggested size M ⓘ

| S | M | L |
|---|---|---|
| XL | XXL | 3XL |
| 4XL | 5XL | |

🚚 Free shipping, **arrives by Wed, Apr 19** to
2773 NE 14th Ave
More options

🏬 Sold and shipped by **Dgu Group Inc**
★★☆☆☆ 510 seller reviews

---

Shipping to Wilton Manors, 33334

**$28.93** One-time purchase
+ free shipping

**Arrives by Wed, Apr 19**

Sold and shipped by Dgu Group Inc

🔄 **Free 30-day returns** Details

**Add to cart**

**$28.95** One-time purchase
+ free shipping

**Arrives by Fri, Apr 7**

Sold and shipped by LURFI

🔄 **Free 30-day returns** Details

**Add to cart**

**$29.98** One-time purchase
+ free shipping

**Arrives by Tue, Apr 18**

Sold and shipped by The Best Choice Co.,Ltd

🔄 Not returnable Details



Review Order

## Free shipping, arrives by Tue, Apr 18

zach hatcher
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery Instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

### Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 1575                                                                $32.08



---

**Place order for $32.08**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                          $29.98

Shipping                                   Free

**Estimated taxes**                        $2.10

**Estimated total**                        $32.08

Have a promo code?



Order confirmed

## Thanks for your order!

**Walmart+** Join Today
**Members can save $1,300/year with free shipping and delivery***

We'll email details to **mondhtq@yahoo.com**
Order #2000086144986 | $32.08

**spark**good **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

### Shipping, arrives by Tue, Apr 18

zach hatcher
2773 NE 14th Ave, Wilton Manors, FL 33334

Start Free Trial

# Defendant No.: **74**

## Store Name:

## **Jeborah Grocery Co.Ltd**

**More seller options**

Deals    Easter    Grocery & ...



Sexy Dance

# Oversize Women Kaftan Loose Blou
**Shirts Summer Short Sleeve Thin B**
**Ruffled V-Neck Pullover Tops Blous**
**Basic Tee For Women Office LO Wo**
**Shirt Size S-5XL**

★★★★☆ (4.1) 67 reviews

# Now $14.63 ~~$18.00~~ ⓘ

Price when purchased online  ⓘ

**Buy now**    **Add to cart**

Color: Green

| $19.99 | $19.50 | $14.63 | $17.02 | $15 |

| $20.32 | $19.64 | $16.68 |

Clothing Size: XL    Size guide

🌀 Fit Predictor Your suggested size L ⓘ

| S | M | L |
| XL | 2XL | 3XL |
| 4XL | 5XL | |



Oversize Women Kaftan Loose Blouse
Shirts Summer Short Sleeve Thin
Baggy Ruffled V-Neck Pullover Tops...

Shipping to Wilton Manors, 33334

**$14.63** One-time purchase
+ free shipping

**Arrives by Wed, Apr 19**
Sold and shipped by Dgu Group Inc

🔲 Free 30-day returns  Details

**Add to cart**

**$14.66** One-time purchase
+ free shipping

**Arrives by Tue, Mar 28**
Sold and shipped by Jeborah Grocery Co.Ltd

🔲 Not returnable  Details

**Add to cart**

**$21.99** One-time purchase
+ free shipping

**Arrives by Fri, Apr 14**
Sold and shipped by Jiwenxiang

🔲 Free 30-day returns  Details



Cart (1 item)

Pickup and delivery options ∨

Free shipping, arrives Tue, Mar 28

2773 NE 14th Ave

Clearance

Sold and shipped by Jeborah Grocery Could

Oversize Women Kaftan Loose Blouse Shirts Summer Short
Sleeve Thin Baggy Ruffled V-Neck Pullover Tops Blouse...

Actual Color: Green
Clothing Size: XL

Remove    Save for later

$14.66
$18.60
YOU SAVE  $3.94

−   1   +

Continue to checkout

Items in your cart have reduced prices.
Check out now for extra savings!

Subtotal (1 item)          $18.60

Savings                    −$3.94

                           $14.66

Shipping                     Free

Taxes            Calculated at checkout

Estimated total            $14.66

Walmart+  Want to save on grocery delivery, gas &
more?

