United States District Court
for the
Southern District of Florida

| | |
|---|---|
| XYZ Corporation, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 23-22599-Civ-Scola |
| The Individuals, Partnerships | ) |
| and Unincorporated | ) |
| Associations Identified on | ) |
| Schedule "A," Defendants. | ) |

**Order Referring Motion to Magistrate Judge**

    The Court **refers** the Plaintiff's motion for default judgment (**ECF No. 56**) to United States Magistrate Judge Eduardo I. Sanchez for a report and recommendations, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules.

    **Done and ordered** in Miami, Florida, on January 2, 2024.

_____
Robert N. Scola, Jr.
United States District Judge