☐ Try W+ free for 30 days!

Recommended with your order



Thanks for your order!

## You saved $3.94

Walmart+ Join Today

**Members can save $1,300/year with free shipping and delivery***

We'll email details to: **chaucerpcfa@yahoo.com**

Order #2000109362091S1 | $15.69

sparkgood  **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

## Shipping, arrives by Tue, Mar 28

Lisa Peters
2773 NE 14th Ave, Wilton Manors, FL 33334

Start Free Trial

Search everything at Walmart online and in store

Walmart

Departments   Services

Reorder My Items

Hi, Linda F Account

# Defendant No.: **75**

## Store Name:

## **MissiMae**



Walmart

Departments    Services    Search everything at Walmart online and in store    Reorder My Items    Hi, Karina R Account

Cart (1 item)

Pickup and delivery options ⌄

Free shipping, arrives Thu, Mar 30

2773 NE 14th Ave

Sold and shipped by MiaMae

Caizi Women Long Sleeve Button Down Tunic Tops Henley V Neck Casual Swing Shirts Blouse Winter Loungewear Pleat...

Actual Color: Black/Red Floral...

Clothing Size: L

Free 30-day returns

Only 2 left

Remove    Save for later

$23.38

−  1  +

Tax preparation made easy

Best seller

Continue to checkout

Caizi Women Long Sleeve But... is selling fast! Check out soon before it's sold out.    ✕

Subtotal (1 item)    $23.38

Shipping    Free

Taxes    Calculated at checkout

Estimated total    $23.38

Want to save on grocery delivery, gas & more?

Try W+ free for 30 days!

**Review Order**

### Free shipping, arrives by Thu, Mar 30

zach hatcher                                                    Edit
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions**                                       Add

Add gate codes or other useful information.

**Items details**                                               View details

1 item

### Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 1575                                                  $25.02

---

**Place order for $25.02**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $23.38 |
| Shipping | Free |
| **Estimated taxes** | $1.64 |
| **Estimated total** | **$25.02** |

Have a promo code?



## MissiMae



2 stars out of 5

See all 4 reviews

**25%** Overall Positive Rating

---

🏠 Business Name: Missi Mae Corp

✉️ Contact seller

📞 (951) 240-3890

📍 163 Daisy Circle
Mcdonough, Georgia 30252, United States

---

About seller

### More items from this seller



+ Add

$16.28

KidPika Kids Children Girl Floral Sport Jacket Top Trouser Pant 2 Piece Tracksuit Outfit

★★★★☆ 36



+ Add

$11.54

Julymona Womens Plus Size Sleepwear Nightdress Lace V Neck Lingerie Babydoll

★★★☆☆ 197



+ Add

$8.43 $9.98

Julycc Womens Plus Size 2-Piece Lace Nightdress Bodysuit

★★★☆☆ 108

---

### Seller reviews

# 2 out of 5

★★☆☆☆ (4 reviews)

| | |
|---|---|
| 5 stars | 0 |
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 1 |
| 1 star | 2 |

**4 reviews**    Sort by | Most Relevant ▾

# Defendant No.: **76**

## Store Name:

## **Cmoney**

## More seller options



Niuer Summer Ruffle Sleeve Tiered Babydoll Dress for Women Flowy Swing Mini Dress Boho Flowy Pleate...

Shipping to Wilton Manors, 33334

**$18.43** One-time purchase
+ free shipping

**Arrives by Thu, Apr 20**
Sold and shipped by shuangguoba co.,ltd

Free 30-day returns  Details

**Add to cart**

**$18.44** One-time purchase
+ free shipping

**Arrives by Mon, Apr 10**
Sold and shipped by Cmoney

Free 30-day returns  Details

**Add to cart**

**$24.99** One-time purchase
+ free shipping

**Arrives by Mon, Apr 24**
Sold and shipped by JenniferLiz

Free 30-day returns  Details

---

Deals    Easter    Grocery & ...

Sexy Dance

## Niuer Summer Ruffle Sleeve Tiered Babydoll Dress for Women Flowy S... Mini Dress Boho Flowy Pleated Dre...

★★★☆☆ (3.0) 37 reviews

## Now $18.43 ~~$24.99~~ ⓘ

Price when purchased online  ⓘ

**Buy now**      **Add to cart**

**Color: Pink**

    

$24.99   $20.79   $18.43   $17.99

**Clothing Size: 3XL**      Size guide

Fit Predictor Your suggested size M ⓘ

| S | M | L |
|---|---|---|
| XL | XXL | 3XL |

## How do you want your item?



Shipping
Thu, Apr 20
Free



Pickup
Not available

Del...
Not a...



## Shipping

Arrives **Thu, Apr 6**

<u>2773 NE 14th Ave</u>

Sold and shipped by <u>Cmoney</u>

Niuer Summer Ruffle Sleeve Tiered Babydoll Dress for Women Flowy Swi...

Actual Color: Pink
Clothing Size: 3XL

**$18.44**
$24.99
YOU SAVE
$6.55

<u>Remove</u>      <u>Save for later</u>      − **1** +



**Walmart+** Get free grocery delivery and more!      ✕

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com
Learn how      ✕

**Estimated total $18.44**

**Continue to checkout**

# Review Order

 Shipping, arrives by

## Thu, Apr 6

Paul Brace
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**          Add

Add gate codes or other useful information

**Item details**                              View

1 item



---

 **Payment method**

By placing this order, you agree to our <u>Privacy Policy</u> and <u>Terms of Use</u>

**Place order $19.73**



# Thanks for your order!

Order #200010829235759 | $19.73

 Yay! You just saved $6.55 from discounts.

 **Shipping, arrives by**

## Thu, Apr 6

Your items may arrive in Walmart bags or original packaging

Paul Brace

2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Thu, Apr 6**

1 item



**Continue Shopping**

# Cmoney

★☆☆☆☆    See all 1 review

1 stars out of 5

**0%**    Overall Positive Rating

---

⌂    Business Name: shenzhenmoneycomingtechnologyco.,Ltd

✉    Contact seller

☎    (+86) 8618352774640

📍    Xintian Community, Guanhu Street Longhua District Shenzhen
Room 202, No. 15, Junxin Industrial Zone
shenzhen, Guangdong 518000, China

---

About seller

## Seller reviews

# 1 out of 5

★☆☆☆☆ (1 review)

| | |
|---|---|
| 5 stars | 0 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 1 |

**1 review**    Sort by | Most Relevant ▾

# Defendant No.: **77**

## Store Name:

## **more funny**



Sexy Dance

# Sexy Dance Deer DIY 5D Full Drill Diamond Painting By Number Kits Embroidery Cross Stitch Kits Home Decor Gift

★★★★★ (5.0) 2 reviews

## $10.20

Price when purchased online ⓘ

**Buy now**     **Add to cart**

### How do you want your item?

| Shipping Tue, Mar 28 | Pickup Not available | Delivery Not available |

Sold by **more funny**

Fulfilled by Walmart

★★☆☆☆  8 seller reviews
View seller information

Free 90-day returns  Details

♡ Add to list        🎁 Add to registry

## More seller options (1)



# Review Order

## Shipping, arrives by Tue, Mar 28

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 9660                                              $18.39



---

**Place order for $18.39**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                          $10.20
Shipping (below $35 order minimum)                          $6.99

Estimated taxes                                             $1.20

Estimated total                                            $18.39

Have a promo code?



Order confirmed

## Thanks for your order!

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

We'll email details to christophercadengui@yahoo.com
Order #2000108374472I | $18.39

sparkgood  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

**Start Free Trial**

### Shipping, arrives by Tue, Mar 28

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

## more funny

★★☆☆☆   See all 9 reviews

2 stars out of 5

 **22%**   Overall Positive Rating

---

🏠   Business Name: kai feng qu duo duo shang mao you xian gong si

✉   Contact seller

📞   (+86) 18567005582

📍   henanshengkaifengshilongtingqufuxingdadaoshiboziyuan3haolou2danyuan703
kaifeng, Henan 475000, China

---

About seller

**Seller reviews**

# 2 out of 5

★★☆☆☆ (9 reviews)

| | |
|---|---|
| 5 stars | 2 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 1 |
| 1 star | 6 |

**9 reviews**   Sort by  |  Most Relevant ▾

# Defendant No.: **78**

## Store Name:

## **ganyaa**

# ganyaa



4.3 stars out of 5

See all 12 reviews

**83%** Overall Positive Rating

🏠 Business Name: kaifengshiganyashangmaoyouxiangongsi

✉️ Contact seller

📞 (+86) 19338448388

📍 henanshengkaifengshijinyuluxicaitunDqu6pai41hao
kaifeng, Henan 475000, China

About seller

## Seller reviews

# 4.3 out of 5

★★★★½ (12 reviews)

| | |
|---|---|
| 5 stars | 9 |
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 2 |

**12 reviews**    Sort by  |  Most Relevant ▾

## More seller options

Deals    Easter    Grocery &





Sexy Dance

**Sexy Dance** Deer DIY 5D Full Drill Diamond Painting By Number Kits Embroidery Cross Stitch Kits Home Decor Gift

★★★★★ (5.0) 2 reviews

# $10.20

Price when purchased online ⓘ

**Sexy Dance** Deer DIY 5D Full Drill Diamond Painting By Number Kits Embroidery Cross Stitch Kits Home...

Shipping to Wilton Manors, 33334

**$10.20** One-time purchase
+ free shipping

**Arrives by Tue, Mar 28**
Sold by more funny
**Fulfilled by Walmart**

🔄 Free 90-day returns  Details

( Buy now )    ( Add to cart )

### How do you want your item?


Shipping
Tue, Mar 28


Pickup
Not available

Del
Not a

**Add to cart**

**$9.87** One-time purchase
+ free shipping

**Arrives by Wed, Apr 5**
Sold and shipped by ganyaa

🔄 Free 30-day returns  Details

🏬 Sold by more funny

Fulfilled by Walmart

★★☆☆☆  8 seller reviews
View seller information

🔵 Free 90-day returns  Details

♡ Add to list    🎁 Add to registry

**More seller options (1)**

**Add to cart**

**$7.39** One-time purchase
+ free shipping

**Arrives by Wed, Apr 19**
Sold and shipped by Kolopland Industrial Trading Group Ltd



**Review Order**

## 🚚 Free shipping, arrives by Wed, Apr 5

Joshua Corkill
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## 🖨 Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 5818

$10.56




---

### Place order for $10.56

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $9.2 |
| Shipping | Free |
| **Estimated taxes** | $0.6 |
| **Estimated total** | $10.5 |

Have a promo code?



# Defendant No.: **79**

## Store Name:

# **Suzhoushilangerdianzi**

**Deals** **Easter** **Grocery &**

Sexy Dance

**Sexy Dance** Floral Print Two Piece
Swimsuit Swimwear High Waist for
Women Ladies Beachwear Push-Up
Padded Bathing Suit Bikini Tankini
Neck Ruffle Crop Swim Tops Swimr
S-XL

## $26.85

Price when purchased online ⓘ

( **Buy now** )  ( **Add to cart** )

**Color:** Yellow



$26.88   $26.86   $26.86   $26.86   $26

**Clothing Size:** L   Size guide

🌐 Fit Predictor Your suggested size **L** ⓘ

( S )   ( M )   ( L

( XL )

### How do you want your item?

Shipping    Pickup    Deli

---

## More seller options                                 ✕



Sexy Dance Floral Print Two Piece
Swimsuit Swimwear High Waist for
Women Ladies Beachwear Push-Up Bra...

Shipping to Wilton Manors, 33334

**$26.85** One-time purchase
+ free shipping

**Arrives by Wed, Apr 19**

Sold and shipped by Kolopland Industrial Trading Group Ltd

🔄 Free 30-day returns  Details

( **Add to cart** )

**$26.87** One-time purchase
+ free shipping

**Arrives by Fri, Apr 7**

Sold and shipped by Suzhoushilangerdianzi

🔄 Not returnable  Details

( **Add to cart** )



**Review Order**

## Free shipping, arrives by Fri, Apr 7

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 item

View details

## Payment method

**We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 1583

$28.75

---

### Place order for $28.75

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $26.87 |
| Shipping | Free |
| Estimated taxes | $1.88 |
| **Estimated total** | **$28.75** |

Have a promo code?



Order confirmed

## Thanks for your order!

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

Start Free Trial

We'll email details to **barnettcnl@yahoo.com**
Order #2000109417166 | $28.75

sparkgood  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out.  Select a local charity ⓘ

### Shipping, arrives by Fri, Apr 7

Steven R
2773 NE 14th Ave, Wilton Manors, FL 33334

# Mar 24, 2023 order | Order# 2000109-41171661

Print | Need help?

## Shipping

### Arrives by Fri, Apr 07

Sold and shipped by Suzhoushllangerdianzi

Placed — Preparing — On the way — Delivered

### 1 item



Sexy Dance Floral Print Two Piece Swimsuit Swimwear High Waist for Women Ladies Beachwea...

$26.87

Actual Color: Yellow
Clothing Size: L
Qty 1

✉ Contact seller to ask about your order

☆ Write a review

Remove item

---

### Shipping

**Address**

Steven R

2773 NE 14th Ave, Wilton Manors, FL

33334

**Delivery instructions**

⊘ We will leave order at your door

**Payment method**                Edit

Ending in 1583

| Subtotal | $26.87 |
|---|---|
| Taxes | $1.88 |
| Total | $28.75 |

Order# 2000109-41171661

## Suzhoushilangerdianzi



★★★⯪☆ 3.5 stars out of 5    [See all 2 reviews](#)

 **50%**   Overall Positive Rating

---

🏠   Business Name: Suzhoushilangerdianzishangwuyouxiangongsi

✉️   [Contact seller](#)

📞   [(+86) 18123697340](#)

📍   Anhuishengsuzhoushixiaoxianlongchengzhenfengxiangxiaoqu3dong2danyuan604shi
Suzhou, Anhui 234000, China

---

### More items from this seller





$20.18 — + Add

Liangchengmei Womens Bathing Suit Plus Size Swimsuit Tankini Set 2 Piece Tummy Control Swimwear
★☆☆☆☆ 1

$15.80 — + Add

KZKR Holes Style Women Ripped Jeans Shorts High Stretchy Hem Short for Womens Shorts S-3XL
★★★★⯪ 403

$13.45 ~~$14.98~~ — + Add

Women Casual Slim Black White Sleeveless Halter Neck Elegant D
★⯪☆☆☆ 30

---

### Seller reviews

# 3.5 out of 5

★★★⯪☆ (2 reviews)

| | |
|---|---|
| [5 stars](#) | 1 |
| [4 stars](#) | 0 |
| [3 stars](#) | 0 |
| [2 stars](#) | 1 |
| [1 star](#) | 0 |

---

**2 reviews**    Sort by  |  Most Relevant ▾

# Defendant No.: **80**

## Store Name:

## **CDQYPSMYX**

**More seller options**



Oversize Women Kaftan Loose Blouse Shirts Summer Short Sleeve Thin Baggy Ruffled V-Neck Pullover Tops...

Deals    Easter    Grocery & c

<u>Sexy Dance</u>

Oversize Women Kaftan Loose Blou Shirts Summer Short Sleeve Thin Ba Ruffled V-Neck Pullover Tops Blous Basic Tee For Women Office LO Wo Shirt Size S-5XL

★★★★☆ (4.1) <u>67 reviews</u>

Now **$18.66** $20.99 ⓘ

Price when purchased online ⓘ

| Buy now | Add to cart |

**Color:** Print



$18.99   $18.66   $13.56   $17.70   $19

$18.66   $13.59   $19.62

**Clothing Size:** 2XL    <u>Size guide</u>

🍃 **Item Runs** <u>True to size</u>

| S | M | L |
| XL | **2XL** | 3XL |
| 4XL | 5XL | |

Shipping to Philadelphia, 19106

**$18.66** One-time purchase
+ free shipping

**Arrives by Wed, Apr 19**

Sold and shipped by <u>Dgu Group Inc</u>

🔄 Free 30-day returns  <u>Details</u>

Add to cart

**$18.69** One-time purchase
+ free shipping

**Arrives by Thu, Apr 6**

Sold and shipped by <u>CDQYPSMYX</u>

🔄 Not returnable  <u>Details</u>

Add to cart

**$21.99** One-time purchase
+ free shipping

**Arrives by Fri, Apr 21**

Sold and shipped by <u>JenniferLiz</u>

🔄 Free 30-day returns  <u>Details</u>







Thanks for your order!

## You saved $2.30

Walmart+ · Join Today
Members can save $1,300/year with free shipping and delivery*

We'll email details to avidfrie@outlook.com
Order #2000108107678979 | $20.00

spark:good  Small acts lead to big impact in your community
Round up to the nearest whole dollar the next time you check out. Select a local charity ⊕

Start Free Trial

## Shipping, arrives by Thu, Apr 6

STEVE ERLY
2773 NE 14th Ave, Wilton Manors, FL 33334

# CDQYPSMYX

☆☆☆☆☆

No reviews yet

---

⌂  Business Name: cheng du qian wan yi pin shang mao you xian gong si

✉  Contact seller

☎  (312) 349-6530

⌖  jin jiang qu qing long zheng jie
131 hao fu 10 hao zi bian hao S4 hao
cheng du shi, Sichuan 610000, China

---

About seller
_____

## Seller reviews

This seller doesn't have any reviews yet.

## About seller

ⓘ

This seller may also engage in manufacturing, importing or reselling consumer products.

Our company provides customers with high-quality pre-sales and after-sales services. Company tenet: Pursue quality, pursue service more, and make customers more worry-free. If you have any questions, please contact the customer service and provide a reply within 24 hours.

# Defendant No.: **81**

## Store Name:

## zhuyongqiu

**More seller options**

Deals    Easter    Grocery &



Sexy Dance

**Plus Size New Fashion V Neck Plaid Pullover Tops Bouse For Women Autumn Winter Thin Casual Loose Long Sleeve Shirt Blouse Bottom Tops**

★★★☆☆ (3.6) 92 reviews

**Now $16.65** ~~$18.97~~ ⓘ

Price when purchased online ⓘ

Buy now    Add to cart

Color: A-Blue

$16.65   $14.54   $16.03   $16.20   $15

$15.50   $16.09   $16.73   $16.26

Clothing Size: XL    Size guide

Fit Predictor Your suggested size XL ⑦

S    M    L

XL    2XL    3XL

4XL    5XL

How do you want your item?



Plus Size New Fashion V Neck Plaid Pullover Tops Bouse For Women Autumn Winter Thin Casual Loose...

Shipping to Wilton Manors, 33334

**$16.65** One-time purchase
+ free shipping

Arrives by Wed, Apr 19

Sold and shipped by shuangguoba co.,ltd

🔁 Free 30-day returns  Details

Add to cart

**$16.68** One-time purchase
+ free shipping

Arrives by Tue, Apr 11

Sold and shipped by zhuyongqiu

🔁 Not returnable  Details

Add to cart

**$17.08** One-time purchase
+ free shipping

Arrives by Wed, Apr 19

Sold and shipped by Yinsihan

🔁 Free 30-day returns  Details



Cart (1 item)

Pickup and delivery options ∨

Free shipping, arrives Tue, Apr 11
2773 NE 14th Ave

Sold and shipped by zhuoqingkui
Plus Size New Fashion V Neck Plaid Pullover Tops Bouse For
Women Autumn Winter Thin Casual Loose Long Sleeve Shir...
Actual Color: A-Blue
Clothing Size: XL

Remove    Save for later

$16.68
$18.97
You save $2.29

−  1  +

Recommended with your order

+ Add

+ Add

Best seller

+ Add

+ Add

+ Add

Items in your cart have reduced prices.
Check out now for extra savings!

Continue to checkout

Subtotal (1 item)       $18.97
Savings            −$2.29
                    $16.68
Shipping             Free
Taxes          Calculated at checkout

Estimated total        $16.68

Want to save on grocery delivery, gas &
more?
☐ Try W+ free for 30 days.

Earn 5% cash back on Walmart.com.
See if you're pre-approved with no
credit risk. Learn how

Review Order

## Free shipping, arrives by Tue, Apr 11

Joshua Corkill
2773 NE 14th Ave, Wilton Manors, FL 33334

Edit

### Delivery instructions

Add gate codes or other useful information.

Add

### Items details

1 Item

View details

## Payment method

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

Ending in 5818                                           $17.85



---

### Place order for $17.85

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | ~~$18.97~~ |
| Savings | -$2.29 |
| | $16.68 |
| Shipping | Free |
| Estimated taxes | $1.17 |
| **Estimated total** | **$17.85** |

Have a promo code?   >



Thanks for your order!

## You saved $2.29

**Walmart+** · Join Today
**Members can save $1,300/year with free shipping and delivery***

Start Free Trial

We'll email details to **watercrckv@yahoo.com**

Order #20000806589039  $17.85

**spark**good  **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

### Shipping, arrives by Tue, Apr 11

Joshua Corkill
2773 NE 14th Ave, Wilton Manors, FL 33334

Search everything at Walmart online and in store

Departments    Services

# Defendant No.: **82**

## Store Name:

## **Okblacety**

**More seller options**



Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual...

Shipping to Sacramento, 95829

**$14.63** One-time purchase
+ free shipping

**Arrives by Wed, Apr 19**
Sold and shipped by Dgu Group Inc

Free 30-day returns  Details

**Add to cart**

**$14.66** One-time purchase
+ free shipping

**Arrives by Tue, Apr 11**
Sold and shipped by OKblacety

Not returnable  Details

**Add to cart**

**$19.80** One-time purchase
+ free shipping

**Arrives by Fri, Apr 21**
Sold and shipped by JenniferLiz

Free 30-day returns  Details

---



Deals    Easter    Grocery & ·

Sexy Dance

**Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops Casual Vest Summer Beach Casual Camisole Women Boho Loose Tunic Shirt Blouse**

★★★☆☆ (2.8) 14 reviews

**$14.63**

Price when purchased online ⓘ

**Add to cart**

Color: #1-Purple

$14.96   $16.99   **$14.63**   $14.63

Clothing Size: 2XL    Size guide

Fit Predictor Calculate your size

| S | M | L |
| XL | **2XL** | 3XL |
| 4XL | 5XL | |

**How do you want your item?**

Shipping    Pickup    Del



### Shipping

Arrives **Tue, Apr 11**

2773 NE 14th Ave

Sold and shipped by OKblacety

Womens Loose Tank Tops Summer Sleeveless Floral Printed Cami Tops C...

$14.66

Actual Color: #1-Pink
Clothing Size: 2XL

Remove        Save for later        − 1 +

Walmart+ **Get free grocery delivery and more!**        ✕

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com
Learn how        ✕

**Estimated total $14.66**

Continue to checkout

 Review Order

🚚 Shipping, arrives by

# Tue, Apr 11

Skylar Muth
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**        <u>Add</u>

Add gate codes or other useful information

**Item details**        <u>View</u>

1 item



 **Payment method**

By placing this order, you agree to our <u>Privacy Policy</u> and <u>Terms of Use</u>

**Place order $15.69**



$\text{Q}$  Search Walmart



# Thanks for your order!

Order #200010917398217   $15.69

 **Shipping, arrives by**

## Tue, Apr 11

Your items may arrive in Walmart bags or original packaging

Skylar Muth

2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Tue, Apr 11**

1 item



**Continue Shopping**



Mar 24, 2023 order

Order# 2000109-17398217

Shipping

## Arrives by Tue, Apr 11

Placed    Preparing    On the way    Delivered

### Delivery Address

Skylar Muth

2773 NE 14th Ave, Wilton Manors, FL 33334

### Delivery preferences    ^

We'll leave your order at the door

Sold and shipped by OKblacety

### 1 item    ^

$14.66

Womens Loose Tank Tops
Summer Sleeveless Floral
Printed Cami Tops Casual
Vest Summer Beach Casual
Camisole Women Boho Loose

# OKblacety

☆☆☆☆☆
No reviews yet

⌂  Business Name: lianyungangdianqiushangmaoyouxiangongsi

✉  Contact seller

☎  (+86) 13802415970

⌖  ganyuquhaitouzhenlonghecundazhuyin588hao
   ianyungangshi, Jiangsu 222000, China

About seller

Tax policy

## More items from this seller



+ Add

**$10.99**

Men's Stainless Steel Our Father's Prayer Halo Ring Cross Pendant Necklace



+ Add

**$9.99**

Women's casual beanie knitted beret skull hat loose winter and summer hat



+ Add

**$14.59**

Lovely Annie Baby Children 6 Pai Combed Cotton Socks 1Y-3Y 6 C

★★★★⯨ 31

## Seller reviews

This seller doesn't have any reviews yet.

## About seller

ⓘ

This seller may also engage in manufacturing, importing or reselling consumer products.

OKblacety

## Tax policy

Walmart Marketplace is required to collect and remit sales tax on behalf of all Marketplace sellers in 47 states under enacted state laws.

# Defendant No.: **83**

## Store Name:

## **journey1018**

Deals     Easter     Grocery &

**Sexy Dance**

Summer Short Sleeve Tunic Tops fo
Women High Low Hem Vintage Pri
Shirts Loose Pullover T-shirt Ladies
Size Round Neck Blouse Tee

★★☆☆☆ (2.3) 43 reviews

# Now $16.82 ~~$18.99~~ ⓘ

Price when purchased online ⓘ

**Add to cart**

Color: Orange



$16.54   $16.54   $16.82   $16.65   $16

$16.28

Clothing Size: S    Size guide

ⓕ Fit Predictor Calculate your size

| S | M | L |
| XL | XXL | 3XL |

How do you want your item?

---



## More seller options

Summer Short Sleeve Tunic Tops for
Women High Low Hem Vintage Print
Shirts Loose Pullover T-shirt Ladies...

Shipping to Sacramento, 95829

**$16.82** One-time purchase
+ free shipping

**Arrives by Tue, Apr 4**

Sold and shipped by journey1018

▢ Not returnable  Details

**Add to cart**

**$16.84** One-time purchase
+ free shipping

**Arrives by Wed, May 3**

Sold and shipped by Dgu Group Inc

▢ Free 30-day returns  Details

**Add to cart**

**$16.96** One-time purchase
+ free shipping

**Arrives by Thu, Apr 20**

Sold and shipped by shuangguoba co.,ltd

▢ Free 30-day returns  Details



# Shipping

Arrives **Tue, Apr 4**

2773 NE 14th Ave

Sold and shipped by journey1018

Summer Short Sleeve Tunic Tops for Women High Low Hem Vintage Print ...

Actual Color: Orange
Clothing Size: S

**$16.82**

~~$18.99~~

YOU SAVE

$2.17

Remove    Save for later    −    1    +



**Walmart+** **Get free grocery delivery and more!**    ✕

☐ Try W+ free for 30 days. Terms apply.

**Earn 5% cash back** on Walmart.com    ✕
Learn how

**Estimated total $16.82**

**Continue to checkout**



### Review Order

🚚 **Shipping, arrives by**

# Tue, Apr 4

Skylar Muth
2773 NE 14th Ave, Wilton Manors, FL 33334

**Delivery instructions (optional)**          Add

Add gate codes or other useful information

**Item details**          View

1 Item



🗂 **Payment method**

By placing this order, you agree to our  Privacy Policy  and  Terms of Use

**Place order $18.00**



# Thanks for your order!

Order #200010753325964   $18.00

 Yay! You just saved $2.17 from discounts.

 **Shipping, arrives by**

## Tue, Apr 4

Your items may arrive in Walmart bags or original packaging

Skylar Muth
2773 NE 14th Ave, Wilton Manors, FL 33334

**Arrives by Tue, Apr 4**

1 item



**Continue Shopping**

Order# 2000107-53325964

Shipping

## Arrives by Tue, Apr 04

Placed     Preparing     On the way     Delivered

### Delivery Address

Skylar Muth

2773 NE 14th Ave, Wilton Manors, FL 33334

### Delivery preferences ⌃

⊘ We'll leave your order at the door

Sold and shipped by journey1018

### 1 item ⌃



Summer Short Sleeve Tunic
Tops for Women High Low
Hem Vintage Print Shirts
Loose Pullover T-shirt Ladies
Plus Size Round Neck Blouse

$16.82